BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: KIA HYUNDAI VEHICLE THEFT  )   MDL Docket No. _____
LITIGATION                                              )
_____ )

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge | Exhibit No. |
|---|---|---|---|---|
| **Plaintiffs:**<br>Cynthia Yeghiaian, Jeff Plaza<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | C.D. California | 8:22-cv-01440 | Hon. David O. Carter | 1 |
| **Plaintiffs:**<br>Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, Allison Brown<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America | C.D. California | 8:22-cv-01548 | Hon. Cormac J. Carney | 2 |
| **Plaintiffs:**<br>Heather Jones<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | District of Colorado | 1:22-cv-02123 | Hon. Nina Y. Wang | 3 |
| **Plaintiffs:**<br>Joanna K. Pue, Shannon Kozmic | M.D. Florida | 6:22-cv-01440 | Hon. Paul G. Byron | 4 |

1

| Case Captions | Court | Civil Action No. | Judge | Exhibit No. |
|---|---|---|---|---|
| **Defendants:** Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | | | | |
| **Plaintiffs:** Erica Loburgio, Anthony Loburgio, Michael Flannagan<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | N.D. Illinois | 1:22-cv-04071 | Hon. John J. Tharp, Jr. | 5 |
| **Plaintiffs:** Ann Brady, Leah Price<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | S.D. Iowa | 4:22-cv-00252 | Hon. Stephanie M. Rose | 6 |
| **Plaintiffs:** Charles W. Simmons, Dale Denney, Charles Cole<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | District of Kansas | 2:22-cv-02288 | Hon. Holly L. Teeter | 7 |
| **Plaintiffs:** Rita Day<br><br>**Defendants:** | E.D. Kentucky | 5:22-cv-00202 | Hon. Karen K. Caldwell | 8 |

| Case Captions | Court | Civil Action No. | Judge | Exhibit No. |
|---|---|---|---|---|
| Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | | | | |
| **Plaintiffs:** Brian Bendorf, Sara Bendorf<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | W.D. Missouri | 4:22-cv-00465 | Hon. Roseann Ketchmark | 9 |
| **Plaintiffs:** Cobi Bissell<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America | W.D. Missouri | 4:22-cv-00548 | Hon. Brian C. Wimes | 10 |
| **Plaintiffs:** Amber Hall<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | District of Nebraska | 4:22-cv-03155 | Hon. John M. Gerrard | 11 |
| **Plaintiffs:** Stacie Moon<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | S.D. New York | 1:22-cv-7433 | Hon. J. Paul Oetken | 12 |
| **Plaintiffs:** Jo Taylor Slovak, Daniel Newman, Erin Davies | N.D. Ohio | 3:22-cv-01432 | Hon. James G. Carr | 13 |

| Case Captions | Court | Civil Action No. | Judge | Exhibit No. |
|---|---|---|---|---|
| **Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | | | | |
| **Plaintiffs:**<br>Miriam Fruhling, Roger Mason, Jade Burke<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | S.D. Ohio | 1:22-cv-451 | Hon. Douglas R. Cole | 14 |
| **Plaintiffs:**<br>Jon Bodie, Albert Lui<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | S.D. Texas | 4:22-cv-02603 | Hon. David Hittner | 15 |
| **Plaintiffs:**<br>Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis<br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | E.D. Wisconsin | 2:21-cv-01146 | Hon. Pamela Pepper | 16 |