BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: KIA HYUNDAI VEHICLE THEFT ) MDL Docket No. _____
LITIGATION )
 )
_____ )

**AMENDED PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Transfer, Brief, Schedule of Actions and Proof of Service was served by U.S. Mail or email as indicated on August 31, 2022; and the Amended Schedule of Actions, and Amended Proof of Service was served by U.S. Mail or email as indicated on September 1, 2022, to the following:

Clerk, Central District of California (Via U.S. Mail)
Ronald Reagan Federal Building & U.S. Courthouse
411 West 4th Street, Room 1053
Santa Ana, CA 92701-4516

Clerk, District of Colorado (Via U.S. Mail)
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

Clerk, Middle District of Florida (Via U.S. Mail)
George C. Young Federal Annex Courthouse
401 West Central Blvd.
Orlando, FL 32801

Clerk, Southern District of Iowa (Via U.S. Mail)
U.S. District Courthouse
123 East Walnut Street, Ste. 300
Des Moines, IA  50309

Clerk, Northern District of Illinois (Via U.S. Mail)
Dirksen U.S. Courthouse
219 S. Dearborn Stret
Chicago, IL 60604

Clerk, District of Kansas (Via U.S. Mail)
Robert J. Dole Courthouse

500 State Avenue, M35
Kansas City, KS 66101

Clerk, Eastern District of Kentucky (Via U.S. Mail)
U.S. District Court Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

Clerk, Western District of Missouri (Via U.S. Mail)
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Clerk, District of Nebraska (Via U.S. Mail)
Robert V. Denney Federal Building
100 Centennial Mall North, Room 593
Lincoln, NE  68508

Clerk, Southern District of New York (Via U.S. Mail)
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Clerk, Northern District of Ohio (Via U.S. Mail)
James M. Ashley and Thomas W. L. Ashley U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43604

Clerk, Southern District of Ohio (Via U.S. Mail)
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, OH 45202

Clerk, Southern District of Texas (Via U.S. Mail)
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Clerk, Eastern District of Wisconsin (Via U.S. Mail)
United States Federal Building and Courthouse
517 E. Wisconsin Ave - Room 362
Milwaukee, WI 53202

Thomas G. Adams (Via E-mail)
ADAMS & ASSOCIATES
21782 Ventura Blvd., No. 10005
Woodland Hills, CA 91364

805-258-7415
thomasgadams@gmail.com
tom@adamsassocs.com

Rhett T. Francisco (Via E-mail)
THE LAW OFFICES OF RHETT T. FRANCISCO
638 Lindero Canyon Rd., Ste 105
Oak Park, California 91377
818-319-9879
Rhett_Francisco_Law@yahoo.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Andrew K. Smith
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegla.com
aks@hfmlrgal.com

**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza**
      C.D. California, No. 8:22-cv-01440

Kevin D. Stanley (Via E-mail)
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kds@hfmlegal.com

**Counsel for Plaintiff: Heather Jones**
      District of Colorado, No. 1:22-cv-02123

Brad R. Sohn (Via E-mail)
The Brad Sohn Law Firm, PLLC
2990 Ponce De Leon Boulevard
Suite 300
Coral Gables, Florida 33134

(786) 708-9750
brad@bradsohnlaw.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs:  Joanna K. Pue and Shannon Kozmic**
    M.D. Florida, No. 6:22-cv-01440

Toby P. Mulholland (Via E-mail)
RUBENS KRESS & MULHOLLAND
77 W. Washington, Suite 701
Chicago, Illinois 60602
312-201-9640
tpm@rkminjurylaw.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs:  Erica Loburgio, Anthony Loburgio, Michael Flannagan, Jessica Mitchell**
    N.D. Illinois, No. 1:22-cv-04071

Jay M. Smith (Via U.S. Mail)

SMITH AND MCELWAIN
505 - 5th Street, Suite 530
P.O. Box 1194
Sioux City, Iowa 51102
(712) 255-8094
smitmcel@aol.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Ann Brady and Leah Price**
   S.D. Iowa, No. 4:22-cv-00252

Paul D. Anderson (Via E-mail)
Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
pda@hfmlegal.com
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com

**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, Charles Cole**
   District of Kansas, No. 2:22-cv-02288


David A. Futscher (Via U.S. Mail)
Futscher Law, PLLC
913 N. Oak Drive
Villa Hills, KY  41017

(859) 912-2394
david@futscherlaw.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiff:  Rita Day**
        E.D. Kentucky, No. 5:22-cv-00202 and
**Counsel for Plaintiffs  Miriam Fruhling, Roger Mason, Jade Burke**
        S.D. Ohio, No. 1:22-cv-451

Kenneth B. McClain (Via E-mail)
Paul D. Anderson
Chelsea M. Pierce
Jonathan M. Soper
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kbm@hfmlegal.com
pda@hfmlegal.com
cmp@hfmlegal.com
jms@hfmlegal.com

**Counsel for Plaintiffs:  Brian Bendorf, Sara Bendorf**
         W.D. Missouri, No. 4:22-cv-00465

Matthew L. Dameron (Via E-mail)
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110
matt@williamsdirks.com

**Counsel for Plaintiff: Cobi Bissell**
      W.D. Missouri, No. 4:22-cv-00548

Andrew K. Smith (Via E-mail)
HUMPHREY, FARRINGTON & McCLAIN
221 W. Lexington, Suite 400
P.O. Box 900
Independence, Missouri 64051
(816) 836-5050
aks@hfmlegal.com

**Counsel for Plaintiff: Amber Hall**
      District of Nebraska, No. 4:22-cv-03155

Joshua B. Katz (Via E-mail)
KENT, BEATTY & GORDON, LLP
Eleven Times Square
New York, New York 10036
(212) 421-4300
jbk@kbg-law.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiff: Stacie Moon**
      S.D. New York, No. 1:22-cv-7433

Melissa Payne (Via E-mail)
Payne Law LLC
26600 Detroit Road, Suite 250
Westlake, Ohio 44145
(757) 768-9029
Melissa@VincentEsq.com

Laurence Harrington (Via U.S. Mail)
The Harrington Firm
 508 Glen Echo Road
Philadelphia, PA 19119
(484) 469-0468

**Counsel for Plaintiffs: Jo Taylor Slovak, Daniel Newman, Erin Davies**
      N.D. Ohio, No. 3:22-cv-01432

Kenneth C. Baker (Via E-mail)
Victoria Lui
BAKER & PATTERSON LLP
3100 Richmond Avenue, Suite 550
Houston, Texas 77098
(713) 623-8116
kbaker@bakpatlaw.com
vlui@bakpatlaw.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Andrew K. Smith
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegla.com
aks@hfmlrgal.com


**Counsel for Plaintiffs: Jon Bodie, Albert Lui**
      S.D. Texas, No. 4:22-cv-02603

James B. Barton (Via E-mail)
Joshua S. Greenberg
BARTON LEGAL S.C.
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
(414) 877–0690
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com

**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis**

      E.D. Wisconsin, No. 2:21-cv-01146

**Defendants:**

Kia America, Inc. (Via U.S. Mail)
111 Peters Canyon Road
Irvine, CA  92606

Hyundai Motor America (Via U.S. Mail)
10550 Talbert Avenue
Fountain Valley, CA  92708

Hyundai Motor America Corporation (Via U.S. Mail)
10550 Talbert Avenue
Fountain Valley, CA  92708

Hyundai Kia America (Via U.S. Mail)
Technical Center, Inc.
6800 Geddes Road
Superior Township, MI  48198

Hyundai America (Via U.S. Mail)
Technical Center, Inc.
6800 Geddes Road
Superior Township, MI  48198

                                                  */s/ Steve W. Berman*
                                                  Steve W. Berman