## UNITED STATES DISTRICT COURT
### Southern District of Iowa

| | | |
|---|---|---|
| U.S. Courthouse | | Des Moines |
| 123 East Walnut Street | | Davenport |
| Des Moines, Iowa 50309 | | Council Bluffs |
| Clerk of Court's Office | | o: 515-284-6248 |
| www.iasd.uscourts.gov | | f : 515-284-6418 |



September 7, 2022

Mr. John W. Nichols
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

*In Re:* MDL 3052 Kia Hyundai Vehicle Theft Litigation

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Ann Brady et al v. Kia America, Inc., et al., please forward this complaint to the panel for review of a Potential Tag-Along Action to the above-entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Kellie Watson
Deputy Clerk
Phone number 515-284-6163
John S. Courter
CLERK OF COURT