# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3052 _____ & TITLE - IN RE: Kia Hyundai Vehicle Theft Litigation

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff Cobi Bissell

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Bissell v. Hyundai Motor America Corporation and Kia Motors America, Inc., No. 22-CV-548 (W.D. Mo.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| September 14, 2022 | /s/ Matthew L. Dameron |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Matthew L. Dameron; Williams Dirks Dameron LLC; 1100 Main Street, Suite 2600; Kansas City, MO 64105

Telephone No.: (816) 945-7135          Fax No.: (816) 945-7118

Email Address: matt@williamsdirks.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: KIA HYUNDAI )
VEHICLE THEFT LITIGATION )
)   MDL No. 3052
*On behalf of Plaintiff in the following* )
*Action:* )
)
    *Bissell v. Hyundai Motor America* )
    *Corporation and Kia Motors* )
    *America, Inc.*, No. 22-CV-548 )
    (W.D. of Missouri) )
)

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on

Multidistrict Litigation, the undersigned certifies that on September 14, 2022, a true and correct

copy of the Notice of Appearance for the undersigned was filed with the Clerk of the JPML via

the CM/ECF system, which automatically generated and sent a notice of electronic filing to the

email addresses of all counsel of record.

Dated: September 14, 2022        Respectfully submitted,

            **WILLIAMS DIRKS DAMERON LLC**

               */s/ Matthew L. Dameron*
            Matthew L. Dameron    (MO Bar No. 52093)
            1100 Main Street, Suite 2600
            Kansas City, Missouri 64105
            Tel:   (816) 945-7135
            Fax:   (816) 945-7118
            Email: matt@wPilliamsdirks.com

            *Counsel for Plaintiff Cobi Bissell*