BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE DEFECT LITIGATION | ) ) ) ) ) ) ) MDL Docket No. 3052 (Pending)<br><br>NOTICE OF WITHDRAWAL OF FILING OF NOTICE OF APPEARANCE |

Now comes counsel, and hereby withdrawals the filing of the Notice of appearance dated September 12, 2022 which was filed in error. The original filing lacked the name of the district and the office number.

/s/ Melissa Payne

Melissa Payne (Ohio Bar No. 0098027)
Payne Law LLC
26600 Detroit Road, Suite 250
Westlake, Ohio 44145
(757) 768-9029 (Phone)
(216) 294-4839 (Fax)
Melissa@VincentEsq.com

Laurence Harrington (*Pro Hoc Vice Pending*)
The Harrington Firm PLLC
*Of Counsel* Payne Law LLC
www.theharringtonfirm.com
(484) 469-0468