BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re: KIA HYUNDAI VEHICLE DEFECT ) MDL Docket No.   3052 (pending)
LITIGATION )
_____ )

I hereby certify that a copy of the foregoing copy of the withdrawal of Notice of Appearance was served via ordinary to the following parties on this September 14, 2022.

Kia Corporation
c/o President, Noi-Myung Kim
231231, Yangjae-Dong, Seocho-Ku
Seoul, 137-928
Republic of Korea

Hyundai Motor Co.
c/o President José Muñoz
12 Heolleung-ro Seocho-gu,
Seoul, 06797
Republic of Korea.

Hyundai Motor America
c/o Corporation Service Company
3366 Riverside Drive
Suite 103
Upper Arlington ,OH 43221

Kia America, Inc.
c/o CT Corporation System
4400 Easton Commons Way
Suite 125
Columbus OH 43219

**Dated: September 14, 2022**

/s/ Melissa Payne
Melissa Payne