BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE DEFECT LITIGATION | ) ) ) |
| *On behalf of the Plaintiffs in the following litigation:* | ) ) ) |
| *Jo Taylor Slovak et al. v. Kia America Inc. et al.* 3:22-cv-01432 (N.D. OH) | ) ) ) |

MDL Docket No. 3052 (pending)

Pursuant to Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, the undersigned certifies that on September 14, 2022, a true and correct copy of the Notice of Appearance was served via ordinary to the following parties:

Kia Corporation
c/o President, Noi-Myung Kim
231231, Yangjae-Dong, Seocho-Ku
Seoul, 137-928
Republic of Korea

Hyundai Motor Co.
c/o President José Muñoz
12 Heolleung-ro Seocho-gu,
Seoul, 06797
Republic of Korea.

Hyundai Motor America
c/o Corporation Service Company
3366 Riverside Drive
Suite 103
Upper Arlington ,OH 43221

Kia America, Inc.
c/o CT Corporation System
4400 Easton Commons Way
Suite 125
Columbus OH 43219

**Dated: September 14, 2022**

                                            **Respectfully Submitted,**

                                            **PAYNE LAW LLC**

/s/ Melissa Payne

Melissa Payne (Ohio Bar No. 0098027)
Payne Law LLC
26600 Detroit Road, Suite 250
Westlake, Ohio 44145
(757) 768-9029 (Phone)
(216) 294-4839 (Fax)
Melissa@VincentEsq.com

Laurence Harrington (*Pro Hoc Vice Pending*)
The Harrington Firm PLLC
*Of Counsel* Payne Law LLC
www.theharringtonfirm.com
(484) 469-0468