BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL DOCKET NO. 3052 |
|---|---|

NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Miyoshi Morrow, Tracy Spradlin, and Rachel Perry provide notification of a related action listed below, and also identified on the attached Schedule of Actions:

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Miyoshi Morrow, Tracy Spradlin, and Rachel Perry | Hyundai Motor America Inc., Kia America, Inc. | U.S.D.C. Central District of California | 8:22-cv-01674 | Hon. Fred W. Slaughter |

A copy of the *Morrow* Complaint and Docket Sheet is attached.

DATED: September 14, 2022

Respectfully submitted,

BARON & BUDD, P.C.

By:  */s/ Roland Tellis*

Roland Tellis
rtellis@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard
Suite 1600
Encino, California 91436
Ph.: 818.839.2333

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
T: (816) 945-7110
E: matt@williamsdirks.com

*Attorneys for Plaintiffs Miyoshi Morrow, Tracy Spradlin, and Rachel Perry*