BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL DOCKET NO. 3052 |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Related Action, Schedule of Actions and this Proof of Service was served by U.S. Mail or email as indicated on September 14, 2022, to the following:

| |
|---|
| Clerk, Central District of California (Via U.S. Mail)<br>Ronald Reagan Federal Building & U.S. Courthouse<br>411 West 4th Street, Room 1053<br>Santa Ana, CA 92701-4516 |
| Clerk, District of Colorado (Via U.S. Mail)<br>Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294 |
| Clerk, Middle District of Florida (Via U.S. Mail)<br>George C. Young Federal Annex Courthouse<br>401 West Central Boulevard<br>Orlando, FL 32801 |
| Clerk, Southern District of Iowa (Via U.S. Mail)<br>U.S. District Courthouse<br>123 East Walnut Street, Suite 300<br>Des Moines, IA 50309 |
| Clerk, Northern District of Illinois (Via U.S. Mail)<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| Clerk, District of Kansas (Via U.S. Mail)<br>Robert J. Dole Courthouse<br>500 State Avenue, M35<br>Kansas City, KS 66101 |

| |
|---|
| Clerk, Eastern District of Kentucky (Via U.S. Mail)<br>U.S. District Court Eastern District of Kentucky<br>101 Barr Street<br>Lexington, KY 40507 |
| Clerk, Western District of Missouri (Via U.S. Mail)<br>Charles Evans Whittaker U.S. Courthouse<br>400 E. 9th Street<br>Kansas City, MO 64106 |
| Clerk, District of Nebraska (Via U.S. Mail)<br>Robert V. Demney Federal Building<br>100 Centennial Mall North, Room 593<br>Lincoln, NE 68508 |
| Clerk, Southern District of New York (Via U.S. Mail)<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007 |
| Clerk, Northern District of Ohio (Via U.S. Mail)<br>James M. Ashly and Thomas W. L. Ashley U.S. Courthouse<br>1716 Spielbusch Avenue<br>Toledo, OH 43604 |
| Clerk, Southern District of Ohio (Via U.S. Mail)<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street, Room 103<br>Cincinnati, OH  45202 |
| Clerk, Southern District of Texas (Via U.S. Mail)<br>Bob Casey United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 |
| Clerk, Eastern District of Wisconsin (Via U.S. Mail)<br>United States Federal Building and Courthouse<br>517 E. Wisconsin Avenue – Room 362<br>Milwaukee, WI 53202 |
| Clerk, District of Minnesota (Via U.S. Mail)<br>300 S. Fourth Street<br>Minneapolis, MN  55415 |

Steve W. Berman (Via Email)
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
sean@hbsslaw.com
Christopher R. Pitoun (Via Email)
HAGENS BERMAN SOBEL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
christopherp@hbsslaw.com

**Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**
C.D. California, No. 8:22-cv-01548

Thomas G. Adams (Via Email)
ADAMS & ASSOCIATES
21782 Ventura Boulevard, No. 10005
Woodland Hills, CA 91364
thomasgadams@gmail.com
tom@adamsassocs.com

Rhett T. Francisco (Via Email)
THE LAW OFFICES OF RHETT T. FRANCISCO
638 Lindero Canyon Road Suite 105
Oak Park, CA 91377
Rhett_Francisco_Law@yahoo.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Andre K. Smith
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington Avenue, Suite 400
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
aks@hfmlegal.com

**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza**
C.D. California, No. 8:22-cv-01440

Jennifer A. Lenze (Via Email)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
jlenze@lenzelawyers.com

Elizabeth A. Fegan (Via Email)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
beth@feganscott.com

Jonathan D. Lindenfeld (Via Email)
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
jonathan@feganscott.com

**Counsel for Plaintiffs: Mitchell Cohen, Pauline Ragsdale, Herbert Taylor**
C.D. California No. 8:22-cv-01664

Kevin D. Stanley (Via Email)
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kds@hfmlegal.com

**Counsel for Plaintiff: Heather Jones**
District of Colorado, No. 1:22-cv-02123

Brad R. Sohn (Via Email)
THE BRAD SOHN LAW FIRM, PLLC
2990 Ponce De Leon Boulevard
Suite 300
Coral Gables, FL  33134
brad@bradsohnlaw.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Joanna K. Pue and Shannon Kozmic**
M.D. Florida, No. 6:22-cv-01440

Jay M. Smith (Via U.S. Mail)
SMITH AND MCELWAIN
505 5th Street, Suite 530
P.O. Box 1194
Sioux City, IA  51102

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Ann Brady and Leah Price**
S.D. Iowa, No. 4:22-cv-00252

Toby P. Mulholland (Via Email)
RUBENS KRESS & MULHOLLAND
77 W. Washington, Suite 701
Chicago, IL  60602
tpm@rkminjurylaw.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, Michael Flannagan**
S.D. Iowa, No. 1:22-cv-04071

| |
|---|
| Paul D. Anderson (Via Email)<br>Kenneth B. McClain<br>Jonathan M. Soper<br>Kevin D. Stanley<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO  64051<br>pda@hfmlegal.com<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br><br>**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, Charles Cole**<br>District of Kansas, No. 2:22-cv-02288 |
| David A. Futscher (Via U.S. Mail)<br>FUTSCHER LAW, PLLC<br>913 N. Oak Drive<br>Villa Hills, KY  41017<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO  64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiff: Rita Day**<br>E.D. Kentucky, No. 5:22-cv-00202; and<br><br>**Counsel for Plaintiffs: Miriam Fruhling, Roger Mason, Jade Burke**<br>S.D. Ohio, No. 1:22-cv-451 |

| |
|---|
| Kenneth B. McClain (Via Email)<br>Paul D. Anderson<br>Jonathan M. Soper<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO  64051<br>kbm@hfmlegal.com<br>pda@hfmlegal.com<br>jms@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiffs: Brian Bendorf, Sara Bendorf**<br>W.D. Missouri, No. 4:22-cv-00465 |
| Matthew L. Dameron (Via Email)<br>**WILLIAMS DIRKS DAMERON LLC**<br>1100 Main Street, Suite 2600<br>Kansas City, MO  64105<br>matt@williamsdirks.com<br><br>**Counsel for Plaintiff: Cobi Bissell**<br>W.D. Missouri, No. 4:22-cv-00548 |
| Andrew K. Smith (Via Email)<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 W. Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO  64051<br>aks@hfmlegal.com<br><br>**Counsel for Plaintiff: Amber Hall**<br>District of Nebraska, No. 4:22-cv-03155 |

| |
|---|
| Joshua B. Katz (Via Email)<br>KENT, BEATTY & GORDON, LLP<br>Eleven Times Square<br>New York, NY  10036<br>jbk@kbg-law.com<br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br><br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO  64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiffs: Stacie Moon**<br>S.D. New York, No. 1:22-cv-7433 |
| Melissa Payne (Via Email)<br>PAYNE LAW LLC<br>26600 Detroit Road, Suite 250<br>Westlake, OH  44145<br>Melissa@VincentEsq.com<br>Laurence Harrington (Via U.S. Mail)<br>THE HARRINGTON FIRM<br>508 Glen Echo Road<br>Philadelphia, PA  19119<br><br>**Counsel for Plaintiffs: Jo Taylor Slovak, Daniel Newman, Erin Davies**<br>N.D. Ohio, No. 3:22-cv-01432 |

Kenneth C. Baker (Via Email)
Victoria Lui
BAKER & PATTERSON LLP
3100 Richmond Avenue, Suite 5500
Houston, TX  77098
kbaker@bakpatlaw.com
vlui@bakpatlaw.com
Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Andrew K. Smith
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
aks@hfmlegal.com

**Counsel for Plaintiffs: Jon Bodie, Albert Lui**
S.D. Texas, No. 4:22-cv-02603

James B. Barton (Via Email)
Joshua S. Greenberg
BARTON LEGAL S.C.
313 North Plankinton Avenue, Suite 207
Milwaukee, WI  53203
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com

**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis**
E.D. Wisconsin, No. 2:21-cv-01146

| |
|---|
| Timothy J. Becker (MN Bar No. 0256663)<br>Jacob R. Rusch (MN Bar No. 0391892)<br>Zackary S. Kaylor (MN Bar No. 0400854)<br>JOHNSON BECKER PLLC<br>444 Cedar Street<br>Suite 1800<br>St. Paul, MN 55101<br>(612) 436-1804 (phone)<br>(612) 436-1801 (fax)<br>tbecker@johnsonbecker.com<br>jrusch@johnsonbecker.com<br>zkaylor@johnsonbecker.com<br><br>**Counsel for Plaintiff: LaShaun Johnson**<br>District of Minnesota, No. 0:22-cv-02164 |
| George "Jed" Chronic<br>MASCHKA, RIEDY RIES & FRENTZ<br>151 St. Andrews Court<br>Building 1010<br>Mankato, MN 56001<br>Telephone: (507) 625-6600<br>Facsimile: (507) 625-4002<br>jed_chronic@mrr-law.com<br><br>Kenneth B. McClain<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington Ave.<br>Suite 400<br>Independence, MO 64051<br>(816) 836-5050<br>(816) 836-8966 –fax<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegla.com<br><br>**Counsel for Plaintiff: Steve Zanmiller**<br>District of Minnesota, No. 0:22-cv-02149 |
| Kia America, Inc. (Via U.S. Mail)<br>111 Peters Canyon Road<br>Irvine, CA  92606 |

| |
|---|
| Hyundai Motor America (Via U.S. Mail)<br>10550 Talbert Avenue<br>Fountain Valley, CA  92708 |
| Hyundai Kia America (Via U.S. Mail)<br>Technical Center, Inc.<br>6800 Geddes Road<br>Superior Township, MI  48198 |

/s/ *Roland Tellis*

Roland Tellis
BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
T: (816) 945-7110
E: matt@williamsdirks.com

Counsel for Plaintiffs Miyoshi Morrow, Tracy Spradlin, and Rachel Perry (*Morrow, et al., v. Hyundai Motor America, Inc. et al.,* Case No. 8:22-cv-01674 (C.D. Cal. Sept. 12, 2022).