BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION** | MDL Docket No. 3052 |

NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor provide notification of a related action listed below, and also identified on the attached Schedule of Actions:

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor | Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company | Central District of California | 8:22-cv-01664-CJC-DFM | Hon. Cormac J. Carney |

Attached hereto is a Schedule of Actions (Exhibit 1), the Proof of Service (Exhibit 2), and the *Cohen* Case Docket Sheet and Class Action Complaint (Exhibit 3). The *Cohen* action involves substantially the same factual allegations and claims as those pending before the Panel in the above-captioned proceeding.

Dated: September 15, 2022

FEGAN SCOTT LLC

By:    */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com
*Counsel for Plaintiffs*

1