BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL Docket No. 3052 |
|---|---|

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendants | U.S. District Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Mitchell Cohen, Pauline Ragsdale, Herbert Taylor | Kia America, Inc., Kia Corporation, Hyundai Motor America, Hyundai Motor Company | C.D. California | 8:22-cv-01664 | Hon. Cormac J. Carney |
| Miyoshi Morrow, Tracy Spradlin, Rachel Perry | Hyundai Motor America Inc., Kia America, Inc. | C.D. California | 8:22-cv-01674 | Hon. Fred W. Slaughter |
| Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, Allison Brown | Kia America, Inc., Hyundai Motor America | C.D. California | 8:22-cv-01548 | Hon. Cormac J. Carney |
| Cynthia Yeghiaian, Jeff Plaza | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | C.D. California | 8:22-cv-01440 | Hon. David O. Carter |
| Heather Jones | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | District of Colorado | 1:22-cv-02123 | Hon. Nina Y. Yang |
| Joanna K. Pue, Shannon Kozmic | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | M.D. Florida | 6:22-cv-01440 | Hon. Paul G. Byron |
| Erica Loburgio, Anthony Loburgio, Michael Flannagan, Jessica Mitchell | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | N.D. Illinois | 1:22-cv-04071 | Hon. John J. Tharp, Jr. |
| Ann Brady, Leah Price | Kia America, Inc., Hyundai Motor America, Hyundai | S.D. Iowa | 4:22-cv-00252 | Hon. Stephanie |

| | Kia America Technical Center, Inc. | | | M. Rose |
|---|---|---|---|---|
| Charles W. Simmons, Dale Denney, Charles Cole | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | District of Kansas | 2:22-cv-02288 | Hon. Holly L. Teeter |
| Rita Day | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | E.D. Kentucky | 5:22-cv-00202 | Hon. Karen K. Caldwell |
| Brian Bendorf, Sara Bendorf | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | W.D. Missouri | 4:22-cv-00465 | Hon. Roseann Ketchmark |
| Cobi Bissell | Kia Motors America, Inc., Hyundai Motor America Corporation | W.D. Missouri | 4:22-cv000548 | Hon. Brian C. Wimes |
| Amber Hall | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | District of Nebraska | 4:22-cv003155 | Hon. John M. Gerrard |
| Stacie Moon | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | S.D. New York | 1:22-cv-7433 | Hon. J. Paul Oetken |
| Jo Taylor Slovak, Daniel Newman, Erin Davies | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | N.D. Ohio | 3:22-cv-01432 | Hon. James G. Carr |
| Miriam Fruhling, Roger Mason, Jade Burke | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | S.D. Ohio | 1:22-cv-451 | Hon. Douglas R. Cole |
| Jon Bodie, Albert Lui | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | S.D. Texas | 4:22-cv-02603 | Hon. David Hittner |
| Stephanie Marvin Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis | Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | E.D. Wisconsin | 2:21-cv-01146 | Hon. Pamela Pepper |
| LaShaun Johnson | Kia America, Inc., Hyundai Motor America | District of Minnesota | 0:22-cv-02164 | Hon. Eric C. Tostrud |

| Steve Zanmiller | Kia America, Inc., Hyundai America Technical Center, Inc. | District of Minnesota | 0:22-cv-02149 | Hon. Patrick J. Schiltz |

Dated: September 15, 2022

FEGAN SCOTT LLC

By:   */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL  60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiffs*