BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION** | MDL Docket No. 3052 |

PROOF OF SERVICE

I hereby certify that a copy of the foregoing Notice of Related Action, Schedule of Actions and this Proof of Service was served by email as indicated on September 15, 2022, to the following:

Roland Tellis
BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
matt@williamsdirks.com

**Counsel for Plaintiffs Miyoshi Morrow, Tracy Spradlin, and Rachel Perry**
C.D. California, No. 8:22-cv-01674

Steve W. Berman (Via Email)
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
sean@hbsslaw.com
Christopher R. Pitoun (Via Email)
HAGENS BERMAN SOBEL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101

| | |
|---|---|
| **Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown** <br> C.D. California, No. 8:22-cv-01548 | |
| Thomas G. Adams (Via Email) <br> ADAMS & ASSOCIATES <br> 21782 Ventura Boulevard, No. 10005 <br> Woodland Hills, CA 91364 <br> thomasgadams@gmail.com <br> tom@adamsassocs.com <br> <br> Rhett T. Francisco (Via Email) <br> THE LAW OFFICES OF RHETT T. FRANCISCO <br> 638 Lindero Canyon Road Suite 105 <br> Oak Park, CA 91377 <br> Rhett_Francisco_Law@yahoo.com <br> <br> Kenneth B. McClain (Via Email) <br> Jonathan M. Soper <br> Kevin D. Stanley <br> Chelsea M. Pierce <br> Andre K. Smith <br> HUMPHREY, FARRINGTON & McCLAIN, P.C. <br> 221 West Lexington Avenue, Suite 400 <br> Independence, MO 64051 <br> kbm@hfmlegal.com <br> jms@hfmlegal.com <br> kds@hfmlegal.com <br> cmp@hfmlegal.com <br> aks@hfmlegal.com | |
| **Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza** <br> C.D. California, No. 8:22-cv-01440 | |
| Kevin D. Stanley (Via Email) <br> HUMPHREY, FARRINGTON & McCLAIN, P.C. <br> 221 West Lexington, Suite 400 <br> P.O. Box 900 <br> Independence, MO 64051 <br> kds@hfmlegal.com <br> <br> **Counsel for Plaintiff: Heather Jones** <br> District of Colorado, No. 1:22-cv-02123 | |
| Brad R. Sohn (Via Email) <br> THE BRAD SOHN LAW FIRM, PLLC <br> 2990 Ponce De Leon Boulevard <br> Suite 300 <br> Coral Gables, FL 33134 <br> brad@bradsohnlaw.com <br> <br> Kenneth B. McClain (Via Email) <br> Jonathan M. Soper <br> Kevin D. Stanley <br> Chelsea M. Pierce <br> HUMPHREY, FARRINGTON & McCLAIN <br> 221 West Lexington, Suite 400 | |

P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Joanna K. Pue and Shannon Kozmic**
M.D. Florida, No. 6:22-cv-01440

Jay M. Smith (Via U.S. Mail)
SMITH AND MCELWAIN
505 5th Street, Suite 530
P.O. Box 1194
Sioux City, IA  51102

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Ann Brady and Leah Price**
S.D. Iowa, No. 4:22-cv-00252

Toby P. Mulholland (Via Email)
RUBENS KRESS & MULHOLLAND
77 W. Washington, Suite 701
Chicago, IL  60602
tpm@rkminjurylaw.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, Michael Flannagan**
S.D. Iowa, No. 1:22-cv-04071

Paul D. Anderson (Via Email)
Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley

| |
|---|
| HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO  64051<br>pda@hfmlegal.com<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br><br>**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, Charles Cole**<br>District of Kansas, No. 2:22-cv-02288 |
| David A. Futscher (Via Email)<br>FUTSCHER LAW, PLLC<br>913 N. Oak Drive<br>Villa Hills, KY  41017<br>david@futscherlaw.com<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO  64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiff: Rita Day**<br>E.D. Kentucky, No. 5:22-cv-00202; and<br><br>**Counsel for Plaintiffs: Miriam Fruhling, Roger Mason, Jade Burke**<br>S.D. Ohio, No. 1:22-cv-451 |
| Kenneth B. McClain (Via Email)<br>Paul D. Anderson<br>Jonathan M. Soper<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO  64051<br>kbm@hfmlegal.com<br>pda@hfmlegal.com<br>jms@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiffs: Brian Bendorf, Sara Bendorf**<br>W.D. Missouri, No. 4:22-cv-00465 |
| Matthew L. Dameron (Via Email)<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, MO  64105<br>matt@williamsdirks.com |

| |
|---|
| **Counsel for Plaintiff: Cobi Bissell** <br> W.D. Missouri, No. 4:22-cv-00548 |
| Andrew K. Smith (Via Email) <br> HUMPHREY, FARRINGTON & McCLAIN <br> 221 W. Lexington, Suite 400 <br> P.O. Box 900 <br> Independence, MO  64051 <br> aks@hfmlegal.com <br> <br> **Counsel for Plaintiff: Amber Hall** <br> District of Nebraska, No. 4:22-cv-03155 |
| Joshua B. Katz (Via Email) <br> KENT, BEATTY & GORDON, LLP <br> Eleven Times Square <br> New York, NY  10036 <br> jbk@kbg-law.com <br> Kenneth B. McClain (Via Email) <br> Jonathan M. Soper <br> Kevin D. Stanley <br> Chelsea M. Pierce <br> <br> HUMPHREY, FARRINGTON & McCLAIN <br>  221 West Lexington, Suite 400 <br> P.O. Box 900 <br> Independence, MO  64051 <br> kbm@hfmlegal.com <br> jms@hfmlegal.com <br> kds@hfmlegal.com <br> cmp@hfmlegal.com <br> <br> **Counsel for Plaintiffs: Stacie Moon** <br> S.D. New York, No. 1:22-cv-7433 |
| Melissa Payne (Via Email) <br> PAYNE LAW LLC <br> 26600 Detroit Road, Suite 250 <br> Westlake, OH  44145 <br> Melissa@VincentEsq.com <br> Laurence Harrington (Via U.S. Mail) <br> THE HARRINGTON FIRM <br> 508 Glen Echo Road <br> Philadelphia, PA  19119 <br> <br> **Counsel for Plaintiffs: Jo Taylor Slovak, Daniel Newman, Erin Davies** <br> N.D. Ohio, No. 3:22-cv-01432 |
| Kenneth C. Baker (Via Email) <br> Victoria Lui <br> BAKER & PATTERSON LLP <br> 3100 Richmond Avenue, Suite 5500 <br> Houston, TX  77098 <br> kbaker@bakpatlaw.com <br> vlui@bakpatlaw.com <br> Kenneth B. McClain (Via Email) <br> Jonathan M. Soper <br> Kevin D. Stanley |

| |
|---|
| Chelsea M. Pierce<br>Andrew K. Smith<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO  64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br>aks@hfmlegal.com<br><br>**Counsel for Plaintiffs: Jon Bodie, Albert Lui**<br>S.D. Texas, No. 4:22-cv-02603 |
| James B. Barton (Via Email)<br>Joshua S. Greenberg<br>BARTON LEGAL S.C.<br>313 North Plankinton Avenue, Suite 207<br>Milwaukee, WI  53203<br>jbb@bartonlegalsc.com<br>jsg@bartonlegalsc.com<br><br>**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis**<br>E.D. Wisconsin, No. 2:21-cv-01146 |
| Timothy J. Becker (MN Bar No. 0256663)<br>Jacob R. Rusch (MN Bar No. 0391892)<br>Zackary S. Kaylor (MN Bar No. 0400854)<br>JOHNSON BECKER PLLC<br>444 Cedar Street<br>Suite 1800<br>St. Paul, MN 55101<br>(612) 436-1804 (phone)<br>(612) 436-1801 (fax)<br>tbecker@johnsonbecker.com<br>jrusch@johnsonbecker.com<br>zkaylor@johnsonbecker.com<br><br>**Counsel for Plaintiff: LaShaun Johnson**<br>District of Minnesota, No. 0:22-cv-02164 |
| George "Jed" Chronic  (Via Email)<br>MASCHKA, RIEDY RIES & FRENTZ<br>151 St. Andrews Court<br>Building 1010<br>Mankato, MN 56001<br>Telephone: (507) 625-6600<br>Facsimile: (507) 625-4002<br>jed_chronic@mrr-law.com<br><br>Kenneth B. McClain<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington Ave. |

| |
|---|
| Suite 400<br>Independence, MO 64051<br>(816) 836-5050<br>(816) 836-8966 –fax<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegla.com<br><br>**Counsel for Plaintiff: Steve Zanmiller**<br>District of Minnesota, No. 0:22-cv-02149 |
| Peter J Brennan (Via Email)<br>Michael T Brody<br>Jenner & Block LLP<br>353 N Clark St<br>Chicago, IL 60654<br>312-923-2614<br>Email: pbrennan@jenner.com<br>Email: mbrody@jenner.com<br><br>**Counsel for Defendant:  Kia America, Inc., Hyundai Motor America, Hyundai America Technical Center Inc**<br>E.D. Wisconsin, No. 2:21-cv-01146 |

                                          Respectfully Submitted,

                                        By: <u>/s/ Elizabeth A. Fegan</u>
                                        Elizabeth A. Fegan
                                        FEGAN SCOTT LLC
                                        150 S. Wacker Dr., 24th Floor
                                        Chicago, IL 60606
                                        Ph: 312.741.1019
                                        Fax: 312.264.0100
                                        beth@feganscott.com

                                        *Counsel for Plaintiffs*