## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>On behalf of Plaintiff in the following Action:<br><br>  *Bissell v. Hyundai Motor America Corporation and Kia Motors America, Inc.*, No. 22-CV-548 (W.D. of Missouri) | MDL No. 3052 |

## AMENDED PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, the undersigned certifies that on September 14, 2022, a true and correct copy of the Notice of Appearance for the undersigned was filed with the Clerk of the JPML via the CM/ECF system, which automatically generated and sent a notice of electronic filing to the email addresses of all counsel of record.

Furthermore, the undersigned certifies that on September 15, 2022, a true and correct copy of the Notice of Appearance was served via United States mail on the following entities:

Hyundai Motor America
10550 Talbert Avenue
Fountain Valley, California 92708

Kia Motors America, Inc.
111 Peters Canyon Road
Irvine, California 92606

Hyundai Kia America Technical Center, Inc.
6800 Geddes Road
Superior Township, Michigan 48198

1

Dated: September 15, 2022	Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

	*/s/ Matthew L. Dameron*
Matthew L. Dameron	(MO Bar No. 52093)
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel:	(816) 945-7135
Fax:	(816) 945-7118
Email: matt@williamsdirks.com

*Counsel for Plaintiff Cobi Bissell*