# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL DOCKET NO. 3502 |

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, the undersigned certifies that on September 15, 2022, a true and correct copy of the Notice of Appearance for the undersigned was filed with the Clerk of the JPML via the CM/ECF system, which automatically generated and sent a notice of electronic filing to the email addresses of all counsel of record.

Furthermore, the undersigned certifies that on September 16, 2022, a true and correct copy of the Notice of Appearance was served via United States mail on the following entities:

Kia America, Inc.
111 Peters Canyon Road
Irvine, CA  92606

Hyundai Motor America
10550 Talbert Avenue
Fountain Valley, CA  92708

Hyundai Kia America
Technical Center, Inc.
6800 Geddes Road
Superior Township, MI  48198

                                            */s/Roland Tellis*

                                            Roland Tellis
                                            rtellis@baronbudd.com
                                            BARON & BUDD, P.C.,
                                            15910 Ventura Boulevard
                                            Suite 1600
                                            Encino, CA  91436
                                            Ph.:  818.839.2333