**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. _____ & TITLE - IN RE: _____

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____
Date                                                       Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _____     Fax No.: _____

Email Address: _____

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 3052

## IN RE: Kia Hyundai Vehicle Theft Litigation

Kenneth B. McClain – Parties Represented

1. Plaintiffs Brian Bendorf and Sara Bendorf – Western District of Missouri

2. Plaintiffs Charles Simmons, Dale Denney, and Charles Cole – District of Kansas

3. Plaintiff Amber Hall – District of Nebraska

4. Plaintiff Heather Jones – District of Colorado

5. Plaintiffs Cynthia Yeghiaian and Jeff Plaza – Central District of California

6. Plaintiffs Jon Bodie and Albert Lui – Southern District of Texas

7. Plaintiff Steve Zanmiller – District of Minnesota

8. Plaintiffs Miriam Fruhling, Roger Mason and Jade Burke – Southern District of Ohio

9. Plaintiff Rita Day – Eastern District of Kentucky

10. Plaintiffs Erica Loburgio, Anthony Loburgio, Michael Flannagan, and Jessica Mitchell – Northern District of Illinois

11. Plaintiffs Joanna Pue and Shannon Kozmic – Middle District of Florida

12. Plaintiffs Ann Brady and Leah Price – Southern District of Iowa

13. Plaintiff Stacie Moon – Southern District of New York

**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL No. 3052**

**IN RE: Kia Hyundai Vehicle Theft Litigation**

Kenneth B. McClain – Case List

1. Bendorf et al v Kia America, Inc. et al,
   Case No. 4:22-cv-00465-RK
   Western District of Missouri

2. Simmons et al v. District of Kansas
   Case No. 2:22-cv-02288-HLT
   District of Kansas

3. Hall et al v. Kia America, Inc. et al,
   Case No. 4:22-cv-03155
   District of Nebraska

4. Jones, et al v. Kia America, Inc. et al,
   Case No. 1:22-cv-02123
   District of Colorado

5. Yeghiaian, et al., v. Kia America, Inc., et al.,
   Case No. 8:22-cv-01440,
   Central District of California

6. Jon Bodie, et al v. Kia America, Inc. et al.,
   Case No. 22-cv-02603
   Southern District of Texas

7. Zanmiller, et al., Kia America, et. al,
   Case No. 0:22-cv-02149
   District of Minnesota

8. Fruhling et al., v. Kia America, Inc., et al,
   Case No. 1:22-00451-DRC
   Southern District of Ohio

9. Day et al, v. Kia America, Inc., et al,
   Case No. 5:22-cv-00202-KKC
   Eastern District of Kentucky

10. Loburgio, et al v. Kia America, Inc. et al,
    Case No. 1:22-cv-04071
    Northern District of Illinois

11. Pue, et al., v. Kia America, Inc., et al.,
    Case No. 6:22-CV-01440
    Middle District of Florida

12. Brady, et al v. Kia America, Inc.; et al,
    Case No. 4:22-cv-00252-SMR-SBJ
    Southern District of Iowa

13. Moon, et al., v. Kia America, Inc., et al.,
    Case No. 1:22-cv-07433-JPO
    Southern District of New York

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE KIA HYUNDAI** )
**VEHICLE THEFT LITIGATION** )   **MDL DOCKET 3052**

## **CERTIFICATE OF SERVICE**

On September 16, 2022, a copy of the attached Notice of Appearance was served by ECF and/or email on the following:

**Counsel for Plaintiffs Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**
**Central District of California – Case No. 8:22-cv-01548**

Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA  98101
steve@hbsslaw.com

**Counsel for Plaintiffs Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis**
**Eastern District of Wisconsin – Case No. 2:21-cv-01146**

James B. Barton
Joshua S. Greenberg
313 North Plankinton Avenue, Suite 207
Milwaukee, WI 53203
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com

**Counsel for Plaintiffs Jo Taylor Slovak, Daniel Newman, and Erin Davies**
**Northern District of Ohio – Case No. 3:22-cv-01432**

Melissa Payne
26600 Detroit Road, Suite 250
Westlake, OH 44145
melissa@vincentEsq.com

Laurence Harrington
508 Glen Echo Road
Philadelphia, PA 19119
laurence.harrington.esq@gmail.com

**Counsel for Plaintiff Cobi Bissell**
**Western District of Missouri – Case No. 4:22-cv-00548**

Matthew Dameron
1100 Main Street, Suite 2600
Kansas City, MO 64105
matt@williamsdirks.com

**Counsel for Plaintiffs Miyoshi Morrow, Tracy Spradlin, and Rachel Perry**
**Central District of California – Case No. 8:22-cv-01674**

Roland Tellis
David Fernandes
Adam Tamburelli
Shannon Royster
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
rtellis@baronbudd.com
dfernandes@baronbudd.com
atamburelli@baronbudd.com
sroyster@baronbudd.com

**Counsel for Plaintiffs: Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor**
**Central District of California – Case No. 8:22-cv-01664**

Elizabeth A. Fegan
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
beth@feganscott.com

Jonathan D. Lindenfeld
140 Broadway, 46th Floor
New York, NY 10005
jonathan@feganscott.com

Jennifer A. Lenze
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
jlenze@lenzelawyers.com

**Counsel for Plaintiff LaShaun Johnson**
**District of Minnesota – Case No. 0:22-cv-02164**

Timothy J. Becker
Jacob R. Rusch
Zackary S. Kaylor
444 Cedar Street, Suite 1800
St. Paul, MN 55101
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com

**Counsel for Defendants Kia America, Inc., Hyundai Motor America and Hyundai Kia America Technical Center**

Peter J. Brennan
Michael T. Brody
353 North Clark Street
Chicago, Illinois 60654-3456
pbrennan@jenner.com
mbrody@jenner.com

Alice S. Kim
515 South Flower Street, Suite 3300
Los Angeles, California 90071-2246
akim@jenner.com

Michael R. Reck
Christopher J. Jessen
666 Walnut Street, Suite 2000
Des Moines, IA 50309
mrreck@belinmccormick.com
cjessen@belinmccormick.com

M. Todd Osterloh
Donald C. Morgan
333 W. Vine Street, Suite 1500
Lexington, KY 40507
tosterloh@sturgillturner.com
jgardner@sturgillturner.com

                                                      */s/ Kenneth B. McClain*
                                                       Attorney for Plaintiffs