**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL No. 3052**

**IN RE: Kia Hyundai Vehicle Theft Litigation**

Kenneth B. McClain – Parties Represented

1.  Plaintiffs Brian Bendorf and Sara Bendorf – Western District of Missouri

2.  Plaintiffs Charles Simmons, Dale Denney, and Charles Cole – District of Kansas

3.  Plaintiff Amber Hall – District of Nebraska

4.  Plaintiff Heather Jones – District of Colorado

5.  Plaintiffs Cynthia Yeghiaian and Jeff Plaza – Central District of California

6.  Plaintiffs Jon Bodie and Albert Lui – Southern District of Texas

7.  Plaintiff Steve Zanmiller – District of Minnesota

8.  Plaintiffs Miriam Fruhling, Roger Mason and Jade Burke – Southern District of Ohio

9.  Plaintiff Rita Day – Eastern District of Kentucky

10. Plaintiffs Erica Loburgio, Anthony Loburgio, Michael Flannagan, and Jessica Mitchell –
    Northern District of Illinois

11. Plaintiffs Joanna Pue and Shannon Kozmic – Middle District of Florida

12. Plaintiffs Ann Brady and Leah Price – Southern District of Iowa

13. Plaintiff Stacie Moon – Southern District of New York