# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 3052

## IN RE: Kia Hyundai Vehicle Theft Litigation

Kenneth B. McClain – Case List

1. Bendorf et al v Kia America, Inc. et al,
   Case No. 4:22-cv-00465-RK
   Western District of Missouri

2. Simmons et al v. District of Kansas
   Case No. 2:22-cv-02288-HLT
   District of Kansas

3. Hall et al v. Kia America, Inc. et al,
   Case No. 4:22-cv-03155
   District of Nebraska

4. Jones, et al v. Kia America, Inc. et al,
   Case No. 1:22-cv-02123
   District of Colorado

5. Yeghiaian, et al., v. Kia America, Inc., et al.,
   Case No. 8:22-cv-01440,
   Central District of California

6. Jon Bodie, et al v. Kia America, Inc. et al.,
   Case No. 22-cv-02603
   Southern District of Texas

7. Zanmiller, et al., Kia America, et. al,
   Case No. 0:22-cv-02149
   District of Minnesota

8. Fruhling et al., v. Kia America, Inc., et al,
   Case No. 1:22-00451-DRC
   Southern District of Ohio

9. Day et al, v. Kia America, Inc., et al,
   Case No. 5:22-cv-00202-KKC
   Eastern District of Kentucky

10. Loburgio, et al v. Kia America, Inc. et al,
    Case No. 1:22-cv-04071
    Northern District of Illinois

11. Pue, et al., v. Kia America, Inc., et al.,
    Case No. 6:22-CV-01440
    Middle District of Florida

12. Brady, et al v. Kia America, Inc.; et al,
    Case No. 4:22-cv-00252-SMR-SBJ
    Southern District of Iowa

13. Moon, et al., v. Kia America, Inc., et al.,
    Case No. 1:22-cv-07433-JPO
    Southern District of New York