**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION**<br><br>*On behalf of Plaintiffs in the following Action*:<br><br>*Cohen, et al. v. Kia America, Inc., et al.*, No. 8:22-cv-01664-CJC-DFM (C.D. Cal.) | **MDL No. 3052** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance was electronically filed on September 16, 2022 with the Clerk of the JPML using the CM/ECF System, which will notify counsel of record authorized to receive such filings, and a copy was sent via email and/or U.S. mail to the following as noted on September 16, 2022:

| |
|---|
| Roland Tellis<br>BARON & BUDD, P.C.<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@baronbudd.com<br>Adam Tamburelli<br>atamburelli@baronbudd.com<br>Shannon Royster<br>sroyster@baronbudd.com<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436<br><br>WILLIAMS DIRKS DAMERON LLC<br>Matthew L. Dameron<br>1100 Main Street, Suite 2600<br>Kansas City, Missouri 64105<br>matt@williamsdirks.com<br><br>**Counsel for Plaintiffs Miyoshi Morrow, Tracy Spradlin, and Rachel Perry**<br>C.D. California, No. 8:22-cv-01674 |
| Steve W. Berman (Via Email)<br>Sean R. Matt<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 |

| |
|---|
| steve@hbsslaw.com<br>sean@hbsslaw.com<br>Christopher R. Pitoun (Via Email)<br>HAGENS BERMAN SOBEL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>christopherp@hbsslaw.com<br><br>**Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**<br>C.D. California, No. 8:22-cv-01548 |
| Thomas G. Adams (Via Email)<br>ADAMS & ASSOCIATES<br>21782 Ventura Boulevard, No. 10005<br>Woodland Hills, CA 91364<br>thomasgadams@gmail.com<br>tom@adamsassocs.com<br><br>Rhett T. Francisco (Via Email)<br>THE LAW OFFICES OF RHETT T. FRANCISCO<br>638 Lindero Canyon Road Suite 105<br>Oak Park, CA 91377<br>Rhett_Francisco_Law@yahoo.com<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>Andre K. Smith<br>HUMPHREY, FARRINGTON & McCLAIN, P.C.<br>221 West Lexington Avenue, Suite 400<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br>aks@hfmlegal.com<br>**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza**<br>C.D. California, No. 8:22-cv-01440 |
| Kevin D. Stanley (Via Email)<br>HUMPHREY, FARRINGTON & McCLAIN, P.C.<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>kds@hfmlegal.com<br><br>**Counsel for Plaintiff: Heather Jones**<br>District of Colorado, No. 1:22-cv-02123 |
| Brad R. Sohn (Via Email)<br>THE BRAD SOHN LAW FIRM, PLLC<br>2990 Ponce De Leon Boulevard<br>Suite 300<br>Coral Gables, FL 33134<br>brad@bradsohnlaw.com<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN |

221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Joanna K. Pue and Shannon Kozmic**
M.D. Florida, No. 6:22-cv-01440

Jay M. Smith (Via U.S. Mail)
SMITH AND MCELWAIN
505 5th Street, Suite 530
P.O. Box 1194
Sioux City, IA  51102

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Ann Brady and Leah Price**
S.D. Iowa, No. 4:22-cv-00252

Toby P. Mulholland (Via Email)
RUBENS KRESS & MULHOLLAND
77 W. Washington, Suite 701
Chicago, IL  60602
tpm@rkminjurylaw.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, Michael Flannagan**
S.D. Iowa, No. 1:22-cv-04071

Paul D. Anderson (Via Email)
Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO  64051

| |
|---|
| pda@hfmlegal.com<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br><br>**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, Charles Cole**<br>District of Kansas, No. 2:22-cv-02288 |
| David A. Futscher (Via Email)<br>FUTSCHER LAW, PLLC<br>913 N. Oak Drive<br>Villa Hills, KY 41017<br>david@futscherlaw.com<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiff: Rita Day**<br>E.D. Kentucky, No. 5:22-cv-00202; and<br><br>**Counsel for Plaintiffs: Miriam Fruhling, Roger Mason, Jade Burke**<br>S.D. Ohio, No. 1:22-cv-451 |
| Kenneth B. McClain (Via Email)<br>Paul D. Anderson<br>Jonathan M. Soper<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>pda@hfmlegal.com<br>jms@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiffs: Brian Bendorf, Sara Bendorf**<br>W.D. Missouri, No. 4:22-cv-00465 |
| Matthew L. Dameron (Via Email)<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>matt@williamsdirks.com<br><br>**Counsel for Plaintiff: Cobi Bissell**<br>W.D. Missouri, No. 4:22-cv-00548 |
| Andrew K. Smith (Via Email)<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 W. Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>aks@hfmlegal.com |

**Counsel for Plaintiff: Amber Hall**
District of Nebraska, No. 4:22-cv-03155

Joshua B. Katz (Via Email)
KENT, BEATTY & GORDON, LLP
Eleven Times Square
New York, NY 10036
jbk@kbg-law.com
Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce

HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Stacie Moon**
S.D. New York, No. 1:22-cv-7433

Melissa Payne (Via Email)
PAYNE LAW LLC
26600 Detroit Road, Suite 250
Westlake, OH 44145
Melissa@VincentEsq.com
Laurence Harrington (Via U.S. Mail)
THE HARRINGTON FIRM
508 Glen Echo Road
Philadelphia, PA 19119

**Counsel for Plaintiffs: Jo Taylor Slovak, Daniel Newman, Erin Davies**
N.D. Ohio, No. 3:22-cv-01432

Kenneth C. Baker (Via Email)
Victoria Lui
BAKER & PATTERSON LLP
3100 Richmond Avenue, Suite 5500
Houston, TX 77098
kbaker@bakpatlaw.com
vlui@bakpatlaw.com
Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Andrew K. Smith
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
aks@hfmlegal.com

**Counsel for Plaintiffs: Jon Bodie, Albert Lui**
S.D. Texas, No. 4:22-cv-02603

James B. Barton (Via Email)
Joshua S. Greenberg
BARTON LEGAL S.C.
313 North Plankinton Avenue, Suite 207
Milwaukee, WI 53203
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com

**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis**
E.D. Wisconsin, No. 2:21-cv-01146

---

Timothy J. Becker (MN Bar No. 0256663)
Jacob R. Rusch (MN Bar No. 0391892)
Zackary S. Kaylor (MN Bar No. 0400854)
JOHNSON BECKER PLLC
444 Cedar Street
Suite 1800
St. Paul, MN 55101
(612) 436-1804 (phone)
(612) 436-1801 (fax)
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com

**Counsel for Plaintiff: LaShaun Johnson**
District of Minnesota, No. 0:22-cv-02164

---

George "Jed" Chronic (Via Email)
MASCHKA, RIEDY RIES & FRENTZ
151 St. Andrews Court
Building 1010
Mankato, MN 56001
Telephone: (507) 625-6600
Facsimile: (507) 625-4002
jed_chronic@mrr-law.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Humphrey, Farrington & McClain, P.C.
221 West Lexington Ave.
Suite 400
Independence, MO 64051
(816) 836-5050
(816) 836-8966 –fax
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegla.com

**Counsel for Plaintiff: Steve Zanmiller**
District of Minnesota, No. 0:22-cv-02149

---

Peter J Brennan (Via Email)
Michael T Brody
Jenner & Block LLP
353 N Clark St
Chicago, IL 60654
312-923-2614
Email: pbrennan@jenner.com
Email: mbrody@jenner.com

| **Counsel for Defendant: Kia America, Inc., Hyundai Motor America, Hyundai America Technical Center Inc**<br>E.D. Wisconsin, No. 2:21-cv-01146; C.D. California, No. 8:22-cv-01548 |
|---|
| **Defendants:**<br>Kia Corporation (Via US Mail)<br>President, Noi-Myung Kim<br>231231, Yangjae-Dong<br>Seocho-Ku, Seoul, 137-928<br>Republic of Korea<br><br>Hyundai Motor Co. (Via US Mail)<br>President, José Muñoz<br>12 Heolleung-ro Seocho-gu,<br>Seoul, 06797 Republic of Korea<br><br>C.D. California, No. 8:22-cv-01664 |

Respectfully Submitted,

By: */s/ Elizabeth A. Fegan*

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiffs Mitchell Cohen, Pauline Ragsdale, Herbert Taylor and the Putative Class*