# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____3052_____ & TITLE - IN RE: ___Kia Hyundai Vehicle Theft Litigation___

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Please see the attached Schedule of Actions.

_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for ___Kia America, Inc.; Hyundai Motor America; Hyundai America Technical Center, Inc.___, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑     This party's parent corporation(s) are listed below:

Kia Corporation (Kia America, Inc.)
Hyundai Motor Company (Hyundai Motor America; Hyundai America Technical Center, Inc.)

☐     The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☐     This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Peter J. Brennan
_____
Signature of Attorney

353 N. Clark St.
_____
Address

Date 9/16/2022
_____

Jenner & Block LLP
_____
Name of Firm

Chicago, IL 60654
_____
City/State/Zip Code

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.