**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| **In re** Kia Hyundai Vehicle Theft Litigation | § | MDL No. 3052 |
| | § | |
| | § | |

**CORPORATE DISCLOSURE STATEMENT**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on

Multidistrict Litigation, I hereby certify that copies of the foregoing Corporate Disclosure

Statement and accompanying attachment were served electronically via ECF, or as indicated

below, on September 16, 2022, to the following:

Jonathan M. Soper
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Jms@hfmlegal.com

Thomas G. Adams
ADAMS & ASSOCIATES
21782 Ventura Blvd. No. 10005
Woodland Hills, CA 91364
(805) 258-7415

Rhett T. Francisco
THE LAW OFFICES OF RHETT T. FRANCISCO
638 Lindero Canyon Rd. Suite 105
Oak Park, CA 91377

**Counsel for Cynthia Yeghiaian and Jeff Plaza**
**C.D. California, No. 8:22-cv-01440**

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
(206) 623-7292
Steve@hbsslaw.com

Christopher Pitoun
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue Suite 920
Pasadena, CA 91101
213-330-7150
Fax: 213-330-7152
Christopherp@hbsslaw.com

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
513-345-8297
Fax: 513-345-8294
Jgoldenberg@gs-legal.com

Joseph M. Lyon
THE LYON FIRM
2754 Erie Avenue
Cincinnati, OH 45208
513-381-2333
Fax: 513-766-9011
Jlyon@thelyonfirm.com

**Counsel for Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**
**C.D. California, No. 8:22-cv-01548**

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr. 24th Floor
Chicago, IL 60606
(312) 741-1019
Beth@feganscott.com

**Counsel for Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor**
**C.D. California, No. 8:22-cv-01664**

Roland Tellis
BARON & BUDD, P.C.
15910 Ventura Blvd. Suite 1600
Encino, CA 91436
(818) 839-2333
Rtellis@baronbudd.com

Matthew L. Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110
Matt@williamsdirks.com

**Counsel for Miyoshi Morrow, Tracy Spradlin and Rachel Perry**
**C.D. California, No. 8:22-cv-01674**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

**Counsel for Heather Jones**
**D. Colorado, No. 1:22-cv-02123**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

Bradford Rothwell Sohn
BRAD SOHN LAW FIRM, PLLC

2990 Ponce De Leon Boulevard, Suite 300
Coral Gables, FL 33134
Brad@bradsohnlaw.com

**Counsel for Joanna Pue and Shannon Kozmic**
**M.D. Florida, No. 6:22-cv-1440**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

Toby Patrick Mulholland
RUBENS KRESS & MULHOLLAND
77 West Washington Street, Suite 701
Chicago, IL 60602
Tpm@rkminjurylaw.com

**Counsel for Erica Loburgio, Anthony Loburgio, Michael Flannagan, and Jessica**
**Mitchell**
**N.D. Illinois, No. 1:22-cv-04071**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

Jay Madison Smith
SMITH & MCELWAIN FIRM
P.O. Box 1194
505 Fifth Street, Suite 530
Sioux City, IA 51102

Smitmcel@aol.com

**Counsel for Ann Brady and Leah Price**
**S.D. Iowa, No. 4:22-cv-00252**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

**Counsel for Charles Simmons, Dale Denney, and Charles Cole**
**D. Kansas, No. 2:22-cv-02288**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

David A. Futscher
FUTSCHER LAW PLLC
913 North Oak Drive
Villa Hills, KY 41017
David@futscherlaw.com

**Counsel for Rita Day**
**E.D. Kentucky, No. 5:22-cv-00202**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400

P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

**Counsel for Brian Bendorf and Sara Bendorf**
**W.D. Missouri, No. 4:22-cv-0465**

Matthew L. Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110
Matt@williamsdirks.com

**Counsel for Cobi Bissell**
**W.D. Missouri, No. 4:22-cv-00548**

Andrew K. Smith
Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Aks@hfmlegal.com
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

**Counsel for Amber Hall**
**D. Nebraska, No. 4:22-cv-03155**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com

Jms@hfmlega.com
Kds@hfmlegal.com

Joshua B. Katz
KENT, BEATTY, & GORDON, LLP
11 Times Square
New York, NY 10036
(212) 421-4300
Jbk@kbg-law.com

**Counsel for Stacie Moon**
**S.D. New York, 1:22-cv-07433**

Melissa Ann Payne
VINCENT ESQUIRE
26600 Detroit Road, Suite 250
Westlaw, OH 44145
Melissa@vincentesq.com

**Counsel for Jo Taylor Slovak, Daniel Newman, and Erin Davies**
**N.D. Ohio, No. 3:22-cv-01432**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

David A. Futscher
FUTSCHER LAW PLLC
913 North Oak Drive
Villa Hills, KY 41017
David@futscherlaw.com

**Counsel for Miriam Fruhling, Roger Mason, and Jade Burke**
**S.D. Ohio, No. 1:22-cv-00451**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley

HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

Victoria Nikki Lui
BAKER & PATTERSON LLP
3100 Richmond Avenue, Suite 550
Houston, TX 77098
Vlui@bakpatlaw.com

**Counsel for Jon Bodie and Albert Lui**
**S.D. Texas, No. 4:22-cv-02603**

James B. Barton
Joshua S. Greenberg
BARTON LEGAL S.C.
313 North Plankinton Avenue, Suite 207
Milwaukee, WI 53203
Jbb@bartonlegalsc.com
Jsg@bartonlegalsc.com

**Counsel for Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy**
**Flasch, and Lydia Davis**
**E.D. Wisconsin, No. 2:21-cv-01146**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  September 16, 2022

Respectfully submitted,

*/s/ Peter Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
Seung Yun
SYun@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:      +1 312 222 9350
Facsimile:       +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:      +1 213 239 5100
Facsimile:       +1 213 239 5199

*Counsel for Defendants Kia America, Inc.,*
*Hyundai Motor America, and Hyundai*
*America Technical Center, Inc.*