## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: KIA HYUNDAI
VEHICLE THEFT LITIGATION

*On Behalf Of Plaintiffs in
the following Action:*

MDL Case No. 3052

> *Marvin et al. v. Kia America, Inc. et al.,*
> Eastern District of Wisconsin,
> Case No. 2:21–cv–01146

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United Stated Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel certifies that a true and correct copy of his Notice of Appearance and this Proof of Service were filed with the Clerk of the JPML through the CM/ECF system, and served via email on September 17, 2022 on the following parties through their respective counsel as noted below:

Jennifer A. Lenze (*via email*)
Lenze Lawyers, PLC
999 Corporate Dr., Ste. 110
La Ranch, CA 92694
*jlenze@lenzelawyers.com*

J. Barton Goplerud (*via email*)
Shindler, Anderson, Goplerud & Weese PC
5015 Grand Ridge Dr., Ste. 100
West Des Moines, IA 50265
*goplerud@sagwlaw.com*

Elizabeth A. Fegan (*via email*)
Jonathan D. Lindenfeld
Fegan Scott LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606

*beth@feganscott.com*
*jonathan@feganscott.com*

**Counsel for Plaintiffs: Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor**
Central District of California, Case No. 8:22–cv–01664

Roland Tellis (*via email*)
David Fernandes
Adam Tamburelli
Shannon Royster
Baron Budd, P.C.
15910 Ventura Blvd., Ste. 1600
Encino, CA 91436
*rtellis@baronbudd.com*
*dfernandes@baronbudd.com*
*atamburelli@baronbudd.com*
*sroyster@baronbudd.com*

Matthew L. Dameron (*via email*)
Williams Dirks Dameron LLC
1100 Main St., Ste. 2600
Kansas City, MO 64105
*matt@williamsdirks.com*

**Counsel for Plaintiffs: Miyoshi Morrow, Tracy Spradlin, and Rachel Perry**
C.D. California, No. 8:22–cv–01674

Steve W. Berman (*via email*)
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Second Ave., Ste. 2000
Seattle, WA 98101
*steve@hbsslaw.com*
*sean@hbsslaw.com*

Christopher R. Pitoun (*via email*)
Hagens Berman Sobol Shapiro LLP
301 N. Lake Ave., Ste. 920
Pasadena, CA 91101
*christopherp@hbsslaw.com*

Jeffrey S. Goldenberg (*via email*)
Todd Naylor
Goldberg Schneider LPA

4445 Lake Forest Dr., Ste. 490
Cincinnati, OH 45242
*Jgoldenberg@gs-legal.com*
*tnaylor@gs-legal.com*

Joseph M. Lyon
The Lyon Firm
2754 Erie Ave.
Cincinnati, OH 45208
*Jlyon@thelyonfirm.com*

**Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**
C.D. California, No. 8:22-cv-01548

Thomas G. Adams (*via email*)
Adams and Associates
21782 Ventura Blvd., No. 10005
Woodland Hills, CA 91364
*thomasgadams@gmail.com*
*tom@adamsassocs.com*

Rhett T. Francisco (*via email*)
The Law Offices of Rhett T. Francisco
638 Lindero Canyon Rd., Ste. 105
Oak Park, CA 91377
*Rhett_Francisco_Law@yahoo.com*

Kenneth B. McClain (*via email*)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Andre K. Smith
Humphrey, Farrington & McClain, P.C.
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
*kbm@hfmlegal.com*
*jms@hfmlegal.com*
*kds@hfmlegal.com*
*cmp@hfmlegal.com*
*aks@hfmlegal.com*

**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza**
C.D. California, No. 8:22-cv-01440

Kevin D. Stanley (*via email*)
Humphrey, Farrington & McClain, P.C.
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
*kds@hfmlegal.com*

**Counsel for Plaintiff: Heather Jones**
D. Colorado, No. 1:22–cv–02123

Brad R. Sohn (*via email*)
The Brad Sohn Law Firm, PLLC
2990 Ponce De Leon Blvd., Ste. 300
Coral Gables, FL 33134
*brad@bradsohnlaw.com*

Kenneth B. McClain (*via email*)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Humphrey, Farrington & McClain
221 W. Lexington Ave., Suite 400
Independence, MO 64051
*kbm@hfmlegal.com*
*jms@hfmlegal.com*
*kds@hfmlegal.com*
*cmp@hfmlegal.com*

**Counsel for Plaintiffs: Joanna K. Pue and Shannon Kozmic**
M.D. Florida, No. 6:22–cv–01440

Jay M. Smith (*via email*)
Smith and McElwain Law Offices
505 5th St., Ste. 530
Sioux City, IA 51102
*smitmcel@aol.com*

Kenneth B. McClain (*via email*)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Humphrey, Farrington & McClain
221 W. Lexington Ave., Ste. 400
Independence, MO 64051

*kbm@hfmlegal.com*
*jms@hfmlegal.com*
*kds@hfmlegal.com*
*cmp@hfmlegal.com*

**Counsel for Plaintiffs: Ann Brady and Leah Price**
S.D. Iowa, No. 4:22–cv–00252

Toby P. Mulholland (*via email*)
Rubens Kress & Mulholland
77 W. Washington St., Ste. 701
Chicago, IL 60602
*tpm@rkminjurylaw.com*
Kenneth B. McClain (*via email*)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Humphrey, Farrington & McClain
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, and Michael Flannagan**
S.D. Iowa, No. 1:22–cv–04071

Paul D. Anderson (*via email*)
Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Humphrey, Farrington & McClain
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
*pda@hfmlegal.com*
*kbm@hfmlegal.com*
*jms@hfmlegal.com*
*kds@hfmlegal.com*

**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, and Charles Cole**
D. Kansas, No. 2:22–cv–02288

David A. Futscher (*via email*)
Futscher Law, PLLC
913 N. Oak Dr.
Villa Hills, KY 41017
*david@futscherlaw.com*

Kenneth B. McClain (*via email*)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Humphrey, Farrington & McClain
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
*kbm@hfmlegal.com*
*jms@hfmlegal.com*
*kds@hfmlegal.com*
*cmp@hfmlegal.com*

**Counsel for Plaintiff: Rita Day**
E.D. Kentucky, No. 5:22–cv–00202; and

**Counsel for Plaintiffs: Miriam Fruhling, Roger Mason, and Jade Burke**
S.D. Ohio, No. 1:22–cv–451

Kenneth B. McClain (*via email*)
Paul D. Anderson
Jonathan M. Soper
Chelsea M. Pierce
Humphrey, Farrington & McClain
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
*kbm@hfmlegal.com*
*pda@hfmlegal.com*
*jms@hfmlegal.com*
*cmp@hfmlegal.com*

**Counsel for Plaintiffs: Brian Bendorf and Sara Bendorf**
W.D. Missouri, No. 4:22–cv–00465

Matthew L. Dameron (*via email*)
Williams Dirks Dameron LLC
1100 Main St., Ste. 2600
Kansas City, MO 64105
*matt@williamsdirks.com*

**Counsel for Plaintiff: Cobi Bissell**
W.D. Missouri, No. 4:22–cv–00548

Andrew K. Smith (*via email*)
Humphrey, Farrington & McClain
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
*aks@hfmlegal.com*

**Counsel for Plaintiff: Amber Hall**
D. Nebraska, No. 4:22–cv–03155

Joshua B. Katz (*via email*)
Kent, Beatty & Gordon, LLC
11 Times Sq.
New York, NY 10036
*jbk@kbg–law.com*

Kenneth B. McClain (*via email*)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Humphrey, Farrington & McClain
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
*kbm@hfmlegal.com*
*jms@hfmlegal.com*
*kds@hfmlegal.com*
*cmp@hfmlegal.com*

**Counsel for Plaintiff: Stacie Moon**
S.D. New York, No. 1:22–cv–7433

Melissa Payne (*via email*)
Payne Law LLC
26600 Detroit Rd., Ste. 250
Westlake, OH 44145
*melissa@vincentesq.com*

Laurence Harrington (*via email*)
The Harrington Firm
508 Glen Echo Rd.
Philadelphia, PA 19119

*laurence.harrington.esq@gmail.com*

**Counsel for Plaintiffs: Jo Taylor Slovak, Daniel Newman, and Erin Davies**
N.D. Ohio, No. 3:22–cv–01432

Kenneth C. Baker (*via email*)
Victoria Lui
Baker & Patterson LLC
3100 Richmond Ave., Ste. 5500
Houston, TX 77098
*kbaker@bakpatlaw.com*
*vlui@bakpatlaw.com*

Kenneth B. McClain (*via email*)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Andrew K. Smith
Humphrey, Farrington & McClain
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
*kbm@hfmlegal.com*
*jms@hfmlegal.com*
*kds@hfmlegal.com*
*cmp@hfmlegal.com*
*aks@hfmlegal.com*

**Counsel for Plaintiffs: Jon Bodie and Albert Lui**
S.D. Texas, No. 4:22–cv–02603

Timothy J. Becker (*via email*)
Jacob R. Rusch
Zackary S. Kaylor
Johnson Becker PLLC
444 Cedar St., Ste. 1800
St. Paul, MN 55101
*tbecker@johnsonbecker.com*
*jrusch@johnsonbecker.com*
*zkaylor@johnsonbecker.com*

**Counsel for Plaintiff: LaShaun Johnson**
D. Minnesota, No. 0:22–cv–02164

George "Jed" Chronic (*via email*)
Maschka, Riedy Ries & Frentz
151 St. Andrews Ct.
Building 1010
Mankato, MN 56001
*jed_chronic@mrr–law.com*

Kenneth B. McClain (*via email*)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Humphrey, Farrington & McClain, P.C.
221 W. Lexington Ave., Ste. 400
Independence, MO 64051
*kbm@hfmlegal.com*
*jms@hfmlegal.com*
*kds@hfmlegal.com*
*cmp@hfmlegla.com*

**Counsel for Plaintiff: Steve Zanmiller**
D. Minnesota, No. 0:22–cv–02149

Peter J. Brennan (*via email*)
Michael T. Brody
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
*pbrennan@jenner.com*
*mbrody@jenner.com*

**Counsel for Defendant: Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.**
E.D. Wisconsin, No. 2:21–cv–01146

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Dated this 17th day of September, 2022.

BARTON LEGAL S.C.

*/s/ Electronically Signed By James B. Barton*
James B. Barton
Email: *jbb@bartonlegalsc.com*
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
T: (414) 877–0690
F: (414) 877–3039

*Counsel for Plaintiffs, Stefanie Marvin,*
*Katherine Wargin, Chaid Przybelski,*
*Chad Just, Amy Flasch, & Lydia Davis*