### BEFORE THE UNITED STATES JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § § | MDL No. 3052 |

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. hereby provide notification of the following potential tag-along actions:

1. *Baker v. Kia America, Inc.*, No. 8:22-cv-01712 (C.D. Cal.);

2. *Fisher v. Kia America, Inc.*, No. 1:22-cv-02367 (D. Colo.);

3. *DeKam v. Kia America, Inc.*, No. 2:22-cv-12198 (E.D. Mich.);

4. *Zanmiller v. Kia America, Inc.*, No. 0:22-cv-02149 (D. Minn.);

5. *Johnson v. Kia America, Inc.*, No. 0:22-cv-02164 (D. Minn.).

A copy of each potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached to the accompanying Schedule of Actions as Exhibits 1 through 5.

Dated:  September 19, 2022	Respectfully submitted,

	*/s/ Peter J. Brennan*
	Peter J. Brennan
	PBrennan@jenner.com
	Michael T. Brody
	MBrody@jenner.com
	Seung Yun
	SYun@jenner.com
	JENNER & BLOCK LLP
	353 North Clark Street
	Chicago, IL  60654-3456
	Telephone:	+1 312 222 9350
	Facsimile:	+1 312 527 0484

	Alice S. Kim
	AKim@jenner.com
	JENNER & BLOCK LLP
	515 South Flower Street, Suite 3300
	Los Angeles, CA  90071-2246
	Telephone:	+1 213 239 5100
	Facsimile:	+1 213 239 5199

	*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*