BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|   |   |   |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § | MDL No. 3052 |

# DEFENDANTS' MOTION TO MODIFY BRIEFING SCHEDULE IN RESPONSE TO MCNERNEY PLAINTIFFS' MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS IN THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1407

Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") respectfully move under Rule 6.3(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (the "Panel") to modify the briefing schedule in response to Plaintiffs Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown's (the "McNerney Plaintiffs") pending Motion for Transfer and Consolidation of Related Actions in the Central District of California under 28 U.S.C. § 1407. *See* Dkt. 1. Defendants do not oppose the centralization of these cases and request a simple two-step briefing process under which all Plaintiffs put before the Panel their respective positions on the most appropriate transferee venue(s) by September 30 and Defendants respond by October 7.

Responses to the McNerney Plaintiffs' motion are currently due **September 23, 2022**. *See* Dkt. 5. Replies are currently due **September 30, 2022**. *See id.* Defendants propose that the Panel modify the briefing schedule as follows:

1. All Plaintiffs shall file a response to the McNerney Plaintiffs' motion by **September 30, 2022**. Plaintiffs' response(s) should identify the District Court(s) to which they propose all related

- 1 -

actions, including the actions listed in Defendants' accompanying Schedule of Actions, be transferred. There are currently 23 actions filed by 9 different sets of law firms, including one filed on September 16 and a different case removed on September 16 (both of which have been designated on a notice of potential tag-along actions filing with this Panel). Defendants respectfully suggest that the Panel's order setting the briefing schedule should encompass any and all current actions and any actions designated as tag-along actions. That order would ensure that the Panel has the full panoply of suggestions from Plaintiffs.

2. Defendants shall respond to the positions set forth by Plaintiffs in their September 30 filings by **October 7, 2022**.

3. The above would complete the briefing, and any additional argument could be heard by the Panel if and when the Panel schedules argument.

There is good cause for the requested briefing schedule. This requested briefing schedule would allow Defendants to adequately consider and respond to the varying positions on transfer that the various Plaintiffs are expected to present (including any additional views expressed by the original movants, the McNerney Plaintiffs). Although counsel for Defendants have conferred with a number of the Plaintiffs' counsel, Plaintiffs' counsel have not been clear on the positions they will take. Requiring Plaintiffs to present their positions on transfer before Defendants respond would be logical and fair. This proposal would also streamline briefing so the Panel hears from all Plaintiffs once and then hears from Defendants once, rather than hearing from Plaintiffs at three different steps of the briefing process. Defendants respectfully submit that this modified briefing schedule is a reasonable and economical way for the parties to approach the sole remaining dispute before the Panel: the selection of a transferee forum.

Importantly, this modified briefing schedule would not affect the possibility of having this matter heard at the scheduled December 1 hearing date in New York if the Panel chooses to schedule this matter for hearing.

Dated: September 19, 2022

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
Seung Yun
SYun@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*