BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re: KIA HYUNDAI VEHICLE THEFT LITIGATION

MDL Docket No. 3052

## MCNERNEY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown (collectively, the "McNerney Plaintiffs") respectfully file this response to Defendants' Motion to Modify Briefing Schedule (ECF No. 24).

The Panel's rules and governing statutes outline a straightforward scheme for initiating proceedings and conducting motion practice. Any party in any action in which transfer for coordinated or consolidated pretrial proceedings may be appropriate can initiate the transfer of an action to the JPML. 28 U.S.C. § 1407(c)(ii) (2018). Following this initial motion, any other party may then file a response within twenty-one days. Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 6.1. And the original movant can file a reply within seven days after the lapse of the period for filing a response. *Id.* Thus, this Panel acknowledges both the original movant's right to file both an initial motion and a reply to the other parties' responsive briefing. Per Rule 6.1, responses to the McNerney Plaintiffs motion are due on September 23, 2022, with replies thereto due on September 30, 2022

Defendants request a different regime that requires all Plaintiffs to file a response to the McNerney Plaintiffs' motion by September 30, 2022, and for Defendants to respond thereto by October 7, 2022. ECF No. 24. Defendants thus seek leave to modify the briefing schedule because they want an expanded opportunity to respond to what may be varying positions on transfer. *Id.*

- 1 -

011112-11/2035910 V1

Defendants' proposed deviation from Rule 6.1 is not supported by any compelling justification.  While Defendants believe that their proposal would "streamline briefing" so that the Panel only hears from all the Plaintiffs once and the Defendants once, *id.*, Defendants' proposal would deprive the McNerney Plaintiffs of an opportunity to reply to other parties' responsive briefing on the McNerney Plaintiffs' own motion.  Further, if Defendants had been the original movants, which was their right, they would have benefited from Rule 6.1 in the same way that the McNerney Plaintiffs do now.  Rule 6.1 makes clear that the original movant—regardless of whether they are the plaintiff or defendant—is afforded the opportunity to be heard twice, in both its original motion and reply.  Defendants have not presented any arguments that justify altering the Panel's rule and stripping the McNerney Plaintiffs of their right to file a reply on their motion.

Defendants' Motion to Modify Briefing Schedule should be denied, and the current schedule maintained, under which responses to the McNerney Plaintiffs motion are due on September 23, 2022, with replies thereto due on September 30, 2022.

Dated:  September 20, 2022.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*
Steve W. Berman
Sean R. Matt
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101

Telephone: (213) 330-7150
Facsimile: (213) 330-7152
christopherp@hbsslaw.com

Jeffrey S. Goldenberg
Todd Naylor
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45249
Tel: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com

Joseph M. Lyon, Esq.
THE LYON FIRM, LLC
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
Facsimile: (513) 766-9011
jlyon@thelyonfirm.com

*Attorneys for McNerney Plaintiffs*