BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL Docket No. 3052 |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE OF JOEL D. SMITH was served through the CM/ECF system to the following:

**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza**
C.D. California, No. 8:22-cv-01440

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiff: Heather Jones**
District of Colorado, No. 1:22-cv-02123

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiffs: Joanna K. Pue and Shannon Kozmic**
M.D. Florida, No. 6:22-cv-01440

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, Michael Flannagan, Jessica Mitchell**
N.D. Illinois, No. 1:22-cv-04071

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiffs: Ann Brady and Leah Price**
S.D. Iowa, No. 4:22-cv-00252

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, Charles Cole**
District of Kansas, No. 2:22-cv-02288

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiff: Rita Day**
E.D. Kentucky, No. 5:22-cv-00202

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiffs Miriam Fruhling, Roger Mason, Jade Burke**
S.D. Ohio, No. 1:22-cv-451

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiffs: Brian Bendorf, Sara Bendorf**
W.D. Missouri, No. 4:22-cv-00465

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain

221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiff: Cobi Bissell**
W.D. Missouri, No. 4:22-cv-00548

Matthew L. Dameron (Via ECF)
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105

**Counsel for Plaintiff: Miyoshi Morrow, Tracy Spradlin, and Rachel Perry**
C.D. Cal. No. 8:22-cv-01674

Roland Tellis (Via ECF)
Baron & Budd, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

**Counsel for Plaintiff: Mitchel Cohen, Pauline Ragsdale, and Herbert Taylor**
C.D. Cal. No. 8:22-cv-01664

Elizabeth Fegan (Via ECF)
Fegan Scott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

**Counsel for Plaintiff: Amber Hall**
District of Nebraska, No. 4:22-cv-03155

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiff: Stacie Moon**
S.D. New York, No. 1:22-cv-7433

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiffs: Jo Taylor Slovak, Daniel Newman, Erin Davies**
N.D. Ohio, No. 3:22-cv-01432

Melissa Payne (VIA ECF)
Payne Law LLC
2660 Detroit Road, Suite 250
Westlake, Ohio 44145
Melissa@VincentEsq.com

**Counsel for Plaintiffs: Jon Bodie, Albert Lui**
S.D. Texas, No. 4:22-cv-02603

Kenneth B. McClain (Via ECF)
Humphrey Farrington McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis**
E.D. Wisconsin, No. 2:21-cv-01146

James Barton (VIA ECF)
Barton Legal, S.C.
313 North Plankinton Ave., Suite 207
Milwaukee, Wisconsin 53203

**Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Carmi Nelson, Cameron Cunningham, and Allison Brown**
C.D. Cal. No. 8:22-cv-01548

Steve W. Berman (Via ECF)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

**Counsel for Defendants: Kia America, Inc., Hyundai Motor America, Hyundai America Technical Center, Inc.**

Peter J. Brennan (VIA ECF)
Jenner & Block
335 N. Clark St.
Chicago, IL 60654

4

Dated: September 21, 2022              Respectfully submitted,

                                            BURSOR & FISHER, P.A.

                                            */s/ Joel D. Smith*
                                            Joel D. Smith
                                            1990 North California Blvd., Suite 940
                                            Walnut Creek, CA
                                            Telephone: (925) 300-4455
                                            Facsimile: (925) 407-2700
                                            jsmith@bursor.com