### BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

### NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. hereby provide notification of the following related actions:

1. *Hufford v. Kia America, Inc.*, No. 8:22-cv-01715 (C.D. Cal.);

2. *McQuarrie v. Kia America, Inc.*, No. 8:22-cv-01721 (C.D. Cal.).

A copy of each related action's docket sheet and complaint (as publicly filed and without exhibits) is attached to the accompanying Schedule of Actions as Exhibits 1 and 2.

| | |
|---|---|
| Dated:  September 22, 2022 | Respectfully submitted,<br><br>*/s/ Peter J. Brennan*<br>Peter J. Brennan<br>PBrennan@jenner.com<br>Michael T. Brody<br>MBrody@jenner.com<br>Seung Yun<br>SYun@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL  60654-3456<br>Telephone:     +1 312 222 9350<br>Facsimile:      +1 312 527 0484<br><br>Alice S. Kim<br>AKim@jenner.com<br>JENNER & BLOCK LLP<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA  90071-2246<br>Telephone:     +1 213 239 5100<br>Facsimile:      +1 213 239 5199<br><br>*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.* |