BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Kia Hyundai Vehicle Theft Litigation | § § § § § § MDL No. 3052 |

NOTICE OF RELATED ACTIONS

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Steven C. Hufford, on behalf of himself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01715 | Hon. John W. Holcomb |
| **Plaintiffs:**<br>Stephanie McQuarrie, Kaitlynn Marchione, and Omar Becerra, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America. | C.D. California | 8:22-cv-01721 | TBD |

---

[1] A copy of each action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 and 2.