BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In Re: KIA HYUNDAI VEHICLE DEFECT LITIGATION | ) ) ) ) | MDL Docket No.   3052 (pending) |

I hereby certify that a copy of the foregoing Response to *McNerney's* Motion to Transfer, Brief, Schedule of Actions and this Proof of Service was served by U.S. Mail or email as indicated on, to the following:

Sean R Matt (via email)
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave.
Suite 2000
Seattle, WA 98101
(206) 623-7292
Fax: (206) 623-0594
sean@hbsslaw.com
steve@hbsslaw.com

Christopher Pitoun
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue Suite 920
Pasadena, CA 91101
213-330-7150
Fax: 213-330-7152
christopherp@hbsslaw.com

Jeffrey S Goldenberg
Todd B Naylor
Goldenberg Schneider LPA
4445 Lake Forest Drive
Suite 490
Cincinnati, OH 45249
513-345-8291
Fax: 513-345-8294
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com

Joseph M Lyon
THE LYON FIRM
2754 Erie Ave
Cincinnati, OH 45208
513-381-2333
Fax: 513-766-9011
jlyon@thelyonfirm.com

**Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**
       **C.D. California 8:22-cv-01548**

Thomas G. Adams (Via E-mail)
ADAMS & ASSOCIATES
21782 Ventura Blvd., No. 10005
Woodland Hills, CA 91364
805-258-7415
thomasgadams@gmail.com
tom@adamsassocs.com


Rhett T. Francisco (Via E-mail)
THE LAW OFFICES OF RHETT T. FRANCISCO
638 Lindero Canyon Rd., Ste 105
Oak Park, California 91377
818-319-9879
Rhett_Francisco_Law@yahoo.com
Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Andrew K. Smith

**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza**
       **C.D. California, No. 8:22-cv-01440**

Elizabeth A Fegan (Via email)
Fegan Scott LLC
150 S. Wacker Dr.
24th Floor
Chicago, IL 60606
312-741-1019
Fax: 312-264-0100
beth@feganscott.com

Jennifer Ann Lenze
LENZE LAWYERS PLC
1300 Highland Avenue

Suite 207
Manhattan Beach, CA 90266
310-322-8800
Fax: 310-322-8811
Jlenze@lenzelawyers.com

**Counsel for Plaintiffs: Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor
C.D. California 8:22-cv-01664**
Matthew L. Dameron (via email)
WILLIAMS DIRKS DAMERON LLC
1100 Main Street
Suite 2600
Kansas City, MO 64105
816-945-7110
Fax: 816-945-7118
matt@williamsdirks.com

Adam Tamburelli
Baron and Budd PC
15910 Ventura Boulevard
Suite 1600
Encino, CA 91436
818-839-2333
Fax: 214-520-1181
atamburelli@baronbudd.com

David Brian Fernandes , Jr
BARON BUDD PC
15910 Ventura Boulevard
Suite 1600
Encino, CA 91436-2870
818-839-2333
Fax: 214-520-1181
dfernandes@baronbudd.com

Roland K Tellis
Baron and Budd PC
15910 Ventura Boulevard
Suite 1600
Encino, CA 91436
818-839-2333
Fax: 214-520-1181
rtellis@baronbudd.com

Shannon E Royster
Baron and Budd PC

15910 Ventura Boulevard Suite 1600
Encino, CA 91436
818-839-2333
sroyster@baronbudd.com

**Counsel for Plaintiffs: Miyoshi Morrow, Tracy Spradlin, and Rachel Perry
C.D. California 8:22-cv-01674**

Jason T. Thompson
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
248-355-0300
jthompson@sommerspc.com

Frederick John Klorczyk , III
BURSOR & FISHER PA
888 Seventh Avenue
New York, NY 10019
646-837-7150
Fax: 212-989-9163
fklorczyk@bursor.com


Joel Dashiell Smith
BURSOR & FISHER PA
1990 N. California Boulevard
Suite 940
Walnut Creek, CA 94596-3701
925-300-4455
Fax: 925-407-2700
jsmith@bursor.com

John J. Nelson
Milberg Coleman Bryson Phillips Grossman
280 S. Beverly Drive
Beverly Hills, CA 90212
619-209-6941
jnelson@milberg.com

Kevin J Stoops
SOMMERS SCHWARTZ PC
One Towne Square
17th Floor
Southfield, MI 48076
248-355-0300

Fax: 248-936-2143
kstoops@sommerspc.com

Trenton R Kashima
Milberg Coleman Bryson Phillips Grossman PLLC
401 West C Street Suite 1760
San Diego, CA 92101
212-946-9389
tkashima@milberg.com

**Counsel for Plaintiffs: Monique E. Baker, and Stephen L. Desjardins**
         **C.D. California 8:22-cv-01712**

Kevin D. Stanley (Via E-mail)
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kds@hfmlegal.com
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com

**Counsel for Plaintiff: Heather Jones**
         **District of Colorado, No. 1:22-cv-02123**

Jacob Robert Rusch (via email)
Zackary S. Kaylor
Timothy John Becker
Johnson Becker PLLC
444 Cedar Street
Suite 1800
St. Paul, MN 55101
612-436-1800
Fax: 612-436-1801
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com
tbecker@johnsonbecker.com

**Counsel for Plaintiff: Jennifer Fisher**
         **District of Colorado, No. 1:22-cv-02367**

Brad R. Sohn (Via E-mail)
The Brad Sohn Law Firm, PLLC
2990 Ponce De Leon Boulevard
Suite 300

Coral Gables, Florida 33134
brad@bradsohnlaw.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M.Pierce

HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400

P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs:  Joanna K. Pue and Shannon Kozmic**
       **M.D. Florida, No. 6:22-cv-01440**

Jay M. Smith (Via U.S. Mail)
SMITH AND MCELWAIN
505 - 5th Street, Suite 530
P.O. Box 1194
Sioux City, Iowa 51102

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M.Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, Michael Flannagan, Jessica Mitchell**
       **N.D. Illinois, No. 1:22-cv-04071**

Jay M. Smith (Via E-mail)

SMITH AND MCELWAIN
505 - 5th Street, Suite 530
P.O. Box 1194
Sioux City, Iowa 51102
(712) 255-8094
smitmcel@aol.com
Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs:  Ann Brady and Leah Price**
      **S.D. Iowa, No. 4:22-cv-00252**

Toby P. Mulholland (Via E-mail)
RUBENS KRESS & MULHOLLAND
77 W. Washington, Suite 701
Chicago, Illinois 60602
tpm@rkminjurylaw.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs:  Erica Loburgio, Anthony Loburgio, Michael Flannagan**
      **S.D. Iowa, No. 1:22-cv-04071**

Jonathan M. Soper (Via E-mail)
Paul D. Anderson (Via E-mail)
Kevin D. Stanley
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Ave., Ste. 400
Independence, MO 64051
jms@hfmlegal.com
pda@hfmlegal.com
kds@hfmlegal.com

**Counsel for Plaintiffs:  Charles W. Simmons, Dale Denney, Charles Cole**
  **District of Kansas, No. 2:22-cv-02288**

David A. Futscher (Via email)
913 N. Oak Drive
Villa Hills, KY  41017
(859) 912-2394
david@futscherlaw.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce

HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiff:  Rita Day**
  **E.D. Kentucky, No. 5:22-cv-00202, and**
**Counsel for Plaintiffs  Miriam Fruhling, Roger Mason, Jade Burke**
  **S.D. Ohio, No. 1:22-cv-451**

Paul Matouka
Oliver Law Group PC
1647 W. Big Beaver Rd.
Troy, MI 48084
248-327-6556
pmatouka@oliverlawgroup.com

**Counsel for Plaintiffs Casey DeKam, Jason Hendrix, and Ryan Beaulieu**
    **E.D. Michigan No. 2:22-cv-12198**

Jonathan Mesle Soper
Kenneth Blair McClain , II
Kevin Daniel Stanley
HUMPHREY FARRINGTON & MCCLAIN, P.C.
221 W. Lexington
Suite 400, P.O. Box 900
Independence, MO 64051
816-836-5050
jms@hfmlegal.com
kds@hfmlegal.com

George Chronic
Maschka, Riedy, Ries & Frentz
Minnesota
151 Saint Andrews Court
Ste Building 1010
Mankato, MN 56001
507-625-6600
Fax: 507-625-4002
jchronic@mrr-law.com

**Counsel for Plaintiff Steve Zanmiller**
    **District of Minnesota No. 0:22-cv-02149**

Jacob Robert Rusch
Timothy J. Becker
Zackary S. Kaylor
Johnson Becker PLLC
444 Cedar Street
Suite 1800
St. Paul, MN 55101
612-436-1800
Fax: 612-436-1801
jrusch@johnsonbecker.com
tbecker@johnsonbecker.com
zkaylor@johnsonbecker.com

**Counsel for Plaintiff LaShaun Johnson**
    **District of Minnesota No. 0:22-cv-02164**

Kenneth B. McClain (Via E-mail)
Paul D. Anderson
Chelsea M. Pierce
Jonathan M. Soper
HUMPHREY, FARRINGTON & McCLAIN
221 W. Lexington, Suite 400
Independence, Missouri 64050
kbm@hfmlegal.com
pda@hfmlegal.com
cmp@hfmlegal.com
jms@hfmlegal.com

**Counsel for Plaintiffs:  Brian Bendorf, Sara Bendorf**
         **W.D. Missouri, No. 4:22-cv-00465**

Matthew L. Dameron (Via E-mail)
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
matt@williamsdirks.com

**Counsel for Plaintiff: Cobi Bissell**
         **W.D. Missouri, No. 4:22-cv-00548**

Andrew K. Smith (Via E-mail)
HUMPHREY, FARRINGTON & McCLAIN
221 W. Lexington, Suite 400
P.O. Box 900
Independence, Missouri 64051
aks@hfmlegal.com

**Counsel for Plaintiff: Amber Hall**
         **District of Nebraska, No. 4:22-cv-03155**

Joshua B. Katz (Via E-mail)
KENT, BEATTY & GORDON, LLP
Eleven Times Square
New York, New York 10036
jbk@kbg-law.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M.
Pierce

HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400

P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiff: Stacie Moon**
          **S.D. New York, No. 1:22-cv-7433**


Kenneth C. Baker (Via E-mail)
Victoria Lui
BAKER & PATTERSON LLP
3100 Richmond Avenue, Suite 550
Houston, Texas 77098
kbaker@bakpatlaw.com
vlui@bakpatlaw.com

Kenneth B. McClain (Via E-mail)
Jonathan M. Soper Kevin
D. Stanley Chelsea M.
Pierce Andrew K. Smith
Humphrey, Farrington & McClain, P.C.
221 West Lexington Ave., Ste. 400
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegla.com
aks@hfmlrgal.com

**Counsel for Plaintiffs: Jon Bodie, Albert Lui**
          **S.D. Texas, No. 4:22-cv-02603**

James B. Barton (Via E-mail)
Joshua S. Greenberg
BARTON LEGAL S.C.
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com

**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis**

  E.D. Wisconsin, No. 2:21-cv-01146

**Defendants:**

KIA America, Inc. (Via U.S. Mail)
c/o Statutory Agent  CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS OH 43219

Kia Motors America, Inc., (Via U.S. Mail)
111 Peters Canyon Road
Irvine, CA 92606

Hyundai Motor America (Via U.S. Mail)
C/O Statutory Agent Corporation Service Company
3366 RIVERSIDE DRIVE, SUITE 103
UPPER ARLINGTON OH 43221

Hyundai Motor America Corporation (Via U.S. Mail)
10550 Talbert Avenue
Fountain Valley, CA 92708

Hyundai Kia America (Via U.S. Mail)
Technical Center, Inc.
6800 Geddes Road
Superior Township, MI 48198

Kia Corporation (Via U.S. Mail)
c/o Noi-Myung Kim
231231, Yangjae-Dong, Seocho-Ku,
Seoul 137-928
Republic of Korea.

Hyundai Motor Co (Via U.S. Mail)
c/o José Muñoz
12 Heolleung-ro Seocho-gu,
Seoul, 06797, Republic of Korea.

Dated: September 22, 2022

/s/ Melissa Payne
Melissa Payne (Ohio Bar No. 0098027)
Payne Law LLC
26600 Detroit Road, Suite 250
Westlake, Ohio 44145
(757) 768-9029 (Phone)
(216) 294-4839 (Fax)
Melissa@VincentEsq.com

Laurence Harrington (*Pro Hoc Vice Pending*)
The Harrington Firm PLLC
*Of Counsel* Payne Law LLC
www.theharringtonfirm.com
(484) 469-0468