**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Kia Hyundai Vehicle Theft Litigation | MDL DOCKET NO. 3052 |

## NOTICE OF RELATED ACTION

In accordance with the Rules of Procedure for the United States Panel on Multidistrict Litigation, the undersigned counsel for Plaintiffs hereby notifies the Panel of a related action recently filed in the District of Minnesota:

- *Robert Ballis and Ashleigh Towers, individually and on behalf of all others similarly situated v. Kia America, Inc. and Hyundai Motor America,* Civil No. 0:22-cv-02328-WMW-JFD (D. Minn.)

A schedule of actions, current docket sheet and the Complaint are attached.

Dated: September 23, 2022             **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/ Robert K. Shelquist
Robert K. Shelquist (MN #21310X)
Rebecca A. Peterson (MN #0392663)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
             rapeterson@locklaw.com

562039.1

Marshall Tanick, #0108303
**MEYER NJUS TANICK**
330 Second Avenue South, Suite 350
Minneapolis, MN 55401
Telephone: 612-341-2181
Fax: 612-337-5894
Email: mtanick@meyernjus.com

**Attorneys for Plaintiffs Robert Ballis and Ashleigh Towers**