BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL DOCKET NO. 3052 |
|---|---|

## SCHEDULE OF ACTIONS

| Parties | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Robert Ballis and Ashleigh Towers **Defendants:** Kia America, Inc. and Hyundai Motor America | D. Minnesota | 0:22-cv-02328-WMW-JFD | Wilhelmina M. Wright |

Dated:  September 23, 2022

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By:  s/  Robert K. Shelquist
Robert K. Shelquist (MN #21310X)
Rebecca A. Peterson (MN #0392663)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: rkshelquist@locklaw.com
           rapeterson@locklaw.com

562040.1

Marshall Tanick, #0108303
**MEYER NJUS TANICK**
330 Second Avenue South, Suite 350
Minneapolis, MN 55401
Telephone: 612-341-2181
Fax: 612-337-5894
Email: mtanick@meyernjus.com

**Attorneys for Plaintiffs Robert Ballis and Ashleigh Towers**

562040.1