**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL DOCKET NO. 3052 |

## PROOF OF SERVICE

I, Robert K. Shelquist, hereby certify that a copy of the foregoing Notice of Related Action, Schedule of Action, and docket sheet and Complaint and this Proof of Service was filed on September 23, 2022 using the JPML ECF System, which sends electronic notice to counsel. It was also served via e-mail on September 23, 2022 on the parties listed below:

Sean R Matt
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
sean@hbsslaw.com
steve@hbsslaw.com

Christopher Pitoun
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue Suite 920
Pasadena, CA 91101
christopherp@hbsslaw.com

549738.1

Jeffrey S Goldenberg
Todd B Naylor
GOLDENBERG SCHNEIDER LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45249
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com

Joseph M Lyon
THE LYON FIRM
2754 Erie Ave
Cincinnati, OH 45208
jlyon@thelyonfirm.com
**Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**
**C.D. California 8:22-cv-01548**

Thomas G. Adams
ADAMS & ASSOCIATES
21781 Ventura Blvd., No. 10005
Woodland Hills, CA 91364
thomasgadams@gmail.com
tom@adamsassocs.com

Rhett T. Francisco
THE LAW OFFICES OF RHETT T. FRANCISCO
638 Lindero Canyon Rd., Ste 105
Oak Park, California 91377
Rhett_Francisco_Law@yahoo.com

Jonathan M. Soper
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
Independence, MO 64051
jms@hfmlegal.com
**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza**
**C.D. California, No. 8:22-cv-01440**

Elizabeth A Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
beth@feganscott.com
**Counsel for Plaintiffs: Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor**
**C.D. California 8:22-cv-01664**

Matthew L. Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
matt@williamsdirks.com
Roland K Tellis
BARON AND BUDD PC
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
rtellis@baronbudd.com
**Counsel for Plaintiffs: Miyoshi Morrow, Tracy Spradlin, and Rachel Perry**
**C.D. California 8:22-cv-01674**

Frederick John Klorczyk , III
BURSOR & FISHER PA
888 Seventh Avenue
New York, NY 10019
fklorczyk@bursor.com

Joel Dashiell Smith
BURSOR & FISHER PA
1990 N. California Boulevard, Suite 940
Walnut Creek, CA 94596-3701
jsmith@bursor.com

John J. Nelson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN
280 S. Beverly Drive
Beverly Hills, CA 90212
jnelson@milberg.com

Kevin J Stoops
Jason T. Thompson
SOMMERS SCHWARTZ PC
One Towne Square, 17th Floor
Southfield, MI 48076
kstoops@sommerspc.com
jthompson@sommerspc.com

Trenton R Kashima
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
401 West C Street Suite 1760
San Diego, CA 92101
tkashima@milberg.com
**Counsel for Plaintiffs: Monique E. Baker, and Stephen L. Desjardins**
**C.D. California 8:22-cv-01712**

Michael F. Ram
MORGAN AND MORGAN
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
mram@forthepeople.com
**Counsel for Steven C. Hufford**
**C.D. California, No. 8:22-cv-01715**

Jonathan A. Michaels
MLG APLC
600 Anton Blvd., Suite 1240
Costa Mesa, CA 92626
jmichaels@defectattorney.com
**Counsel for Stephanie McQuarrie, Kaitlynn Marchione, and Omar Becerra**
**C.D. California, No. 8:22-cv-01721**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
Independence, MO 64051
kds@hfmlegal.com
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
**Counsel for Plaintiff: Heather Jones**
**District of Colorado, No. 1:22-cv-02123**

Jacob Robert Rusch
Zackary S. Kaylor
Timothy John Becker
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com
tbecker@johnsonbecker.com
**Counsel for Plaintiff: Jennifer Fisher**
**District of Colorado, No. 1:22-cv-02367**

Brad R. Sohn
THE BRAD SOHN LAW FIRM, PLLC
2990 Ponce De Leon Boulevard, Suite 300
Coral Gables, Florida 33134
brad@bradsohnlaw.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiffs: Joanna K. Pue and Shannon Kozmic**
**M.D. Florida, No. 6:22-cv-01440**

Toby Patrick Mulholland
RUBENS KRESS & MULHOLLAND
77 West Washington Street, Suite 701
Chicago, IL 60602
tpm@rkminjurylaw.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900

Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, Michael Flannagan, Jessica Mitchell**
**N.D. Illinois, No. 1:22-cv-04071**

Jay M. Smith
SMITH AND MCELWAIN
505 - 5th Street, Suite 530
P.O. Box 1194
Sioux City, Iowa 51102
smitmcel@aol.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiffs: Ann Brady and Leah Price**
**S.D. Iowa, No. 4:22-cv-00252**

Jonathan M. Soper
Paul D. Anderson
Kevin D. Stanley
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Ave., Ste. 400
Independence, MO 64051
jms@hfmlegal.com
pda@hfmlegal.com
kds@hfmlegal.com
**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, Charles Cole**
**District of Kansas, No. 2:22-cv-02288**

David A. Futscher
913 N. Oak Drive
Villa Hills, KY 41017
david@futscherlaw.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiff: Rita Day**
**E.D. Kentucky, No. 5:22-cv-00202, and**
**Counsel for Plaintiffs Miriam Fruhling, Roger Mason, Jade Burke**
**S.D. Ohio, No. 1:22-cv-451**

Paul Matouka
Oliver Law Group PC
1647 W. Big Beaver Rd.
Troy, MI 48084
pmatouka@oliverlawgroup.com
**Counsel for Plaintiffs Casey DeKam, Jason Hendrix, and Ryan Beaulieu**
**E.D. Michigan No. 2:22-cv-12198**

Jonathan Mesle Soper
Kenneth Blair McClain , II
Kevin Daniel Stanley
HUMPHREY FARRINGTON & MCCLAIN, P.C.
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
jms@hfmlegal.com
kds@hfmlegal.com

George Chronic
MASCHKA, RIEDY, RIES & FRENTZ
151 Saint Andrews Court
Ste Building 1010
Mankato, MN 56001
jchronic@mrr-law.com
**Counsel for Plaintiff Steve Zanmiller**
**District of Minnesota No. 0:22-cv-02149**

Jacob Robert Rusch
Timothy J. Becker
Zackary S. Kaylor
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
jrusch@johnsonbecker.com
tbecker@johnsonbecker.com
zkaylor@johnsonbecker.com
**Counsel for Plaintiff LaShaun Johnson**
**District of Minnesota No. 0:22-cv-02164**

Kenneth B. McClain
Paul D. Anderson
Chelsea M. Pierce
Jonathan M. Soper
HUMPHREY, FARRINGTON & McCLAIN
221 W. Lexington, Suite 400
Independence, Missouri 64050
kbm@hfmlegal.com
pda@hfmlegal.com
cmp@hfmlegal.com
jms@hfmlegal.com
**Counsel for Plaintiffs: Brian Bendorf, Sara Bendorf**
**W.D. Missouri, No. 4:22-cv-00465**

Matthew L. Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
matt@williamsdirks.com
**Counsel for Plaintiff: Cobi Bissell**
**W.D. Missouri, No. 4:22-cv-00548**

Andrew K. Smith
HUMPHREY, FARRINGTON & McCLAIN
221 W. Lexington, Suite 400
P.O. Box 900
Independence, Missouri 64051
aks@hfmlegal.com
**Counsel for Plaintiff: Amber Hall**
**District of Nebraska, No. 4:22-cv-03155**

Joshua B. Katz
KENT, BEATTY & GORDON, LLP
Eleven Times Square
New York, New York 10036
jbk@kbg-law.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiff: Stacie Moon**
**S.D. New York, No. 1:22-cv-7433**

Melissa Ann Payne
VINCENT ESQUIRE
26600 Detroit Road, Suite 250
Westlaw, OH 44145
Melissa@vincentesq.com
**Counsel for Jo Taylor Slovak, Daniel Newman, and Erin Davies**
**N.D. Ohio, No. 3:22-cv-01432**

Kenneth C. Baker
Victoria Lui
BAKER & PATTERSON LLP
3100 Richmond Avenue, Suite 550
Houston, Texas 77098
kbaker@bakpatlaw.com
vlui@bakpatlaw.com

Kenneth B. McClain
Jonathan M. Soper Kevin
D. Stanley Chelsea M.
Pierce Andrew K. Smith
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Ave., Ste. 400
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegla.com
aks@hfmlrgal.com
**Counsel for Plaintiffs: Jon Bodie, Albert Lui**
**S.D. Texas, No. 4:22-cv-02603**

James B. Barton
Joshua S. Greenberg
BARTON LEGAL S.C.
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com
**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis**
**E.D. Wisconsin, No. 2:21-cv-01146**

**Defendants (served via U.S. Mail):**
KIA AMERICA, INC.
c/o Statutory Agent
C T Corporation System, Inc.
1010 Dale Street North
St. Paul, MN  55117-5603

HYUNDAI MOTOR AMERICA
c/o Statutory Agent
Corporation Service Company
2345 Rice Street
Roseville, MN 55113-5603

HYUNDAI MOTOR AMERICA CORPORATION
10550 Talbert Avenue
Fountain Valley, CA 92708

HYUNDAI KIA AMERICA
Technical Center, Inc.
6800 Geddes Road
Superior Township, MI 48198

KIA CORPORATION
c/o Noi-Myung Kim
231231, Yangjae-Dong, Seocho-Ku,
Seoul 137-928
Republic of Korea.

HYUNDAI MOTOR CO
c/o José Muñoz
12 Heolleung-ro
Seocho-gu,, Seoul, 06797
Republic of Korea.

COURT:
Clerk of Court
District of Minnesota
Diana E. Murphy United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MN 55415


Dated:  September 23, 2022          **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

                                    By:  s/ Robert K. Shelquist
                                    Robert K. Shelquist (MN #21310X)
                                    Rebecca A. Peterson (MN #0392663)
                                    100 Washington Avenue South, Suite 2200
                                    Minneapolis, MN 55401
                                    Telephone: (612) 339-6900
                                    Facsimile:  (612) 339-0981
                                    E-mail: rkshelquist@locklaw.com
                                            rapeterson@locklaw.com

Marshall Tanick, #0108303
**MEYER NJUS TANICK**
330 Second Avenue South, Suite 350
Minneapolis, MN 55401
Telephone: 612-341-2181
Fax: 612-337-5894
Email: mtanick@meyernjus.com

**Attorneys for Plaintiffs Robert Ballis and Ashleigh Towers**