BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|   |   |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

NOTICE OF RELATED ACTION

SCHEDULE OF ACTION[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Lauren Henry, Lauren Hickman, Kathy Coke, Gerald Smith, Devon McClellan, and Lauren Hernandez, individually on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc., Fictitious Kia Defendants 1-3, and Fictitious Hyundai Defendants A-C. | C.D. California | 8:22-cv-01729 | TBD |

---

[1] A copy of the action's docket sheet and application to file under seal (as publicly filed and without attachments) is attached as Exhibit 1.