# EXHIBIT 1

Query   Reports   Utilities   Help   Log Out

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:22-cv-01729

| | |
|---|---|
| Henry et al v. Kia America, Inc. et al | Date Filed: 09/21/2022 |
| Assigned to: | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Fraud | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Diversity |

**Plaintiff**

**Lauren Henry**  represented by  **Alison M. Bernal**
Nye Stirling Hale Miller and Sweet LLP
33 West Mission Street Suite 201
Santa Barbara, CA 93101
805-963-2345
Fax: 805-284-9590
Email: alison@nshmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Hickman**  represented by  **Alison M. Bernal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Coke**  represented by  **Alison M. Bernal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Smith**  represented by  **Alison M. Bernal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devon McClellan**  represented by  **Alison M. Bernal**
(See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **Lauren Hernandez**       represented by | **Alison M. Bernal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

Kia America, Inc.

**Defendant**

Hyundai Motor America

**Defendant**

Hyundai Kia Technical Center, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2022 | 1 | APPLICATION to file document *CLASS ACTION COMPLAINT* under seal filed by Plaintiffs Kathy Coke, Lauren Henry, Lauren Hernandez, Lauren Hickman, Devon McClellan, Gerald Smith. (Attachments: # 1 Proposed Order)(Attorney Alison M. Bernal added to party Kathy Coke(pty:pla), Attorney Alison M. Bernal added to party Lauren Henry(pty:pla), Attorney Alison M. Bernal added to party Lauren Hernandez(pty:pla), Attorney Alison M. Bernal added to party Lauren Hickman(pty:pla), Attorney Alison M. Bernal added to party Devon McClellan (pty:pla), Attorney Alison M. Bernal added to party Gerald Smith(pty:pla))(Bernal, Alison) (Entered: 09/21/2022) |
| 09/21/2022 | 2 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *CLASS ACTION COMPLAINT* under seal 1 filed by Plaintiffs Kathy Coke, Lauren Henry, Lauren Hernandez, Lauren Hickman, Devon McClellan, Gerald Smith. (Attachments: # 1 Exhibit A to Declaration, # 2 Unredacted Document (Class Action Complaint))(Bernal, Alison) (Entered: 09/21/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/22/2022 09:28:09 | | | |
| **PACER Login:** | jb0014 | **Client Code:** | 62015-0000-660 |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-cv-01729 End date: 9/22/2022 |
|  | 2 | **Cost:** | 0.20 |

| Billable Pages: | | | |
|---|---|---|---|

Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

*Attorneys for Plaintiffs*

***Additional counsel for Plaintiffs listed on signature page***

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HENRY, LAUREN HICKMAN, KATHY COKE, GERALD SMITH, DEVON MCCLELLAN, and LAUREN HERNANDEZ, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, HYUNDAI KIA AMERICA TECHNICAL CENTER, INC., FICTITIOUS KIA DEFENDANTS 1-3, and FICTITIOUS HYUNDAI DEFENDANTS A-C;<br><br>Defendants. | Case No.: 8:22-cv-1729<br><br>**APPLICATION FOR LEAVE TO TEMPORARILY FILE UNDER SEAL PORTIONS OF PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>*[Concurrently Filed With Declaration Of Alison Bernal & [Proposed] Order]*<br><br>Complaint Filed: September 21, 2022<br>Judge: |

Pursuant to Local Rule 79-5, Plaintiffs request leave of the Court to temporarily file their Complaint under seal. Counsel for Plaintiffs also currently serves as counsel for certain Plaintiffs in *Marvin v. Kia America, Inc. et al.*, No. 21-cv-1146 (E.D. Wis.), which relates to the same general allegations in this litigation, namely the susceptibility of certain Hyundai and Kia vehicles to theft. Cities around the country are experiencing a Hyundai and Kia auto theft epidemic. Both the complaint in *Marvin* and the complaint in this action detail the specific nature of the defect, how the

vehicles are stolen and the existence of alternative designs that would prevent the thefts. In *Marvin*, Judge Pepper ordered certain allegations sealed out of the parties' fear that making all of the complaint public would exacerbate the issue. *See* 2:21-cv-1146, ECF No. 34, at 5 (E.D. Wis. May 31, 2022) (attached hereto as Exhibit A to the Declaration of Alison M. Bernal). Judge Pepper observed that the redactions in *Marvin* were narrowly tailored "to prevent the disclosure of the design defect that allegedly makes it easy to steal the Kia and Hyundai cars" which led to the conclusion that "the parties have established good cause for restricting the amended complaint and filing a redacted version of the same." *Id.* at 5-6. The complaint in *Marvin* was initially filed under seal and, after counsel for the defendants entered their appearance, the parties conferred regarding the redactions and filed a public version of the complaint with narrowly tailored redactions.

The Complaint in this Action contains substantially similar allegations regarding the alleged defect. While there are additional cases that relate to this issue currently pending in the Central District of California, and a petition for consolidation and coordination is pending with the Judicial Panel on Multidistrict Litigation, no other complaints on file contain the comprehensive compilation of the allegations that Plaintiffs seek to seal. As such, in order to avoid exacerbating the nationwide epidemic of thefts of Hyundai and Kia vehicles, Plaintiffs respectfully request that the Court grant their application for leave to file the complaint under seal. After counsel for Defendants enters their appearance, the parties will confer regarding narrowly tailored redactions and file a public version of the Complaint with those redactions, along with a renewed motion to seal.

Pursuant to Local Rule 79-5.1, a person seeking to have a case or document sealed must follow the procedures of Local Rule 79-5.2 seeking approval of the Court prior to submitting documents under seal. The parties in the *Marvin* litigation stipulated and the Eastern District of Wisconsin ordered that certain allegations be sealed. The Defendants in this action will likely be represented by the same counsel as in *Marvin*, and thus will likely concur in the relief sought.

### Relief Requested

Plaintiffs respectfully request the Court grant their application to permit them to temporarily file their Complaint under seal.

Dated: September 21, 2022        Respectfully submitted,

           Nye, Stirling, Hale & Miller, LLP

           /S/  Alison Bernal
           _____

           Alison M. Bernal, Esq.
           33 West Mission St., Ste, 201
           Santa Barbara, CA 93101
           T: (805) 698–4242
           F: (805) 284–9590
           *alison@nshmlaw.com*

           **Barton Legal S.C.**
           James B. Barton (*pro hac vice* forthcoming)
           Joshua S. Greenberg (*pro hac vice* forthcoming)
           313 North Plankinton Ave., Ste. 207
           Milwaukee, WI 53203
           T: (414) 877–0690
           F: (414) 877–3039
           *jbb@bartonlegalsc.com*
           *jsg@bartonlegalsc.com*

           **Sauder Schelkopf, LLC**
           Matthew D. Schelkopf (*pro hac vice* forthcoming)
           Joseph B. Kenney (*pro hac vice* forthcoming)
           Mark B. DeSanto (*pro hac vice* forthcoming)
           1109 Lancaster Avenue
           Berwyn, PA 19312
           T: (610) 200–0581
           F: (610) 421–1326
           *mds@sstriallawyers.com*
           *jbk@sstriallawyers.com*
           *mbd@sstriallawyers.com*

           *Attorneys for Plaintiffs and Putative Class*