**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re: KIA HYNDAI VEHICLE THEFT | ) | MDL No. 3052 |
| LITIGATION | ) | |
| _____ | ) | |

### *DEKAM* PLAINTIFFS' RESPONSE PARTIALLY IN SUPPORT AND PARTIALLY IN OPPOSITION TO THE *MCERNEY* PLAINTIFFS' MOTION CONSOLIDATION AND TRANSFER

## I.    INTRODUCTION

Interested Party Plaintiffs Casey Dekam, Ryan Bealieu, and Jason Hendrix ("DeKam Plaintiffs") file this response partially supporting and partially opposing the motion of the Movant-Plaintiffs in *McNerney v. Kia America, Inc.*, No. 8:22-cv-01548 (C.D. Cal.), seeking transfer and consolidation, pursuant to 28 U.S.C. § 1407, of all cases filed in federal courts "involving allegations that Kia and Hyundai failed to include immobilizer technology to prevent theft . . ." (ECF No. 1, PageID.1).

The DeKam Plaintiffs' action, *DeKam, et al. v. Kia America, et al.*, No. 2:22-cv-12198 (E.D. Mich), is currently pending in the Eastern District of Michigan, where Defendant Kia Technical resides and conducts its business, including the designing and engineering of the Affected Vehicles. The DeKam Plaintiffs seek certification of two nationwide classes and a Michigan subclass.

Each time a party seeks transfer and consolidation, this Panel is required to answer two questions. First, whether transfer and consolidation are appropriate and second, if transfer and consolidation are appropriate, in what district should

consolidation and transfer occur. Numerous cases have been filed by dozens of Plaintiffs across multiple federal districts against the same Defendants alleging the same, or similar, claims on behalf of overlapping putative classes of owners of the Affected Vehicles. Considering the number of lawsuits and the number of putative plaintiffs throughout the country, consolidation is certainly warranted to provide a central judicial forum to resolve pretrial motions and discovery in order to promote judicial and party economy. The primary contentious issue before this Panel is where consolidation should occur. Movant-Plaintiffs request that this Panel consolidate the actions in the Central District of California. (ECF No. 1, PageID.1).

## II.    Factual Background

Plaintiffs in each of the Related Actions allege that they were injured by Defendants' decision not to include an engine immobilizer, or similar technology, in the Affected Vehicles[1] rendering them uniquely susceptible to theft. The DeKam Plaintiffs do not understand there to be any dispute as to whether certain vehicle models designed, manufactured, marketed, distributed, and/or sold by Defendants did not include an engine immobilizer or similar system. Defendants are alleged to have known of the risks of failing to equip the Affected Vehicles with engine

---

[1]While it appears that most of the Related Actions only include persons who owned an affected vehicle, the DeKam Plaintiffs also bring claims on behalf of persons who owned similar vehicles produced and sold by Defendants that were subject to break-ins due to their similar outward appearance to the Affected Vehicles.

immobilizers or similar technology and consciously decided not to do so. Furthermore, Defendants are alleged to have withheld this information concerning the Affected Vehicle's uniquely high risk of theft from the public.

## III. Argument

The DeKam Plaintiffs agree that the Panel should transfer and consolidate the Related Cases. However, the DeKam Plaintiffs disagree with the Movant-Plaintiff as to the best district for transfer. As discussed below, the Michigan Eastern District Court is a superior choice as a transferee district.

### A. Consolidation is Appropriate in this Case

28 U.S.C. § 1407 provides for consolidation of cases "involving one or more common questions of fact . . . pending in different districts . . . upon [the Panel's] determination that transfers for such proceedings will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions." The multifarious lawsuits concerning Defendants' design, manufacture, marketing, and sale of the Affected Vehicles provide a classic example of a situation where transfer and consolidation are appropriate. The Related Cases all contain common questions of law and fact and, largely, have the same Defendants and proposed classes. However, there are some outliers. For example, in the *DeKam* case, Plaintiffs proposed a class of persons who owned vehicles manufactured and sold by Defendants that were equipped with engine immobilizers yet were still

subjected to attempted thefts. Another example is *Jo Taylor Slovak, et al. v. Kia America, Inc., et al.*, No. 3:22-cv-01432 (N.D. OH.), where the Plaintiffs have named the Korean parent companies for the American subsidiaries who are the Defendants in the majority of the other pending cases. (ECF No. 30, p.5, ¶11). The DeKam Plaintiffs agree with the Plaintiff-Movant that the Related Cases present numerous common questions of law and fact. (ECF No. 1, p.6).

The DeKam Plaintiffs similarly agree that transfer and consolidation of the related actions will further the interests of justice and judicial economy. Namely, the overlapping claims and putative classes will largely require the same evidence and witnesses. Furthermore, requiring Defendants to defend themselves in multiple districts against multiple proposed class actions will inflate the cost of litigation on the defense side. As things currently stand, Defendants are scheduled to appear in a dozen or more different courthouses around the country. Consolidation is also in the interests of the putative class members in several ways. First, consolidation will ensure that all the Plaintiffs' resources are focused on a single forum where the best arguments and evidence can be produced. Second, permitting individual class actions to proceed increases the amount of time plaintiff-side attorneys will be billing on duplicative pleadings such as motions to dismiss, motions for class certification, and other procedural motions.

**B. The Eastern District of Michigan is the Best Transferee District**

Guiding the selection of an appropriate transferee court are several factors. The Manual for Complex Litigation, Fourth, identifies the following as factors relevant to the Panel's decision including "where the largest number of cases is pending, where discovery has occurred, where cases have progressed furthest, the site of the occurrence of the common facts, where the cost and inconvenience will be minimized, and the experience, skill, and caseloads of available judges." MANUAL ON COMPLEX LITIGATION § 20.132, p. 221 (4th Ed. 2004).

At this point, with the earliest cases filed in August of 2022, no case has proceeded to discovery and there is very little in the way of dispositive motions.[2] Thus, of the factors identified in the Manual on Complex Litigation, the most relevant are the number of pending cases, the convenience of the parties, and the skill and availability of judges. The DeKam Plaintiffs do not dispute that the Central District of California has the largest number of currently pending cases. However, as this Panel has previously held, "[b]ecause potential plaintiffs and putative class members will reside in every corner of the country, the location of the currently filed cases is not a particularly important factor in our decision." *In re: BP p.l.c. Sec. Litig.*, 734 F. Supp. 2d 1376, 1379 (J.P.M.L. 2010).

---

[2] As the Movant-Plaintiff notes, there is one case that has proceeded to the motion to dismiss stage but that litigation "is uniquely focused on Wisconsin law." (ECF No. 1-1, p. 9).

The remaining factors to consider are convenience of the parties and the skill and availability of the judges. These factors weigh in favor of selecting the Eastern District of Michigan as the transferee forum. It is very likely that a significant number of relevant witnesses will be coming from Defendant Kia-Hyundai Technical, which resides in the Eastern District of Michigan and "is the design, technology and engineering arm for all North American Models of the Korean-based Hyundai-Kia Automotive Group."[3] In a case where a design defect is central, it naturally follows that the people who designed and engineered the products in question will have highly probative evidence, and are in the Eastern District of Michigan. Naturally, Defendants Kia America and Hyundai America will also have probative evidence and witnesses. However, even considering those parties that do not reside in the Eastern District of Michigan Detroit is one of the most accessible cities in the country, boasting one of the best major airports in the United States and relatively light traffic.

Detroit is centrally located in the Midwest and is only a twenty-mile drive from the nearest international airport, Metropolitan Wayne County Airport ("DTW"). A recent J.D. Powers ranking, published by Forbes, placed DTW as tied for the third best "mega airport", out of twenty, and Los Angeles International Airport as

---

[3] https://www.linkedin.com/company/hatci/.

nineteenth.[4] Out of 93 cities ranked in North America for traffic congestion Detroit ranks in the bottom 25 cities whereas Los Angeles ranks fourth overall. **Exhibit 1, TomTom Traffic Index 2021**.[5] According to Google Maps, to arrive at the Theodore Levin Courthouse in Detroit at 9 AM on a Monday morning from DTW, one needs to "[l]eave around 8:32 AM". **Exhibit 2, Google Maps DTW-Theodore Levin Courthouse**. Given that DTW has routine flights to and from major cities both in the United States and abroad, it is also centrally located if discovery leads to the inclusion of additional Defendants upon consolidation. The headquarters for Defendant Kia-Hyundai Technical is located only forty miles from the Theodore Levin Courthouse and takes approximately the same number of minutes to make the drive. **Exhibit 3, Google Maps Kia-Hyundai Technical – Theodore Levin Courthouse**.

Like the Central District of California, the Eastern District of Michigan is currently only handling five MDLs. **Exhibit 4, JPML Pending MDL List**. Thus, both districts have similar capacity to take on this MDL. The Eastern District of Michigan also has a well-established base of vehicle design and manufacturing facilitating the procurement of design, engineering, and manufacturing experts

---

[4] https://www.forbes.com/sites/laurabegleybloom/2022/09/21/ranked-the-best-and-worst-airports-in-america/?sh=1bf718167398.

[5] Also available at https://www.tomtom.com/traffic-index/ranking/?country=CA,MX,US.

necessary for this case. Furthermore, like other major cities, Detroit has hotels, restaurants, and legal services. Another proposed transferee district is the Northern District of Ohio, Toledo Division. *See* (ECF No. 30). The Toledo proponents extol the benefits of DTW and Detroit traffic in support of their proposed transfer. (ECF No. 30-1, pp. 9–13). The DeKam Plaintiffs agree that DTW and Detroit have the infrastructure and qualities that are important for this Panel to consider when deciding on a transferee court. However, the DeKam Plaintiffs disagree with the conclusion that the Toledo proponents reach. Rather than flying into DTW to take a longer drive to Toledo, parties can, and should, fly into DTW and take the shorter drive to Detroit. For this reason, transfer is appropriate into the Eastern District of Michigan.

In the Eastern District of Michigan there many experienced jurists not currently overseeing an MDL. To identify just one jurist that the DeKam Plaintiffs believe will expertly manage a complex MDL such as this, Honorable Judge Gershwin Drain comes to the fore. Judge Drain has decades of experience on the Michigan and Federal courts and has recent experience in complex litigation involving alleged defective vehicles. *See, e.g.*, *Weidman v. Ford Motor Co.*, No. 18-cv-12719, U.S. Dist. LEXIS 111412 (E.D. Mich. Apr. 8, 2022) (certifying in part a class action involving brake system failures of certain Ford trucks); *Flores v. FCA US LLC*, No. 19-10417, U.S. Dist. LEXIS 222810 (E.D. Mich. Nov. 30, 2020) (dismissing class

action complaint against FCA US LLC alleging an issue with defective engine cooling fans). Furthermore, despite his experience Judge Drain has yet to preside over an MDL, and has interest in same. This case presents the Panel with an opportunity to provide an excellent jurist with the opportunity to develop new skills,[6] improving the federal bench, and increasing the number of judges nationwide that this Panel can turn to when confronted with especially complex and difficult MDLs.

In sum, the evidence relevant to the Related Cases is likely to be found in the Eastern District of Michigan, and what evidence and parties are not present in Michigan will find the logistics of making the trip to Michigan easier than the Central District of California or the Northern District of Ohio.

## CONCLUSION

WHEREFORE, the DeKam Plaintiffs respectfully request that this Court GRANT the Movant-Plaintiff's motion to consolidate the Related Cases but DENY the Movant-Plaintiff's motion to transfer the related cases to the Central District Court of California.

---

[6] *See, e.g.*, *In re Paragard Iud Prods. Liab. Litig.*, 510 F. Supp. 3d 1376, 1378–79 (J.P.M.L. 2020) ("Judge Leigh Martin May, to whom we assign the litigation, is an experienced jurist who has not yet had the opportunity to preside over an MDL."); *In re Genentech Herceptin (Trastuzumab) Mktg. & Sales Practices Litig.*, 178 F. Supp. 3d 1374, 1376 (J.P.M.L. 2016) ("Finally, centralization before Judge Kern allows us to assign this litigation to an able and experienced jurist who has not yet had the opportunity to preside over an MDL."); *In re Santa Fe Natural Tobacco Co. Mktg. & Sales Practices Litig.*, 178 F. Supp. 3d 1377, 1379 (J.P.M.L. 2016).

Respectfully Submitted,

/s/ Paul Matouka
Paul Matouka (P84874)
Oliver Law Group, P.C.
1647 W. Big Beaver Rd.
Troy, MI 48084
T: (248) 327-6556
F: (248) 436-3385
E: notifications@oliverlawgroup.com

/s/ Alyson Oliver
Alyson Oliver (P55020)
Oliver Law Group, P.C.
1647 W. Big Beaver Rd.
Troy, MI 48084
T: (248) 327-6556
F: (248) 436-3385
E: notifications@oliverlawgroup.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 23, 2022, a copy of the foregoing document was filed electronically via the Court's ECF system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the ECF system.

/s/ Paul Matouka

# Exhibit 1



# Traffic Index
# 2021

Created to help you tackle traffic – as a driver, city planner, automaker or policy maker – the TomTom Traffic Index provides detailed insights on live and historic road congestion levels in cities around the world.

You are permitted to use the contents of this document in online, offline and social media and other publication channels for non-commercial purposes with clear reference to TomTom International BV as its main source. You are not permitted to modify, compile, adapt or use any part of this document in any way for commercial purposes without a written agreement from TomTom International BV.



# Traffic Index results
# 2021

Downloaded from: https://www.tomtom.com/en_gb/traffic-index/ranking/...

## 93 results            FILTERED

## Selected countries (3)

Canada, Mexico, United States of America

## All city sizes (by population)

**Megacity**
> 8 million

**Large**
> 800 thousand

**Small**
< 800 thousand

## All congestion levels

🔴 > 50%

🟠 25% - 50%

🟡 15% - 25%

🟢 < 15%



| # | World rank | City | Country | Congestion level \| Diff to 2020 | |
|---|---|---|---|---|---|
| 1 | 28 | **Mexico City** | Mexico | 38% | ↑ 2%p |
| 2 | 43 | **New York** | United States of America | 35% | ↑ 9%p |
| 3 | 53 | **Vancouver** | Canada | 33% | ↑ 3%p |
| 4 | 59 | **Los Angeles** | United States of America | 33% | ↑ 6%p |
| 5 | 102 | **Miami** | United States of America | 28% | ↑ 5%p |
| 6 | 112 | **Baton Rouge** | United States of America | 27% | ↑ 7%p |
| 7 | 123 | **San Francisco** | United States of America | 26% | ↑ 5%p |
| 8 | 141 | **Montreal** | Canada | 24% | ↑ 4%p |
| 9 | 145 | **Toronto** | Canada | 24% | ↑ 2%p |
| 10 | 149 | **Chicago** | United States of America | 24% | ↑ 7%p |
| 11 | 161 | **Honolulu** | United States of America | 23% | ↑ 4%p |
| 12 | 166 | **Seattle** | United States of America | 23% | ↑ 4%p |
| 13 | 172 | **Riverside** | United States of America | 23% | ↑ 4%p |
| 14 | 195 | **Philadelphia** | United States of America | 22% | ↑ 5%p |
| 15 | 196 | **Atlanta** | United States of America | 21% | ↑ 4%p |
| 16 | 201 | **Tampa** | United States of America | 21% | ↑ 3%p |
| 17 | 203 | **Cape Coral-Fort Myers** | United States of America | 21% | ↑ 2%p |
| 18 | 206 | **New Orleans** | United States of America | 21% | ↑ 4%p |
| 19 | 212 | **Washington** | United States of America | 21% | ↑ 4%p |
| 20 | 214 | **Houston** | United States of America | 20% | ↑ 4%p |


| # | World rank | City | Country | Congestion level \| Diff to 2020 | |
|---|---|---|---|---|---|
| 21 | 217 | **Charleston** | United States of America | **20%** | ↑ 3%p |
| 22 | 218 | **McAllen** | United States of America | **20%** | ↑ 4%p |
| 23 | 219 | **Portland** | United States of America | **20%** | ↑ 4%p |
| 24 | 220 | **Fresno** | United States of America | **20%** | ↑ 2%p |
| 25 | 221 | **Austin** | United States of America | **20%** | ↑ 2%p |
| 26 | 222 | **Sacramento** | United States of America | **20%** | ↑ 2%p |
| 27 | 227 | **Boise** | United States of America | **20%** | ↑ 2%p |
| 28 | 234 | **Bakersfield** | United States of America | **20%** | ↑ 2%p |
| 29 | 239 | **London** | Canada | **20%** | ↑ 2%p |
| 30 | 242 | **San Diego** | United States of America | **20%** | ↑ 3%p |
| 31 | 243 | **Las Vegas** | United States of America | **20%** | ↑ 4%p |
| 32 | 252 | **Halifax** | Canada | **19%** | ↑ 2%p |
| 33 | 253 | **Boston** | United States of America | **19%** | ↑ 4%p |
| 34 | 260 | **Orlando** | United States of America | **19%** | ↑ 2%p |
| 35 | 261 | **Nashville** | United States of America | **19%** | ↑ 4%p |
| 36 | 267 | **San Jose** | United States of America | **19%** | – 0%p |
| 37 | 269 | **Winnipeg** | Canada | **19%** | ↑ 2%p |
| 38 | 274 | **Tucson** | United States of America | **18%** | ↑ 2%p |
| 39 | 275 | **Quebec** | Canada | **18%** | ↑ 4%p |
| 40 | 281 | **Ottawa** | Canada | **18%** | ↓ 1%p |



# Traffic Index 2021

| # | World rank | City | Country | Congestion level \| Diff to 2020 | |
|---|---|---|---|---|---|
| 41 | 284 | **Providence** | United States of America | **18%** | ↑ 4%p |
| 42 | 285 | **Denver** | United States of America | **18%** | ↑ 3%p |
| 43 | 296 | **Oxnard-Thousand Oaks-Ventura** | United States of America | **17%** | ↑ 3%p |
| 44 | 301 | **Pittsburgh** | United States of America | **17%** | ↑ 3%p |
| 45 | 302 | **Albuquerque** | United States of America | **17%** | ↑ 3%p |
| 46 | 304 | **Dallas-Fort Worth** | United States of America | **17%** | ↑ 4%p |
| 47 | 305 | **Greenville** | United States of America | **17%** | ↑ 3%p |
| 48 | 307 | **Virginia Beach** | United States of America | **17%** | ↑ 4%p |
| 49 | 316 | **Colorado Springs** | United States of America | **16%** | ↑ 2%p |
| 50 | 318 | **San Antonio** | United States of America | **16%** | ↑ 3%p |
| 51 | 321 | **Jacksonville** | United States of America | **16%** | ↑ 3%p |
| 52 | 323 | **New Haven** | United States of America | **16%** | ↑ 4%p |
| 53 | 324 | **El Paso** | United States of America | **16%** | ↑ 4%p |
| 54 | 335 | **Salt Lake City** | United States of America | **15%** | ↑ 2%p |
| 55 | 338 | **Charlotte** | United States of America | **15%** | ↑ 2%p |
| 56 | 340 | **Baltimore** | United States of America | **15%** | ↑ 3%p |
| 57 | 341 | **Oklahoma City** | United States of America | **15%** | ↑ 3%p |
| 58 | 343 | **Phoenix** | United States of America | **15%** | ↑ 2%p |
| 59 | 345 | **Louisville** | United States of America | **15%** | ↑ 4%p |
| 60 | 346 | **Allentown** | United States of America | **14%** | ↑ 3%p |

See online ranking


| # | World rank | City | Country | Congestion level \| Diff to 2020 | |
|---|---|---|---|---|---|
| 61 | 347 | **Cincinnati** | United States of America | **14%** | ↑ **2%p** |
| 62 | 354 | **Tulsa** | United States of America | **14%** | ↑ **3%p** |
| 63 | 355 | **Memphis** | United States of America | **14%** | ↑ **3%p** |
| 64 | 357 | **Worcester** | United States of America | **14%** | ↑ **5%p** |
| 65 | 359 | **Birmingham** | United States of America | **14%** | ↑ **2%p** |
| 66 | 360 | **Calgary** | Canada | **14%** | ↑ **1%p** |
| 67 | 361 | **Raleigh** | United States of America | **14%** | ↑ **2%p** |
| 68 | 363 | **Hamilton** | Canada | **14%** | ↑ **2%p** |
| 69 | 367 | **Grand Rapids** | United States of America | **13%** | ↑ **3%p** |
| 70 | 368 | **Detroit** | United States of America | **13%** | ↑ **2%p** |
| 71 | 369 | **Buffalo** | United States of America | **13%** | ↑ **3%p** |
| 72 | 370 | **Edmonton** | Canada | **13%** | – **0%p** |
| 73 | 371 | **Omaha-Council Bluffs** | United States of America | **13%** | ↑ **3%p** |
| 74 | 372 | **Hartford** | United States of America | **13%** | ↑ **2%p** |
| 75 | 377 | **Knoxville** | United States of America | **13%** | ↑ **3%p** |
| 76 | 378 | **Columbia** | United States of America | **13%** | ↑ **3%p** |
| 77 | 379 | **Columbus** | United States of America | **13%** | ↑ **2%p** |
| 78 | 381 | **Kitchener-Waterloo** | Canada | **12%** | – **0%p** |
| 79 | 384 | **Indianapolis** | United States of America | **12%** | ↑ **3%p** |
| 80 | 386 | **Milwaukee** | United States of America | **11%** | ↑ **2%p** |



# Traffic Index 2021

| # | World rank | City | Country | Congestion level | Diff to 2020 |
|---|---|---|---|---|---|
| 81 | 387 | **Rochester** | United States of America | **11%** | ↑ **1%p** |
| 82 | 390 | **Albany** | United States of America | **11%** | ↑ **1%p** |
| 83 | 391 | **St. Louis** | United States of America | **11%** | ↑ **2%p** |
| 84 | 393 | **Cleveland** | United States of America | **10%** | ↑ **1%p** |
| 85 | 394 | **Richmond** | United States of America | **10%** | ↑ **1%p** |
| 86 | 395 | **Minneapolis** | United States of America | **10%** | ↑ **1%p** |
| 87 | 397 | **Dayton** | United States of America | **10%** | ↑ **2%p** |
| 88 | 398 | **Kansas City** | United States of America | **10%** | ↑ **1%p** |
| 89 | 399 | **Little Rock** | United States of America | **10%** | ↑ **2%p** |
| 90 | 400 | **Syracuse** | United States of America | **10%** | ↑ **2%p** |
| 91 | 401 | **Akron** | United States of America | **10%** | ↑ **2%p** |
| 92 | 402 | **Winston-Salem** | United States of America | **9%** | ↑ **1%p** |
| 93 | 403 | **Greensboro-High Point** | United States of America | **8%** | ↑ **1%p** |

# Exhibit 2



**Detroit Metropolitan Wayne County Airport to Theodore Levin United State Courthouse, 231 W Lafayette Blvd, Detroit, MI 48226**

Drive 20.6 miles, 20 - 28 min



Map data ©2022 Google      2 mi

🚗   **via I-94 E**          **typically 20 - 28 min**
                         Leave around 8:32 AM
                         20.6 miles

🚗   **via I-75 N**          **typically 22 - 35 min**
                         Leave around 8:25 AM
                         20.2 miles

🚗   **via M-39 N**          **typically 26 - 35 min**
                         Leave around 8:25 AM
                         26.5 miles

## Explore Theodore Levin United State Courthouse

Restaurants    Hotels    Gas stations    Parking Lots    More

# Exhibit 3



6800 Geddes Rd, Superior Charter Twp, MI 48198 to   Drive 40.2 miles, 41 min
Theodore Levin United States Courthouse, 231 W Lafayette Blvd, Detroit, MI
48226



Map data ©2022 Google     5 mi

🚗 **via M-14 E**                                    **41 min**

Fastest route now due to traffic        40.2 miles
conditions

🚗 **via I-94 E**                                     **46 min**

38.8 miles

🚗 **via I-94 E and I-75 N**                          **47 min**

38.4 miles

Explore Theodore Levin United States
Courthouse

Restaurants      Hotels      Gas stations  Parking Lots      More

# Exhibit 4

# MDL Statistics Report - Distribution of Pending MDL Dockets by District

**MDL Filters:**
  Status: Transferred
  Limited to **Active Litigations**

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| ALN | R. David Proctor (U.S. District Judge) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 22 | 89 |
| ARE | Kristine G. Baker (U.S. District Judge) | MDL -2949 | IN RE: Profemur Hip Implant Products Liability Litigation | 139 | 141 |
| AZ | David G. Campbell (U.S. District Judge) | MDL -2641 | IN RE: Bard IVC Filters Products Liability Litigation | 2 | 8,689 |
| CAC | James V. Selna (U.S. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 7 | 462 |
| | Philip S Gutierrez (U.S. District Judge) | MDL -2668 | IN RE: National Football League's "Sunday Ticket" Antitrust Litigation | 0 | 26 |
| | Andre Birotte, Jr (U.S. District Judge) | MDL -2814 | IN RE: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation | 227 | 1,287 |
| | Philip S Gutierrez (U.S. District Judge) | MDL -2826 | IN RE: Uber Technologies, Inc., Data Security Breach Litigation | 4 | 18 |
| | John A. Kronstadt (U.S. District Judge) | MDL -2905 | IN RE: ZF-TRW Airbag Control Units Products Liability Litigation | 27 | 27 |
| CAN | Jeffrey S. White (Sr. District Judge) | MDL -1791 | IN RE: National Security Agency Telecommunications Records Litigation | 1 | 50 |
| | Jon S. Tigar (U.S. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 56 | 75 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2184 | IN RE: Google Inc. Street View Electronic Communications Litigation | 21 | 21 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2672 | IN RE: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | 137 | 1,888 |
| | Vince Chhabria (U.S. District Judge) | MDL -2741 | IN RE: Roundup Products Liability Litigation | 4,099 | 4,403 |
| | Jacqueline Scott Corley (District Judge) | MDL -2773 | IN RE: Qualcomm Antitrust Litigation | 23 | 35 |
| | Edward M. Chen (U.S. District Judge) | MDL -2777 | IN RE: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation | 22 | 52 |
| | James Donato (U.S. District Judge) | MDL -2801 | IN RE: Capacitors Antitrust Litigation (No. III) | 18 | 22 |
| | Vince Chhabria (U.S. District Judge) | MDL -2843 | IN RE: Facebook, Inc., Consumer Privacy User Profile Litigation | 35 | 42 |
| | William H. Orrick, III (U.S. District Judge) | MDL -2913 | IN RE: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 4,071 | 4,999 |
| | Maxine M Chesney (Sr. District Judge) | MDL -2918 | IN RE: Hard Disk Drive Suspension Assemblies Antitrust Litigation | 35 | 36 |
| | Haywood S. Gilliam, Jr (U.S. District Judge) | MDL -2951 | IN RE: StubHub Refund Litigation | 6 | 6 |
| | Richard Seeborg (Chief Judge, USDC) | MDL -2966 | IN RE: Xyrem (Sodium Oxybate) Antitrust Litigation | 12 | 12 |
| | James Donato (U.S. District Judge) | MDL -2981 | IN RE: Google Play Store Antitrust Litigation | 19 | 20 |
| | Edward J. Davila (U.S. District Judge) | MDL -2985 | IN RE: Apple Inc. App Store Simulated Casino-Style Games Litigation | 11 | 11 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2996 | IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation | 154 | 161 |
| | Edward J. Davila (U.S. District Judge) | MDL -3001 | IN RE: Google Play Store Simulated Casino-Style Games Litigation | 11 | 12 |
| CAS | John A. Houston (Sr. District Judge) | MDL -2295 | IN RE: Portfolio Recovery Associates, LLC, Telephone Consumer Protection Act (TCPA) Litigation | 127 | 165 |
| | Anthony J. Battaglia (U.S. District Judge) | MDL -2452 | IN RE: Incretin-Based Therapies Products Liability Litigation | 534 | 1,074 |
| | Dana M. Sabraw (Chief Judge, USDC) | MDL -2670 | IN RE: Packaged Seafood Products Antitrust Litigation | 78 | 83 |
| | Larry Alan Burns (Sr. District Judge) | MDL -2992 | IN RE: Bank of America California Unemployment Benefits Litigation | 28 | 36 |
| DC | Paul L. Friedman (Sr. District Judge) | MDL -1869 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 6 | 24 |
| | Emmet G. Sullivan (U.S. District Judge) | MDL -2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 4 | 40 |
| | Colleen Kollar-Kotelly (U.S. District Judge) | MDL -2656 | IN RE: Domestic Airline Travel Antitrust Litigation | 105 | 111 |
| | Amy Berman Jackson (U.S. District Judge) | MDL -2664 | IN RE: U.S. Office of Personnel Management Data Security Breach Litigation | 1 | 22 |
| | Beryl A. Howell (Chief Judge, USDC) | MDL -2925 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation (No. II) | 109 | 112 |
| DE | Eduardo C. Robreno (Sr. District Judge) | MDL -2358 | IN RE: Google Inc. Cookie Placement Consumer Privacy Litigation | 27 | 27 |
| | Colm F. Connolly (Chief Judge, USDC) | MDL -2895 | IN RE: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation | 4 | 6 |
| | Richard G. Andrews (U.S. District Judge) | MDL -2902 | IN RE: Sitagliptin Phosphate ('708 & '921) Patent Litigation | 2 | 33 |
| | Colm F. Connolly (Chief Judge, USDC) | MDL -2912 | IN RE: Palbociclib Patent Litigation | 4 | 27 |
| | Richard G. Andrews (U.S. District Judge) | MDL -2930 | IN RE: Entresto (Sacubitril/Valsartan) Patent Litigation | 18 | 23 |
| | Richard G. Andrews (U.S. District Judge) | MDL -3017 | IN RE: Xarelto (Rivaroxaban) ('310) Patent Litigation | 5 | 6 |
| | Colm F. Connolly (Chief Judge, USDC) | MDL -3038 | IN RE: Ozempic (Semaglutide) Patent Litigation | 6 | 6 |
| FLM | Harvey E. Schlesinger (Sr. District Judge) Virginia Maria Hernandez Covington (Sr. District Judge) | MDL -2626 | IN RE: Disposable Contact Lens Antitrust Litigation | 33 | 60 |
| | Roy B. Dalton, Jr (U.S. District Judge) | MDL -3006 | IN RE: Tasigna (Nilotinib) Products Liability Litigation | 32 | 32 |

| District | Judge | MDL No. | Title | Actions | Total |
|---|---|---|---|---|---|
| FLN | M. Casey Rodgers (U.S. District Judge) | MDL -2885 | IN RE: 3M Combat Arms Earplug Products Liability Litigation | 254,134 | 314,975 |
| FLS | Kenneth A. Marra (Sr. District Judge) | MDL -1916 | IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 19 | 31 |
| | James Lawrence King (Sr. District Judge) | MDL -2036 | IN RE: Checking Account Overdraft Litigation | 6 | 100 |
| | Federico A. Moreno (U.S. District Judge) | MDL -2599 | IN RE: Takata Airbag Products Liability Litigation | 179 | 350 |
| | K. Michael Moore (U.S. District Judge) | MDL -2832 | IN RE: Liquid Toppings Dispensing System ('447) Patent Litigation | 15 | 15 |
| | Darrin P. Gayles (U.S. District Judge) | MDL -2841 | IN RE: MONAT Hair Care Products Marketing, Sales Practices and Products Liability Litigation | 13 | 13 |
| | Robin L. Rosenberg (Judge) | MDL -2924 | IN RE: Zantac (Ranitidine) Products Liability Litigation | 2,047 | 2,208 |
| | Cecilia M. Altonaga (Chief Judge, USDC) | MDL -2989 | IN RE: January 2021 Short Squeeze Trading Litigation | 58 | 63 |
| | Rodolfo A. Ruiz (U.S. District Judge) | MDL -2994 | IN RE: Mednax Services, Inc., Customer Data Security Breach Litigation | 6 | 6 |
| | Raag Singhal (U.S. District Judge) | MDL -3015 | IN RE: Johnson & Johnson Sunscreen Marketing, Sales Practices and Products Liability Litigation | 16 | 16 |
| GAN | Richard W. Story (Sr. District Judge) | MDL -2782 | IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation | 3,626 | 3,875 |
| | Thomas W. Thrash, Jr (Chief Judge, USDC) | MDL -2800 | IN RE: Equifax, Inc., Customer Data Security Breach Litigation | 440 | 485 |
| | Jean-Paul Boulee (Judge) | MDL -2933 | IN RE: TransUnion Rental Screening Solutions, Inc., Fair Credit Reporting Act (FCRA) Litigation | 14 | 14 |
| | Leigh Martin May (U.S. District Judge) | MDL -2974 | IN RE: Paragard IUD Products Liability Litigation | 1,399 | 1,425 |
| ILN | Manish S. Shah (U.S. District Judge) | MDL -2492 | IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 584 | 598 |
| | Matthew F Kennelly (Senior District Judg) | MDL -2545 | IN RE: Testosterone Replacement Therapy Products Liability Litigation | 5 | 7,883 |
| | Harry D. Leinenweber (Sr. District Judge) | MDL -2580 | IN RE: Opana ER Antitrust Litigation | 14 | 14 |
| | Gary Feinerman (U.S. District Judge) | MDL -2705 | IN RE: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation | 0 | 53 |
| | Robert M. Dow, Jr (U.S. District Judge) | MDL -2817 | IN RE: Dealer Management Systems Antitrust Litigation | 18 | 23 |
| | Manish S. Shah (U.S. District Judge) | MDL -2842 | IN RE: Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation | 26 | 29 |
| | Virginia M. Kendall (U.S. District Judge) | MDL -2867 | IN RE: Local TV Advertising Antitrust Litigation | 22 | 23 |
| | Robert M. Dow, Jr (U.S. District Judge) | MDL -2909 | IN RE: Fairlife Milk Products Marketing and Sales Practices Litigation | 9 | 9 |
| | Elaine E. Bucklo (Sr. District Judge) | MDL -2931 | IN RE: Delta Dental Antitrust Litigation | 27 | 28 |
| | Edmond E. Chang (U.S. District Judge) | MDL -2964 | IN RE: Society Insurance Company COVID-19 Business Interruption Protection Insurance Litigation | 55 | 56 |
| | Sharon Johnson Coleman (Honorable) | MDL -2967 | IN RE: Clearview AI, Inc., Consumer Privacy Litigation | 10 | 14 |
| | John Robert Blakey (Honorable) | MDL -3009 | IN RE: Seresto Flea and Tick Collar Marketing, Sales Practices and Products Liability Litigation | 16 | 16 |
| | Rebecca R. Pallmeyer (Chief Judge, USDC) | MDL -3026 | IN RE: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation | 108 | 113 |
| | Iain D. Johnston (U.S. District Judge) | MDL -3030 | IN RE: Deere & Company Repair Services Antitrust Litigation | 16 | 16 |
| | Matthew F Kennelly (Senior District Judg) | MDL -3037 | IN RE: Recalled Abbott Infant Formula Products Liability Litigation | 36 | 36 |
| ILS | Nancy J. Rosenstengel (Chief Judge, USDC) | MDL -3004 | IN RE: Paraquat Products Liability Litigation | 1,925 | 2,071 |
| INS | Richard L. Young (Chief Judge, USDC) | MDL -2570 | IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation | 8,005 | 10,947 |
| KS | John W. Lungstrum (Sr. District Judge) | MDL -2591 | IN RE: Syngenta AG MIR162 Corn Litigation | 3 | 2,435 |
| KYE | Karen K. Caldwell (Chief Judge, USDC) | MDL -2809 | IN RE: Onglyza (Saxagliptin) and Kombiglyze XR (Saxagliptin and Metformin) Products Liability Litigation | 240 | 328 |
| KYW | David J. Hale (U.S. District Judge) | MDL -2504 | IN RE: Amazon.com, Inc., Fulfillment Center Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 3 | 12 |
| LAE | Eldon E. Fallon (U.S. District Judge) | MDL -2047 | IN RE: Chinese-Manufactured Drywall Products Liability Litigation | 144 | 422 |
| | Carl J. Barbier (U.S. District Judge) | MDL -2179 | IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 4 | 6,121 |
| | Eldon E. Fallon (U.S. District Judge) | MDL -2592 | IN RE: Xarelto (Rivaroxaban) Products Liability Litigation | 3,944 | 31,964 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -2740 | IN RE: Taxotere (Docetaxel) Products Liability Litigation | 11,063 | 15,588 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -3023 | IN RE: Taxotere (Docetaxel) Eye Injury Products Liability Litigation | 87 | 87 |
| MA | Douglas P. Woodlock (Sr. District Judge) | MDL -2428 | IN RE: Fresenius GranuFlo/NaturaLyte Dialysate Products Liability Litigation | 17 | 4,516 |
| | Timothy S. Hillman (U.S. District Judge) | MDL -2566 | IN RE: TelexFree Securities Litigation | 3 | 14 |
| | Indira Talwani (U.S. District Judge) | MDL -2768 | IN RE: Stryker LFIT V40 Femoral Head Products Liability Litigation | 578 | 1,147 |
| | Nathaniel M. Gorton (U.S. District Judge) | MDL -2878 | IN RE: Ranbaxy Generic Drug Application Antitrust Litigation | 4 | 6 |
| | Denise J. Casper (U.S. District Judge) | MDL -2938 | IN RE: Evenflo Company, Inc., Marketing, Sales Practices and Products Liability Litigation | 28 | 28 |
| | Patti B. Saris (U.S. District Judge) | MDL -3029 | IN RE: Covidien Hernia Mesh Products Liability Litigation (No. II) | 90 | 90 |
| MD | Catherine C. Blake (U.S. District Judge) | MDL -2775 | IN RE: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation | 657 | 1,074 |
| | Paul W. Grimm (U.S. District Judge) | MDL -2879 | IN RE: Marriott International, Inc., Customer Data Security Breach Litigation | 73 | 91 |
| MIE | Sean F. Cox (Chief Judge, USDC) | MDL -2311 | IN RE: Automotive Parts Antitrust Litigation | 30 | 382 |
| | David M. Lawson (U.S. District Judge) | MDL -2744 | IN RE: FCA US LLC Monostable Electronic Gearshift Litigation | 13 | 39 |
| | Matthew F. Leitman (U.S. District Judge) | MDL -2818 | IN RE: General Motors Air Conditioning Marketing and Sales Practices Litigation | 15 | 15 |
| | Terrence G. Berg (District Judge) | MDL -3034 | IN RE: Neo Wireless, LLC, Patent Litigation | 9 | 9 |
| | David M. Lawson (U.S. District Judge) | MDL -3040 | IN RE: Chrysler Pacifica Fire Recall Products Liability Litigation | 12 | 12 |

| State | Judge | MDL | Title | Actions | Total |
|---|---|---|---|---|---|
| MN | Michael James Davis (Sr. District Judge) | MDL -1431 | IN RE: Baycol Products Liability Litigation | 2 | 9,107 |
| | Donovan W. Frank (Sr. District Judge) | MDL -2441 | IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 83 | 3,627 |
| | John R. Tunheim (Chief Judge, USDC) | MDL -2642 | IN RE: Fluoroquinolone Products Liability Litigation | 13 | 1,270 |
| | Joan N. Ericksen (U.S. District Judge) | MDL -2666 | IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | 5,242 | 5,953 |
| | Michael James Davis (Sr. District Judge) | MDL -2795 | IN RE: CenturyLink Sales Practices and Securities Litigation | 6 | 29 |
| | John R. Tunheim (Chief Judge, USDC) | MDL -2998 | IN RE: Pork Antitrust Litigation | 28 | 28 |
| | John R. Tunheim (Chief Judge, USDC) | MDL -3031 | IN RE: Cattle and Beef Antitrust Litigation | 12 | 12 |
| MOE | Henry Edward Autrey (U.S. District Judge) | MDL -2382 | IN RE: Emerson Electric Co. Wet/Dry Vac Marketing and Sales Practices Litigation | 9 | 9 |
| | Stephen N. Limbaugh, Jr (U.S. District Judge) | MDL -2820 | IN RE: Dicamba Herbicides Litigation | 31 | 55 |
| | Sarah E. Pitlyk (U.S. District Judge) | MDL -2993 | IN RE: Crop Inputs Antitrust Litigation | 26 | 27 |
| MOW | Gary A. Fenner (Sr. District Judge) | MDL -2567 | IN RE: Pre-Filled Propane Tank Antitrust Litigation | 5 | 38 |
| | Gary A. Fenner (Sr. District Judge) | MDL -2709 | IN RE: Dollar General Corp. Motor Oil Marketing and Sales Practices Litigation | 19 | 26 |
| | Stephen R. Bough (U.S. District Judge) | MDL -2936 | IN RE: Smitty's/CAM2 303 Tractor Hydraulic Fluid Marketing, Sales Practices and Products Liability Litigation | 11 | 11 |
| | Beth Phillips (Chief Judge, USDC) | MDL -2945 | IN RE: Ahern Rentals, Inc., Trade Secret Litigation | 17 | 19 |
| | Beth Phillips (Chief Judge, USDC) | MDL -2984 | IN RE: Folgers Coffee Marketing and Sales Practices Litigation | 12 | 12 |
| | Brian C. Wimes (U.S. District Judge) | MDL -3019 | IN RE: T-Mobile Customer Data Security Breach Litigation | 46 | 46 |
| NCW | Kenneth D. Bell (U.S. District Judge) | MDL -2947 | IN RE: Lowe's Companies, Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 20 | 20 |
| | Robert J. Conrad, Jr (U.S. District Judge) | MDL -3036 | IN RE: Gardasil Products Liability Litigation | 49 | 49 |
| NH | Landya B. McCafferty (U.S. District Judge) | MDL -2753 | IN RE: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation | 3,308 | 3,394 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -1663 | IN RE: Insurance Brokerage Antitrust Litigation | 1 | 52 |
| | Freda L. Wolfson (Chief Judge, USDC) | MDL -2243 | IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 258 | 1,287 |
| | Peter G. Sheridan (Sr. District Judge) | MDL -2332 | IN RE: Lipitor Antitrust Litigation | 2 | 34 |
| | Freda L. Wolfson (Chief Judge, USDC) | MDL -2738 | IN RE: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation | 37,514 | 38,612 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2750 | IN RE: Invokana (Canagliflozin) Products Liability Litigation | 86 | 1,209 |
| | Michael A. Shipp (U.S. District Judge) | MDL -2779 | IN RE: FieldTurf Artificial Turf Marketing and Sales Practices Litigation | 15 | 17 |
| | Claire C. Cecchi (U.S. District Judge) | MDL -2789 | IN RE: Proton-Pump Inhibitor Products Liability Litigation (No. II) | 13,365 | 18,272 |
| | Robert B. Kugler (Sr. District Judge) | MDL -2875 | IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation | 1,142 | 1,264 |
| | Madeline C. Arleo (U.S. District Judge) | MDL -2904 | IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation | 43 | 54 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2921 | IN RE: Allergan Biocell Textured Breast Implant Products Liability Litigation | 1,078 | 1,115 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2973 | IN RE: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation | 1,774 | 1,804 |
| NM | James O. Browning (U.S. District Judge) | MDL -2695 | IN RE: Santa Fe Natural Tobacco Company Marketing and Sales Practices Litigation | 17 | 17 |
| | William P. Johnson (Chief Judge, USDC) | MDL -2824 | IN RE: Gold King Mine Release in San Juan County, Colorado, on August 5, 2015 | 6 | 7 |
| NYE | Margo K. Brodie (U.S. District Judge) | MDL -1720 | IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 71 | 128 |
| | Brian M. Cogan (U.S. District Judge) | MDL -1738 | IN RE: Vitamin C Antitrust Litigation | 4 | 10 |
| | Brian M. Cogan (U.S. District Judge) | MDL -2331 | IN RE: Propecia (Finasteride) Products Liability Litigation | 1 | 1,179 |
| | Nina Gershon (Sr. District Judge) | MDL -2819 | IN RE: Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation | 15 | 21 |
| NYS | Vernon S. Broderick (U.S. District Judge) | MDL -1358 | IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 15 | 190 |
| | George B. Daniels (U.S. District Judge) | MDL -1570 | IN RE: Terrorist Attacks on September 11, 2001 | 345 | 353 |
| | Naomi Reice Buchwald (Sr. District Judge) | MDL -2262 | IN RE: Libor-Based Financial Instruments Antitrust Litigation | 47 | 78 |
| | Paul A. Engelmayer (U.S. District Judge) | MDL -2481 | IN RE: Aluminum Warehousing Antitrust Litigation | 1 | 35 |
| | Vernon S. Broderick (U.S. District Judge) | MDL -2542 | IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 21 | 30 |
| | Jesse M. Furman (U.S. District Judge) | MDL -2543 | IN RE: General Motors LLC Ignition Switch Litigation | 2 | 855 |
| | Valerie E. Caproni (U.S. District Judge) | MDL -2573 | IN RE: London Silver Fixing, Ltd., Antitrust Litigation | 8 | 8 |
| | Naomi Reice Buchwald (Sr. District Judge) | MDL -2645 | IN RE: Kind LLC "All Natural" Litigation | 11 | 12 |
| | Paul G. Gardephe (U.S. District Judge) | MDL -2673 | IN RE: Treasury Securities Auction Antitrust Litigation | 32 | 43 |
| | J. Paul Oetken (U.S. District Judge) | MDL -2704 | IN RE: Interest Rate Swaps Antitrust Litigation | 10 | 11 |
| | P. Kevin Castel (U.S. District Judge) | MDL -2742 | IN RE: SunEdison, Inc., Securities Litigation | 12 | 34 |
| | Paul A. Crotty (Sr. District Judge) | MDL -2859 | IN RE: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation | 292 | 300 |
| | Lewis A. Kaplan (Sr. District Judge) | MDL -2865 | IN RE: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation | 176 | 186 |
| | John G. Koeltl (U.S. District Judge) | MDL -2968 | IN RE: Generali COVID-19 Travel Insurance Litigation | 6 | 15 |
| | P. Kevin Castel (U.S. District Judge) | MDL -3010 | IN RE: Google Digital Advertising Antitrust Litigation | 32 | 32 |
| | Paul A. Engelmayer (U.S. District Judge) | MDL -3028 | IN RE: ONE Apus Container Ship Incident on November 30, 2020 | 63 | 65 |
| NYW | Geoffrey W. Crawford (U.S. District Judge) | MDL -2903 | IN RE: Fisher-Price Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability Litigation | 16 | 16 |
| OHN | Jeffrey J. Helmick (U.S. District Judge) | MDL -2197 | IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 241 | 10,389 |
| | Dan A. Polster (U.S. District Judge) | MDL -2804 | IN RE: National Prescription Opiate Litigation | 3,081 | 3,153 |

| | | | | |
|---|---|---|---|---|
| | James S. Gwin (U.S. District Judge) | MDL -2807 IN RE: Sonic Corp. Customer Data Security Breach Litigation | 2 | 11 |
| OHS | Edmund A. Sargus, Jr (U.S. District Judge) | MDL -2433 IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation | 1 | 3,697 |
| | Edmund A. Sargus, Jr (U.S. District Judge) | MDL -2846 IN RE: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation | 17,653 | 18,014 |
| | Michael H. Watson (U.S. District Judge) | MDL -3025 IN RE: Procter & Gamble Aerosol Products Marketing and Sales Practices Litigation | 28 | 28 |
| OKE | Robert J. Shelby (U.S. District Judge) | MDL -2977 IN RE: Broiler Chicken Grower Antitrust Litigation (No. II) | 5 | 5 |
| OKN | Terence C. Kern (Sr. District Judge) | MDL -2700 IN RE: Genentech, Inc., Herceptin (Trastuzumab) Marketing and Sales Practices Litigation | 15 | 15 |
| PAE | Eduardo C. Robreno (Sr. District Judge) | MDL -875 IN RE: Asbestos Products Liability Litigation (No. VI) | 0 | 192,130 |
| | Cynthia M. Rufe (U.S. District Judge) | MDL -1871 IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 0 | 5,299 |
| | Gene E.K. Pratter (U.S. District Judge) | MDL -2002 IN RE: Processed Egg Products Antitrust Litigation | 21 | 33 |
| | Anita B. Brody (Sr. District Judge) | MDL -2323 IN RE: National Football League Players' Concussion Injury Litigation | 329 | 352 |
| | Michael M Baylson (Sr. District Judge) | MDL -2437 IN RE: Domestic Drywall Antitrust Litigation | 8 | 29 |
| | Mitchell S Goldberg (U.S. District Judge) | MDL -2445 IN RE: Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation | 12 | 17 |
| | Timothy J. Savage (U.S. District Judge) | MDL -2460 IN RE: Niaspan Antitrust Litigation | 20 | 23 |
| | Cynthia M. Rufe (U.S. District Judge) | MDL -2724 IN RE: Generic Pharmaceuticals Pricing Antitrust Litigation | 131 | 201 |
| | C. Darnell Jones, II (U.S. District Judge) | MDL -2833 IN RE: FedLoan Student Loan Servicing Litigation | 9 | 10 |
| | Harvey Bartle, III (Sr. District Judge) | MDL -2848 IN RE: Zostavax (Zoster Vaccine Live) Products Liability Litigation | 1,993 | 2,556 |
| PAM | Christopher C. Conner (U.S. District Judge) | MDL -2816 IN RE: Sorin 3T Heater-Cooler System Products Liability Litigation (No. II) | 7 | 104 |
| PAW | W. Scott Hardy (U.S. District Judge) | MDL -2862 IN RE: Diisocyanates Antitrust Litigation | 12 | 12 |
| | Mark R. Hornak (Chief Judge, USDC) | MDL -2969 IN RE: Erie COVID-19 Business Interruption Protection Insurance Litigation | 32 | 32 |
| | J. Nicholas Ranjan (U.S.District Judge) | MDL -2988 IN RE: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation | 4 | 4 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3014 IN RE: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation | 323 | 335 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3021 IN RE: SoClean, Inc., Marketing, Sales Practices and Products Liability Litigation | 62 | 62 |
| SC | Richard M. Gergel (U.S. District Judge) | MDL -2873 IN RE: Aqueous Film-Forming Foams Products Liability Litigation | 3,019 | 3,115 |
| | Joseph F. Anderson, Jr (Sr. District Judge) | MDL -2972 IN RE: Blackbaud, Inc., Customer Data Security Breach Litigation | 29 | 31 |
| TNW | Sheryl H. Lipman (District Judge) | MDL -3032 IN RE: Family Dollar Stores, Inc., Pest Infestation Litigation | 14 | 14 |
| | S. Thomas Anderson (Chief Judge, USDC) | MDL -3035 IN RE: AME Church Employee Retirement Fund Litigation | 6 | 6 |
| TXE | James Rodney Gilstrap (Chief Judge, USDC) | MDL -3042 IN RE: Taasera Licensing, LLC, Patent Litigation | 4 | 4 |
| TXN | David C. Godbey (U.S. District Judge) | MDL -2099 IN RE: Stanford Entities Securities Litigation | 25 | 155 |
| | James Edgar Kinkeade (U.S. District Judge) | MDL -2244 IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation | 362 | 10,577 |
| TXW | Alan D Albright (U.S. District Judge) | MDL -2959 IN RE: Proven Networks, LLC, Patent Litigation | 1 | 11 |
| VAE | Anthony J. Trenga (U.S. District Judge) | MDL -2627 IN RE: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation | 0 | 197 |
| | Rebecca Beach Smith (U.S. District Judge) | MDL -2836 IN RE: Zetia (Ezetimibe) Antitrust Litigation | 21 | 25 |
| | Anthony J. Trenga (U.S. District Judge) | MDL -2915 IN RE: Capital One Consumer Data Security Breach Litigation | 34 | 66 |

**Report Totals:**      183      393,071    776,145

Total Number of MDL Dockets: **183**
Total Number of Transferee Districts: **45**

Total Number of Transferee Judges: **149**
   18   Chief Judge, USDC
    3   District Judge
    2   Honorable
    2   Judge
    1   Senior District Judg
   32   Sr. District Judge
   90   U.S. District Judge
    1   U.S.District Judge

| -- All Counts Are Based on the Report Filters Selected When Running the Report -- |
|---|

| Docket Count | Range of the Number of Actions *PENDING* in a Docket | Percent of | Action Count | Percent of |
|---|---|---|---|---|

| | | | Dockets | | Actions | |
|---|---|---|---|---|---|---|
| 53 | MDLs with between 0 and 10 Pending Actions | | 28.96% | 224 | | 0.06% |
| 84 | MDLs with between 11 and 100 Pending Actions | | 45.9% | 2,446 | | 0.62% |
| 25 | MDLs with 101 and 999 Pending Actions | | 13.66% | 6,919 | | 1.76% |
| 21 | MDLs with 1,000 or more Pending Actions | | 11.48% | 383,482 | | 97.56% |

| Docket Count | Range of the Number of *TOTAL* Actions in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 17 | MDLs with between 0 and 10 Actions | 9.29% | 117 | 0.02% |
| 99 | MDLs with between 11 and 100 Actions | 54.1% | 3,250 | 0.42% |
| 25 | MDLs with 101 and 999 Actions | 13.66% | 7,186 | 0.93% |
| 42 | MDLs with 1,000 or more Actions | 22.95% | 765,592 | 98.64% |