## BEFORE THE UNITED STATES JUDICIAL PANEL

## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION** | **MDL DOCKET NO. 3052** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I certify that I served copies of the foregoing Notice of Appearance on all parties in the following cases as indicated below on September 23, 2022.

| |
|---|
| Clerk, Central District of California (Via U.S. Mail)<br>Ronald Reagan Federal Building & U.S. Courthouse<br>411 West 4th Street, Room 1053<br>Santa Ana, CA 92701-4516 |
| Clerk, District of Colorado (Via U.S. Mail)<br>Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294 |
| Clerk, Middle District of Florida (Via U.S. Mail)<br>George C. Young Federal Annex Courthouse<br>401 West Central Boulevard<br>Orlando, FL 32801 |
| Clerk, Southern District of Iowa (Via U.S. Mail)<br>U.S. District Courthouse<br>123 East Walnut Street, Suite 300<br>Des Moines, IA 50309 |
| Clerk, Northern District of Illinois (Via U.S. Mail)<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street Chicago, IL 60604 |

Clerk, District of Kansas (Via U.S. Mail)
Robert J. Dole Courthouse
500 State Avenue, M35
Kansas City, KS 66101

Clerk, Eastern District of Kentucky (Via U.S. Mail)
U.S. District Court Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

Clerk, Western District of Missouri (Via U.S. Mail)
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Clerk, District of Nebraska (Via U.S. Mail)
Robert V. Demney Federal Building
100 Centennial Mall North, Room 593
Lincoln, NE 68508

Clerk, Southern District of New York (Via U.S. Mail)
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Clerk, Northern District of Ohio (Via U.S. Mail)
James M. Ashly and Thomas W. L. Ashley
U.S. Courthouse 1716 Spielbusch Avenue
Toledo, OH 43604

Clerk, Southern District of Ohio (Via U.S. Mail)
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 103
Cincinnati, OH 45202

Clerk, Southern District of Texas (Via U.S. Mail)
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Clerk, Eastern District of Wisconsin (Via U.S. Mail)
United States Federal Building and Courthouse
517 E. Wisconsin Avenue – Room 362
Milwaukee, WI 53202

Clerk, District of Minnesota (Via U.S. Mail)
300 S. Fourth Street
Minneapolis, MN 55415

Clerk, Eastern District of Michigan (Via U.S. Mail)
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Steve W. Berman (Via Email)
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
sean@hbsslaw.com

Christopher R. Pitoun (Via Email)
HAGENS BERMAN SOBEL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101  christopherp@hbsslaw.com

**Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**
C.D. California, No. 8:22-cv-01548

Thomas G. Adams (Via Email)
ADAMS & ASSOCIATES
21782 Ventura Boulevard, No. 10005
Woodland Hills, CA 91364
thomasgadams@gmail.com
tom@adamsassocs.com

Rhett T. Francisco (Via Email)
THE LAW OFFICES OF RHETT T. FRANCISCO
638 Lindero Canyon Road Suite 105
Oak Park, CA 91377
Rhett_Francisco_Law@yahoo.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley Chelsea M. Pierce Andre K. Smith
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington Avenue, Suite 400
Independence, MO 64051
kbm@hfmlegal.com

jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
aks@hfmlegal.com

**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza**
C.D. California, No. 8:22-cv-01440

Jennifer A. Lenze
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
jlenze@lenzelawyers.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Drive
24th Floor Chicago, IL 60606
beth@feganscott.com

**Counsel for Plaintiffs: Mitchell Cohen, Pauline Ragsdale, Herbert Taylor**
C.D. California No. 8:22-cv-01664

Kevin D. Stanley (Via Email)
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kds@hfmlegal.com

**Counsel for Plaintiff: Heather Jones**
District of Colorado, No. 1:22-cv-02123

Brad R. Sohn (Via Email)
THE BRAD SOHN LAW FIRM, PLLC
2990 Ponce De Leon Boulevard Suite 300
Coral Gables, FL 33134 brad@bradsohnlaw.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com

cmp@hfmlegal.com

**Counsel for Plaintiffs: Joanna K. Pue and Shannon Kozmic**
M.D. Florida, No. 6:22-cv-01440

Jay M. Smith (Via U.S. Mail)
SMITH AND MCELWAIN
505 5th Street, Suite 530
P.O. Box 1194
Sioux City, IA 51102

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Ann Brady and Leah Price**
S.D. Iowa, No. 4:22-cv-00252

Toby P. Mulholland (Via Email)
RUBENS KRESS & MULHOLLAND
77 W. Washington, Suite 701
Chicago, IL 60602
tpm@rkminjurylaw.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, Michael Flannagan**

S.D. Iowa, No. 1:22-cv-04071

---

Paul D. Anderson (Via Email)
Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
pda@hfmlegal.com
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com

**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, Charles Cole**
District of Kansas, No. 2:22-cv-02288

---

David A. Futscher (Via U.S. Mail)
FUTSCHER LAW, PLLC
913 N. Oak Drive
Villa Hills, KY 41017

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiff: Rita Day**
E.D. Kentucky, No. 5:22-cv-00202; and

**Counsel for Plaintiffs: Miriam Fruhling, Roger Mason, Jade Burke**
S.D. Ohio, No. 1:22-cv-451

Kenneth B. McClain (Via Email)
Paul D. Anderson
Jonathan M. Soper
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
pda@hfmlegal.com
jms@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Brian Bendorf, Sara Bendorf**
W.D. Missouri, No. 4:22-cv-00465

Matthew L. Dameron (Via Email)
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
matt@williamsdirks.com

**Counsel for Plaintiff: Cobi Bissell**
W.D. Missouri, No. 4:22-cv-00548

Andrew K. Smith (Via Email)
HUMPHREY, FARRINGTON & McCLAIN
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
aks@hfmlegal.com

**Counsel for Plaintiff: Amber Hall**
District of Nebraska, No. 4:22-cv-03155

Joshua B. Katz (Via Email)
KENT, BEATTY & GORDON, LLP
Eleven Times Square
New York, NY 10036
jbk@kbg-law.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com

**Counsel for Plaintiffs: Stacie Moon**
S.D. New York, No. 1:22-cv-7433

Melissa Payne (Via Email)
PAYNE LAW LLC
26600 Detroit Road, Suite 250
Westlake, OH 44145
Melissa@VincentEsq.com

Laurence Harrington (Via U.S. Mail)
THE HARRINGTON FIRM
508 Glen Echo Road
Philadelphia, PA 19119

**Counsel for Plaintiffs: Jo Taylor Slovak, Daniel Newman, Erin Davies**
N.D. Ohio, No. 3:22-cv-01432

Kenneth C. Baker (Via Email)
Victoria Lui
BAKER & PATTERSON LLP
3100 Richmond Avenue, Suite 5500
Houston, TX 77098
kbaker@bakpatlaw.com
vlui@bakpatlaw.com

Kenneth B. McClain (Via Email)
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Andrew K. Smith
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com aks@hfmlegal.com

**Counsel for Plaintiffs: Jon Bodie, Albert Lui**
S.D. Texas, No. 4:22-cv-02603

James B. Barton (Via Email)
Joshua S. Greenberg
BARTON LEGAL S.C.
313 North Plankinton Avenue, Suite 207
Milwaukee, WI 53203
jbb@bartonlegalsc.com jsg@bartonlegalsc.com

**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis**
E.D. Wisconsin, No. 2:21-cv-01146

George "Jed" Chronic
MASCHKA, RIEDY RIES & FRENTZ
151 St. Andrews Court Building 1010
Mankato, MN 56001
Telephone: (507) 625-6600
Facsimile: (507) 625-4002
jed_chronic@mrr-law.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
Humphrey, Farrington & McClain, P.C.
221 West Lexington Ave.Suite 400
Independence, MO 64051
(816) 836-5050
(816) 836-8966 –fax
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegla.com

**Counsel for Plaintiff: Steve Zanmiller**
District of Minnesota, No. 0:22-cv-02149

Alison M. Bernal
alison@nshmlaw.com
Nye Stirling Hale Miller and Sweet LLP
33 West Mission Street Suite 201
Santa Barbara, CA 93101
805-963-2345
Fax: 805-284-9590

**Counsel for Plaintiffs Kathy Coke, Lauren Henry, Lauren Hernandez, Lauren Hickman, Devon McClellan, Gerald Smith**
C.D. California No. 8:22-cv-01729

Jonathan A. Michaels
jmichaels@defectattorney.com
MLG APLC
600 Anton Boulevard, Suite 1240
Costa Mesa, CA 92626
949-581-6900

**Counsel for Plaintiffs Stephanie McQuarrie, Omar Becerra, Kaitlynn Marchione**
C.D. California No. 8:22-cv-01721

Michael F Ram
MRam@forthepeople.com
Morgan and Morgan
Complex Litigation Group
711 Van Ness Avenue Suite
500 San Francisco, CA 94102
415-358-6913
Fax: 415-358-6293

Marie Noel Appel
mappel@forthepeople.com
Morgan and Morgan Complex Litigation Group
711 Van Ness Avenue Suite 500
San Francisco, CA 94102
415-358-6913
Fax: 415-358-6293

**Counsel for Plaintiff Steven C. Hufford**
C.D. California No. 8:22-cv-01715

Frederick John Klorczyk , III
fklorczyk@bursor.com
Bursor and Fisher, P.A.
888 Seventh Avenue, Suite 304
New York, NY 10019
646-837-7129
Fax: 212-989-9163

Joel D Smith
jsmith@bursor.com
Bursor and Fisher PA
1990 North California Boulevard Suite 940
Walnut Creek, CA 94596
925-300-4455
Fax: 925-407-2700

John J Nelson
jnelson@milberg.com

Milberg Coleman Bryson Phillips Grossman PLLC
280 South Beverly Drive
Beverly Hills, CA 90212
619-209-6941
Fax: 865-522-0049

Kevin J. Stoops
kstoops@sommerspc.com
Sommers Schwartz PC
One Town Square 17th Floor
Southfield, MI 48076
248-355-0300
Fax: 248-746-4001

Trenton R Kashima
tkashima@milberg.com
Milberg Coleman Bryson Phillips Grossman PLLC
401 West C Street, Suite 1760
San Diego, CA 92101 212-946-9389

**Counsel for Plaintiffs Monique E. Baker, Stephen L. Desjardins**
C.D. California No 8:22-cv-01712

Paul Matouka
notifications@oliverlawgroup.com
1647 W. Big Beaver Rd.
Troy, MI 48084
248-327-6556

**Counsel for Plaintiffs Casey DeKam, Jason Hendrix, Ryan Beaulieu**
E.D. Michigan No. 2:22-cv-12198

Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
Seung Yun
SYun@jenner.com
JENNER & BLOCK LLP
353 North Clark Street Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246

Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

**Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.**

Hyundai Motor Co.
c/o Preside, Jose Munoz 12 Heolleung-ro
Seocho-gu, Seoul, 06797 Republic of Korea, Korea

Kia Corporation
c/o President, Noi-Myung Kim 231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928 Republic of Korea,
Korea