# Exhibit C

ATTYOPEN,RF

# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CIVIL DOCKET FOR CASE #: 2:21-cv-01146-PP

Marvin v. Kia America, Inc. et al  
Assigned to: Chief Judge Pamela Pepper  
Case in other court: Milwaukee County Circuit Court, 2021CV003759  
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 10/05/2021  
Jury Demand: Plaintiff  
Nature of Suit: 380 Personal Property: Other  
Jurisdiction: Diversity

## Plaintiff

**Stefanie Marvin**  
*on behalf of themselves and all other similarly situated*

represented by **James B Barton**  
Barton Legal SC  
313 N Plankinton Ave - Ste 207  
53203  
Milwaukee, WI 53203  
414-488-1822  
Email: jbb@bartonlegalsc.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joshua Greenberg**  
Barton Legal SC  
313 N Plankinton Ave - Ste 207  
Milwaukee, WI 53203  
414-877-0690  
Email: jsg@bartonlegalsc.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Katherine Wargin**

represented by **James B Barton**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joshua Greenberg**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Chaid Przybelski**

represented by **James B Barton**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joshua Greenberg**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Chad Just**

represented by **James B Barton**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joshua Greenberg**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Flasch**      represented by **James B Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lydia Davis**      represented by **James B Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kia America Inc**      represented by **Peter J Brennan**
Jenner & Block LLP
353 N Clark St
Chicago, IL 60654
312-923-2614
Email: pbrennan@jenner.com
*ATTORNEY TO BE NOTICED*

**Vaughn E Olson**
Jenner & Block LLP
353 N Clark St
Chicago, IL 60654
312-840-7420
Email: volson@jenner.com
*TERMINATED: 04/26/2022*

**Michael T Brody**
Jenner & Block LLP
353 N Clark St
Chicago, IL 60654
312-923-2711
Fax: 312-840-7711
Email: mbrody@jenner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hyundai Motor America**      represented by **Peter J Brennan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vaughn E Olson**
(See above for address)
*TERMINATED: 04/26/2022*

**Michael T Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hyundai America Technical Center Inc**      represented by **Peter J Brennan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vaughn E Olson**

(See above for address)
*TERMINATED: 04/26/2022*

**Michael T Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fictitious Kia Defendants A-C**

**Defendant**

**Fictitious Hyundai Defendants A-C**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2021 | 1 | NOTICE OF REMOVAL by Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc. from Milwaukee County Circuit Court, Case Number: 2021CV003759 with attached state court documents. (Filing Fee PAID $402 receipt number AWIEDC-3938412) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Sealed Unredacted Complaint and Summons, # 3 Exhibit B - Redacted Complaint, # 4 Exhibit C - State Court Motion to Seal Briefing, # 5 Exhibit D - State Court Confidential Disclosure of Information Form, # 6 Exhibit E - Proof of Service)This document and/or certain attachments are restricted to case participants and attorneys of record should use their efiling login and password to view this document(Brody, Michael) |
| 10/05/2021 |   | NOTICE Regarding assignment of this matter to Chief Judge Pamela Pepper; Consent/refusal forms for Magistrate Judge Duffin to be filed within 21 days; the consent/refusal form is available here. Pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (jcl) |
| 10/05/2021 | 2 | DISCLOSURE Statement by Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc.. (Brody, Michael) |
| 10/08/2021 | 3 | STIPULATION by Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc.. (Brody, Michael) |
| 10/08/2021 | 4 | Joint MOTION for Order *Approving Stipulation* by Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc.. (Attachments: # 1 Text of Proposed Order)(Brody, Michael) |
| 10/13/2021 | 5 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 10/13/2021 re 3 Stipulation and 4 Joint Motion to Approve Stipulation. The court **GRANTS** the parties' motion and **APPROVES** the stipulation regarding scheduling. The court **ORDERS** that the plaintiffs will file an amended complaint by November 4, 2021; the defendants will respond to the amended complaint, by motion or otherwise, by December 15, 2021; the plaintiffs will file a response to any motion by February 7, 2022; the defendants will file any reply by February 28, 2022. Along with their amended complaint, the plaintiffs will file a motion to seal all or portions of the amended complaint by November 4, 2021; the defendants will file any response to the motion to seal by December 15, 2021; the plaintiffs will file any reply in support of the motion to seal by January 17, 2022. **Note: there is no document associated with this text only order.** (cc: all counsel)(cb) |
| 10/25/2021 | 6 | Magistrate Judge Jurisdiction Form filed by All Defendants. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Brody, Michael) |
| 10/25/2021 | 7 | Magistrate Judge Jurisdiction Form filed by All Plaintiffs. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Greenberg, Joshua) |
| 11/04/2021 | 8 | NOTICE of Appearance by Peter J Brennan on behalf of Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc.. Attorney(s) appearing: Peter J. Brennan (Brennan, Peter) |
| 11/04/2021 | 9 | NOTICE of Appearance by Vaughn E Olson on behalf of Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc.. Attorney(s) appearing: Vaughn E. Olson (Olson, Vaughn) |
| 11/04/2021 | 10 | MOTION to Add Party *Proposed Class Representatives* by All Plaintiffs. (Barton, James) |
| 11/04/2021 | 11 | MOTION to Restrict Document *Amended Complaint* by All Plaintiffs. (Barton, James) |
| 11/04/2021 | 12 | AMENDED COMPLAINT with Jury Demand against All Defendants filed by Stefanie Marvin, Katherine Wargin. (Attachments: # 1 Complaint Amended Complaint (Unredacted), # 2 Exhibit A - Fed. Reg 1968, # 3 Exhibit B - Fed. Reg. 2006, # 4 Exhibit C |

| | | |
|---|---|---|
| | | - Fed Reg. 2004, # 5 Exhibit D - Kia Warranty, # 6 Exhibit E - Kia Marketing Materials, # 7 Exhibit F - Hyundai Warranty, # 8 Exhibit G - Hyundai Marketing Material, # 9 Exhibit H - Fed. Reg. 1997, # 10 Exhibit I - Fed. Reg. 2021, # 11 Exhibit J - Aldermen Ltr. to Kia, # 12 Exhibit K - Aldermen Ltr. to Hyundai, # 13 Exhibit L - Azera Petition, # 14 Exhibit M - Genesis Petition, # 15 Exhibit N - Amanti Petition, # 16 Exhibit O - Young Article, # 17 Exhibit P - Mustang Petition, # 18 Exhibit Q - Equus Petition, # 19 Exhibit R - Ioniq Petition, # 20 Exhibit S - Niro Petition)This document and/or certain attachments are restricted to case participants and attorneys of record should use their efiling login and password to view this document(Barton, James) |
| 11/05/2021 | 13 | STIPULATION by Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc.. (Brody, Michael) |
| 11/05/2021 | 14 | Joint MOTION for Order *Approving Stipulation* by Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc.. (Attachments: # 1 Proposed Order)(Brody, Michael) |
| 11/08/2021 | 15 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 11/8/2021 re 13 Stipulation and 14 Joint Motion to Approve Stipulation. The court **GRANTS** the joint motion and **APPROVES** the stipulation. The court **ORDERS** that the defendants' response to the plaintiffs' motion and supporting memorandum to join additional class representatives is due by the end of the day on December 15, 2021 as part of their response to the amended complaint; the plaintiffs may file any reply by the end of the day on February 7, 2021. **Note: there is no document associated with this text only order.** (cc: all counsel)(cb) |
| 12/09/2021 | 16 | STIPULATION by Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc.. (Brody, Michael) |
| 12/09/2021 | 17 | Joint MOTION for Order *Approving Stipulation* by Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc.. (Attachments: # 1 Text of Proposed Order)(Brody, Michael) |
| 12/10/2021 | 18 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 12/10/2021 re 16 Stipulation and 17 Joint Motion to Approve Stipulation. The court **APPROVES** the parties' stipulation to amend the briefing schedule and **GRANTS** their motion to enter an order approving the stipulation. The court **ORDERS** that by the end of the day on December 22, 2021, the defendants will file a responsive pleading to the amended complaint and the motion to join additional class representatives and the defendants will file a response to the plaintiffs' motion to restrict a court document; by the end of the day on January 31, 2022, the plaintiffs will file any reply in support of their motion to restrict a court document; by the end of the day on February 21, 2021, the plaintiffs will file any reply in support of their motion to join additional class representatives and the plaintiffs will file any response to the defendants' motions to dismiss the amended complaint; by the end of the day on March 18, 2022, the defendants will file any reply in support of their motion to dismiss the amended complaint. **Note: there is no document associated with this text only order.** (cc: all counsel)(cb) |
| 12/22/2021 | 19 | MOTION to Dismiss / *Defendants Kia America, Inc. and Hyundai Motor America's Motion to Dismiss Plaintiffs' Amended Complaint re* 12 by Hyundai Motor America, Kia America, Inc.. (Brody, Michael) |
| 12/22/2021 | 20 | BRIEF in Support filed by Hyundai Motor America, Kia America, Inc. re 19 MOTION to Dismiss / *Defendants Kia America, Inc. and Hyundai Motor America's Motion to Dismiss Plaintiffs' Amended Complaint re* 12 / *Memorandum of Law in Support of Defendants Kia America, Inc. and Hyundai Motor America's Motion to Dismiss*. (Attachments: # 1 Text of Proposed Order)(Brody, Michael) |
| 12/22/2021 | 21 | MOTION to Dismiss / *Defendant Hyundai Kia America Technical Center, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint re* 12 by Hyundai America Technical Center, Inc.. (Brody, Michael) |
| 12/22/2021 | 22 | BRIEF in Support filed by Hyundai America Technical Center, Inc. re 21 MOTION to Dismiss / *Defendant Hyundai Kia America Technical Center, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint re* 12 / *Memorandum of Law in Support of Defendant Hyundai Kia America Technical Center, Inc.'s Motion to Dismiss*. (Attachments: # 1 Text of Proposed Order)(Brody, Michael) |
| 02/10/2022 | 23 | STIPULATION *Modifying Briefing Schedule on Defendants' Motions to Dismiss* by All Plaintiffs. (Greenberg, Joshua) |
| 02/10/2022 | 24 | Joint MOTION to Modify *Briefing Schedule on Defendants' Motions to Dismiss* by All Plaintiffs. (Attachments: # 1 Text of Proposed Order Modifying Briefing Schedule on Defendants' Motions to Dismiss)(Greenberg, Joshua) |

| | | |
|---|---|---|
| 02/11/2022 | 25 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 2/11/2022 re 23 Stipulation Modifying Briefing Schedule on Defendants' Motions to Dismiss and 24 Joint Motion to Modify Briefing Schedule on Defendants' Motions to Dismiss. The court **APPROVES** the parties' stipulation and **GRANTS** the joint motion to modify the briefing schedule. The court **ORDERS** that the time for the plaintiff to file a response to the defendants' motions to dismiss is **EXTENDED** until the end of the day on February 28, 2022; the time for the defendants to file replies in support of their motions is **EXTENDED** until the end of the day on March 25, 2022. **Note: there is no document associated with this text only order.** (cc: all counsel)(cb) |
| 02/16/2022 | 26 | STIPULATION *on Filing Redacted Amended Complaint* by All Plaintiffs. (Attachments: # 1 Exhibit A - Redacted Amended Complaint)This document and/or certain attachments are restricted to case participants and attorneys of record should use their efiling login and password to view this document(Greenberg, Joshua) |
| 02/16/2022 | 27 | MOTION for Leave to File *Redacted Amended Complaint* by All Plaintiffs. (Attachments: # 1 Text of Proposed Order To Approve Filing Redacted Amended Complaint)(Greenberg, Joshua) |
| 02/22/2022 | 28 | MOTION for Leave to File Excess Pages *for Omnibus Response Brief in Opposition to Defendants' Motions to Dismiss* by All Plaintiffs. (Attachments: # 1 Text of Proposed Order To Extend Page Limitations for Briefing on Defendants' Motions to Dismiss)(Greenberg, Joshua) |
| 02/25/2022 | 29 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 2/25/2022 re 28 Plaintiffs' Motion to Extend Page Limit for Omnibus Response Brief in Opposition to Defendants' Motions to Dismiss. The court **GRANTS** the plaintiffs' motion to the extent that the plaintiffs may file an omnibus response brief of no more than 40 pages; the defendants may file an omnibus reply brief of no more than 20 pages.**Note: there is no document associated with this text only order.** (cc: all counsel)(cb) |
| 02/28/2022 | 30 | RESPONSE to Motion filed by All Plaintiffs re 19 MOTION to Dismiss / *Defendants Kia America, Inc. and Hyundai Motor America's Motion to Dismiss Plaintiffs' Amended Complaint re 12* , 21 MOTION to Dismiss / *Defendant Hyundai Kia America Technical Center, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint re 12* . (Barton, James) |
| 02/28/2022 | 31 | DECLARATION of James B. Barton (Attachments: # 1 Exhibit 1 - 2009 NHTSA Ltr., # 2 Exhibit 2 - 2011 HATCI Ltr., # 3 Exhibit 3 - May 2021 HATCI Ltr., # 4 Exhibit 4 - Sept. 2021 HATCI Ltr., # 5 Exhibit 5 - Elantra Brochure, # 6 Exhibit 6 - Forte Brochure, # 7 Exhibit 7 - Sportage Brochure)(Barton, James) |
| 03/25/2022 | 32 | REPLY BRIEF in Support filed by Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc. re 19 MOTION to Dismiss / *Defendants Kia America, Inc. and Hyundai Motor America's Motion to Dismiss Plaintiffs' Amended Complaint re 12* , 21 MOTION to Dismiss / *Defendant Hyundai Kia America Technical Center, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint re 12* / *Omnibus Reply in Support of Defendants Kia America, Inc. and Hyundai Motor America's Motion to Dismiss and Defendant Hyundai Kia America Technical Center, Inc.'s Motion to Dismiss*. (Brody, Michael) |
| 04/26/2022 | 33 | NOTICE of Withdrawal by Michael T Brody on behalf of Hyundai America Technical Center, Inc., Hyundai Motor America, Kia America, Inc..Attorney Vaughn E. Olson to be termed. (Brody, Michael) |
| 05/31/2022 | 34 | ORDER signed by Chief Judge Pamela Pepper on 5/31/2022. 10 Plaintiffs' motion to join additional class representatives GRANTED; Clerk of Court to add Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis to docket as plaintiffs. 11 Plaintiffs' motion to restrict amended complaint GRANTED; amended complaint at dkt. no. 12 to remain RESTRICTED to case participants and the court. 26 Parties' stipulation to file redacted amended complaint APPROVED and 27 plaintiffs' motion to file redacted amended complaint GRANTED; plaintiffs to file redacted amended complaint and unredacted versions of Exhibits A-S. Motion Hearing on defendants' motions to dismiss, dkt. nos. 19, 21, set for 9/6/2022 at 3:00 PM by telephone before Chief Judge Pamela Pepper. The parties are to appear by calling the court's conference line at 888-557-8511 and entering access code 4893665#. (cc: all counsel)(cb) |
| 07/08/2022 | 35 | AMENDED COMPLAINT *Redacted* with Jury Demand against All Defendants filed by Amy Flasch, Katherine Wargin, Chad Just, Lydia Davis, Stefanie Marvin, Chaid Przybelski. (Attachments: # 1 Exhibit A - Fed. Reg. 1968, # 2 Exhibit B - Fed. Reg. 2006, # 3 Exhibit C - Fed. Reg. 2004, # 4 Exhibit D - Kia Warranty, # 5 Exhibit E - Kia Marketing Material, # 6 Exhibit F - Hyundai Warranty, # 7 Exhibit G - Hyundai Marketing Material, # 8 Exhibit H - Fed. Reg. 1997, # 9 Exhibit I - Fed. Reg. 2021, # 10 Exhibit J - Aldermen Ltr. to Kia, # 11 Exhibit K - Aldermen Ltr. to Hyundai, # 12 Exhibit L - Azera Petition, # 13 Exhibit M - Genesis Petition, # 14 Exhibit N - Amanti Petition, # 15 Exhibit |

| | | |
|---|---|---|
| | | O - Young Article, # 16 Exhibit P - Mustang Petition, # 17 Exhibit Q - Equus Petition, # 18 Exhibit R - Ioniq Petition, # 19 Exhibit S - Niro Petition)(Barton, James) |
| 08/23/2022 | 36 | MOTION Motion To Take Judicial Notice Of Publicly Available Information by All Plaintiffs. (Barton, James) |
| 08/23/2022 | 37 | DECLARATION of James B. Barton In Support Of Motion To Take Judicial Notice *Of Publicly Available Information* (Attachments: # 1 Exhibit 1 - 2021 Hot Wheels Report, # 2 Exhibit 2 - VanWagenen Article (Wis.), # 3 Exhibit 3 - Williams Article (Wis.), # 4 Exhibit 4 - Fox 6 News Article (Wis.), # 5 Exhibit 5 - Insider Article (Natl.), # 6 Exhibit 6 - Miami Herald Article (Natl.), # 7 Exhibit 7 - Motor Biscuit Article (Natl.), # 8 Exhibit 8 - Mapp Article (Fla.), # 9 Exhibit 9 - Louie Article (Ga.), # 10 Exhibit 10 - Ahmad Article (Ill.), # 11 Exhibit 11 - Kransz Article (Mich.), # 12 Exhibit 12 - Schmidt Article (Minn.), # 13 Exhibit 13 - Byers Article (Mo.), # 14 Exhibit 14 - Henry Article (Ohio), # 15 Exhibit 15 - Le Article (Minn.), # 16 Exhibit 16 - WBNS Article (Ohio))(Barton, James) |
| 08/30/2022 | 38 | NOTICE of **CHANGE OF HEARING**: Hearing on 19 21 defendants' motions to dismiss **re-set for 11/29/2022 at 9:30 AM** by telephone before Chief Judge Pamela Pepper. The parties are to appear by calling the court's conference line at 888-557-8511 and entering access code 4893665#. Note: this hearing was originally set for 9/6/2022 and is being re-scheduled due to a conflict on the court's calendar.(cc: all counsel)(cb) |
| 09/13/2022 | 39 | STIPULATION *to Extend Deadline* by Hyundai America Technical Center Inc, Hyundai Motor America, Kia America Inc. (Brody, Michael) |
| 09/13/2022 | 40 | Joint MOTION for Order / *Joint Motion to Approve Stipulation* by Hyundai America Technical Center Inc, Hyundai Motor America, Kia America Inc. (Attachments: # 1 Text of Proposed Order)(Brody, Michael) |
| 09/15/2022 | 41 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 9/15/2022 re 39 Stipulation and 40 Joint Motion to Approve Stipulation. The court **GRANTS** the motion and **APPROVES** the parties' stipulation for an extension of time. The court **ORDERS** that the time for the defendants to file a response to the plaintiff's motion to take judicial notice is **EXTENDED** until the end of the day on October 28, 2022. **Note: there is no document associated with this text only order.** (cc: all counsel)(cb) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/20/2022 12:18:00 | | | |
| **PACER Login:** | sstriallawyers | **Client Code:** | Hyundai/Kia Theft |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cv-01146-PP |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |