# Exhibit D

Table C-1.
U.S. District Courts—Civil Cases Commenced, Terminated, and Pending
During the 12-Month Period Ending June 30, 2022

| Circuit and District | Total | | | U.S. Cases | | | Private Cases | | |
|---|---|---|---|---|---|---|---|---|---|
| | Filed | Terminated | Pending | Filed | Terminated | Pending | Filed | Terminated | Pending |
| Total | 293,762 | 290,998 | 607,720 | 36,961 | 47,482 | 41,326 | 256,801 | 243,516 | 566,394 |
| DC | 3,619 | 3,688 | 4,477 | 2,293 | 2,418 | 2,743 | 1,326 | 1,270 | 1,734 |
| 1st | 4,741 | 4,676 | 9,660 | 819 | 943 | 1,076 | 3,922 | 3,733 | 8,584 |
| ME | 409 | 488 | 365 | 93 | 130 | 83 | 316 | 358 | 282 |
| MA | 2,411 | 2,389 | 3,428 | 378 | 386 | 411 | 2,033 | 2,003 | 3,017 |
| NH | 728 | 396 | 3,750 | 68 | 97 | 77 | 660 | 299 | 3,673 |
| RI | 491 | 562 | 709 | 106 | 97 | 102 | 385 | 465 | 607 |
| PR | 702 | 841 | 1,408 | 174 | 233 | 403 | 528 | 608 | 1,005 |
| 2nd | 24,085 | 26,297 | 29,829 | 4,707 | 6,351 | 5,352 | 19,378 | 19,946 | 24,477 |
| CT | 1,732 | 2,001 | 1,938 | 321 | 396 | 307 | 1,411 | 1,605 | 1,631 |
| NY,N | 1,528 | 1,811 | 1,841 | 334 | 626 | 461 | 1,194 | 1,185 | 1,380 |
| NY,E | 7,426 | 7,912 | 8,856 | 1,990 | 2,202 | 1,584 | 5,436 | 5,710 | 7,272 |
| NY,S | 11,483 | 11,848 | 13,766 | 1,212 | 1,575 | 1,347 | 10,271 | 10,273 | 12,419 |
| NY,W | 1,668 | 2,427 | 3,150 | 749 | 1,440 | 1,571 | 919 | 987 | 1,579 |
| VT | 248 | 298 | 278 | 101 | 112 | 82 | 147 | 186 | 196 |
| 3rd | 26,302 | 23,130 | 79,082 | 2,126 | 3,057 | 2,723 | 24,176 | 20,073 | 76,359 |
| DE | 1,819 | 2,163 | 2,050 | 45 | 74 | 88 | 1,774 | 2,089 | 1,962 |
| NJ | 13,311 | 9,173 | 63,299 | 836 | 1,249 | 893 | 12,475 | 7,924 | 62,406 |
| PA,E | 5,900 | 6,288 | 8,128 | 468 | 685 | 787 | 5,432 | 5,603 | 7,341 |
| PA,M | 2,105 | 2,348 | 2,594 | 499 | 666 | 570 | 1,606 | 1,682 | 2,024 |
| PA,W | 2,982 | 2,748 | 2,524 | 248 | 365 | 281 | 2,734 | 2,383 | 2,243 |
| VI | 185 | 410 | 487 | 30 | 18 | 104 | 155 | 392 | 383 |
| 4th | 16,714 | 18,020 | 20,306 | 3,745 | 5,694 | 4,909 | 12,969 | 12,326 | 15,397 |
| MD | 3,427 | 4,084 | 4,320 | 790 | 1,369 | 926 | 2,637 | 2,715 | 3,394 |
| NC,E | 1,571 | 1,746 | 2,145 | 548 | 714 | 1,035 | 1,023 | 1,032 | 1,110 |
| NC,M | 948 | 1,158 | 954 | 304 | 409 | 327 | 644 | 749 | 627 |
| NC,W | 1,136 | 1,398 | 998 | 338 | 522 | 283 | 798 | 876 | 715 |
| SC | 4,309 | 3,384 | 5,877 | 523 | 923 | 676 | 3,786 | 2,461 | 5,201 |
| VA,E | 2,979 | 3,274 | 2,565 | 496 | 603 | 493 | 2,483 | 2,671 | 2,072 |
| VA,W | 1,095 | 1,266 | 1,040 | 216 | 377 | 252 | 879 | 889 | 788 |
| WV,N | 646 | 830 | 488 | 372 | 462 | 194 | 274 | 368 | 294 |
| WV,S[1] | 603 | 880 | 1,919 | 158 | 315 | 723 | 445 | 565 | 1,196 |
| 5th | 29,094 | 37,956 | 45,261 | 3,213 | 3,683 | 3,289 | 25,881 | 34,273 | 41,972 |
| LA,E | 2,681 | 6,727 | 20,246 | 116 | 143 | 132 | 2,565 | 6,584 | 20,114 |
| LA,M | 845 | 969 | 1,071 | 37 | 54 | 87 | 808 | 915 | 984 |
| LA,W | 4,503 | 3,180 | 4,563 | 188 | 182 | 317 | 4,315 | 2,998 | 4,246 |
| MS,N | 623 | 769 | 610 | 134 | 220 | 120 | 489 | 549 | 490 |
| MS,S | 1,362 | 1,571 | 1,517 | 149 | 181 | 221 | 1,213 | 1,390 | 1,296 |
| TX,N | 5,420 | 10,980 | 4,653 | 1,130 | 1,198 | 742 | 4,290 | 9,782 | 3,911 |
| TX,E | 3,057 | 3,167 | 3,154 | 300 | 372 | 476 | 2,757 | 2,795 | 2,678 |
| TX,S | 5,960 | 6,185 | 5,340 | 630 | 766 | 700 | 5,330 | 5,419 | 4,640 |
| TX,W | 4,643 | 4,408 | 4,107 | 529 | 567 | 494 | 4,114 | 3,841 | 3,613 |
| 6th | 17,968 | 16,264 | 37,133 | 2,385 | 3,490 | 2,905 | 15,583 | 12,774 | 34,228 |
| KY,E | 989 | 1,167 | 1,293 | 268 | 419 | 277 | 721 | 748 | 1,016 |
| KY,W | 1,182 | 1,462 | 1,347 | 139 | 232 | 187 | 1,043 | 1,230 | 1,160 |
| MI,E | 3,015 | 3,213 | 3,722 | 363 | 473 | 419 | 2,652 | 2,740 | 3,303 |
| MI,W | 1,431 | 1,538 | 1,121 | 248 | 311 | 136 | 1,183 | 1,227 | 985 |
| OH,N | 2,406 | 2,760 | 5,683 | 572 | 808 | 582 | 1,834 | 1,952 | 5,101 |
| OH,S | 5,788 | 2,543 | 20,123 | 420 | 664 | 649 | 5,368 | 1,879 | 19,474 |
| TN,E | 980 | 1,189 | 1,104 | 152 | 259 | 208 | 828 | 930 | 896 |
| TN,M | 1,103 | 1,254 | 1,286 | 103 | 147 | 155 | 1,000 | 1,107 | 1,131 |
| TN,W | 1,074 | 1,138 | 1,454 | 120 | 177 | 292 | 954 | 961 | 1,162 |
| 7th | 18,805 | 19,104 | 29,952 | 2,711 | 3,539 | 3,245 | 16,094 | 15,565 | 26,707 |
| IL,N | 7,299 | 7,831 | 9,777 | 1,157 | 1,272 | 1,491 | 6,142 | 6,559 | 8,286 |
| IL,C | 1,243 | 1,439 | 1,581 | 169 | 233 | 247 | 1,074 | 1,206 | 1,334 |
| IL,S | 2,444 | 1,392 | 3,002 | 252 | 278 | 298 | 2,192 | 1,114 | 2,704 |
| IN,N | 1,865 | 2,245 | 1,910 | 335 | 573 | 380 | 1,530 | 1,672 | 1,530 |
| IN,S | 3,663 | 3,560 | 11,132 | 418 | 602 | 443 | 3,245 | 2,958 | 10,689 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | WI,E | 1,507 | 1,643 | 1,611 | 224 | 354 | 230 | 1,283 | 1,289 | 1,381 |
| 68 | WI,W | 784 | 994 | 939 | 156 | 227 | 156 | 628 | 767 | 783 |
| 69 | 8th | 16,749 | 12,599 | 15,234 | 2,364 | 2,902 | 2,082 | 14,385 | 9,697 | 13,152 |
| 70 | AR,E | 1,818 | 1,832 | 1,756 | 342 | 375 | 272 | 1,476 | 1,457 | 1,484 |
| 71 | AR,W | 841 | 883 | 730 | 238 | 259 | 266 | 603 | 624 | 464 |
| 72 | IA,N | 414 | 430 | 352 | 123 | 152 | 103 | 291 | 278 | 249 |
| 73 | IA,S | 528 | 518 | 466 | 111 | 124 | 110 | 417 | 394 | 356 |
| 74 | MN | 8,193 | 3,252 | 7,625 | 450 | 474 | 342 | 7,743 | 2,778 | 7,283 |
| 75 | MO,E | 1,656 | 2,024 | 1,637 | 287 | 457 | 357 | 1,369 | 1,567 | 1,280 |
| 76 | MO,W | 1,928 | 2,201 | 1,348 | 384 | 607 | 345 | 1,544 | 1,594 | 1,003 |
| 77 | NE | 802 | 848 | 599 | 285 | 286 | 87 | 517 | 562 | 512 |
| 78 | ND | 203 | 238 | 295 | 62 | 63 | 89 | 141 | 175 | 206 |
| 79 | SD | 366 | 373 | 426 | 82 | 105 | 111 | 284 | 268 | 315 |
| 80 | 9th | 41,493 | 46,266 | 43,917 | 6,977 | 8,300 | 7,153 | 34,516 | 37,966 | 36,764 |
| 81 | AK | 401 | 374 | 456 | 91 | 111 | 135 | 310 | 263 | 321 |
| 82 | AZ | 3,123 | 3,262 | 2,933 | 776 | 822 | 781 | 2,347 | 2,440 | 2,152 |
| 83 | CA,N | 8,760 | 10,493 | 11,248 | 597 | 751 | 577 | 8,163 | 9,742 | 10,671 |
| 84 | CA,E | 3,898 | 4,026 | 5,842 | 708 | 764 | 1,124 | 3,190 | 3,262 | 4,718 |
| 85 | CA,C | 13,447 | 14,700 | 9,882 | 2,133 | 2,501 | 1,816 | 11,314 | 12,199 | 8,066 |
| 86 | CA,S | 2,060 | 2,479 | 2,304 | 375 | 422 | 402 | 1,685 | 2,057 | 1,902 |
| 87 | HI | 531 | 586 | 500 | 118 | 123 | 102 | 413 | 463 | 398 |
| 88 | ID | 518 | 509 | 692 | 87 | 126 | 143 | 431 | 383 | 549 |
| 89 | MT | 603 | 615 | 680 | 98 | 145 | 143 | 505 | 470 | 537 |
| 90 | NV | 2,619 | 3,103 | 3,429 | 219 | 268 | 367 | 2,400 | 2,835 | 3,062 |
| 91 | OR | 1,883 | 2,070 | 2,571 | 425 | 602 | 609 | 1,458 | 1,468 | 1,962 |
| 92 | WA,E | 940 | 1,058 | 748 | 582 | 679 | 410 | 358 | 379 | 338 |
| 93 | WA,W | 2,657 | 2,917 | 2,284 | 757 | 971 | 532 | 1,900 | 1,946 | 1,752 |
| 94 | GU | 26 | 51 | 293 | 6 | 8 | 9 | 20 | 43 | 284 |
| 95 | NMI | 27 | 23 | 55 | 5 | 7 | 3 | 22 | 16 | 52 |
| 96 | 10th | 9,125 | 10,270 | 9,376 | 1,560 | 2,146 | 1,847 | 7,565 | 8,124 | 7,529 |
| 97 | CO | 3,324 | 3,505 | 3,017 | 398 | 482 | 391 | 2,926 | 3,023 | 2,626 |
| 98 | KS | 1,233 | 1,551 | 993 | 242 | 331 | 236 | 991 | 1,220 | 757 |
| 99 | NM | 1,113 | 1,286 | 1,265 | 216 | 349 | 310 | 897 | 937 | 955 |
| 100 | OK,N | 587 | 685 | 701 | 130 | 209 | 173 | 457 | 476 | 528 |
| 101 | OK,E | 395 | 425 | 521 | 154 | 194 | 243 | 241 | 231 | 278 |
| 102 | OK,W | 1,127 | 1,352 | 1,016 | 191 | 284 | 171 | 936 | 1,068 | 845 |
| 103 | UT | 1,051 | 1,189 | 1,555 | 200 | 262 | 283 | 851 | 927 | 1,272 |
| 104 | WY | 295 | 277 | 308 | 29 | 35 | 40 | 266 | 242 | 268 |
| 105 | 11th | 85,067 | 72,728 | 283,493 | 4,061 | 4,959 | 4,002 | 81,006 | 67,769 | 279,491 |
| 106 | AL,N | 1,701 | 1,984 | 2,096 | 282 | 463 | 421 | 1,419 | 1,521 | 1,675 |
| 107 | AL,M | 828 | 1,016 | 1,189 | 102 | 189 | 225 | 726 | 827 | 964 |
| 108 | AL,S | 532 | 590 | 563 | 57 | 119 | 91 | 475 | 471 | 472 |
| 109 | FL,N | 56,761 | 41,994 | 259,699 | 134 | 146 | 146 | 56,627 | 41,848 | 259,553 |
| 110 | FL,M | 8,324 | 9,082 | 6,441 | 1,483 | 1,754 | 1,464 | 6,841 | 7,328 | 4,977 |
| 111 | FL,S | 8,576 | 9,294 | 3,945 | 820 | 897 | 556 | 7,756 | 8,397 | 3,389 |
| 112 | GA,N | 6,200 | 6,390 | 7,629 | 810 | 950 | 713 | 5,390 | 5,440 | 6,916 |
| 113 | GA,M | 1,212 | 1,329 | 1,012 | 204 | 240 | 202 | 1,008 | 1,089 | 810 |
| 114 | GA,S | 933 | 1,049 | 919 | 169 | 201 | 184 | 764 | 848 | 735 |

NOTE: The number of pending cases in this report includes cases that have been transferred under a Multidistrict Litigation (MDL) order. Large numbers of civil cases may be temporarily assigned by the Judicial Panel on Multidistrict Litigation to a district judge for pretrial management. As MDL cases vary greatly among districts, it is advisable to check with the relevant district court before drawing statistical conclusions about the number of pending cases for that district.

¹ The higher number of pending cases reported for the Southern District of West Virginia is the result of reconciliation efforts conducted for pretrial management for the three-month period ending June 30, 2018.