**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| **IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION** | **MDL DOCKET NO. 3052** |
|---|---|

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I certify that I served copies of the foregoing Interested Party Petition and Memorandum of Plaintiff LaShaun Johnson in Support of *McNerney* Plaintiffs' Motion for Transfer on all parties in the following cases as indicated below on September 23, 2022.

| |
|---|
| Clerk, Central District of California (Via U.S. Mail)<br>Ronald Reagan Federal Building & U.S. Courthouse<br>411 West 4th Street, Room 1053<br>Santa Ana, CA 92701-4516 |
| Clerk, District of Colorado (Via U.S. Mail)<br>Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294 |
| Clerk, Middle District of Florida (Via U.S. Mail)<br>George C. Young Federal Annex Courthouse<br>401 West Central Boulevard<br>Orlando, FL 32801 |
| Clerk, Southern District of Iowa (Via U.S. Mail)<br>U.S. District Courthouse<br>123 East Walnut Street, Suite 300<br>Des Moines, IA 50309 |

| |
|---|
| Clerk, Northern District of Illinois (Via U.S. Mail)<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street Chicago, IL 60604 |
| Clerk, District of Kansas (Via U.S. Mail)<br>Robert J. Dole Courthouse<br>500 State Avenue, M35<br>Kansas City, KS 66101 |
| Clerk, Eastern District of Kentucky (Via U.S. Mail)<br>U.S. District Court Eastern District of Kentucky<br>101 Barr Street<br>Lexington, KY 40507 |
| Clerk, Western District of Missouri (Via U.S. Mail)<br>Charles Evans Whittaker U.S. Courthouse<br>400 E. 9th Street<br>Kansas City, MO 64106 |
| Clerk, District of Nebraska (Via U.S. Mail)<br>Robert V. Demney Federal Building<br>100 Centennial Mall North, Room 593<br>Lincoln, NE 68508 |
| Clerk, Southern District of New York (Via U.S. Mail)<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007 |
| Clerk, Northern District of Ohio (Via U.S. Mail)<br>James M. Ashly and Thomas W. L. Ashley<br>U.S. Courthouse 1716 Spielbusch Avenue<br>Toledo, OH 43604 |
| Clerk, Southern District of Ohio (Via U.S. Mail)<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street, Room 103<br>Cincinnati, OH 45202 |
| Clerk, Southern District of Texas (Via U.S. Mail)<br>Bob Casey United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 |

| |
|---|
| Clerk, Eastern District of Wisconsin (Via U.S. Mail)<br>United States Federal Building and Courthouse<br>517 E. Wisconsin Avenue – Room 362<br>Milwaukee, WI 53202 |
| Clerk, District of Minnesota (Via U.S. Mail)<br>300 S. Fourth Street<br>Minneapolis, MN 55415 |
| Clerk, Eastern District of Michigan (Via U.S. Mail)<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 |
| Steve W. Berman (Via Email)<br>Sean R. Matt<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sean@hbsslaw.com<br><br>Christopher R. Pitoun (Via Email)<br>HAGENS BERMAN SOBEL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101 christopherp@hbsslaw.com<br><br>**Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**<br>C.D. California, No. 8:22-cv-01548 |
| Thomas G. Adams (Via Email)<br>ADAMS & ASSOCIATES<br>21782 Ventura Boulevard, No. 10005<br>Woodland Hills, CA 91364<br>thomasgadams@gmail.com<br>tom@adamsassocs.com<br><br>Rhett T. Francisco (Via Email)<br>THE LAW OFFICES OF RHETT T. FRANCISCO<br>638 Lindero Canyon Road Suite 105<br>Oak Park, CA 91377<br>Rhett_Francisco_Law@yahoo.com<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper |

| |
|---|
| Kevin D. Stanley Chelsea M. Pierce Andre K. Smith<br>HUMPHREY, FARRINGTON & McCLAIN, P.C.<br>221 West Lexington Avenue, Suite 400<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br>aks@hfmlegal.com<br><br>**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza**<br>C.D. California, No. 8:22-cv-01440 |
| Jennifer A. Lenze<br>LENZE LAWYERS, PLC<br>999 Corporate Drive, Suite 100<br>Ladera Ranch, CA 92694<br>jlenze@lenzelawyers.com<br><br>Elizabeth A. Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Drive<br>24th Floor Chicago, IL 60606<br>beth@feganscott.com<br><br>**Counsel for Plaintiffs: Mitchell Cohen, Pauline Ragsdale, Herbert Taylor**<br>C.D. California No. 8:22-cv-01664 |
| Kevin D. Stanley (Via Email)<br>HUMPHREY, FARRINGTON & McCLAIN, P.C.<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>kds@hfmlegal.com<br><br>**Counsel for Plaintiff: Heather Jones**<br>District of Colorado, No. 1:22-cv-02123 |
| Brad R. Sohn (Via Email)<br>THE BRAD SOHN LAW FIRM, PLLC<br>2990 Ponce De Leon Boulevard Suite 300<br>Coral Gables, FL 33134 brad@bradsohnlaw.com<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400 |

| |
|---|
| P.O. Box 900<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiffs: Joanna K. Pue and Shannon Kozmic**<br>M.D. Florida, No. 6:22-cv-01440 |
| Jay M. Smith (Via U.S. Mail)<br>SMITH AND MCELWAIN<br>505 5th Street, Suite 530<br>P.O. Box 1194<br>Sioux City, IA 51102<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiffs: Ann Brady and Leah Price**<br>S.D. Iowa, No. 4:22-cv-00252 |
| Toby P. Mulholland (Via Email)<br>RUBENS KRESS & MULHOLLAND<br>77 W. Washington, Suite 701<br>Chicago, IL 60602<br>tpm@rkminjurylaw.com<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com |

| |
|---|
| kds@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, Michael Flannagan**<br>S.D. Iowa, No. 1:22-cv-04071 |
| Paul D. Anderson (Via Email)<br>Kenneth B. McClain<br>Jonathan M. Soper<br>Kevin D. Stanley<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>pda@hfmlegal.com<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br><br>**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, Charles Cole**<br>District of Kansas, No. 2:22-cv-02288 |
| David A. Futscher (Via U.S. Mail)<br>FUTSCHER LAW, PLLC<br>913 N. Oak Drive<br>Villa Hills, KY 41017<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiff: Rita Day**<br>E.D. Kentucky, No. 5:22-cv-00202; and<br><br>**Counsel for Plaintiffs: Miriam Fruhling, Roger Mason, Jade Burke**<br>S.D. Ohio, No. 1:22-cv-451 |

| |
|---|
| Kenneth B. McClain (Via Email)<br>Paul D. Anderson<br>Jonathan M. Soper<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>pda@hfmlegal.com<br>jms@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiffs: Brian Bendorf, Sara Bendorf**<br>W.D. Missouri, No. 4:22-cv-00465 |
| Matthew L. Dameron (Via Email)<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>matt@williamsdirks.com<br><br>**Counsel for Plaintiff: Cobi Bissell**<br>W.D. Missouri, No. 4:22-cv-00548 |
| Andrew K. Smith (Via Email)<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 W. Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>aks@hfmlegal.com<br><br>**Counsel for Plaintiff: Amber Hall**<br>District of Nebraska, No. 4:22-cv-03155 |
| Joshua B. Katz (Via Email)<br>KENT, BEATTY & GORDON, LLP<br>Eleven Times Square<br>New York, NY 10036<br>jbk@kbg-law.com<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051 |

| |
|---|
| kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com<br><br>**Counsel for Plaintiffs: Stacie Moon**<br>S.D. New York, No. 1:22-cv-7433 |
| Melissa Payne (Via Email)<br>PAYNE LAW LLC<br>26600 Detroit Road, Suite 250<br>Westlake, OH 44145<br>Melissa@VincentEsq.com<br><br>Laurence Harrington (Via U.S. Mail)<br>THE HARRINGTON FIRM<br>508 Glen Echo Road<br>Philadelphia, PA 19119<br><br>**Counsel for Plaintiffs: Jo Taylor Slovak, Daniel Newman, Erin Davies**<br>N.D. Ohio, No. 3:22-cv-01432 |
| Kenneth C. Baker (Via Email)<br>Victoria Lui<br>BAKER & PATTERSON LLP<br>3100 Richmond Avenue, Suite 5500<br>Houston, TX 77098<br>kbaker@bakpatlaw.com<br>vlui@bakpatlaw.com<br><br>Kenneth B. McClain (Via Email)<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>Andrew K. Smith<br>HUMPHREY, FARRINGTON & McCLAIN<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegal.com aks@hfmlegal.com<br><br>**Counsel for Plaintiffs: Jon Bodie, Albert Lui**<br>S.D. Texas, No. 4:22-cv-02603 |

| |
|---|
| James B. Barton (Via Email)<br>Joshua S. Greenberg<br>BARTON LEGAL S.C.<br>313 North Plankinton Avenue, Suite 207<br>Milwaukee, WI 53203<br>jbb@bartonlegalsc.com jsg@bartonlegalsc.com<br><br>**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, Lydia Davis**<br>E.D. Wisconsin, No. 2:21-cv-01146 |
| George "Jed" Chronic<br>MASCHKA, RIEDY RIES & FRENTZ<br>151 St. Andrews Court Building 1010<br>Mankato, MN 56001<br>Telephone: (507) 625-6600<br>Facsimile: (507) 625-4002<br>jed_chronic@mrr-law.com<br><br>Kenneth B. McClain<br>Jonathan M. Soper<br>Kevin D. Stanley<br>Chelsea M. Pierce<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington Ave.Suite 400<br>Independence, MO 64051<br>(816) 836-5050<br>(816) 836-8966 –fax<br>kbm@hfmlegal.com<br>jms@hfmlegal.com<br>kds@hfmlegal.com<br>cmp@hfmlegla.com<br><br>**Counsel for Plaintiff: Steve Zanmiller**<br>District of Minnesota, No. 0:22-cv-02149 |
| Alison M. Bernal<br>alison@nshmlaw.com<br>Nye Stirling Hale Miller and Sweet LLP<br>33 West Mission Street Suite 201<br>Santa Barbara, CA 93101<br>805-963-2345<br>Fax: 805-284-9590<br><br>**Counsel for Plaintiffs Kathy Coke, Lauren Henry, Lauren Hernandez, Lauren Hickman, Devon McClellan, Gerald Smith**<br>C.D. California No. 8:22-cv-01729 |

| |
|---|
| Jonathan A. Michaels<br>jmichaels@defectattorney.com<br>MLG APLC<br>600 Anton Boulevard, Suite 1240<br>Costa Mesa, CA 92626<br>949-581-6900<br><br>**Counsel for Plaintiffs Stephanie McQuarrie, Omar Becerra, Kaitlynn Marchione**<br>C.D. California No. 8:22-cv-01721 |
| Michael F Ram<br>MRam@forthepeople.com<br>Morgan and Morgan<br>Complex Litigation Group<br>711 Van Ness Avenue Suite<br>500 San Francisco, CA 94102<br>415-358-6913<br>Fax: 415-358-6293<br><br>Marie Noel Appel<br>mappel@forthepeople.com<br>Morgan and Morgan Complex Litigation Group<br>711 Van Ness Avenue Suite 500<br>San Francisco, CA 94102<br>415-358-6913<br>Fax: 415-358-6293<br><br>**Counsel for Plaintiff Steven C. Hufford**<br>C.D. California No. 8:22-cv-01715 |
| Frederick John Klorczyk , III<br>fklorczyk@bursor.com<br>Bursor and Fisher, P.A.<br>888 Seventh Avenue, Suite 304<br>New York, NY 10019<br>646-837-7129<br>Fax: 212-989-9163<br><br>Joel D Smith<br>jsmith@bursor.com<br>Bursor and Fisher PA<br>1990 North California Boulevard Suite 940<br>Walnut Creek, CA 94596<br>925-300-4455<br>Fax: 925-407-2700<br><br>John J Nelson<br>jnelson@milberg.com |

<table>
<tr><td>Milberg Coleman Bryson Phillips Grossman PLLC<br>280 South Beverly Drive<br>Beverly Hills, CA 90212<br>619-209-6941<br>Fax: 865-522-0049<br><br>Kevin J. Stoops<br>kstoops@sommerspc.com<br>Sommers Schwartz PC<br>One Town Square 17th Floor<br>Southfield, MI 48076<br>248-355-0300<br>Fax: 248-746-4001<br><br>Trenton R Kashima<br>tkashima@milberg.com<br>Milberg Coleman Bryson Phillips Grossman PLLC<br>401 West C Street, Suite 1760<br>San Diego, CA 92101 212-946-9389<br><br>Counsel for Plaintiffs Monique E. Baker, Stephen L. Desjardins<br>C.D. California No 8:22-cv-01712</td></tr>
<tr><td>Paul Matouka<br>notifications@oliverlawgroup.com<br>1647 W. Big Beaver Rd.<br>Troy, MI 48084<br>248-327-6556<br><br>Counsel for Plaintiffs Casey DeKam, Jason Hendrix, Ryan Beaulieu<br>E.D. Michigan No. 2:22-cv-12198</td></tr>
<tr><td>Peter J. Brennan<br>PBrennan@jenner.com<br>Michael T. Brody<br>MBrody@jenner.com<br>Seung Yun<br>SYun@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street Chicago, IL 60654-3456<br>Telephone: +1 312 222 9350<br>Facsimile: +1 312 527 0484<br><br>Alice S. Kim<br>AKim@jenner.com<br>JENNER & BLOCK LLP<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246</td></tr>
</table>

| |
|---|
| Telephone: +1 213 239 5100<br>Facsimile: +1 213 239 5199<br><br>**Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.** |
| Hyundai Motor Co.<br>c/o Preside, Jose Munoz 12 Heolleung-ro<br>Seocho-gu, Seoul, 06797 Republic of Korea, Korea |
| Kia Corporation<br>c/o President, Noi-Myung Kim 231231, Yangjae-Dong<br>Seocho-Ku, Seoul, 137-928 Republic of Korea,<br>Korea |