JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE KIA HYUNDAI** )
**VEHICLE THEFT LITIGATION** )   **MDL DOCKET 3052**

### CERTIFICATE OF SERVICE

On September 23, 2022, a copy of the attached Response of Interested Parties In Opposition to Motion To Transfer To The Central District of California was served by ECF and/or email on the following:

**Counsel for Plaintiffs Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**
**Central District of California – Case No. 8:22-cv-01548**

Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
Via e-mail

**Counsel for Plaintiffs Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis**
**Eastern District of Wisconsin – Case No. 2:21-cv-01146**

James B. Barton
Joshua S. Greenberg
313 North Plankinton Avenue, Suite 207
Milwaukee, WI 53203
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com
Via e-mail

**Counsel for Plaintiff Cobi Bissell**
**Western District of Missouri – Case No. 4:22-cv-00548**

Matthew Dameron
1100 Main Street, Suite 2600
Kansas City, MO 64105
matt@williamsdirks.com
Via e-mail

**Counsel for Plaintiffs Jo Taylor Slovak, Daniel Newman, and Erin Davies**
**Northern District of Ohio – Case No. 3:22-cv-01432**

Melissa Payne
26600 Detroit Road, Suite 250
Westlake, OH44145
melissa@vincentEsq.com

Laurence Harrington
508 Glen Echo Road
Philadelphia, PA 19119
laurence.harrington.esq@gmail.com
Via e-mail

**Counsel for Plaintiffs Miyoshi Morrow, Tracy Spradlin, and Rachel Perry**
**Central District of California – Case No. 8:22-cv-01674**

Roland Tellis
David Fernandes
Adam Tamburelli
Shannon Royster
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
rtellis@baronbudd.com
dfernandes@baronbudd.com
atamburelli@baronbudd.com
sroyster@baronbudd.com
Via e-mail

**Counsel for Plaintiff LaShaun Johnson**
**District of Minnesota – Case No. 0:22-cv-02164**

Timothy J. Becker
Jacob R. Rusch
Zackary S. Kaylor
444 Cedar Street, Suite 1800
St. Paul, MN 55101
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com
Via e-mail

**Counsel for Plaintiffs: Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor**
**Central District of California – Case No. 8:22-cv-01664**

Elizabeth A. Fegan
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
beth@feganscott.com
Via e-mail

Jonathan D. Lindenfeld
140 Broadway, 46th Floor
New York, NY 10005
jonathan@feganscott.com
Via e-mail

Jennifer A. Lenze
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694
jlenze@lenzelawyers.com
Via e-mail

**Counsel for Plaintiffs Kathy Coke, Lauren Henry,  Lauren Herandez, Lauren Hickman, Devon McClellan, Gerald Smith**
**Central District of California – Case No. 8:22-cv-01729**

Alison M. Bernal
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
alison@nshmlaw.com
Via e-mail

**Counsel for Plaintiffs Stephanie McQuarrie, Omar Becerra, Kaitlyn Marchione**
**Central District of California – Case No. 8:22-cv-01721**

Jonathan A. Michaels
600 Anton Blvd., Suite 1240
Costa Mesa, CA 92626
jmichaels@defectattorney.com

**Counsel for Plaintiff Steven Hufford**
**Central District of California – Case No. 8:22-cv-01715**

Michael F. Ram
Marie Noel Appel
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
mram@forthepeople.com
mappel@forthepeople.com
Via e-mail

**Counsel for Plaintiffs Monique Baker, Stephen Desjardins**
**Central District of California – Case No. 8:22-cv-01712**

Fredrick Klorcyzk
888 Seventh Avenue, Suite 304
New York, NY 10019
fklorczyk@bursor.com
Via e-mail

Joel Smith
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
jsmith@bursor.com
Via e-mail

John Nelson
280 South Beverly Drive
Beverly Hills, CA 90212
jnelson@milberg.com

Kevin Stoops
One Town Square, 17th Floor
Southfield, MI 48076
kstoops@sommerspc.com
Via e-mail

Trenton Kashima
401 West C Street, Suite 1760
San Diego, CA 92101
tkashima@milberg.com
Via e-mail

**Counsel for Plaintiff Jennifer Fisher**
**District of Colorado – Case No. 1:22-cv-02367**

Timothy J. Becker
Jacob R. Rusch
Zackary S. Kaylor
444 Cedar Street, Suite 1800
St. Paul, MN 55101
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com
Via e-mail

**Counsel for Plaintiffs Casey DeKam, Jason Hendrix, Ryan Beaulieu**
**Eastern District of Michigan – Case No. 2:22-cv-12198**

Paul Matouka
1647 W. Big Beaver Road
Troy, MI 48084
notifications@oliverlawgroup.com
Via e-mail

**Counsel for Defendants Kia America, Inc., Hyundai Motor America and Hyundai Kia America Technical Center**

Peter J. Brennan
Michael T. Brody
353 North Clark Street
Chicago, Illinois 60654-3456
pbrennan@jenner.com
mbrody@jenner.com

Alice S. Kim
515 South Flower Street, Suite 3300
Los Angeles, California 90071-2246
akim@jenner.com

Michael R. Reck
Christopher J. Jessen
666 Walnut Street, Suite 2000
Des Moines, IA 50309
mrreck@belinmccormick.com
cjessen@belinmccormick.com

M. Todd Osterloh
Donald C. Morgan
333 W. Vine Street, Suite 1500
Lexington, KY 40507
tosterloh@sturgillturner.com
jgardner@sturgillturner.com

                                                 */s/ Kenneth B. McClain*
                                                 Attorney for Plaintiffs

**Kenneth B. McClain**
**Humphrey, Farrington & McClain, P.C.**
**221 W. Lexington, Suite 400**
**Independence, MO 64050**
**Telephone (816) 836-5050**
**Facsimile (816) 836-8966**
**kbm@hfmlegal.com**