

Become a Member - Member Login

# URBA MILWAUK

Topics    Real Estate    Politics    Food & Drink    A&E

Membership



## Kia, Hyundai Thefts Now National Problem

Chicago's auto thefts up 767%, Seattle up 620% as Milwaukee's scourge spreads via social media.

By Jeramey Jannene - Aug 17th, 2022 12:51 pm

**EXHIBIT A**

Get a daily rundown of the top stories on Urban Milwaukee

Email Address...    Subscribe



A Kia parked on a City of Milwaukee street. Photo by Jeramey Jannene.

### Latest Articles & Columns


**Yum Yum Fish and Chicken Planned for North Side** by Sophie Bolich


**Transportation: City Assembles New Bicycle, Pedestrian Committee** by Jeramey Jannene


**Pilot Project Buys Milwaukee Brewing Company** by Sophie Bolich


**MPD Struggles Identifying Source of Crime Guns** by Edgar Mendez



long expected would happen: spread the issue to other cities. The "Kia Boyz" phenomenon is now a Milwaukee export.

Rear windows in the vehicles can be broken as they are not connected to the alarm system. More sophisticated techniques involve prying out the window. Once inside the vehicle the steering column plastic panel can be removed with a screwdriver and the vehicle can be started by using a USB cable to turn over an exposed ignition. Vehicles can be stolen in a couple of minutes.

Milwaukee first started experiencing the problem in fall 2020. By 2021, more than two-thirds of vehicles stolen in Milwaukee were made by Kia and Hyundai and more than half of the thieves caught were children. The city had more vehicle thefts than Chicago.

Now Chicago is catching up. Year-over-year vehicle theft in the Windy City is up 767% according to CBS.

The Seattle Police Department reports a 620% year-over-year increase. Omaha reports a 600% increase. In St. Petersburg, FL 41% of vehicles stolen are made by Kia or Hyundai. Vehicle theft in Norfolk, VA spiked 35% in one month. Progressive is declining to insure the vehicles in Denver, the one city Milwaukee officials previously identified as experiencing the problem. Thefts in Denver are up 160% from 2018.

A search of Google News for "Kia theft" gives what appears to be an endless stream of news articles about theft increases.

*Get a daily rundown of the top stories on Urban Milwaukee*

Email Address...   Subscribe

## Become a Member

Help assure the future of city's fastest growing publication.

Join Today

**Buy a Gift Membership**

## Press Releases



**DNR Releases 2021 Public Safety And Resource Protection Annual Report** by Wisconsin Department of Natural Resources



**Ron Johnson Owes Wisconsinites Answers to These Questions** by Democratic Party of Wisconsin

Press Release **Iranian community holds vigil in Milwaukee tonight for Mahsa Amini** by Press Release

**Read more Press Releases**



can be taken. Others suggest not leaving USB cables in vehicles (despite the fact thieves can easily carry one in a pocket) or removing valuables from the vehicles (many of the stolen vehicles are used for reckless joy riding).

Milwaukee is now rolling out bait cars and a vehicle sticker program in an attempt to slow the problem.

Vehicles vulnerable to theft are those without an immobilizer in a chipped key (an immobilizer is found in push-button ignition setups common in new vehicles). The vulnerability is present in many Kias made between 2011 and 2021 and Hyundais between 2015 and 2022.

Kia and Hyundai both have donated free steering wheel locks to the Milwaukee Police Department for distribution, but social media is littered with posts of people who have had their vehicles broken into and the locks removed. Similarly, owners of vehicles with immobilizer keys or stick shifts have seen their vehicles broken into, but not driven away.

Now at least one of the automakers has pledged a potential solution. Hyundai said it will begin distributing a kit from Firstech/Compustar that disables the ignition if the alarm is triggered. None of the media accounts of the kit acknowledge if it would address the windows not hooked into the alarm system.

In Milwaukee, entrepreneur **Jon Goldoff** offers a $150 phone-based solution that functions as a Bluetooth kill switch. It won't stop your car from being broken into, but it will prevent it from being stolen.

The Milwaukee Police Department is expected to brief the Common Council's Public Safety & Health Committee when the council

### 3 Most Popular


**Plats and Parcels: City Seeks Buyer For Historic Mansion** by Jeramey Jannene


**Bar Exam: Clementines Evokes the New Bay View** by Michael Horne


**MKE County: Wisconsin Avenue Park Will Be Area's First With Universal Access** by Graham Kilmer



suits across the country.

*If you think stories like this are important, become a member of Urban Milwaukee and help support real, independent journalism. Plus you get some cool added benefits, all detailed here.*

## More about the Kia and Hyundai Theft Epidemic

- Kia, Hyundai Thefts Now National Problem - Jeramey Jannene - Aug 17th, 2022

- MPD Tries New Tactics For Vehicle Thefts, Reckless Driving - Jeramey Jannene - Jul 21st, 2022

- Interviewing The 'Kia Boyz' - Jeramey Jannene - Jun 7th, 2022

- City's Auto Thefts Up 132% Last Year - Edgar Mendez - Mar 30th, 2022

- Donovan Plans Car Theft "Strike Force" - Jeramey Jannene - Mar 21st, 2022

- City Hall: Half of Milwaukee's Car Thefts By Children - Jeramey Jannene - Dec 6th, 2021

- Two-Thirds of All Milwaukee Auto Thefts Are Kia and Hyundai Vehicles - Jeramey Jannene - Jul 24th, 2021

- MPD Partners with Hyundai and Kia to address Auto Thefts - Milwaukee Police Department - Jul 13th, 2021

Read more about Kia and Hyundai Theft Epidemic here



**Around the Web**

### Recent Comments

gerrybroderick on **Protestors Denounce Republican 'Racist' Ads**

GodzillakingMKE on **Protestors Denounce Republican 'Racist' Ads**

GodzillakingMKE on **3 Technical College System Board Members Won't Resign**

Wardt01 on **3 Technical College System Board Members Won't Resign**

Mingus on **State Program Helps Companies Pay Child Care**

New Faces