63°
South Bend, IN

☰ First Alert Weather   Video   News   Community/Events   Sports                            🔍

Closings And Delays                                                                          ✕

ADVERTISEMENT

# South Bend Police issue warning about Kia, Hyundai vehicles targeted in recent thefts

By 16 News Now
*Published: Jul 27, 2022 at 3:04 PM CDT*

SOUTH BEND, Ind. (WNDU) - The South Bend Police Department is investigating a series of car thefts that may be motivated by posts circulating on social media.

Officers have responded to several reports of thefts or attempted thefts of newer-model Kia and Hyundai vehicles over the past month.

This comes as officials say a video is making its rounds online showing how these vehicles can be stolen without a key.

Whether you own a Kia or Hyundai vehicle or not, police say you can avoid making your vehicle a target by:


EXHIBIT D

- Using a steering wheel locking device
- Parking in well-lit areas

If you have any information, you're asked to leave an anonymous tip with Michiana Crime Stoppers by calling 574-288-STOP.

Copyright 2022 WNDU. All rights reserved.

### Buying One Isn't Illegal, but Your Internet Provider Doesn't Want You To Purchase One
SignalTechBooster.com | Sponsored

### Weatherproof Car Covers on Clearance Sale
Daily Deals | Sponsored

Search Now

### These Cars Are Out of Production and Discontinued for 2022
Car & Driver | Sponsored

### Protect your home's value
COUNTRY® Financial | Sponsored

### Independence: E-Bikes Clearance Sale: See Prices
New E-Bikes | Search Ads | Sponsored

### Volvo's Gorgeous New Lineup Might Leave You Speechless
Auto Savings Center | Search Ads | Sponsored

Learn More

### 2022's Top Family SUVs. 3 Rows Of Seating, Tons Of Tech & More
Family SUVs | Sponsored

Learn More

ADVERTISEMENT