## U.S. District Court — Judicial Caseload Profile

**ILLINOIS NORTHERN**

| | | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | | 11,238 | 10,491 | 10,068 | 9,556 | 9,198 | 8,122 | | |
| | | Terminations | | 11,276 | 11,009 | 10,443 | 10,536 | 12,102 | 8,773 | | |
| | | Pending | | 17,480 | 16,981 | 16,611 | 15,671 | 12,768 | 12,044 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | -27.7 | -22.6 | -19.3 | -15.0 | -11.7 | | 61 | 3 |
| | | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | | Vacant Judgeship Months [2] | | 12.2 | 29.9 | 49.7 | 37.4 | 36.0 | 12.0 | | |
| Actions per Judgeship | | Filings | Total | 511 | 477 | 458 | 434 | 418 | 369 | 63 | 7 |
| | | | Civil | 469 | 436 | 404 | 394 | 363 | 332 | 32 | 5 |
| | | | Criminal Felony | 34 | 33 | 45 | 30 | 43 | 25 | 91 | 7 |
| | | | Supervised Release Hearings | 7 | 8 | 9 | 11 | 12 | 13 | 79 | 6 |
| | | Pending Cases [2] | | 795 | 772 | 755 | 712 | 580 | 547 | 34 | 4 |
| | | Weighted Filings [2] | | 461 | 444 | 433 | 415 | 418 | 366 | 53 | 5 |
| | | Terminations | | 513 | 500 | 475 | 479 | 550 | 399 | 64 | 7 |
| | | Trials Completed | | 10 | 11 | 9 | 6 | 6 | 8 | 87 | 6 |
| Median Time (Months) | | From Filing to Disposition | Criminal Felony | 19.3 | 16.9 | 19.8 | 15.1 | 22.0 | 22.9 | 90 | 7 |
| | | | Civil [2] | 8.2 | 7.5 | 7.6 | 11.2 | 14.2 | 7.2 | 14 | 1 |
| | | From Filing to Trial [2] (Civil Only) | | 40.0 | 36.3 | 36.7 | 41.3 | 48.1 | 48.9 | 55 | 7 |
| Other | | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,467 / 9.4 | 2,957 / 19.5 | 5,433 / 37.5 | 4,345 / 32.2 | 1,726 / 16.7 | 2,126 / 21.7 | 77 | 6 |
| | | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.4 | 1.3 | 1.4 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | | 49.2 | 50.1 | 49.1 | 48.8 | 77.6 | 103.4 | | |
| | | Percent Not Selected or Challenged | | 41.6 | 38.4 | 43.4 | 44.3 | 61.1 | 70.8 | | |

### 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7,299 | 438 | 185 | 862 | 6 | 45 | 699 | 754 | 631 | 1,085 | 998 | 48 | 1,548 |
| Criminal [1] | 546 | 5 | 114 | 30 | 149 | 115 | 41 | 17 | - | 21 | 2 | 3 | 49 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."



EXHIIBT E

## U.S. District Court — Judicial Caseload Profile

**WISCONSIN EASTERN**

| | | | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | 2,369 | 2,550 | 2,563 | 2,541 | 2,308 | 1,974 | | |
| | | Terminations | 2,262 | 2,351 | 2,413 | 2,362 | 2,382 | 2,113 | | |
| | | Pending | 1,983 | 2,175 | 2,291 | 2,466 | 2,388 | 2,233 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -16.7 | -22.6 | -23.0 | -22.3 | -14.5 | | 72 | 5 |
| | | Number of Judgeships | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | | Vacant Judgeship Months [2] | 12.0 | 12.0 | 12.0 | 18.0 | 24.0 | 12.0 | | |
| Actions per Judgeship | Filings | Total | 474 | 510 | 513 | 508 | 462 | 395 | 51 | 6 |
| | | Civil | 368 | 391 | 410 | 403 | 360 | 301 | 40 | 7 |
| | | Criminal Felony | 65 | 64 | 57 | 69 | 73 | 66 | 53 | 3 |
| | | Supervised Release Hearings | 41 | 56 | 46 | 36 | 29 | 28 | 56 | 4 |
| | Pending Cases [2] | | 397 | 435 | 458 | 493 | 478 | 447 | 53 | 7 |
| | Weighted Filings [2] | | 392 | 415 | 402 | 402 | 397 | 354 | 55 | 6 |
| | Terminations | | 452 | 470 | 483 | 472 | 476 | 423 | 55 | 6 |
| | Trials Completed | | 9 | 8 | 6 | 6 | 4 | 6 | 93 | 7 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 11.7 | 10.9 | 11.1 | 9.5 | 12.5 | 15.2 | 60 | 4 |
| | | Civil [2] | 6.3 | 6.0 | 6.2 | 7.2 | 8.8 | 9.8 | 39 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 33.7 | 35.6 | 25.4 | 31.5 | - | 47.7 | 52 | 6 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 74 / 5.0 | 88 / 5.3 | 108 / 6.1 | 113 / 6.0 | 117 / 6.7 | 96 / 6.0 | 19 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.8 | 1.5 | 1.5 | 1.8 | 1.5 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 31.8 | 39.5 | 40.8 | 40.0 | 30.6 | 31.2 | | |
| | | Percent Not Selected or Challenged | 31.2 | 28.5 | 35.7 | 35.5 | 22.2 | 25.6 | | |

### 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,507 | 137 | 14 | 569 | 28 | 5 | 174 | 97 | 77 | 30 | 232 | 1 | 143 |
| Criminal [1] | 325 | - | 91 | 1 | 115 | 28 | 29 | 23 | - | 1 | 5 | 13 | 19 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**MISSOURI WESTERN**

| | | | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 3,232 | 3,299 | 3,236 | 3,031 | 3,183 | 2,977 | | |
| | Terminations | | 3,629 | 3,426 | 3,110 | 2,886 | 2,770 | 3,381 | | |
| | Pending | | 2,821 | 2,699 | 2,799 | 2,936 | 3,334 | 2,923 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -7.9 | -9.8 | -8.0 | -1.8 | -6.5 | | 34 | 7 |
| | Number of Judgeships | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 539 | 550 | 539 | 505 | 531 | 496 | 28 | 3 |
| | | Civil | 352 | 366 | 339 | 333 | 317 | 321 | 33 | 3 |
| | | Criminal Felony | 126 | 127 | 153 | 121 | 157 | 114 | 24 | 7 |
| | | Supervised Release Hearings | 61 | 57 | 47 | 51 | 57 | 61 | 21 | 7 |
| | Pending Cases [2] | | 470 | 450 | 467 | 489 | 556 | 487 | 44 | 3 |
| | Weighted Filings [2] | | 462 | 489 | 509 | 456 | 494 | 473 | 26 | 2 |
| | Terminations | | 605 | 571 | 518 | 481 | 462 | 564 | 23 | 2 |
| | Trials Completed | | 34 | 33 | 27 | 26 | 19 | 22 | 20 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.9 | 16.4 | 16.1 | 15.0 | 18.4 | 20.0 | 81 | 9 |
| | | Civil [2] | 8.8 | 6.6 | 6.8 | 7.2 | 7.6 | 7.3 | 15 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 21.5 | 27.0 | 23.6 | 26.1 | 20.4 | 27.3 | 13 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 83 / 5.1 | 82 / 5.5 | 112 / 7.8 | 127 / 8.5 | 141 / 8.6 | 118 / 8.8 | 40 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 43.1 | 39.0 | 43.2 | 42.6 | 40.8 | 49.8 | | |
| | | Percent Not Selected or Challenged | 27.3 | 29.8 | 19.5 | 19.3 | 33.9 | 32.5 | | |

### 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,928 | 195 | 57 | 383 | 12 | 18 | 99 | 209 | 227 | 34 | 295 | 2 | 397 |
| Criminal [1] | 679 | 4 | 254 | 7 | 230 | 42 | 16 | 75 | - | 15 | 7 | 2 | 27 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."