**CJRA Appendix A**
U.S. District Courts—Report on Civil Cases Pending More Than Three Years and Motions, Bench Trials, Bankruptcy Appeals, and Social Security Appeal Cases Pending More Than Six Months
As of March 31, 2022

| District Judges and Magistrate Judges | Civil Cases | Motions | Bench Trials | Bankruptcy Appeals | Social Security Appeal Cases |
|---|---|---|---|---|---|
| **Missouri Western** | 26 | 1 | 0 | 0 | 0 |
| **District Judges** | 25 | 1 | 0 | 0 | 0 |
| PHILLIPS, BETH (CJ) | 7 | 0 | 0 | 0 | 0 |
| SACHS, HOWARD F. | 0 | 0 | 0 | 0 | 0 |
| GAITAN, FERNANDO J., JR. | 3 | 0 | 0 | 0 | 0 |
| FENNER, GARY A. | 1 | 0 | 0 | 0 | 0 |
| LAUGHREY, NANETTE K. | 2 | 0 | 0 | 0 | 0 |
| KAYS, DAVID G. | 1 | 0 | 0 | 0 | 0 |
| WIMES, BRIAN C. | 4 | 0 | 0 | 0 | 0 |
| HARPOOL, M. DOUGLAS | 4 | 0 | 0 | 0 | 0 |
| BOUGH, STEPHEN R. | 3 | 1 | 0 | 0 | 0 |
| KETCHMARK, ROSEANN A. | 0 | 0 | 0 | 0 | 0 |
| **Magistrate Judges** | 1 | 0 | 0 | 0 | 0 |
| RUSH, DAVID P. | 0 | 0 | 0 | 0 | 0 |
| EPPS, WILLIE J., JR. | 0 | 0 | 0 | 0 | 0 |
| COUNTS, LAJUANA | 0 | 0 | 0 | 0 | 0 |
| MORRIS, JILL A. | 0 | 0 | 0 | 0 | 0 |
| GADDY, W. BRIAN | 1 | 0 | 0 | 0 | 0 |
| ENGLAND, JAMES C. | 0 | 0 | 0 | 0 | 0 |
| LARSEN, ROBERT E. | 0 | 0 | 0 | 0 | 0 |
| HAYS, SARAH W. | 0 | 0 | 0 | 0 | 0 |
| MAUGHMER, JOHN T. | 0 | 0 | 0 | 0 | 0 |

**EXHIBIT F**