

# Nonstop Destinations

**Nonstop and connecting flights are available to cities throughout the United States, Canada and Mexico from MCI. Due to the COVID-19 pandemic, airlines' flight schedules are changing rapidly and can occur at any time. Service to the cities listed below is published in future schedules but may not operate on a daily or weekly basis.**

Atlanta, Georgia (ATL) - Delta, Southwest

Austin, Texas (AUS) - American, Southwest

Baltimore, Maryland (BWI) - Southwest

Boston, Massachusetts (BOS) - Delta, JetBlue

Cancun, Mexico (CUN) - American, Apple Vacations, Frontier, Southwest, Vacation Express (all seasonal)

Charleston, South Carolina (CHS) - Southwest (seasonal)

Charlotte, North Carolina (CLT) - American

Chicago-Midway, Illinois (MDW) - Southwest

Chicago-O'Hare, Illinois (ORD) - American, United

Dallas-Ft. Worth, Texas (DFW) - American

Dallas-Love, Texas (DAL) - Southwest

Denver, Colorado (DEN) - Frontier, Southwest, United

Destin/Ft. Walton Beach, Florida (VPS) - Allegiant (seasonal), Southwest (seasonal)

Detroit, Michigan (DTW) - Delta

EXHIBIT G

Ft. Lauderdale, Florida (FLL) - Southwest

Ft. Myers, Florida (RSW) - Southwest

Houston-Hobby, Texas (HOU) - Southwest

Houston-Intercontinental, Texas (IAH) - United

Las Vegas, Nevada (LAS) - Southwest, Spirit

Los Angeles, California (LAX) - Delta, Southwest, Spirit

Miami, Florida (MIA) - American

Minneapolis-St. Paul, Minnesota (MSP) - Delta

Myrtle Beach, South Carolina (MYR) - Southwest (seasonal)

Nashville, Tennessee (BNA) - Southwest

New Orleans, Louisiana (MSY) - Southwest

New York-John F. Kennedy, New York (JFK) - Delta, JetBlue

New York-LaGuardia, New York (LGA) - American, Delta, Southwest

Newark, New Jersey (EWR) - United

Oakland, California (OAK) - Southwest

Orlando, Florida (MCO) - Frontier, Southwest, Spirit

Panama City, Florida (ECP) - Southwest (seasonal)

Pensacola, Florida (PNS) - Southwest (seasonal)

Philadelphia, Pennsylvania (PHL) - American, Frontier

Phoenix-Sky Harbor, Arizona (PHX) - American, Southwest

Portland, Oregon (PDX) - Alaska (seasonal), Southwest (seasonal)

Punta Gorda/Ft. Myers, Florida (PGD) - Allegiant (seasonal)

Salt Lake City, Utah (SLC) - Delta

San Diego, California (SAN) - Southwest

San Francisco, California (SFO) - United (2022)

Seattle, Washington (SEA) - Alaska, Delta, Southwest

St. Louis, Missouri (STL) - Southwest

St. Pete/Clearwater, Florida (PIE) - Allegiant (seasonal)

Tampa, Florida (TPA) - Southwest

Toronto, Canada (YYZ) - Air Canada

Washington-Dulles, Washington D.C. (IAD) - United

Washington-Reagan, Washington D.C. (DCA) - American, Southwest

©2022 Kansas City Aviation Department