(/) Mitchell International Airport (/)

search >

Arrivals (https://www.mitchellairport.com/arrivals)    Departures (https://www.mitchellairport.com/departures)
Flights & Airlines (https://www.mitchellairport.com/flights-airlines)
Airport Guide (https://www.mitchellairport.com/airport-guide)
Airport Information (https://www.mitchellairport.com/airport-information)
Parking & Transportation (https://www.mitchellairport.com/parking-transportation)

## Cities Served Nonstop



Google
(https://maps.google.com/maps?ll=34.187228,-95.339966&z=4&t=m&hl=en-US&gl=US&mapclient=apiv3)   Map data ©2022 Google, INEGI  500 km

AIR CANADA (https://www.aircanada.com/ca/en/aco/home.html)   Alaska (https://www.alaskaair.com)   American Airlines (http://www.aa.com/)   DELTA (http://www.delta.com)   FRONTIER (https://www.flyfrontier)   APPLE VACATIONS (https://www.applevacations by-city/flight-schedule-milwaukee/#!/)

jetBlue (https://www.jetblue.com/)   Southwest (https://www.southwest.com/)   spirit (https://www.spirit.com/en/flights-from-milwaukee?utm_source=MKE_Airport%2F&utm_medium=referral&utm_campaign=MKE_Airport)   sun country airlines (https://suncountry.com/)   UNITED (https://www.united.com/)

**EXHIBIT H**



(https://www.funjet.com/#!/)

## List of Cities Served Nonstop

* Denotes cities served on a seasonal basis

| City | Code | Airlines |
|---|---|---|
| **Atlanta, GA** | ATL | Delta (http://www.delta.com/), Southwest (http://www.southwest.com/) |
| **Baltimore, MD** | BWI | Southwest (http://www.southwest.com/) |
| **Boston, MA** | BOS | Delta (http://www.delta.com/), JetBlue (https://www.jetblue.com/) |
| **Cancun/Riviera Maya, Mexico*** | CUN | Apple (https://www.applevacations.com/flights-by-city/flight-schedule-milwaukee/#!/)/Funjet (https://www.funjet.com/), Southwest (https://www.southwest.com/), Sun Country (https://suncountry.com/) |
| **Charlotte, NC** | CLT | American (http://www.aa.com/) |
| **Chicago O'Hare, IL** | ORD | American (http://www.aa.com/), United (https://www.united.com/en-us/flights-from-milwaukee) |
| **Dallas/Fort Worth, TX** | DFW | American (http://www.aa.com/) |
| **Dallas Love, TX** | DAL | Southwest (https://www.southwest.com/) |
| **Denver, CO** | DEN | Frontier (http://www.flyfrontier.com), Southwest (http://www.southwest.com/), United (https://www.united.com/en-us/flights-from-milwaukee) |
| **Detroit, MI** | DTW | Delta (http://www.delta.com/) |

| City | Code | Airlines |
|---|---|---|
| Fort Lauderdale/Hollywood, FL* | FLL | Southwest (http://www.southwest.com/) |
| Fort Myers, FL* | RSW | Frontier (http://www.flyfrontier.com), Southwest (http://www.southwest.com/), Spirit (https://www.spirit.com/en/flights-from-milwaukee?utm_source=MKE_Airport%2F&utm_medium=referral&utm_campaign=MKE_Airport), Sun Country (https://suncountry.com/) |
| Houston Intercontinental, TX | IAH | United (https://www.united.com/en-us/flights-from-milwaukee) |
| Las Vegas, NV | LAS | Frontier (http://www.flyfrontier.com), Southwest (http://www.southwest.com/), Spirit (https://www.spirit.com/en/flights-from-milwaukee?utm_source=MKE_Airport%2F&utm_medium=referral&utm_campaign=MKE_Airport), Sun Country (https://suncountry.com/) |
| Los Angeles, CA* | LAX | Spirit (https://www.spirit.com/en/flights-from-milwaukee?utm_source=MKE_Airport%2F&utm_medium=referral&utm_campaign=MKE_Airport) |
| Los Cabos, MX/Cabo San Lucas* | SJD | Apple (https://www.applevacations.com/flights-by-city/flight-schedule-milwaukee/#!/)/Funjet (http://www.funjet.com) |
| Minneapolis, MN | MSP | Delta (http://www.delta.com/), Sun Country (https://suncountry.com/) |
| Montego Bay, Jamaica* | MBJ | Apple (https://www.applevacations.com/flights-by-city/flight-schedule-milwaukee/#!/)/Funjet (http://www.funjet.com) |
| Nashville, TN | BNA | Southwest (http://www.southwest.com/) |
| New York Kennedy, NY | JFK | Delta (https://www.delta.com/), JetBlue (https://www.jetblue.com/) |
| New York LaGuardia, NY | LGA | Delta (http://www.delta.com/) |
| New York Newark, NJ | EWR | United (http://www.united.com/) |
| Orlando, FL | MCO | Frontier (http://www.flyfrontier.com), Southwest (http://www.southwest.com/), Spirit (https://www.spirit.com/en/flights-from-milwaukee?utm_source=MKE_Airport%2F&utm_medium=referral&utm_campaign=MKE_Airport) |
| Philadelphia, PA | PHL | American (http://www.aa.com/) |
| Phoenix, AZ | PHX | American (http://www.aa.com/), Southwest (http://www.southwest.com/), Spirit (https://www.spirit.com/en/flights-from-milwaukee?utm_source=MKE_Airport%2F&utm_medium=referral&utm_campaign=MKE_Airport) |
| Puerto Vallarta, Mexico | PVR | Apple (https://www.applevacations.com/flights-by-city/flight-schedule-milwaukee/#!/)/Funjet (https://www.funjet.com/) |
| Punta Cana, Dominican Republic* | PUJ | Apple (https://www.applevacations.com/flights-by-city/flight-schedule-milwaukee/#!/)/Funjet (https://www.funjet.com/) |
| Seattle/Tacoma, WA | SEA | Alaska (http://www.alaskaair.com/) |
| St. Louis, MO | STL | Southwest (http://www.southwest.com/) |

| Tampa, FL | TPA | Southwest (http://www.southwest.com/), Spirit (https://www.spirit.com/en/flights-from-milwaukee?utm_source=MKE_Airport%2F&utm_medium=referral&utm_campaign=MKE_Airport) |
|---|---|---|
| Toronto, Canada* | YYZ | Air Canada (http://www.aircanada.com/) |
| Washington/Reagan National, DC | DCA | Southwest (http://www.southwest.com/) |

📞 414-747-5300 (tel:4147475300)   ✉ info@mitchellairport.com (mailto:info@mitchellairport.com)   Employment (/employment)
Business Opportunities (/business-opportunities)   Volunteer Opportunities (/volunteer-opportunities)
Safety Management System (/safety-management-system)
Customer Service (https://www.mitchellairport.com/customer-comments)

Arrivals (/arrivals)
Departures (/departures)
Parking & Transportation (/parking-transportation)
Parking (/parking-transportation/parking)
Driving Directions (/parking-transportation/driving-directions)

Flights & Airlines (/flights-airlines)
Flight Schedules (/flights-airlines/flight-schedules)
MKE Airfare Deals (/flights-airlines/airfaredeals)
Cities Served NonStop (/flights-airlines/cities-served-nonstop)
Cargo Charter Services (/flights-airlines/cargo-charter-services)

Airport Guide (https://www.mitchellairport.com/airport-guide)

Interactive Terminal Guide (/airport-guide/interactive-terminal-guide)
Dining (/airport-guide/dining)
Shopping (/airport-guide/shopping)
Baby & Family Amenities (/airport-guide/baby-family-amenities)
Security/TSA (/airport-guide/security-tsa)
Wi-Fi Services (/airport-guide/wi-fi-services)

Lost and Found (/airport-guide/lost-and-found)
Services for the Disabled (/airport-guide/services-disabled)
Gallery of Flight Museum (http://www.mitchellgallery.org/)
International Arrivals Terminal (/airport-guide/international-arrivals-terminal)
USO (/airport-guide/uso)

Airport Information (https://www.mitchellairport.com/airport-information)

Airport Programs (/airport-information/airport-programs)
Airport Projects (/airport-information/airport-projects)
History (/airport-information/history)
Facts and Stats (/airport-information/facts-and-stats)
Milwaukee Information (/airport-information/milwaukee-information)

Newsletter (/airport-information/newsletter)
News Releases (/airport-information/news-releases)
Noise Management (/airport-information/noise-management)
Notices (/airport-information/notices)
Airport Fire Department (/airport-information/airport-fire-department)

**Sign up for our newsletter**
Stay current with MKE happenings. Receive the Mitchell Memo and other updates from MKE.

| Enter Email Address | Sign up |
|---|---|

**Follow Us**

Facebook (https://www.facebook.com/MitchellAirport)   Twitter (https://www.twitter.com/mitchellairport)
Instagram (https://www.instagram.com/mitchellairport/)

 (https://county.milwaukee.gov/MilwaukeeCounty7699.htm)

Milwaukee Mitchell International Airport | 5300 South Howell Ave. Milwaukee, WI 53207

Copyright © 2022 GMIA | Privacy and Acceptable Usage Policies (/privacy) | Cookies Policy (/cookies-policy)


(https://www.mitchellairport.com/customer-service)


(https://www.mitchellairport.com/safety-management-system)