**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION** | **MDL DOCKET NO. 3052** |

## PROOF OF SERVICE

I, Robert K. Shelquist, hereby certify that a copy of the foregoing Notice of Appearance was filed on September 26, 2022 using the JPML ECF System, which sends electronic notice to counsel.  It was also served via e-mail on September 26, 2022 on the parties listed below:

Sean R Matt
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
sean@hbsslaw.com
steve@hbsslaw.com

Christopher Pitoun
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue Suite 920
Pasadena, CA 91101
christopherp@hbsslaw.com

Jeffrey S Goldenberg
Todd B Naylor
GOLDENBERG SCHNEIDER LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45249
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com

Joseph M Lyon
THE LYON FIRM
2754 Erie Ave
Cincinnati, OH 45208
jlyon@thelyonfirm.com
**Counsel for Plaintiffs: Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron
Cunningham, and Allison Brown
C.D. California 8:22-cv-01548**

Thomas G. Adams
ADAMS & ASSOCIATES
21781 Ventura Blvd., No. 10005
Woodland Hills, CA 91364
thomasgadams@gmail.com
tom@adamsassocs.com

Rhett T. Francisco
THE LAW OFFICES OF RHETT T. FRANCISCO
638 Lindero Canyon Rd., Ste 105
Oak Park, California 91377
Rhett_Francisco_Law@yahoo.com

Jonathan M. Soper
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
Independence, MO 64051
jms@hfmlegal.com
**Counsel for Plaintiffs: Cynthia Yeghiaian and Jeff Plaza
C.D. California, No. 8:22-cv-01440**

Elizabeth A Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
beth@feganscott.com
**Counsel for Plaintiffs: Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor
C.D. California 8:22-cv-01664**

Matthew L. Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
matt@williamsdirks.com
Roland K Tellis
BARON AND BUDD PC
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
rtellis@baronbudd.com
**Counsel for Plaintiffs: Miyoshi Morrow, Tracy Spradlin, and Rachel Perry**
**C.D. California 8:22-cv-01674**

Frederick John Klorczyk , III
BURSOR & FISHER PA
888 Seventh Avenue
New York, NY 10019
fklorczyk@bursor.com

Joel Dashiell Smith
BURSOR & FISHER PA
1990 N. California Boulevard, Suite 940
Walnut Creek, CA 94596-3701
jsmith@bursor.com

John J. Nelson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN
280 S. Beverly Drive
Beverly Hills, CA 90212
jnelson@milberg.com

Kevin J Stoops
Jason T. Thompson
SOMMERS SCHWARTZ PC
One Towne Square, 17th Floor
Southfield, MI 48076
kstoops@sommerspc.com
jthompson@sommerspc.com

Trenton R Kashima
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
401 West C Street Suite 1760
San Diego, CA 92101
tkashima@milberg.com
**Counsel for Plaintiffs: Monique E. Baker, and Stephen L. Desjardins**
**C.D. California 8:22-cv-01712**

Michael F. Ram
MORGAN AND MORGAN
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
mram@forthepeople.com
**Counsel for Steven C. Hufford**
**C.D. California, No. 8:22-cv-01715**

Jonathan A. Michaels
MLG APLC
600 Anton Blvd., Suite 1240
Costa Mesa, CA 92626
jmichaels@defectattorney.com
**Counsel for Stephanie McQuarrie, Kaitlynn Marchione, and Omar Becerra**
**C.D. California, No. 8:22-cv-01721**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
Independence, MO 64051
kds@hfmlegal.com
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
**Counsel for Plaintiff: Heather Jones**
**District of Colorado, No. 1:22-cv-02123**

Jacob Robert Rusch
Zackary S. Kaylor
Timothy John Becker
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com
tbecker@johnsonbecker.com
**Counsel for Plaintiff: Jennifer Fisher**
**District of Colorado, No. 1:22-cv-02367**

Brad R. Sohn
THE BRAD SOHN LAW FIRM, PLLC
2990 Ponce De Leon Boulevard, Suite 300
Coral Gables, Florida 33134
brad@bradsohnlaw.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiffs: Joanna K. Pue and Shannon Kozmic**
**M.D. Florida, No. 6:22-cv-01440**

Toby Patrick Mulholland
RUBENS KRESS & MULHOLLAND
77 West Washington Street, Suite 701
Chicago, IL 60602
tpm@rkminjurylaw.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900

Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiffs: Erica Loburgio, Anthony Loburgio, Michael Flannagan, Jessica Mitchell**
**N.D. Illinois, No. 1:22-cv-04071**

Jay M. Smith
SMITH AND MCELWAIN
505 - 5th Street, Suite 530
P.O. Box 1194
Sioux City, Iowa 51102
smitmcel@aol.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiffs: Ann Brady and Leah Price**
**S.D. Iowa, No. 4:22-cv-00252**

Jonathan M. Soper
Paul D. Anderson
Kevin D. Stanley
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Ave., Ste. 400
Independence, MO 64051
jms@hfmlegal.com
pda@hfmlegal.com
kds@hfmlegal.com
**Counsel for Plaintiffs: Charles W. Simmons, Dale Denney, Charles Cole**
**District of Kansas, No. 2:22-cv-02288**

David A. Futscher
913 N. Oak Drive
Villa Hills, KY 41017
david@futscherlaw.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiff: Rita Day**
**E.D. Kentucky, No. 5:22-cv-00202, and**
**Counsel for Plaintiffs Miriam Fruhling, Roger Mason, Jade Burke**
**S.D. Ohio, No. 1:22-cv-451**

Paul Matouka
Oliver Law Group PC
1647 W. Big Beaver Rd.
Troy, MI 48084
pmatouka@oliverlawgroup.com
**Counsel for Plaintiffs Casey DeKam, Jason Hendrix, and Ryan Beaulieu**
**E.D. Michigan No. 2:22-cv-12198**

Jonathan Mesle Soper
Kenneth Blair McClain , II
Kevin Daniel Stanley
HUMPHREY FARRINGTON & MCCLAIN, P.C.
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
jms@hfmlegal.com
kds@hfmlegal.com

George Chronic
MASCHKA, RIEDY, RIES & FRENTZ
151 Saint Andrews Court
Ste Building 1010
Mankato, MN 56001
jchronic@mrr-law.com
**Counsel for Plaintiff Steve Zanmiller**
**District of Minnesota No. 0:22-cv-02149**

Jacob Robert Rusch
Timothy J. Becker
Zackary S. Kaylor
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
jrusch@johnsonbecker.com
tbecker@johnsonbecker.com
zkaylor@johnsonbecker.com
**Counsel for Plaintiff LaShaun Johnson**
**District of Minnesota No. 0:22-cv-02164**

Kenneth B. McClain
Paul D. Anderson
Chelsea M. Pierce
Jonathan M. Soper
HUMPHREY, FARRINGTON & McCLAIN
221 W. Lexington, Suite 400
Independence, Missouri 64050
kbm@hfmlegal.com
pda@hfmlegal.com
cmp@hfmlegal.com
jms@hfmlegal.com
**Counsel for Plaintiffs: Brian Bendorf, Sara Bendorf**
**W.D. Missouri, No. 4:22-cv-00465**

Matthew L. Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
matt@williamsdirks.com
**Counsel for Plaintiff: Cobi Bissell**
**W.D. Missouri, No. 4:22-cv-00548**

Andrew K. Smith
HUMPHREY, FARRINGTON & McCLAIN
221 W. Lexington, Suite 400
P.O. Box 900
Independence, Missouri 64051
aks@hfmlegal.com
**Counsel for Plaintiff: Amber Hall**
**District of Nebraska, No. 4:22-cv-03155**

Joshua B. Katz
KENT, BEATTY & GORDON, LLP
Eleven Times Square
New York, New York 10036
jbk@kbg-law.com

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
Chelsea M. Pierce
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**Counsel for Plaintiff: Stacie Moon**
**S.D. New York, No. 1:22-cv-7433**

Melissa Ann Payne
VINCENT ESQUIRE
26600 Detroit Road, Suite 250
Westlaw, OH 44145
Melissa@vincentesq.com
**Counsel for Jo Taylor Slovak, Daniel Newman, and Erin Davies**
**N.D. Ohio, No. 3:22-cv-01432**

Kenneth C. Baker
Victoria Lui
BAKER & PATTERSON LLP
3100 Richmond Avenue, Suite 550
Houston, Texas 77098
kbaker@bakpatlaw.com
vlui@bakpatlaw.com

Kenneth B. McClain
Jonathan M. Soper Kevin
D. Stanley Chelsea M.
Pierce Andrew K. Smith
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Ave., Ste. 400
Independence, MO 64051
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegla.com
aks@hfmlrgal.com
**Counsel for Plaintiffs: Jon Bodie, Albert Lui**
**S.D. Texas, No. 4:22-cv-02603**

James B. Barton
Joshua S. Greenberg
BARTON LEGAL S.C.
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com
**Counsel for Plaintiffs: Stephanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just,**
**Amy Flasch, and Lydia Davis**
**E.D. Wisconsin, No. 2:21-cv-01146**

**Defendants (served via U.S. Mail):**
KIA AMERICA, INC.
c/o Statutory Agent
C T Corporation System, Inc.
1010 Dale Street North
St. Paul, MN  55117-5603

HYUNDAI MOTOR AMERICA
c/o Statutory Agent
Corporation Service Company
2345 Rice Street
Roseville, MN 55113-5603

HYUNDAI MOTOR AMERICA CORPORATION
10550 Talbert Avenue
Fountain Valley, CA 92708

HYUNDAI KIA AMERICA
Technical Center, Inc.
6800 Geddes Road
Superior Township, MI 48198

KIA CORPORATION
c/o Noi-Myung Kim
231231, Yangjae-Dong, Seocho-Ku,
Seoul 137-928
Republic of Korea.

HYUNDAI MOTOR CO
c/o José Muñoz
12 Heolleung-ro
Seocho-gu,, Seoul, 06797
Republic of Korea.

Dated:  September 26, 2022

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By:  s/  Robert K. Shelquist
Robert K. Shelquist (MN #21310X)
Rebecca A. Peterson (MN #0392663)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: rkshelquist@locklaw.com
        rapeterson@locklaw.com

Marshall Tanick, #0108303
**MEYER NJUS TANICK**
330 Second Avenue South, Suite 350
Minneapolis, MN 55401
Telephone: 612-341-2181
Fax: 612-337-5894
Email: mtanick@meyernjus.com

**Attorneys for Plaintiffs Robert Ballis and
Ashleigh Towers**