# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Kia Hyundai Vehicle Theft Litigation                    MDL No. 3052

## NOTICE OF WITHDRAWAL OF DOCKET No. 38 CORPORATE DISCLOSURE STATEMENT

Plaintiffs in the tag-along case, *DeKam, et al. v. Kia America, Inc., et al.*,

No. 2:22-cv-12198 (E.D. Mich.) hereby file this notice of withdrawal of Docket

No. 38, Corporate Disclosure Statement, as it was filed in error.

Respectfully Submitted,

/s/ Paul Matouka
Paul Matouka
Oliver Law Group, P.C.
1647 W. Big Beaver Rd.
Troy, MI 48084
T: (248) 327-6556
E: notifications@oliverlawgroup.com

Counsel for Casey DeKam, *et al.*