## CERTIFICATE OF SERVICE

The undersigned certifies that on September 28, 2022, a copy of the foregoing document was filed electronically via the Court's ECF system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the ECF system.

<u>/s/ Paul Matouka</u>