BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: KIA HYUNDAI VEHICLE THEFT    )    MDL Docket No. 3052
LITIGATION                          )
_____ )

**AMENDED PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, the undersigned certifies that on September 30, 2022, a true and correct copy of the MCNERNEY PLAINTIFFS' REPLY TO INTERESTED PARTY PLAINTIFFS' AND DEFENDANTS' RESPONSES TO MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS IN THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C § 1407 for the undersigned was filed with the Clerk of the JPML via the CM/ECF system, which automatically generated and sent a notice of electronic filing to the email addresses of all counsel of record.

Furthermore, the undersigned certifies that on October 4, 2022, a true and correct copy of the MCNERNEY PLAINTIFFS' REPLY TO INTERESTED PARTY PLAINTIFFS' AND DEFENDANTS' RESPONSES TO MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS IN THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C § 1407 was served via United States mail on the following entities:

Hyundai Motor America
10550 Talbert Avenue
Fountain Valley, California 92708

Kia Motors America, Inc.
111 Peters Canyon Road
Irvine, California 92606

Hyundai Kia America Technical Center, Inc.
6800 Geddes Road
Superior Township, Michigan 48198

Dated:  October 4, 2022          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com