BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Kia Hyundai Vehicle Theft Litigation | § § § § § § § MDL No. 3052 |

NOTICE OF RELATED ACTIONS

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Lisa Hilliard and Kelsey Biljan, individually and on behalf of all others similarly situated <br><br> **Defendants:** Kia America, Inc., Hyundai Kia America Technical Center, Inc., and Hyundai Motor America. | D. Minnesota | 0:22-cv-02431 | Hon. Nancy E. Brasel |
| **Plaintiff:** Juliette Neves, individually and on behalf of all others similarly situated <br><br> **Defendants:** Kia America, Inc. and Hyundai Motor America, Inc. | E.D. Louisiana | 2:22-cv-03630 | Hon. Nannette Jolivette Brown |
| **Plaintiff:** Tempest Walker, individually and on behalf of all others similarly situated <br><br> **Defendants:** Kia America, Inc and Hyundai Motor America, Inc. | W.D. Tennessee | 2:22-cv-02678 | Hon. Mark S. Norris |
| **Plaintiff:** | C.D. California | 8:22-cv-1815 | Hon. John W. Holcomb |

---

[1] A copy of each action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 through 4.

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Eugenia Sampson, Michael Sanders, Sherry Kelley, Jazmine Harris, and Lilianna Bineau, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | | | |