**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  | § |  |
|---|---|---|
|  | § |  |
|  | § |  |
| **In re** Kia Hyundai Vehicle Theft Litigation | § | MDL No. 3052 |
|  | § |  |
|  | § |  |

**NOTICE OF RELATED ACTIONS**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Actions and accompanying attachments were served electronically via ECF, or as indicated below, on October 7, 2022, to the following:

Jonathan M. Soper
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Jms@hfmlegal.com

Thomas G. Adams
ADAMS & ASSOCIATES
21782 Ventura Blvd. No. 10005
Woodland Hills, CA 91364
(805) 258-7415

Rhett T. Francisco
THE LAW OFFICES OF RHETT T. FRANCISCO
638 Lindero Canyon Rd. Suite 105
Oak Park, CA 91377

**Counsel for Cynthia Yeghiaian and Jeff Plaza**
**C.D. California, No. 8:22-cv-01440**

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
(206) 623-7292
Steve@hbsslaw.com

Christopher Pitoun
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue Suite 920
Pasadena, CA 91101
213-330-7150
Fax: 213-330-7152
Christopherp@hbsslaw.com

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
513-345-8297
Fax: 513-345-8294
Jgoldenberg@gs-legal.com

Joseph M. Lyon
THE LYON FIRM
2754 Erie Avenue
Cincinnati, OH 45208
513-381-2333
Fax: 513-766-9011
Jlyon@thelyonfirm.com

**Counsel for Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown**
**C.D. California, No. 8:22-cv-01548**

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr. 24th Floor
Chicago, IL 60606
(312) 741-1019
Beth@feganscott.com

**Counsel for Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor**
**C.D. California, No. 8:22-cv-01664**

Roland Tellis
BARON & BUDD, P.C.
15910 Ventura Blvd. Suite 1600
Encino, CA 91436
(818) 839-2333
Rtellis@baronbudd.com

Matthew L. Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110
Matt@williamsdirks.com

**Counsel for Miyoshi Morrow, Tracy Spradlin, and Rachel Perry**
**C.D. California, No. 8:22-cv-01674**


Trenton R. Kashima
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
401 West C Street, Suite 1760
San Diego, CA 92101
(212) 946-9389
Tkashima@milberg.com

John J. Nelson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
280 South Beverly Drive
Beverly Hills, CA 90212
(858) 209-6941
Jnelson@milberg.com

Joel D. Smith
BURSOR & FISHER, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
(925) 300-4455
Jsmith@bursor.com

Frederick J. Klorczyk III
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
Fklorczyk@bursor.com

Kevin J. Stoops
Jason T. Thompson
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
Kstoops@sommerspc.com
Jthompson@sommerspc.com

**Counsel for Monique E. Baker and Stephen L. DesJardins**
**C.D. California, No. 8:22-cv-01712**


Michael F. Ram
MORGAN AND MORGAN
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) 358-6913
Mram@forthepeople.com

**Counsel for Steven C. Hufford**
**C.D. California, No. 8:22-cv-01715**


Jonathan A. Michaels
MLG APLC
600 Anton Boulevard, Suite 1240
Costa Mesa, CA 92626
(949) 581-6900
Jmichaels@defectattorney.com

**Counsel for Stephanie McQuarrie, Kaitlynn Marchione, and Omar Becerra**
**C.D. California, No. 8:22-cv-01721**


Allison M. Bernal
NYE, STIRLING, HALE & MILLER, LLP
33 West Mission St. Ste., 201
Santa Barbara, CA 93101
(805) 698-4242
Allison@nshmlaw.com

James B. Barton
Joshua S. Greenberg
BARTON LEGAL, S.C.
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
(414) 877-0690
Jbb@bartonlegalsc.com
Jsg@bartonlegalsc.com

Matthew D. Schelkopf
Joseph B. Kenney
Mark B. DeSanto
1109 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0581
Mds@sstriallawyers.com
Jbk@sstriallawyers.com
Mbd@sstriallawyers.com

**Counsel for Lauren Henry, Lauren Hickman, Kathy Coke, Gerald Smith, Devon McClellan, and Lauren Hernandez**
**C.D. California, No. 8:22-cv-01729**

Amber Love Schubert
Robert C. Schubert
Dustin L. Schubert
SCHUBERT JONCKHER AND KOLBE LLP
3 Embarcadero Center Suite 1650
San Francisco, CA 94111
415-788-4220
Fax: 415-788-0161
aschubert@sjk.law

**Counsel for Eugenia Sampson, Michael Sanders, Sherry Kelley, Jazmine Harris, and Lilianna Bineau**
**C.D. California, No. 8:22-cv-1815**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

**Counsel for Heather Jones**
**D. Colorado, No. 1:22-cv-02123**


Timothy J. Becker
Jacob R. Rusch
Zackary S. Kaylor
JOHNSON BECKER PLLC
444 Cedar Street, Ste. 1800
St. Paul, MN 55101
(612) 436-1800
Tbecker@johnsonbecker.com
Jrusch@johnsonbecker.com
Zkaylor@johnsonbecker.com

**Counsel for Jennifer Fisher**
**D. Colorado, No. 1:22-cv-02367**


Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

Bradford Rothwell Sohn
BRAD SOHN LAW FIRM, PLLC
2990 Ponce De Leon Boulevard, Suite 300
Coral Gables, FL 33134
Brad@bradsohnlaw.com

**Counsel for Joanna Pue and Shannon Kozmic**
**M.D. Florida, No. 6:22-cv-1440**


Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

Toby Patrick Mulholland
RUBENS KRESS & MULHOLLAND
77 West Washington Street, Suite 701
Chicago, IL 60602
Tpm@rkminjurylaw.com

**Counsel for Erica Loburgio, Anthony Loburgio, Michael Flannagan, and Jessica**
**Mitchell**
**N.D. Illinois, No. 1:22-cv-04071**


Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

Jay Madison Smith
SMITH & MCELWAIN FIRM
P.O. Box 1194
505 Fifth Street, Suite 530
Sioux City, IA 51102
Smitmcel@aol.com

**Counsel for Ann Brady and Leah Price**
**S.D. Iowa, No. 4:22-cv-00252**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

**Counsel for Charles Simmons, Dale Denney, and Charles Cole**
**D. Kansas, No. 2:22-cv-02288**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

David A. Futscher
FUTSCHER LAW PLLC
913 North Oak Drive
Villa Hills, KY 41017
David@futscherlaw.com

**Counsel for Rita Day**
**E.D. Kentucky, No. 5:22-cv-00202**


Paul Matouka
OLIVER LAW GROUP, P.C.
1647 W. Big Beaver Rd.
Troy, MI 48084
(248) 327-6556
Notifications@oliverlawgroup.com

**Counsel for Casey DeKam, Jason Hendrix, and Ryan Beaulieu**
**E.D. Michigan, No. 2:22-cv-12198**


Louis L. Gertler
Helen H. Babin
GERTLER LAW FIRM, L.L.P.
935 Gravier Street, Suite 1900
New Orleans, Louisiana 70112
504-581-6411
504-581-6411
lgertler@gertlerfirm.com
hbabin@gartlerfirm.com

Timothy J. Becker
Jacob R. Rusch
Zachary S. Kaylor
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
612-436-1804
612-436-4801
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com

**Counsel for Juliette Neves**
**E.D. Louisiana, No. 2:22-cv-03630**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

**Counsel for Steve Zanmiller**
**D. Minnesota, No. 0:22-cv-02149**


Timothy J. Becker
Jacob R. Rusch
Zackary S. Kaylor
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
Tbecker@johnsonbecker.com
Jrusch@johnsonbecker.com
Zkaylor@johnsonbecker.com

**Counsel for LaShaun Johnson**
**D. Minnesota, No. 0:22-cv-02164**


Robert K. Shelquist
Rebecca A. Peterson
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com

Marshall Tanick
MEYER NJUS TANICK
330 Second Avenue South, Suite 350
Minneapolis, MN 55401
(612) 341-2181
mtanick@meyernjus.com

**Counsel for Robert Ballis and Ashleigh Towers**
**D. Minnesota, No. 0:22-cv-02328**


Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

**Counsel for Brian Bendorf and Sara Bendorf**
**W.D. Missouri, No. 4:22-00465**


Anne T. Regan
Nathan D. Prosser
Lindsey L. Larson
HELLMUTH & JOHNSON, PPLC
8050 West 78th Street
Edina, MN 755439
952-460-9285
aregan@hjlawfirm.com
nprosser@hjlawfirn.com
llabellelarson@hjlawfirm.com

**Counsel for Lisa Hilliard and Kelsey Biljan**
**D. Minnesota, No. 0:22-cv-02431**

Matthew L. Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110
Matt@williamsdirks.com

**Counsel for Cobi Bissell**
**W.D. Missouri, No. 4:22-cv-00548**


Andrew K. Smith
Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Aks@hfmlegal.com
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

**Counsel for Amber Hall**
**D. Nebraska, No. 4:22-cv-03155**


Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

Joshua B. Katz
KENT, BEATTY, & GORDON, LLP
11 Times Square
New York, NY 10036
(212) 421-4300
Jbk@kbg-law.com

**Counsel for Stacie Moon**
**S.D. New York, No. 1:22-cv-07433**

Melissa Ann Payne
VINCENT ESQUIRE
26600 Detroit Road, Suite 250
Westlaw, OH 44145
Melissa@vincentesq.com

**Counsel for Jo Taylor Slovak, Daniel Newman, and Erin Davies**
**N.D. Ohio, No. 3:22-cv-01432**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

David A. Futscher
FUTSCHER LAW PLLC
913 North Oak Drive
Villa Hills, KY 41017
David@futscherlaw.com

**Counsel for Miriam Fruhling, Roger Mason, and Jade Burke**
**S.D. Ohio, No. 1:22-cv-00451**

Kenneth B. McClain
Jonathan M. Soper
Kevin D. Stanley
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
Kbm@hfmlegal.com
Jms@hfmlega.com
Kds@hfmlegal.com

Victoria Nikki Lui
BAKER & PATTERSON LLP
3100 Richmond Avenue, Suite 550
Houston, TX 77098
Vlui@bakpatlaw.com

**Counsel for Jon Bodie and Albert Lui**
**S.D. Texas, No. 4:22-cv-02603**


Gregory F. Coleman
Justin G. Day
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TV 37929
865-247-0080
856-522-0049
gcoleman@milberg.com
jday@milberg.com

Timothy J. Becker
Jacob R. Rusch
Zackary S. Kaylor
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
612-436-1804
612-436-4801
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com

**Counsel for Tempest Walker**
**W.D. Tennessee, No. 2:22-cv-02678**

James B. Barton
Joshua S. Greenberg
BARTON LEGAL S.C.
313 North Plankinton Avenue, Suite 207
Milwaukee, WI 53203
Jbb@bartonlegalsc.com
Jsg@bartonlegalsc.com

**Counsel for Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis**
**E.D. Wisconsin, No. 2:21-cv-01146**


*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**


*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  October 7, 2022

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:      +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:      +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc.,*
*Hyundai Motor America, and Hyundai*
*America Technical Center, Inc.*