BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § § MDL No. 3052 |

### AMENDED NOTICE OF APPEARANCE

### LIST OF PARTIES REPRESENTED

1. Kia America, Inc.[1]

2. Hyundai Motor America[2]

3. Hyundai America Technical Center, Inc.[3]

---

[1] Kia America, Inc. is erroneously named in a related action or actions as Kia Motors America, Inc. and KIA America, Inc.

[2] Hyundai Motor America is erroneously named in a related action or actions as Hyundai Motor America Corporation, Hyundai Motor America Inc., and Hyundai Motor America, Inc.

[3] Hyundai America Technical Center, Inc. is erroneously named in a related action or actions as Hyundai Kia America Technical Center, Inc.