BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § | MDL No. 3052 |

# AMENDED NOTICE OF APPEARANCE

## SCHEDULE OF ACTIONS[4]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Cynthia Yeghiaian and Jeff Plaza, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | C.D. California | 8:22-cv-01440 | Hon. David O. Carter |
| **Plaintiffs:**<br>Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01548 | Hon. David O. Carter |
| **Plaintiffs:**<br>Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor, on behalf of themselves and all others similarly situated | C.D. California | 8:22-cv-01664 | Hon. David O. Carter |

---

[4] A copy of each action's docket sheet and complaint or application to file under seal (as publicly filed and without exhibits) is attached as Exhibits 1 through 31.

1

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:** Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company | | | |
| **Plaintiffs:** Miyoshi Morrow, Tracy Spradlin, and Rachel Perry, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Hyundai Motor America Inc. and Kia America, Inc. | C.D. California | 8:22-cv-01674 | Hon. David O. Carter |
| **Plaintiffs:** Monique E. Baker and Stephen L. DesJardins, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01712 | Hon. David O. Carter |
| **Plaintiffs:** Steven C. Hufford, on behalf of himself and all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01715 | Hon. David O. Carter |
| **Plaintiffs:** Stephanie McQuarrie, Kaitlynn Marchione, and Omar Becerra, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01721 | Hon. John W. Holcomb |
| **Plaintiffs:** Lauren Henry, Lauren Hickman, Kathy Coke, Gerald Smith, Devon McClellan, and Lauren Hernandez, on behalf of themselves and all others similarly situated | C.D. California | 8:22-cv-01729 | Hon. John W. Holcomb |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai Kia Technical Center, Inc. | | | |
| **Plaintiff:** Eugenia Sampson, Michael Sanders, Sherry Kelley, Jazmine Harris, and Lilianna Bineau,, individually and on behalf of all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-1815 | Hon. John W. Holcomb |
| **Plaintiff:** Heather Jones, on behalf of herself and all others similarly situated<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | D. Colorado | 1:22-cv-02123 | Hon. Nina Y. Wang |
| **Plaintiff:** Jennifer Fisher, on behalf of herself and all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America | D. Colorado | 1:22-cv-02367 | Hon. Nina Y. Wang |
| **Plaintiffs:** Joanna Pue and Shannon Kozmic, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | M.D. Florida | 6:22-cv-01440 | Hon. Paul G. Byron |
| **Plaintiffs:** Erica Loburgio, Anthony Loburgio, Michael Flannagan, and Jessica Mitchell, on behalf of themselves and all others similarly situated | N.D. Illinois | 1:22-cv-04071 | Hon. John J. Tharp, Jr. |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:**<br>KIA America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | | | |
| **Plaintiffs:**<br>Ann Brady and Leah Price, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. Iowa | 4:22-cv-00252 | Hon. Rebecca Goodgame Ebinger |
| **Plaintiffs:**<br>Charles Simmons, Dale Denney, and Charles Cole, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | D. Kansas | 2:22-cv-02288 | Hon. Holly L. Teeter |
| **Plaintiff:**<br>Rita Day, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | E.D. Kentucky | 5:22-cv-00202 | Hon. Karen K. Caldwell |
| **Plaintiff:**<br>Juliette Neves, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America, Inc. | E.D. Louisiana | 2:22-cv-03630 | Hon. Nannette Jolivette Brown |
| **Plaintiffs:**<br>Casey DeKam, Jason Hendrix, and Ryan Beaulieu, on behalf of themselves and all others similarly situated | E.D. Michigan | 2:22-cv-12198 | Hon. Paul D. Borman |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center Inc. | | | |
| **Plaintiff:** Steve Zanmiller, on behalf of himself and all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai America Technical Center, Inc. | D. Minnesota | 0:22-cv-02149 | Hon. Patrick J. Schiltz |
| **Plaintiff:** LaShaun Johnson, on behalf of himself and all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America | D. Minnesota | 0:22-cv-02164 | Hon. Eric C. Tostrud |
| **Plaintiff:** Robert Ballis and Ashleigh Towers, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America | D. Minnesota | 0:22-cv-02328 | Hon. Patrick J. Schiltz |
| **Plaintiff:** Lisa Hilliard and Kelsey Biljan, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc., Hyundai Kia America Technical Center, Inc., and Hyundai Motor America. | D. Minnesota | 0:22-cv-02431 | Hon. Nancy E. Brasel |
| **Plaintiffs:** Brian Bendorf and Sara Bendorf, on behalf of themselves and all others similarly situated<br><br>**Defendants:** KIA America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | W.D. Missouri | 4:22-cv-00465 | Hon. Roseann Ketchmark |

5

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Cobi Bissell, on behalf of himself and all others similarly situated<br><br>**Defendants:**<br>Hyundai Motor America Corporation and Kia Motors America, Inc. | W.D. Missouri | 4:22-cv-00548 | Hon. Brian C. Wimes |
| **Plaintiff:**<br>Amber Hall, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | D. Nebraska | 4:22-cv-03155 | Hon. John M. Gerrard |
| **Plaintiff:**<br>Stacie Moon, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. | S.D. New York | 1:22-cv-07433 | Hon. J. Paul Oetken |
| **Plaintiffs:**<br>Jo Taylor Slovak, Daniel Newman, and Erin Davies, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Kia Corporation, and Hyundai Motor Co. | N.D. Ohio | 3:22-cv-01432 | Hon. James G. Carr |
| **Plaintiffs:**<br>Miriam Fruhling, Roger Mason, and Jade Burke, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. Ohio | 1:22-cv-00451 | Hon. Douglas R. Cole |
| **Plaintiffs:**<br>Tempest Walker, individually and on behalf of all others similarly situated | W.D. Tennessee | 2:22-cv-02678 | Hon. Mark S. Norris |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:** Kia America, Inc and Hyundai Motor America, Inc. | | | |
| **Plaintiffs:** Jon Bodie and Albert Lui, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. Texas | 4:22-cv-02603 | Hon. David Hittner |
| **Plaintiffs:** Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. | E.D. Wisconsin | 2:21-cv-01146 | Hon. Pamela Pepper |