# EXHIBIT 8

**Query    Reports    Utilities    Help    Log Out**

(DFMx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:22-cv-01729-JWH-DFM

Lauren Henry et al v. Kia America, Inc. et al
Assigned to: Judge John W. Holcomb
Referred to: Magistrate Judge Douglas F. McCormick
Demand: $5,000,000
Cause: 28:1332 Diversity-Fraud

Date Filed: 09/21/2022
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Lauren Henry**                    represented by  **Alison M Bernal**
                                                    Nye Stirling Hale Miller and Sweet LLP
                                                    33 West Mission Street Suite 201
                                                    Santa Barbara, CA 93101
                                                    805-963-2345
                                                    Fax: 805-284-9590
                                                    Email: alison@nshmlaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Hickman**                  represented by  **Alison M Bernal**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Coke**                      represented by  **Alison M Bernal**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Smith**                    represented by  **Alison M Bernal**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devon McClellan**                 represented by

|  |  |
|---|---|
|  | **Alison M Bernal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Lauren Hernandez**<br>*individually and on behalf of all those similarly situated* | represented by   **Alison M Bernal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Kia America, Inc.**

**Defendant**

**Hyundai Motor America**

**Defendant**

**Hyundai Kia Technical Center, Inc.**

**Defendant**

**Fictitious Kia Defendants, A-C**

**Defendant**

**Fictitious Hyundai Defendants A-C**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2022 | 1 | APPLICATION to file document *CLASS ACTION COMPLAINT* under seal filed by Plaintiffs Kathy Coke, Lauren Henry, Lauren Hernandez, Lauren Hickman, Devon McClellan, Gerald Smith. (Attachments: # 1 Proposed Order) (Attorney Alison M. Bernal added to party Kathy Coke(pty:pla), Attorney Alison M. Bernal added to party Lauren Henry(pty:pla), Attorney Alison M. Bernal added to party Lauren Hernandez(pty:pla), Attorney Alison M. Bernal added to party Lauren Hickman(pty:pla), Attorney Alison M. Bernal added to party Devon McClellan(pty:pla), Attorney Alison M. Bernal added to party Gerald Smith(pty:pla))(Bernal, Alison) (Entered: 09/21/2022) |
| 09/21/2022 | 2 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *CLASS ACTION COMPLAINT* under seal 1 filed by Plaintiffs Kathy Coke, Lauren Henry, Lauren Hernandez, Lauren Hickman, Devon McClellan, Gerald Smith. (Attachments: # 1 Exhibit A to Declaration, # 2 Unredacted Document (Class Action Complaint))(Bernal, Alison) (Entered: 09/21/2022) |
| 09/23/2022 | 3 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: APPLICATION to file document *CLASS ACTION COMPLAINT* under seal 1 . The following |

| | | |
|---|---|---|
| | | error(s) was found: A case-initiating document was submitted without payment of the full filing fee. Within two business days of this notice, counsel must pay the filing fee or file a request to proceed in forma pauperis;otherwise, the docket for this case number will be closed and no further filings will be permitted under this case number. The filing fee may be paid online by docketing the event Pay Filing Fee. The Civil Cover Sheet (CV-71)is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3-1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83-7. No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1-1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83-7. Other error(s) with document(s): The event to pay the filing fees is located under Civil Events Other Filings Credit Card Payments. (car) (Entered: 09/23/2022) |
| 09/23/2022 | | FILING FEE PAID for new civil case. Receipt No. ACACDC-34042256 for $402 filing fee. (Bernal, Alison) (Entered: 09/23/2022) |
| 09/23/2022 | 4 | CIVIL COVER SHEET filed by Plaintiffs Kathy Coke, Lauren Henry, Lauren Hernandez, Lauren Hickman, Devon McClellan, Gerald Smith. (Bernal, Alison) (Entered: 09/23/2022) |
| 09/23/2022 | 5 | NOTICE of Interested Parties filed by Plaintiffs All Plaintiffs, (Bernal, Alison) (Entered: 09/23/2022) |
| 09/27/2022 | 6 | NOTICE OF ASSIGNMENT to District Judge John W. Holcomb and Magistrate Judge Douglas F. McCormick. (lh) (Entered: 09/27/2022) |
| 09/27/2022 | 7 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (lh) (Entered: 09/27/2022) |
| 09/27/2022 | 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (lh) (Entered: 09/27/2022) |
| 09/27/2022 | 9 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Matthew D. Schelkopf. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (lh) (Entered: 09/27/2022) |
| 09/27/2022 | 10 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Joseph B. Kenney. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to |

|  |  | locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (lh) (Entered: 09/27/2022) |
|---|---|---|
| 09/27/2022 | 11 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Mark B. DeSanto. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (lh) (Entered: 09/27/2022) |
| 09/27/2022 | 12 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney James B. Barton. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (lh) (Entered: 09/27/2022) |
| 09/27/2022 | 13 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Joshua S. Greenberg. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (lh) (Entered: 09/27/2022) |
| 09/28/2022 | 14 | STANDING ORDER by Judge John W. Holcomb. (dgo) (Entered: 09/28/2022) |

| 09/28/2022 | 15 | ORDER GRANTING APPLICATION FOR LEAVE TO TEMPORARILY FILE UNDER SEAL PORTIONS OF PLAINTIFFS' CLASS ACTION COMPLAINT by Judge John W. Holcomb. Plaintiffs' Application is GRANTED. Plaintiffs' Complaint shall be filed, and shall remain, under seal. Within sixty (60) days after counsel for Defendants has entered an appearance, the parties are DIRECTED to file a motion to seal only certain portions of the Complaint and to file a public version of the Complaint with narrowly tailored redactions. IT IS SO ORDERED. (yl) (Entered: 09/29/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/06/2022 07:15:33 | | | |
| **PACER Login:** | jb0014 | **Client Code:** | 71273-10008 |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-cv-01729-JWH-DFM End date: 10/6/2022 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

<div style="display: flex;">

Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

*Attorneys for Plaintiffs*

**Additional counsel for Plaintiffs listed on signature page**

</div>

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HENRY, LAUREN HICKMAN, KATHY COKE, GERALD SMITH, DEVON MCCLELLAN, and LAUREN HERNANDEZ, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, HYUNDAI KIA AMERICA TECHNICAL CENTER, INC., FICTITIOUS KIA DEFENDANTS 1-3, and FICTITIOUS HYUNDAI DEFENDANTS A-C;<br><br>Defendants. | Case No.: 8:22-cv-1729<br><br>**APPLICATION FOR LEAVE TO TEMPORARILY FILE UNDER SEAL PORTIONS OF PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>*[Concurrently Filed With Declaration Of Alison Bernal & [Proposed] Order]*<br><br>Complaint Filed: September 21, 2022<br>Judge: |

Pursuant to Local Rule 79-5, Plaintiffs request leave of the Court to temporarily file their Complaint under seal. Counsel for Plaintiffs also currently serves as counsel for certain Plaintiffs in *Marvin v. Kia America, Inc. et al.*, No. 21-cv-1146 (E.D. Wis.), which relates to the same general allegations in this litigation, namely the susceptibility of certain Hyundai and Kia vehicles to theft. Cities around the country are experiencing a Hyundai and Kia auto theft epidemic. Both the complaint in *Marvin* and the complaint in this action detail the specific nature of the defect, how the

vehicles are stolen and the existence of alternative designs that would prevent the thefts. In *Marvin*, Judge Pepper ordered certain allegations sealed out of the parties' fear that making all of the complaint public would exacerbate the issue. *See* 2:21-cv-1146, ECF No. 34, at 5 (E.D. Wis. May 31, 2022) (attached hereto as Exhibit A to the Declaration of Alison M. Bernal). Judge Pepper observed that the redactions in *Marvin* were narrowly tailored "to prevent the disclosure of the design defect that allegedly makes it easy to steal the Kia and Hyundai cars" which led to the conclusion that "the parties have established good cause for restricting the amended complaint and filing a redacted version of the same." *Id.* at 5-6. The complaint in *Marvin* was initially filed under seal and, after counsel for the defendants entered their appearance, the parties conferred regarding the redactions and filed a public version of the complaint with narrowly tailored redactions.

The Complaint in this Action contains substantially similar allegations regarding the alleged defect. While there are additional cases that relate to this issue currently pending in the Central District of California, and a petition for consolidation and coordination is pending with the Judicial Panel on Multidistrict Litigation, no other complaints on file contain the comprehensive compilation of the allegations that Plaintiffs seek to seal. As such, in order to avoid exacerbating the nationwide epidemic of thefts of Hyundai and Kia vehicles, Plaintiffs respectfully request that the Court grant their application for leave to file the complaint under seal. After counsel for Defendants enters their appearance, the parties will confer regarding narrowly tailored redactions and file a public version of the Complaint with those redactions, along with a renewed motion to seal.

Pursuant to Local Rule 79-5.1, a person seeking to have a case or document sealed must follow the procedures of Local Rule 79-5.2 seeking approval of the Court prior to submitting documents under seal. The parties in the *Marvin* litigation stipulated and the Eastern District of Wisconsin ordered that certain allegations be sealed. The Defendants in this action will likely be represented by the same counsel as in *Marvin*, and thus will likely concur in the relief sought.

### Relief Requested

Plaintiffs respectfully request the Court grant their application to permit them to temporarily file their Complaint under seal.

Dated: September 21, 2022            Respectfully submitted,

NYE, STIRLING, HALE & MILLER, LLP

 /S/  Alison Bernal
_____
Alison M. Bernal, Esq.
33 West Mission St., Ste, 201
Santa Barbara, CA 93101
T: (805) 698–4242
F: (805) 284–9590
*alison@nshmlaw.com*

BARTON LEGAL S.C.
James B. Barton (*pro hac vice* forthcoming)
Joshua S. Greenberg (*pro hac vice* forthcoming)
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
T: (414) 877–0690
F: (414) 877–3039
*jbb@bartonlegalsc.com*
*jsg@bartonlegalsc.com*

SAUDER SCHELKOPF, LLC
Matthew D. Schelkopf (*pro hac vice* forthcoming)
Joseph B. Kenney (*pro hac vice* forthcoming)
Mark B. DeSanto (*pro hac vice* forthcoming)
1109 Lancaster Avenue
Berwyn, PA 19312
T: (610) 200–0581
F: (610) 421–1326
*mds@sstriallawyers.com*
*jbk@sstriallawyers.com*
*mbd@sstriallawyers.com*

*Attorneys for Plaintiffs and Putative Class*

-3-
APPLICATION FOR LEAVE TO FILE UNDER SEAL