BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § | MDL No. 3052 |

*Sampson* Plaintiffs' Interested-Party Response in Support of Motion for Transfer
and Consolidation of Related Actions in the Central District of California

Plaintiffs Eugenia Sampson, Michael Sanders, Sherry Kelley, Jazmin Harris, and Lilianna Bineau (the "*Sampson* plaintiffs") filed a related action alleging that defendants Kia America, Inc. and Hyundai Motor America failed to include immobilizer devices in certain vehicles, resulting in increased theft of these Kia and Hyundai cars. *Sampson et al. v. Kia America, Inc. et al.*, No. 8:22-cv-01815-DOC-KES (C.D. Cal.). The *Sampson* plaintiffs bring sixteen state consumer-protection, warranty, and common-law claims on behalf of a nationwide class and five state subclasses, including Illinois, Colorado, Louisiana, Delaware, and South Dakota.

On August 31, the *McNerney* plaintiffs filed a motion requesting that, under 28 U.S.C. § 1407, this Panel transfer and consolidate all related actions in the Central District of California (the "Motion"). ECF 1. For the reasons stated in the Motion and the *McNerney* plaintiffs' opening and reply briefs, the *Sampson* plaintiffs support transfer of these related actions to the Central District of California. With the support of the *Sampson* plaintiffs, there are now six groups of plaintiffs—comprising the majority of plaintiff groups who filed briefs before this Panel—that support transfer to the Central District of California. There are also now nine cases pending in the Central District of California—more than any other court. As the district where both defendants are headquartered and incorporated—and where most relevant documents and witnesses are located—the Central District of California is the most appropriate transferee court.

Accordingly, this Panel should centralize and transfer the related actions (and any tag-along actions) to the Central District of California.

Dated: October 11, 2022

Respectfully submitted,

/s/ Amber L. Schubert

ROBERT C. SCHUBERT (No. 62684)
(rschubert@sjk.law)
DUSTIN L. SCHUBERT (No. 254876)
(dschubert@sjk.law)
AMBER L. SCHUBERT (No. 278696)
(aschubert@sjk.law)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Counsel for Plaintiffs Eugenia Sampson, Michael Sanders, Sherry Kelley, Jazmin Harris, and Lilianna Bineau*