BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: KIA HYUNDAI VEHICLE THEFT  )    MDL Docket No. 3052
LITIGATION                                              )
_____  )

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, the undersigned certifies that on October 11, 2022, a true and correct copy of the ***Sampson* Plaintiffs' Interested-Party Response in Support of Motion for Transfer and Consolidation of Related Actions in the Central District of California** for the undersigned was filed with the Clerk of the JPML via the CM/ECF system, which automatically generated and sent a notice of electronic filing to the email addressed of all counsel of record.

Furthermore, the undersigned certifies that on October 11, 2022, a true and correct copy of the NOTICE OF RELATED ACTIONS was served via United States mail on the following entities:

Hyundai Motor America
10550 Talbert Avenue
Fountain Valley, California 92708

Kia Motors America, Inc.
111 Peters Canyon Road
Irvine, California 92606

Hyundai Kia America Technical Center, Inc.
6800 Geddes Road
Superior Township, Michigan 48198

Kia Corporation
President, Noi-Myung Kim
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

Hyundai Motor Co.
Preside, José Muñoz
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

Dated: October 11, 2022

Respectfully submitted,

/s/ Amber L. Schubert

ROBERT C. SCHUBERT (No. 62684)
(rschubert@sjk.law)
DUSTIN L. SCHUBERT (No. 254876)
(dschubert@sjk.law)
AMBER L. SCHUBERT (No. 278696)
(aschubert@sjk.law)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone:        (415) 788-4220
Facsimile: (415) 788-0161

*Counsel for Plaintiffs Eugenia Sampson, Michael Sanders, Sherry Kelley, Jazmin Harris, and Lilianna Bineau*