**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIR: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **Karen K. Caldwell**<br>United States District Court<br>Eastern District of Kentucky | **Nathaniel M. Gorton**<br>United States District Court<br>District of Massachusetts | **Matthew F. Kennelly**<br>United States District Court<br>Northern District of Illinois | John W. Nichols<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>  Judiciary Building |
| | **David C. Norton**<br>United States District Court<br>District of South Carolina | **Roger T. Benitez**<br>United States District Court<br>Southern District of California | Room G-255, North Lobby<br>Washington, D.C. 20544-0005 |
| | **Dale A. Kimball**<br>United States District Court<br>District of Utah | **Madeline Cox Arleo**<br>United States District Court<br>District of New Jersey | Telephone: (202) 502-2800<br>Fax: (202) 502-2888 |

ADVISORY

U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Counsel appearing for oral argument before the Panel are not allowed to bring cell phones in the courthouse unless the attorney has an SDNY attorney pass. Laptop computers can only be brought in the courthouse upon a signed order from a Southern District of New York judge.

Please see and plan to abide by the Southern District of New York's requirements regarding public access in light of COVID-19 which can be found on the court's website: https://www.nysd.uscourts.gov.