BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

## NOTICE OF RELATED ACTIONS

### SCHEDULE OF ACTIONS[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Mary Horne, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America, Inc. | N.D. Georgia | 1:22-cv-04062 | Hon. Sarah E. Geraghty |
| **Plaintiff:**<br>Brandye Burnett, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America, Inc. | N.D. Indiana | 2:22-cv-00295 | Hon. Philip P. Simon |
| **Plaintiff:**<br>Preston Broadway, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | D. Minnesota | 0:22-cv-02511 | Hon. John R. Tunheim |
| **Plaintiff:**<br>Zoraida Rivera, individually and on behalf of all others similarly situated | E.D. Pennsylvania | 2:22-cv-04074 | Hon. Michael M. Baylson |

---

[1] A copy of each action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 through 4.

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:**<br><br>Kia America, Inc. and Hyundai Motor America Corporation | | | |