BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Kia Hyundai Vehicle Theft Litigation § § § § § § §   MDL No. 3052

## NOTICE OF RELATED ACTIONS

### SCHEDULE OF ACTIONS[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Victoria Mohr and Gwendolyn Kalimu, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-1905 | Hon. David O. Carter |
| **Plaintiffs:**<br>Courtney Fehrenbach, Stacia Salvaggio, and David Salvaggio, individually and behalf of all others similarly situated<br><br>**Defendants:**<br>Hyundai Motor America and Kia America, Inc. | C.D. California | 8:22-cv-1922 | TBD |
| **Plaintiff:**<br>Jeff Spores, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. | D. Minnesota | 0:22-cv-02583 | Hon. Donovan W. Frank |

---

[1] A copy of each action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 through 3.