BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § | MDL No. 3052 |

NOTICE OF RELATED ACTIONS

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the Notice of Related Actions and accompanying attachments were served via ECF or U.S. Mail on October 21, 2022, or as indicated below on October 28, 2022, to the following:

*Via Overnight Delivery*
Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
612-339-7300
BBleichner@chestnutcambronne.com

**Counsel for Plaintiffs Victoria Mohr and Gwendolyn Kalimu**
**C.D. California, No. 8:22-cv-01905**

*Via Overnight Delivery*
Francis J. Flynn, Jr.
LAW OFFICE OF FRANCIS J. FLYNN, JR.
6057 Metropolitan Plaza
Los Angeles, CA 90036
314-662-2836
Casey@lawofficeflynn.com

**Counsel for Plaintiffs Courtney Fehrenbach, Stacia Salvaggio, and David Salvaggio**
**C.D. California, No. 8:22-cv-01922**

*Via Overnight Delivery*
Garrett D. Blanchfield, Jr.
Roberta A. Yard
REINHARDT WENDORF & BLANCHFIELD
W-1050 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
651-287-2100
G.blanchfield@rwblawfirm.com
R.yard@rwblawfirm.com

**Counsel for Jeff Spores**
**D. Minnesota, No. 0:22-cv-02583**

Dated:  October 28, 2022

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:     +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*