BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § | MDL No. 3052 |

NOTICE OF RELATED ACTIONS

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the Notice of Related Actions' Amended Proof of Service were served electronically via ECF, or as indicated below, on October 28, 2022, to the following:

*Via Overnight Delivery*
Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
612-339-7300
BBleichner@chestnutcambronne.com

**Counsel for Plaintiffs Victoria Mohr and Gwendolyn Kalimu**
**C.D. California, No. 8:22-cv-01905**


*Via Overnight Delivery*
Francis J. Flynn, Jr.
LAW OFFICE OF FRANCIS J. FLYNN, JR.
6057 Metropolitan Plaza
Los Angeles, CA 90036
314-662-2836
Casey@lawofficeflynn.com

**Counsel for Plaintiffs Courtney Fehrenbach, Stacia Salvaggio, and David Salvaggio**
**C.D. California, No. 8:22-cv-01922**

*Via Overnight Delivery*
Garrett D. Blanchfield, Jr.
Roberta A. Yard
REINHARDT WENDORF & BLANCHFIELD
W-1050 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
651-287-2100
G.blanchfield@rwblawfirm.com
R.yard@rwblawfirm.com

**Counsel for Jeff Spores**
**D. Minnesota, No. 0:22-cv-02583**


*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**


*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  October 28, 2022                                   Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:      +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:      +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*