**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

**NOTICE OF RELATED ACTIONS**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br><br>Kerry Lamons, Malissa Webber, Abigail Averill, Kelly Whittaker, Tammy Mitchell, Aerial Moton, Christine Ford, Kimesha Huggins, Willie Walson III, Shamaka August-Gonzalez, Joseph DiGiacinto, Rafael Cruz, Teri Music, Tiffany K. Daniels, and Heather Rundell, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br><br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01956 | Hon. James V. Selna |
| **Plaintiffs:**<br><br>Mary Jane Whalen, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br><br>Kia America, Inc. and Hyundai America Technical Center, Incorporated | C.D. California | 2:22-cv-07872 | TBD |

---

[1] A copy of each action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 and 2.