BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

NOTICE OF RELATED ACTIONS

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Actions and accompanying attachments were served electronically via ECF, or as indicated below, on October 28, 2022, to the following:

*Via Overnight Delivery*
Christopher Wren Czaplak
PRECEPT GROUP, LLP
8030 La Mesa Boulevard, Suite 268
La Mesa, CA 91942
Telephone: (619) 354-4434
Facsimile: (866) 265-7238
Chris@precept.co

**Counsel for Plaintiffs Kerry Lamons, Malissa Webber, Abigail Averill, Kelly Whittaker, Tammy Mitchell, Aerial Moton, Christine Ford, Kimesha Huggins, Willie Walson III, Shamaka August-Gonzalez, Joseph DiGiacinto, Teri Music, Tiffany K. Daniels, and Heather Rundell**
**C.D. California, No. 8:22-cv-01956**

*Via Overnight Delivery*
Kevin F. Ruf
GLANCY PRONGAY AND MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Kruf@glancylaw.com

**Counsel for Plaintiff Mary Jane Whalen**
**C.D. California, No. 2:22-cv-07872**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  October 28, 2022                     Respectfully submitted,

/s/ *Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc.,*
*Hyundai Motor America, and Hyundai*
*America Technical Center, Inc.*