BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL No. 3052 |

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 31, 2022, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the JPML CM/ECF filing system, which provides electronic service upon all counsel of record.

Dated: October 31, 2022

Respectfully submitted,

_s/Roberta A. Yard_
Garrett D. Blanchfield, #209855
Roberta A. Yard, #322295
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Telephone: 651-287-2100
Facsimile: 651-287-2103

*Attorneys for Plaintiff Jeff Spores*

1