**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | § | |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § | MDL No. 3052 |

**NOTICE OF RELATED ACTION**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Mary Jane Whalen, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai America Technical Center, Inc. | C.D. California | 8:22-cv-01987 | Hon. James V. Selna |

---

[1] A copy of the related action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.