## Kenneth B. McClain – Parties Represented

Brian Bendorf and Sara Bendorf (Plaintiffs - Western District of Missouri), 4:22-cv-00465-RK

Charles Simmons, Dale Denney, and Charles Cole (Plaintiffs - District of Kansas) 2:22-cv-02288

Amber Hall (Plaintiff - District of Nebraska) 4:22-cv-03155

Heather Jones (Plaintiff – District of Colorado) 1:22-cv-2123

Cynthia Yeghiaian and Jeff Plaza (Plaintiffs – Central District of California) 8:22-cv-01440

Jone Bodie and Albert Lui (Plaintiffs – Southern District of Texas) 4:22-cv-02603

Steve Zanmiller (Plaintiff – District of Minnesota) 0:22-cv-02149

Miriam Fruhling, Roger Mason and Jade Burke (Plaintiffs Southern District of Ohio) 1:22-cv-00451-DRC

Rita Day (Plaintiff- Eastern District of Kentucky) 5:22-cv-00202-KKC

Erica Loburgio, Anthony Loburgio, Michael Flanagan, and Jessica Hall (Plaintiffs – Northern District of Illinois) 1:22-cv-04071

Joanna Pue and Shannon Kozmic (Plaintiffs – Middle District of Florida) 6:22-cv-01440-PGB-LHP

Ann Brady and Leah Price (Plaintiffs - Southern District of Iowa) 4:22-cv-00252-SMR-SBJ

Stacie Moon (Plaintiff – Southern District of New York) 1:22-cv-07433