**Kenneth B. McClain – Case Captions**

Brian Bendorf, et al. v. Kia America, Inc., et al., United States District Court for Western District of Missouri, Case No. 4:22-cv-00465-RK;

Charles Simmons, et al. v. Kia America, Inc., et al., United States District Court for District of Kansas, Case No. 2:22-cv-02288;

Amber Hall v. Kia America, Inc., et al., United States District Court for the District of Nebraska, Case No. 4:22-cv-03155;

Heather Jones v. Kia America, Inc., et al., United States District Court for the District of Colorado; Case No. 1:22-cv-2123;

Cynthia Yeghiaian, et al., v. Kia America, Inc., United States District Court for the Central District of California; Case No. 8:22-cv-01440;

Jone Bodie, et al. v. Kia America, Inc., et al., United States District Court for the Southern District of Texas, Case No. 4:22-cv-02603;

Steve Zanmiller v. Kia America, Inc., et al., United States District Court for the District of Minnesota, Case No. 0:22-cv-02149;

Miriam Fruhling, et al. v. Kia America, Inc., et al., United States District Court for the Southern District of Ohio; Case No. 1:22-cv-00451-DRC;

Rita Day v. Kia America, Inc., et al., United States District Court for the Eastern District of Kentucky, Case No. 5:22-cv-00202-KKC;

Erica Loburgio, et al. v. Kia America, Inc., et al., United States District Court for the Northern District of Illinois, Case No. 1:22-cv-04071;

Joanna Pue, et al. v. Kia America, Inc., et al., United States District Court for the Middle District of Florida; Case No. 6:22-cv-01440-PGB-LHP;

Ann Brad, et al. v. Kia America, Inc., et al., United States District Court for the Southern District of Iowa; Case No. 4:22-cv-00252-SMR-SBJ;

Stacie Moon v. Kia America, Inc., et al., United States District Court for the Southern District of New York, Case No. 1:22-cv-07433.