**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | § | |
| --- | --- | --- |
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § | MDL No. 3052 |

**NOTICE OF RELATED ACTION**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
| --- | --- | --- | --- |
| **Plaintiffs:**<br>Gregory Alston and Ayana Hicks, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America Corporation | E.D. Pennsylvania | 2:22-cv-04376 | Hon. Michael M. Baylson |

---

[1] A copy of the related action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.