BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

NOTICE OF RELATED ACTION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action and accompanying attachments were served electronically via ECF, or as indicated below, on November 4, 2022, to the following:

*Via Overnight Delivery*
William G. Caldes
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
bcaldes@srkattorneys.com

**Counsel for Plaintiffs Gregory Alston and Ayana Hicks**
**E.D. Pennsylvania, No. 2:22-cv-04376**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  November 4, 2022						Respectfully submitted,

							*/s/ Peter J. Brennan*
							Peter J. Brennan
							PBrennan@jenner.com
							Michael T. Brody
							MBrody@jenner.com
							JENNER & BLOCK LLP
							353 North Clark Street
							Chicago, IL  60654-3456
							Telephone:	+1 312 222 9350
							Facsimile:	+1 312 527 0484

							Alice S. Kim
							AKim@jenner.com
							JENNER & BLOCK LLP
							515 South Flower Street, Suite 3300
							Los Angeles, CA  90071-2246
							Telephone:	+1 213 239 5100
							Facsimile:	+1 213 239 5199

							*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*