*IN RE: Kia Hyundai Vehicle Theft Litigation*, MDL No. 3052

| CASE | PARTIES REPRESENTED |
|---|---|
| *Henry et al. v. Kia America, Inc. et al.*, No. 8:22-cv-01729-JWH-DFM (C.D. Cal.) | Plaintiffs Lauren Henry, Lauren Hickman, Kathy Coke, Gerald Smith, Devon McClellan, and Lauren Hernandez |
| *Marvin et al. v. Kia America, Inc.. et al.*, No. 2:21–cv–01146–PP (E.D. Wis.) | Plaintiffs Stefanie Marvin, Katherine Wargin, Chaid Pryzbelski, Chad Just, Amy Flasch, and Lydia Davist |