BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI<br>VEHICLE THEFT LITIGATION<br><br>*On Behalf Of Plaintiffs in*<br>*the following Action:*<br><br>*Marvin et al. v. Kia America, Inc. et al.*,<br>Eastern District of Wisconsin,<br>Case No. 2:21-cv-01146-PP | MDL Case No. 3052 |

LIST OF PARTIES REPRESENTED

Pursuant to the United States Judicial Panel on Multidistrict Litigation's October 13, 2022 Notice of Hearing Session (*see* Dkt. # 57), the undersigned counsel hereby provides a list of parties represented in response to Section 5 of his Notice of Presentation of Oral Argument. The undersigned is counsel for Plaintiffs in both matters listed below, but is designated as counsel of record in MDL No. 3052 only for the Plaintiffs in the *Marvin* action:

- Plaintiffs Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis in *Marvin, et al. v. Kia America, Inc., et al.*, E.D. Wis., Case No. 2:21-cv-01146-PP; and

- Plaintiffs Lauren Henry, Lauren Hickman, Kathy Coke, Gerald Smith, Devon McClellan, and Lauren Hernandez in *Henry, et al. v. Kia America, Inc.*, et al., C.D. Cal., Case No. 8:22-cv-01729-JWH-DFM.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Dated this 7th day of November, 2022.

                                      **BARTON LEGAL S.C.**

                                      */s/ Electronically Signed By James B. Barton*
                                      James B. Barton
                                      Email: *jbb@bartonlegalsc.com*
                                      313 North Plankinton Ave., Ste. 207
                                      Milwaukee, WI 53203
                                      T: (414) 877-0690
                                      F: (414) 877-3039

                                      *Counsel for Plaintiffs, Stefanie Marvin,*
                                      *Katherine Wargin, Chaid Przybelski,*
                                      *Chad Just, Amy Flasch, & Lydia Davis*