BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI<br>VEHICLE THEFT LITIGATION<br><br>*On Behalf Of Plaintiffs in*<br>*the following Action:*<br><br>*Marvin et al. v. Kia America, Inc. et al.*,<br>Eastern District of Wisconsin,<br>Case No. 2:21-cv-01146-PP | MDL Case No. 3052 |

### LIST OF CASE CAPTIONS

Pursuant to the United States Judicial Panel on Multidistrict Litigation's October 13, 2022 Notice of Hearing Session (*see* Dkt. # 57), the undersigned counsel hereby provides a list of short case captions in response to Section 6 of his Notice of Presentation of Oral Argument. The undersigned is counsel for Plaintiffs in both matters listed below, but is designated as counsel of record in MDL No. 3052 only for the Plaintiffs in the *Marvin* action:

- *Marvin, et al. v. Kia America, Inc., et al.*, E.D. Wis., Case No. 2:21-cv-01146-PP; and
- *Henry, et al. v. Kia America, Inc.*, et al., C.D. Cal., Case No. 8:22-cv-01729-JWH-DFM.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Dated this 7th day of November, 2022.

**BARTON LEGAL S.C.**

*/s/ Electronically Signed By James B. Barton*
James B. Barton
Email: *jbb@bartonlegalsc.com*
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
T: (414) 877–0690
F: (414) 877–3039

*Counsel for Plaintiffs, Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, & Lydia Davis*