BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL DOCKET NO. 3052 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Presentation or Waiver of Oral Argument was served electronically via ECF, or as indicated below, on November 7, 2022, to the following:

William G. Caldes (Via Overnight Delivery)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
bcaldes@srkattorneys.com

Counsel for Plaintiffs Gregory Alston and Ayana Hicks (E.D. Pennsylvania, No. 2:22-cv-04376)

Kia Corporation (Via U.S. Mail)
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea Kia Corporation

Hyundai Motor Company (Via U.S. Mail)
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea


/s/ *Roland Tellis*

Roland Tellis (SBN 186269)
rtellis@baronbudd.com
BARON & BUDD, P.C.
rtellis@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333

Counsel for Plaintiffs Miyoshi Morrow, Tracy Spradlin, Rachel Perry (*Morrow, et al., v. Hyundai Motor America, Inc. et al.,* Case No. 8:22-cv-01674 (C.D. Cal. Sept. 12, 2022).