**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | § | |
|---|---|---|
| | § | |
| **In re** Kia Hyundai Vehicle Theft Litigation | § | MDL No. 3052 |
| | § | |
| | § | |

**NOTICE OF PRESENTATION OF ORAL ARGUMENT**

**LIST OF PARTIES REPRESENTED AND CASE CAPTIONS**

The undersigned counsel shall present oral argument at the Panel hearing session on behalf of Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc., in connection with the following actions:

1. *Cynthia Yeghiaian, et al. v. Kia America, Inc., et al.*, No. 8:22-cv-01440 (C.D. California)

2. *Katelyn McNerney, et al. v. Kia America, Inc., et al.*, No. 8:22-cv-01548 (C.D. California)

3. *Mitchell Cohen, et al. v. Kia America, Inc.*, et al., No. 8:22-cv-01664 (C.D. California)

4. *Miyoshi Morrow, et al. v. Kia America, Inc., et al*, No. 8:22-cv-01674 (C.D. California)

5. *Monique E. Baker, et al. v. Kia America, Inc., et al*, No. 8:22-cv-01712 (C.D. California)

6. *Steven C. Hufford v. Kia America, Inc., et al*, No. 8:22-cv-01715 (C.D. California)

7. *Stephanie McQuarrie, et al. v. Kia America, Inc., et al.*, No. 8:22-cv-01721 (C.D. California)

8. *Lauren Henry, et al. v. Kia America, Inc., et al.*, No. 8:22-cv-01729 (C.D. California)

9. *Eugenia Sampson, et al. v. Kia America, Inc., et al.*, No. 8:22-cv-01815 (C.D. California)

10. *Victoria Mohr, et al. v. Kia America, Inc., et al.*, No. 8:22-cv-01905 (C.D. California)

11. *Courtney Fehrenbach, et al. v. Hyundai Motor America, et al.*, No. 8:22-cv-01922 (C.D. California)

12. *Kerry Lamons, et al. v. Kia America, Inc., et al.*, No. 8:22-cv-01956 (C.D. California)

13. *Mary Jane Whalen v. Kia America, Inc., et al*, No. 8:22-cv-01987 (C.D. California)

14. *Heather Jones v. Kia America, Inc., et al.*, No. 1:22-cv-02123 (D. Colorado)

15. *Jennifer Fisher v. Kia America, Inc., et al.*, No. 1:22-cv-02367 (D. Colorado)

16. *Joanna Pue, et al. v. Kia America, Inc. et al.*, No. 6:22-cv-01440 (M.D. Florida)

17. *Mary Horne v. Kia America, Inc. et al.*, No. 1:22-cv-04062 (N.D. Illinois)

18. *Erica Loburgio, et al. v. Kia America, Inc., et al.*, No. 1:22-cv-04071 (N.D. Illinois)

19. *Brandye Burnett v. Kia America, Inc., et al.*, No. 2:22-cv-00295 (N.D. Indiana)

20. *Ann Brady, et al. v. Kia America, Inc., et al.*, No. 4:22-cv-00252 (S.D. Iowa)

21. *Charles W. Simmons, et al. v. Kia America, Inc., et al.*, No. 2:22-cv-02288 (D. Kansas)

22. *Rita Day v. Kia America, Inc., et al.*, No. 5:22-cv-00202 (E.D. Kentucky)

23. *Juliette Neves v. Kia America, Inc., et al.*, No. 2:22-cv-03630 (E.D. Louisiana)

24. *Casey DeKam, et al. v. Kia America, Inc., et al.*, No. 2:22-cv-12198 (E.D. Michigan)

25. *Steve Zanmiller, et al. v. Kia America, Inc., et al.*, No. 0:22-cv-2149 (D. Minnesota)

26. *LaShaun Johnson v. Kia America, Inc., et al.*, No. 0:22-cv-02164 (D. Minnesota)

27. *Robert Ballis, et al. v. Kia America, Inc., et al.*, No. 0:22-cv-02328 (D. Minnesota)

28. *Lisa Hilliard, et al. v. Kia America, Inc., et al.*, No. 0:22-cv-02431 (D. Minnesota)

29. *Preston Broadway v. Kia America, Inc., et al.*, No. 0:22-cv-02511 (D. Minnesota)

30. *Jeff Spores v. Kia America, Inc., et al.*, No. 0:22-cv-02583 (D. Minnesota)

31. *Brian Bendorf et al. v. Kia America, Inc. et al.*, No. 4:22-cv-00465 (W.D. Missouri)

32. *Cobi Bissell v. Hyundai Motor America, Inc., et al.*, No. 4:22-cv-00548 (W.D. Missouri)

33. *Amber Hall v. Kia America, Inc., et al.*, No. 4:22-cv-03155 (D. Nebraska)

34. *Stacie Moon v. Kia America, Inc., et al.*, No. 1:22-cv-07433 (S.D. New York)

35. *Jo Taylor Slovak, et al. v. Kia America, Inc., et al.*, No. 3:22-cv-01432 (N.D. Ohio)

36. *Miriam Fruhling, et al. v. Kia America, Inc., et al.*, No. 1:22-cv-00451 (S.D. Ohio)

37. *Zoraida Rivera v. Kia America, Inc., et al.*, No. 2:22-cv-04074 (E.D. Pennsylvania)

38. *Gregory Alston, et al. v. Kia America, Inc., et al.*, No. 2:22-cv-04376 (E.D. Pennsylvania)

39. *Tempest Walker v. Kia America, Inc., et al.*, No. 2:22-cv-02678 (W.D. Tennessee)

40. *Jon Bodie, et al. v. Kia America, Inc., et al.*, No. 4:22-cv-02603 (S.D. Texas)

41. *Stefanie Marvin, et al. v. Kia America, Inc., et al.*, No. 2:21-cv-01146 (E.D. Wisconsin)

Dated:  November 7, 2022

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:     +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*