BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: KIA HYUNDAI VEHICLE THEFT    )    MDL Docket No. 3052
LITIGATION                                            )
_____ )

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, the undersigned certifies that on November 9, 2022, a true and correct copy of the Notice of Presentation or Waiver of Oral Argument for the undersigned was filed with the Clerk of the JPML via the CM/ECF system, which automatically generated and sent a notice of electronic filing to the email addresses of all counsel of record.

Furthermore, the undersigned certifies that on November 9, 2022, a true and correct copy of the Notice of Presentation or Waiver of Oral Argument was served via United States mail on the following entities:

Hyundai Motor America
10550 Talbert Avenue
Fountain Valley, California 92708

Kia Motors America, Inc.
111 Peters Canyon Road
Irvine, California 92606

Hyundai Kia America Technical Center, Inc.
6800 Geddes Road
Superior Township, Michigan 48198

Kia America, Inc.
111 Peters Canyon Road
Irvine, CA  92606

Hyundai Motor America Corporation
10550 Talbert Avenue
Fountain Valley, CA  92708

Hyundai America
Technical Center, Inc.
6800 Geddes Road
Superior Township, MI  48198

Kia Corporation
President, Noi-Myung Kim
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

Hyundai Motor Co.
Preside, José Muñoz
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

| | |
|---|---|
| Dated:  November 9, 2022 | Respectfully submitted, |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | */s/ Steve W. Berman* |
| | Steve W. Berman |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, Washington 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | steve@hbsslaw.com |