BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § § MDL No. 3052 |

NOTICE OF RELATED ACTIONS

## SCHEDULE OF ACTIONS[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br><br>Amanda Sue Sellers, Nadine Quate Francis, Thomas Benton Harang, Jr., and Ian Michael Scott, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br><br>Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. | C.D. California | 8:22-cv-02065 | TBD |
| **Plaintiffs:**<br><br>Anastasia Pearson and Jayson McGuire, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br><br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | D. Minnesota | 0:22-cv-02882 | TBD |

---

[1] A copy of each related action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 and 2.