**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Related Actions from District Court

**Date Received:**  11/17/2022

**JPML has been notified of the attached actions for inclusion in this MDL**

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL