# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| *In re* Kia Hyundai Vehicle Theft Litigation | ) ) ) ) ) | MDL No. 3052 |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, Plaintiff Pamela Givens hereby provides notification of the following related action: *Givens v. Kia America, Inc.*, No. 1:22-cv-06413 (N.D. Illinois).

A copy of the related action's docket sheet and complaint (as publicly filed and without attachments) is attached to the accompanying Schedule of Actions as Exhibit 1.

Dated: November 18, 2022

Respectfully submitted,

*/s/ Adam J. Levitt*
Adam J. Levitt
John E. Tangren
Daniel R. Ferri
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Fax: (312) 253-1443
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

*Attorneys for Plaintiff and the Proposed Classes*