**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| *In re* Kia Hyundai Vehicle Theft Litigation | ) ) ) ) )     MDL No. 3052 |

**SCHEDULE OF ACTIONS**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Pamela Givens | Kia America, Inc. | N.D. Illinois | 1:22-cv-06413 | Hon. Manish S. Shah |