## CERTIFICATE OF SERVICE

I certify that on this 18th day of November 2022, I filed the foregoing with the Clerk of the Court using the CM/ECF E-filing system which will send notification of such filing to the attorneys of record and a copy by First Class U.S. Mail is being sent to:

KIA America, Inc.
111 Peters Canyon Road
Irvine, CA  92606

*/s/ Adam J. Levitt*
Adam J. Levitt
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Fax: (312) 253-1443
alevitt@dicellolevitt.com