**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

## NOTICE OF RELATED ACTIONS

### SCHEDULE OF ACTIONS[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>David Lucas, Deborah Bennett, Marchae Winston, Stefani Poblete Taylor, Lela Terrel Strong, Paige Helsel, Rachel Duffin, Kristina McKnight, Glenn Helmly, Nolan Glennon, Derrick Beckwith, Glenn Latimer, Regina Wilson, Martha Hardwell, Jill Fisher, Laura Roberts, Kasey Weinfurter, Molly O'Connor, Connie Kesner, Annette Douglas, John Pope, Jacquelynne Sutton, Thomas Dehler, Lexii Cummings, Shea Donahue, Shana Eberhardt, Tiffany Devonish, Celeste Jacobs, Bryan Roberts, Brian Helm, Carolyn Catlos, and Michael Scalise, individually and on behalf of all other similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-02090 | Hon. Fred W. Slaughter |
| **Plaintiff:**<br>Laura Parker, individually and on behalf of all others similarly situated | D. South Carolina | 3:22-cv-04014 | Hon. Mary Geiger Lewis |

---

[1] A copy of each related action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 and 2.

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:** Kia America, Inc. and Hyundai Motor America, Inc. | | | |