BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § | MDL No. 3052 |

# NOTICE OF RELATED ACTIONS

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Actions and accompanying attachments were served electronically via ECF, or as indicated below, on November 18, 2022, to the following:

*Via Overnight Delivery*
Christopher Pitoun
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
christopherp@hbsslaw.com

**Counsel for Plaintiffs David Lucas, Deborah Bennett, Marchae Winston, Stefani Poblete Taylor, Lela Terrel Strong, Paige Helsel, Rachel Duffin, Kristina McKnight, Glenn Helmly, Nolan Glennon, Derrick Beckwith, Glenn Latimer, Regina Wilson, Martha Hardwell, Jill Fisher, Laura Roberts, Kasey Weinfurter, Molly O'Connor, Connie Kesner, Annette Douglas, John Pope, Jacquelynne Sutton, Thomas Dehler, Lexii Cummings, Shea Donahue, Shana Eberhardt, Tiffany Devonish, Celeste Jacobs, Bryan Roberts, Brian Helm, Carolyn Catlos, and Michael Scalise**
**C.D. California, No. 8:22-cv-02090**

Gerald D. Jowers, Jr.
Kenneth M. Suggs
JANET, JANET & SUGGS, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
Telephone: (803) 726-0050
Facsimile: (803) 727-1059
gjowers@myadvocates.com
ksuggs@jjsjustice.com

**Counsel for Plaintiff Laura Parker**
**D. South Carolina, No. 3:22-cv-04014**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  November 18, 2022                    Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*