**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION** | **MDL No. 3052** |

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on November 22, 2022, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the JPML CM/ECF filing system, which provides electronic service upon all counsel of record.

Dated: November 22, 2022,            Respectfully submitted,

**SPECTOR ROSEMAN & KODROFF, P.C.**

BY: */s/ John A. Macoretta*
John A. Macoretta (PA Bar I.D. No. 60094)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300 (Tel)
215-496-6611 (Fax)
jmacoretta@srkattorneys.com