BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL No. 3052 |
|---|---|

**RESPONSE OF INTERESTED PARTIES GREGORY ALSTON AND AYANA HICKS IN OPPOSITION TO THE MCNERNEY PLAINTIFFS' MOTION FOR TRANSFER OF AND CONSOLIDATION OF RELATED ACTIONS IN THE CENTRAL DISTRICT OF <u>CALIFORNIA</u>**

Interested Parties Gregory Alston and Ayana Hicks (the "Interested Parties"), plaintiffs in *Gregory Alston and Ayana Hicks, et al. v. Kia America, Inc. and Hyundai Motor America Corporation*, Case No. 2:22-cv-4376 (E.D. Pa., filed November 1, 2022), respectfully submit this response in opposition to the *McNerney* Plaintiffs' Memorandum of Law and Fact in Support of Motion for Transfer and Consolidation of Related Actions in the Central District of California, Under 28 U.S.C. § 1407 (MDL 3052, filed August 31, 2022, ECF 1).

As explained more fully below, although the Interested Parties agree with the McNerney Plaintiffs that the related actions should be consolidated or coordinated and transferred to a single forum, they do not agree that the cases should be transferred to the Central District of California. Rather, the Eastern District of Pennsylvania is the most appropriate forum because: (1) the Eastern District of Pennsylvania has a long tradition of expertly handling complex multidistrict cases; (2) Senior Judge Michael M. Baylson, before whom the two currently-pending Eastern District of Pennsylvania related cases are pending, has efficiently and proactively begun to move the litigation forward; and (3) the Eastern District of Pennsylvania is a more easily accessible and convenient forum.

## BACKGROUND

Beginning in October 2021, numerous cases were filed by dozens of plaintiffs across twenty federal districts, alleging that defendants manufactured and sold popular motor vehicles in the United States that suffer from a significant defect: they do not include an engine immobilizer, or similar technology, to deter theft.

On August 31, 2022, the McNerney Plaintiffs filed a motion with this Panel, seeking to transfer and consolidate all related actions in the Central District of California. *See* MDL 3052, ECF 1. Since the filing of that motion, two related actions were filed in the Eastern District of Pennsylvania - *Rivera, et al. v. Kia America, Inc. and Hyundai Motor America Corporation*, 2:22-cv-04073, filed October 12, 2022, and *Alston and Hicks, et al. v. Kia America, Inc. and Hyundai Motor America Corporation*, 2:22-cv-04376, filed November 1, 2022. Both of these actions were assigned to Senior Judge Michael M. Baylson.

## ARGUMENT

### I. Pre-Trial Consolidation Is Warranted.

Transfer and consolidation are appropriate where the actions: (1) involve "one or more common questions of fact" such that (2) transfer would serve "the convenience of parties and witnesses"; and (3) "will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a). In view of the nature of the allegations and numerous common questions contained in the complaints filed to date, the Interested Parties agree that centralization pursuant to 28 U.S.C. § 1407 is appropriate. *See, e.g.*, *In re: Cook Med., Inc., IVC Filters Mktg., Sales Pracs. & Prod. Liab. Litig.*, 53 F. Supp. 3d 1379, 1381 (U.S. Jud. Pan. Mult. Lit. 2014) ("[T]he Panel previously has centralized actions involving different models of products made by the same manufacturer where plaintiffs allege a common defect."); *In re: MI Windows & Doors, Inc., Prod. Liab. Litig.*, 857 F. Supp. 2d 1374, 1375 (U.S. Jud. Pan. Mult. Lit. 2012) ("…we have often found centralization

appropriate in products liability actions involving similar products manufactured by the same defendant where a common defect was alleged…."). However, for the reasons set forth below, the Interested Parties submit that the most appropriate forum for these actions is the Eastern District of Pennsylvania.

    II.    **The Eastern District of Pennsylvania Is the Most Appropriate Transferee Court.**

    A.    **The Eastern District of Pennsylvania Generally – and Judge Baylson in Particular – Is Highly Capable of Handling this Litigation.**

        1.    **The Eastern District of Pennsylvania**

The Eastern District of Pennsylvania is highly skilled in handling complex multidistrict litigation, as it has proven over the course of decades. *See, e.g.*, *In Re: Generic Pharmaceuticals Pricing Antitrust Litig.*, MDL No. 2724 (E.D. Pa.); *In Re: Domestic Drywall Antitrust Litig.*, MDL No. 2437 (E.D. Pa.); *In Re: Tylenol (Acetaminophen) Marketing, Sales Practices and Products Liability Litig.*, MDL No. 2436 (E.D. Pa.); *In Re: Zoloft Products Liability Litig.*, MDL No. 2342 (E.D. Pa.); *In Re: National Football League Players' Concussion Injury Litig.*, MDL No. 2323 (E.D. Pa.); *In re Blood Reagents Antitrust Litig.*, MDL No. 2081 (E.D. Pa.); *In re Processed Egg Products Antitrust Litig.*, MDL No. 2002 (E.D. Pa.); *In Re: Avandia Marketing, Sales Practices and Products Liability Litig.*, MDL No. 1871 (E.D. Pa.); *In Re: Diet Drugs (Pentermine/Fenfluramine/Dexfenfluramine) Products Liability Litig.*, MDL No. 1203 (E.D. Pa.); *In Re: Asbestos Products Liability Litig. (No. VI)*, MDL No. 875 (E.D. Pa.). Given this vast experience, it is not surprising that this Panel has recognized that the Eastern District of Pennsylvania "is well equipped with the resources" required by complex multidistrict dockets. *In re Methyl Methacrylate (MMA) Antitrust Litig.*, 435 F. Supp. 2d 1345, 1347 (J.P.M.L. 2006).

## 2. Judge Baylson

The two related cases currently pending in the Eastern District of Pennsylvania – *Rivera* and *Alston* – were both assigned to the Honorable Michael M. Baylson, who is particularly well suited to preside over this action. First, as a Senior Judge in the Eastern District of Pennsylvania, Judge Baylson has skillfully presided over three MDL actions – *In re Laughlin Prods., Inc. Patent Litig.*, MDL No. 1498; *In re VTran Media Technologies LLC Patent Litig.*, MDL No. 1948; and *In re: Domestic Drywall Antitrust Litig. ("Drywall"),* MDL No. 2437. In assigning the *Drywall* MDL to Judge Baylson, this Panel found, "Judge Michael M. Baylson is an experienced transferee judge who we are confident will steer this litigation on a prudent course." *In re: Domestic Drywall Antitrust Litig.*, 939 F. Supp. 2d 1371 (J.P.M.L. 2013).

Second, and not surprisingly given his extensive experience, Judge Baylson has already expressed a strong proclivity to move these cases forward in an expeditious manner. On November 9, 2022, only eight days after the second case was filed, Judge Baylson scheduled a Rule 16 conference to discuss various document preservation and discovery issues. *See* Exhibit A (attached) (Order for Rule 16 Pretrial Conference, 2:22-cv-04376-MMB (E.D. Pa.), ECF No. 3). At the Rule 16 conference, Judge Baylson set deadlines for the parties to submit a proposed preservation of documents order and for an initial round of discovery. In his first Pretrial Order following the conference, Judge Baylson authorized the parties to serve interrogatories and requests for production pursuant to Rules 33 and 34 as of November 30, 2022, as well as deadlines for responses to those discovery requests (14 days after service) and for the parties to meet and confer in an effort to resolve those objections (within 14 days of service of objections). *See* Exhibit B (attached) (Pretrial Order; 2:22-cv-04376-MMB (E.D. Pa.), ECF No. 5). Judge Baylson also ordered Plaintiffs to serve a proposed ESI protocol on Defendants by November 30, 2022, with

Defendants to respond within 14 days and the parties to file a proposed order or orders (either stipulated or competing) by December 21, 2022. *Id.* Judge Baylson later ordered Plaintiffs and Defendants to file a proposed preservation order or orders (again, either a joint proposed order or competing orders) by November 22, 2022. *See* Exhibit C (attached) (Addendum to Pretrial Order, 2:22-cv-04376-MMB (E.D. Pa.), ECF No. 8). Ultimately, there was not an agreed upon form of order, and the parties have submitted competing orders to the Court for its consideration. Thus, Judge Baylson's MDL litigation experience and efforts to move the cases forward efficiently have been demonstrated by his early management of the Pennsylvania actions. Accordingly, at the time of the Panel's forthcoming MDL hearing scheduled for December 1, 2022, the two Pennsylvania actions will be moving forward with discovery, well ahead of any related actions pending in other jurisdictions. *See In re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litig.*, 340 F.Supp.3d 1379, 1381 (J.P.M.L. 2018) (transferring to district in which one of the most advanced cases was pending and where the judge was currently presiding over that case).

Third, throughout his esteemed career, Judge Baylson has gained substantial legal experience in all types of matters. Prior to joining the bench in 2002, Judge Baylson, served as United States Attorney for the Eastern District of Pennsylvania and a member of the United States Department of Justice Attorney General's Advisory Committee. Judge Baylson also spent many years in private practice where he both prosecuted and defended numerous complex matters. For example, he was one of defense counsel in *United States v. Continental Group, Inc.*, Crim. No. 76-514 (E.D. Pa.) (criminal action), and *Reliable Tire Distributors, Inc. v. Kelly Springfield Tire Co.*, Civ. A. No. 74-3283 (E.D. Pa.); and he represented plaintiffs in *Bonjorno v. Kaiser Aluminum*

*& Chemical Corp.*, Civ. A. No. 74-122 (E.D. Pa.), and *In re American Honda Motor Company, Inc. Dealerships Relations Litig.,* MDL No. 1069.

All of these facts weigh heavily in favor of centralizing these proceedings in the Eastern District of Pennsylvania before Judge Baylson.

### B. The Eastern District of Pennsylvania Is the Most Convenient Forum.

The Eastern District of Pennsylvania is also the most convenient forum for the parties, key witnesses, and their respective counsel. The Eastern District of Pennsylvania is headquartered in Philadelphia, Pennsylvania, the sixth largest metropolitan area in the United States. Philadelphia is served by an excellent transportation infrastructure, including a major international airport and Amtrak rail service along the Northeast Corridor connecting it to other major cities. Should this case proceed to trial, the Philadelphia area offers extensive hotels and litigation support services. From a convenience standpoint, it is the ideal location for this case. *See, e.g.*, *In re Laughlin Prods., Inc. Patent Litig.*, 240 F. Supp. 2d 1358, 1359 (J.P.M.L. 2003) (characterizing the Eastern District of Pennsylvania as an "an accessible metropolitan district").

### CONCLUSION

For the foregoing reasons, the Interested Parties submit that consideration of the relevant factors weighs in favor of the Eastern District of Pennsylvania as the most convenient and appropriate transferee forum and Judge Michael Baylson as the transferee judge. Accordingly, the Interested Parties respectfully request that the Panel order that all related actions be transferred to the Eastern District of Pennsylvania before Judge Baylson for coordinated or consolidated pretrial proceedings.

Dated: November 22, 2022,

Respectfully submitted,

**SPECTOR ROSEMAN & KODROFF, P.C.**

**BY:** */s/ John A. Macoretta*
John A. Macoretta (PA Bar I.D. No. 60094)
William G. Caldes (PA Bar I.D. No. 75842)
Jeffrey L. Spector (PA Bar I.D. No. 207208)
Rachel E. Kopp (PA Bar I.D. No. 92070)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300 (Tel)
215-496-6611 (Fax)
jmacoretta@srkattorneys.com
bcaldes@srkattorneys.com
jspector@srkattorneys.com
rkopp@srkattorneys.com

Michael J. Boni (PA Bar I.D. No. 52983)
Joshua D. Snyder (PA Bar I.D. No. 88657)
John E. Sindoni (PA Bar I.D. No. 91729)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
610-822-0200 (Tel)
610-822-0206 (Fax)
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

David P. McLafferty (PA Bar I.D. No. 61118)
McLafferty Law Firm, P.C.
Attorneys at Law
923 Fayette Street
Conshohocken, PA 19428
610-940-4000 ext. 12 (Tel)
dmclafferty@mclaffertylaw.com

*Attorneys for Plaintiffs*