# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZORAIDA RIVERA, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br><br>*v.*<br><br>KIA AMERICA, INC. & HYUNDAI MOTOR AMERICA CORPORATION | **CIVIL ACTION NO. 22-4074** |
| GREGORY ALSTON, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br><br>*v.*<br><br>KIA AMERICA, INC. & HYUNDAI MOTOR AMERICA CORPORATION | **CIVIL ACTION NO. 22-4376** |

## ORDER FOR RULE 16 PRETRIAL CONFERENCE

**AND NOW**, this 9th day of November, 2022, upon review of the Complaints in these cases, which are essentially identical, alleging that two major automobile manufacturers sold defective automobiles, in that they failed to provide engine immobilizers, resulting in Plaintiffs having suffered thefts of the vehicles, caused by the Defendants defective design and manufacture.

Summonses have been issued to the Defendants, but no responses to the Complaint have been filed. However, it appears from the docket of the Judicial Panel on Multidistrict Litigation ("JPMDL") "In Re: Kia Hyundai Vehicular Theft Litigation in MDL 3052", the Defendants are well aware of this litigation. A hearing is scheduled before the JPMDL for December 1, 2022, concerning a large number of these cases pending throughout the United States.

Because the interest of justice would be served by an early Rule 16 conference, this Court

1

will hold a Rule 16 conference to take place on **Friday, November 18, 2022 at 11:00 a.m.** in **Courtroom 3A** to discuss the following items:

1. Issuance of an order for preservation of documents and electronically stored information ("ESI");
2. Development of a protocol for handling ESI, such as this Court entered in a pending MDL proceeding "In Re: Domestic Drywall Antitrust Litigation, MDL 2437, dated August 2, 2013 ECF 54";
3. If this case involves asymmetrical discovery, where one party has a much greater burden and expense of producing information than the other, require sharing the expenses of discovery, such as this Court entered in Boeynaems v. L.A. Fitness LLC, C.A. 10-2326, 2012 WL 3536306 (E.D. Pa. August 15, 2012), which has been followed in some other litigation;
4. Arranging for coordination in these cases, subject to any Order for Consolidation that may be issued by the JPMDL, pursuant to 28 U.S.C. § 1407;
5. Service of initial discovery requests by both Plaintiffs and Defendants;
    a. Development of a schedule for an early date for any objections to discovery, to be followed by meet and confer with counsel on details of Rule 34 requests and Rule 33 interrogatories.
    b. Requiring prompt filing of any motions to compel or for protective order, relating to discovery;
    c. Distinguishing, to the extent possible, between class and merits discovery;
    d. Initial depositions, following exchange of documents.
6. Development of a common document/information depository;

2

7. Development of a protocol/procedure for the management of facts, ESI, and documents as to which electronic storage and/or dissemination may not be appropriate for various reasons, such as privileged communications, documents containing trade secrets or other proprietary information, e.g.;

8. Whether any of the information in this case is subject to a patent or other protected status, and if so, appropriate protections for such confidential information;

9. Consideration of identifying an individual or entity with expertise in this field who may be able to assist the Court on issues of automobile design or manufacture or other similar topics on which expert input may be valuable to the Court and the parties, and sharing the expenses if adopted;

10. Plaintiffs' counsel shall forthwith forward a copy of this order to counsel who have appeared for Defendants in the JPMDL proceeding;

11. Out of town counsel can appear by Zoom by prearrangement with Deputy Clerk, Amanda Frazier;

12. The Court welcomes suggestions for additional items for the conference, and reserves adding additional topics as may be requested by counsel and/or the Manuel of Complex Litigation.

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**