# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZORAIDA RIVERA, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br><br>*v.*<br><br>KIA AMERICA, INC. & HYUNDAI MOTOR AMERICA CORPORATION | **CIVIL ACTION NO. 22-4074** |
| GREGORY ALSTON, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,* **ET AL.**<br><br>*v.*<br><br>KIA AMERICA, INC. & HYUNDAI MOTOR AMERICA CORPORATION | **CIVIL ACTION NO. 22-4376** |

## **PRETRIAL ORDER**

**AND NOW**, this 18th day of November, 2022, following the entry of an Order listing topics for a Rule 16 conference (Doc. No. 3), and as a result of the Rule 16 conference held this date, with counsel appearing both in Court and by Zoom for all parties, it is hereby **ORDERED**:

1. Defense counsel have accepted service of the Complaints in both cases on behalf of Defendants and have agreed on a response date.

2. As of November 30, 2022, a party may serve interrogatories (limited to twenty-five (25) as described in Rule 33), and a Request for production of documents (limited to twenty-five (25) discreet paragraphs as provided in Rule 34).

3. Objections to the interrogatories and requests for documents must be served within fourteen (14) days.

4. An initial meet and confer shall be held by counsel within fourteen (14) days of the service of objections, with the purpose of attempting to resolve objections.

5. No deadlines shall be set at this time for any motions to compel discovery, relating to the Rule 33 & Rule 34 discovery, or for a party to answer interrogatories and/or complete the production of documents as to which no objection has been filed, as to which counsel shall confer with the attempt to reach an agreement.

6. As of November 30, 2022, Plaintiffs shall serve a motion for entry of a protocol for electronically stored information ("ESI") and attach a proposed order. Defendants shall reply within fourteen (14) days. Counsel shall meet and confer promptly, and by December 21, 2022, shall file either an agreed upon protocol, or separate proposed protocols.

          **BY THIS COURT:**

          /s/ MICHAEL M. BAYLSON
          _____
          **MICHAEL M. BAYLSON, U.S.D.J.**