# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZORAIDA RIVERA,** *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br><br>*v.*<br><br>**KIA AMERICA, INC. & HYUNDAI MOTOR AMERICA CORPORATION** | **CIVIL ACTION NO. 22-4074** |
| **GREGORY ALSTON,** *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,* **ET AL.**<br><br><br>*v.*<br><br>**KIA AMERICA, INC. & HYUNDAI MOTOR AMERICA CORPORATION** | **CIVIL ACTION NO. 22-4376** |

## ADDENDUM TO PRETRIAL ORDER

Counsel,

In its pretrial order on November 18, 2022, the Court omitted the provisions discussed in the hearing that same day regarding a proposed preservation order. The Court hereby **ORDERS** that the parties shall submit either a joint proposed preservation order or separate proposed preservation orders by 12:00 p.m. on November 22, 2022.

DATED: 11/21/2022                    BY THIS COURT:

                                     /s/ MICHAEL M. BAYLSON

                                     _____
                                     **MICHAEL M. BAYLSON, U.S.D.J.**

1