**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION | MDL No. 3052 |

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on November 22, 2022, the foregoing **Alston Plaintiffs' Interest-Party Response in Opposition to the McNerney Plaintiffs' Motion for Transfer of and Consolidation of Related Actions in the Central District of California** was electronically filed with the Clerk of Court using the JPML CM/ECF filing system, which provides electronic service upon all counsel of record.

Dated:  November 22, 2022,   Respectfully submitted,

**SPECTOR ROSEMAN & KODROFF, P.C.**

BY: */s/ John A. Macoretta*
John A. Macoretta (PA Bar I.D. No. 60094)
2001 Market Street, Suite 3420
Philadelphia, PA  19103
215-496-0300 (Tel)
215-496-6611 (Fax)
jmacoretta@srkattorneys.com