## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on November 23, 2022, the foregoing Notice of Appearance of Adam J. Levitt was electronically filed with the Clerk of Court using the JPML CM/ECF filing system, which provides electronic service upon all counsel of record.

Dated:  November 23, 2022                     Respectfully submitted,

*/s/ Daniel R. Ferri*
Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Blake Stubbs
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
bstubbs@dicellolevitt.com

*Attorneys for Plaintiff Pamela Givens*