BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

**AMENDED NOTICE OF APPEARANCE**

**LIST OF PARTIES REPRESENTED**

1. Kia America, Inc.[1]

2. Hyundai Motor America[2]

3. Hyundai America Technical Center, Inc.[3]

---

[1] Kia America, Inc. is erroneously named in a related action or actions as Kia Motors America, Inc. and KIA America, Inc.

[2] Hyundai Motor America is erroneously named in a related action or actions as Hyundai Motor America Corporation, Hyundai Motor America Inc., and Hyundai Motor America, Inc.

[3] Hyundai America Technical Center, Inc. is erroneously named in a related action or actions as Hyundai Kia America Technical Center, Inc.

1