BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Kia Hyundai Vehicle Theft Litigation | § § § § § § § MDL No. 3052 |

AMENDED NOTICE OF APPEARANCE

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Cynthia Yeghiaian and Jeff Plaza, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | C.D. California | 8:22-cv-01440 | Hon. David O. Carter |
| **Plaintiffs:**<br>Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01548 | Hon. David O. Carter |
| **Plaintiffs:**<br>Mitchell Cohen, Pauline Ragsdale, and Herbert Taylor, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company | C.D. California | 8:22-cv-01664 | Hon. David O. Carter |

1

| Case Caption | Court | Civil Action No. | Judge |
| --- | --- | --- | --- |
| **Plaintiffs:**<br>Miyoshi Morrow, Tracy Spradlin, and Rachel Perry, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Hyundai Motor America Inc. and Kia America, Inc. | C.D. California | 8:22-cv-01674 | Hon. David O. Carter |
| **Plaintiffs:**<br>Monique E. Baker and Stephen L. DesJardins, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01712 | Hon. David O. Carter |
| **Plaintiff:**<br>Steven C. Hufford, on behalf of himself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01715 | Hon. David O. Carter |
| **Plaintiffs:**<br>Stephanie McQuarrie, Kaitlynn Marchione, and Omar Becerra, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01721 | Hon. John W. Holcomb |
| **Plaintiffs:**<br>Lauren Henry, Lauren Hickman, Kathy Coke, Gerald Smith, Devon McClellan, and Lauren Hernandez, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia Technical Center, Inc. | C.D. California | 8:22-cv-01729 | Hon. John W. Holcomb |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Eugenia Sampson, Michael Sanders, Sherry Kelley, Jazmine Harris, and Lilianna Bineau,, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-1815 | Hon. David O. Carter |
| **Plaintiffs:**<br>Victoria Mohr and Gwendolyn Kalimu, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01905 | Hon. David O. Carter |
| **Plaintiffs:**<br>Courtney Fehrenbach, Stacia Salvaggio, and David Salvaggio, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Hyundai Motor America and Kia America, Inc. | C.D. California | 8:22-cv-01922 | Hon. David O. Carter |
| **Plaintiffs:**<br>Kerry Lamons, Malissa Webber, Abigail Averill, Kelly Whittaker, Tammy Mitchell, Aerial Moton, Christine Ford, Kimesha Huggins, Willie Walson III, Shamaka August-Gonzalez, Joseph DiGiacinto, Rafael Cruz, Teri Music, Tiffany K. Daniels, and Heather Rundell, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01956 | Hon. David O. Carter |
| **Plaintiff:**<br>Mary Jane Whalen, individually and on behalf of all others similarly situated<br><br>**Defendants:** | C.D. California | 8:22-cv-01987 | Hon. James V. Selna |

| Case Caption | Court | Civil Action No. | Judge |
| --- | --- | --- | --- |
| Kia America, Inc. and Hyundai America Technical Center, Inc. | | | |
| **Plaintiffs:**<br>Amanda Sue Sellers, Nadine Quate Francis, Thomas Benton Harang, Jr., and Ian Michael Scott, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai America Technical Center, Inc. | C.D. California | 8:22-cv-02065 | Hon. David O. Carter |
| **Plaintiffs:**<br>David Lucas, Deborah Bennett, Marchae Winston, Stefani Poblete Taylor, Lela Terrel Strong, Paige Helsel, Rachel Duffin, Kristina McKnight, Glenn Helmly, Nolan Glennon, Derrick Beckwith, Glenn Latimer, Regina Wilson, Martha Hardwell, Jill Fisher, Laura Roberts, Kasey Weinfurter, Molly O'Connor, Connie Kesner, Annette Douglas, Jacquelynne Sutton, Thomas Dehler, John Pope, Lexii Cummings, Shea Donahue, Shana Eberhardt, Tiffany Devonish, Celeste Jacobs, Bryan Roberts, Brian Helm, Carolyn Catlos, and Michael Scalise, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-02090 | Hon. Fred W. Slaughter |
| **Plaintiff:**<br>Heather Jones, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | D. Colorado | 1:22-cv-02123 | Hon. Nina Y. Wang |
| **Plaintiff:**<br>Jennifer Fisher, on behalf of herself and all others similarly situated | D. Colorado | 1:22-cv-02367 | Hon. Nina Y. Wang |

4

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:**<br>Kia America, Inc. and Hyundai Motor America | | | |
| **Plaintiffs:**<br>Joanna Pue and Shannon Kozmic, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | M.D. Florida | 6:22-cv-01440 | Hon. Paul G. Byron |
| **Plaintiff:**<br>Mary Horne, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America, Inc. | N.D. Georgia | 1:22-cv-04062 | Hon. Sarah E. Geraghty |
| **Plaintiffs:**<br>Erica Loburgio, Anthony Loburgio, Michael Flannagan, and Jessica Mitchell, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>KIA America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | N.D. Illinois | 1:22-cv-04071 | Hon. John J. Tharp, Jr. |
| **Plaintiff:**<br>Pamela Givens, individually and on behalf of all others similarly situated<br><br>**Defendant:**<br>Kia America, Inc. | N.D. Illinois | 1:22-cv-06413 | Hon. Manish S. Shah |
| **Plaintiff:**<br>Brandye Burnett, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America, Inc. | N.D. Indiana | 2:22-cv-00295 | Hon. Philip P. Simon |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Ann Brady and Leah Price, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. Iowa | 4:22-cv-00252 | Hon. Rebecca Goodgame Ebinger |
| **Plaintiffs:**<br>Charles Simmons, Dale Denney, and Charles Cole, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | D. Kansas | 2:22-cv-02288 | Hon. Holly L. Teeter |
| **Plaintiff:**<br>Rita Day, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | E.D. Kentucky | 5:22-cv-00202 | Hon. Karen K. Caldwell |
| **Plaintiff:**<br>Juliette Neves, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America, Inc. | E.D. Louisiana | 2:22-cv-03630 | Hon. Nannette Jolivette Brown |
| **Plaintiffs:**<br>Casey DeKam, Jason Hendrix, and Ryan Beaulieu, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center Inc. | E.D. Michigan | 2:22-cv-12198 | Hon. Paul D. Borman |

| **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|
| **Plaintiff:**<br>Steve Zanmiller, on behalf of himself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai America Technical Center, Inc. | D. Minnesota | 0:22-cv-02149 | Hon. Patrick J. Schiltz |
| **Plaintiff:**<br>LaShaun Johnson, on behalf of himself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | D. Minnesota | 0:22-cv-02164 | Hon. Eric C. Tostrud |
| **Plaintiffs:**<br>Robert Ballis and Ashleigh Towers, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | D. Minnesota | 0:22-cv-02328 | Hon. Patrick J. Schiltz |
| **Plaintiffs:**<br>Lisa Hilliard and Kelsey Biljan, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Kia America Technical Center, Inc., and Hyundai Motor America. | D. Minnesota | 0:22-cv-02431 | Hon. Nancy E. Brasel |
| **Plaintiff:**<br>Preston Broadway, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | D. Minnesota | 0:22-cv-02511 | Hon. John R. Tunheim |
| **Plaintiff:**<br>Jeff Spores, individually and on behalf of all others similarly situated | D. Minnesota | 0:22-cv-02583 | Hon. Donovan W. Frank |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. | | | |
| **Plaintiffs:**<br>Anastasia Pearson and Jayson McGuire, individually and on behalf of all others similarly situated,<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | D. Minnesota | 0:22-cv-02882 | Hon. John R. Tunhein |
| **Plaintiffs:**<br>Brian Bendorf and Sara Bendorf, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>KIA America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | W.D. Missouri | 4:22-cv-00465 | Hon. Roseann Ketchmark |
| **Plaintiff:**<br>Cobi Bissell, on behalf of himself and all others similarly situated<br><br>**Defendants:**<br>Hyundai Motor America Corporation and Kia Motors America, Inc. | W.D. Missouri | 4:22-cv-00548 | Hon. Fernando J. Gaitan |
| **Plaintiff:**<br>Amber Hall, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | D. Nebraska | 4:22-cv-03155 | Hon. John M. Gerrard |
| **Plaintiff:**<br>Stacie Moon, on behalf of herself and all others similarly situated | S.D. New York | 1:22-cv-07433 | Hon. J. Paul Oetken |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. | | | |
| **Plaintiffs:** Jo Taylor Slovak, Daniel Newman, and Erin Davies, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, Kia Corporation, and Hyundai Motor Co. | N.D. Ohio | 3:22-cv-01432 | Hon. James G. Carr |
| **Plaintiffs:** Miriam Fruhling, Roger Mason, and Jade Burke, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. Ohio | 1:22-cv-00451 | Hon. Douglas R. Cole |
| **Plaintiff:** Zoraida Rivera, individually and on behalf of all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America Corporation | E.D. Pennsylvania | 2:22-cv-04074 | Hon. Michael M. Baylson |
| **Plaintiffs:** Gregory Alston and Ayana Hicks, individually and on behalf of all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America Corporation | E.D. Pennsylvania | 2:22-cv-04376 | Hon. Michael M. Baylson |
| **Plaintiff:** Laura Parker, individually and on behalf of all others similarly situated<br><br>**Defendants:** | D. South Carolina | 3:22-cv-04014 | Hon. Mary Geiger Lewis |

| Case Caption | Court | Civil Action No. | Judge |
| --- | --- | --- | --- |
| Kia America, Inc. and Hyundai Motor America, Inc. | | | |
| **Plaintiff:**<br>Tempest Walker, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc and Hyundai Motor America, Inc. | W.D. Tennessee | 2:22-cv-02678 | Hon. Mark S. Norris |
| **Plaintiffs:**<br>Jon Bodie and Albert Lui, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. Texas | 4:22-cv-02603 | Hon. David Hittner |
| **Plaintiffs:**<br>Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. | E.D. Wisconsin | 2:21-cv-01146 | Hon. Pamela Pepper |