# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | §
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § MDL No. 3052 § § |

## NOTICE OF RELATED ACTIONS

## SCHEDULE OF ACTIONS[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Nadia Stanich  **Defendant:** Kia America, Inc. | D. Minnesota | 0:22-cv-02938 | Hon. Katherine M. Menendez |
| **Plaintiff:** Tracy Martinez  **Defendant:** Kia America, Inc. | D. Minnesota | 0:22-cv-02963 | Hon. Patrick J. Schiltz |

---

[1] A copy of each related action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 and 2.