**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § | MDL No. 3052 |

## NOTICE OF RELATED ACTIONS

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Actions and accompanying attachments were served electronically via ECF, or as indicated below, on November 23, 2022, to the following:

*Via Overnight Delivery*
Todd E. Gadtke
GADTKE LAW FIRM, P.A.
11210 86th Avenue North
Maple Grove, MN 55369
Telephone: (763) 315-4548
tgadtke@gadtkelawfirm.com

**Counsel for Nadia Stanich
D. Minnesota, No. 0:22-cv-02938**

*Via Overnight Delivery*
Todd E. Gadtke
GADTKE LAW FIRM, P.A.
11210 86th Avenue North
Maple Grove, MN 55369
Telephone: (763) 315-4548
tgadtke@gadtkelawfirm.com

**Counsel for Tracy Martinez**
**D. Minnesota, No. 0:22-cv-02963**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  November 23, 2022

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:     +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*