**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

**NOTICE OF RELATED ACTION**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Philos Jeong, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai America Technical Center, Inc., Hyundai Motor America | W.D. Texas | 5:22-cv-01290 | Hon. Fred Biery |

---

[1] A copy of the related action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.