BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § | MDL No. 3052 |

## NOTICE OF RELATED ACTION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action and accompanying attachments were served electronically via ECF, or as indicated below, on December 5, 2022, to the following:

*Via Overnight Delivery*
Adam Pollock
Max Ephraim Rodriguez
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361
adam@pollockcohen.com
max@pollockcohen.com

**Counsel for Philos Jeong**
**W.D. Texas, No. 5:22-cv-01290**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**


Dated:  December 5, 2022

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*