**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § MDL No. 3052 § § |

**NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. hereby provide notification of the following related action:

1. *Browning v. Kia America, Inc.*, No. 2:22-cv-02074 (D. Arizona)

A copy of the related action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.

Dated: December 9, 2022

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:     +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*