BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

NOTICE OF RELATED ACTION

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Patricia Browning and Melvin Essomba, individually and on behalf of all similarly situated individuals<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America, Inc. | D. Arizona | 2:22-cv-02074 | Hon. John J. Tuchi |

---

[1] A copy of the related action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.