# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation § § § § § § | MDL No. 3052 |

## NOTICE OF RELATED ACTION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action and accompanying attachments were served electronically via ECF, or as indicated below, on December 9, 2022, to the following:

*Via Overnight Delivery*
Richard Phillip Traulsen
BEGAM MARKS & TRAULSEN, P.A.
11201 N Tatum Blvd., Suite 110
Phoenix, AZ 85028
Telephone: (602) 254-6071
Facsimile: (602) 252-0042
rtaulsen@BMT-law.com

Timothy J. Becker
Jacob R. Rusch
Zackary S. Kaylor
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com

**Counsel for Patricia Browning and Melvin Essomba**
**D. Arizona, No. 2:22-cv-02074**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**


*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**


Dated:  December 9, 2022            Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:     +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*