UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KIA HYUNDAI VEHICLE THEFT
MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                          MDL No. 3052

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On December 13, 2022, the Panel transferred 14 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.3d___ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable James V. Selna.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Selna.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 13, 2022, and, with the consent of that court, assigned to the Honorable James V. Selna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: KIA HYUNDAI VEHICLE THEFT
MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                                                    MDL No. 3052

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 2 | 22−02074 | Browning et al v. Kia America Incorporated et al |
| COLORADO | | | |
| CO | 1 | 22−02367 | Fisher v. Kia America, Inc. et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 22−04062 | Horne v. Kia America, Inc. et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 22−06413 | Givens v. KIA America, Inc. |
| INDIANA NORTHERN | | | |
| INN | 2 | 22−00295 | Burnett v. Kia America, Inc. et al |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 22−03630 | Neves v. Kia America, Inc. et al |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 22−12198 | DeKam et al v. Kia America, Inc. et al |
| MINNESOTA | | | |
| MN | 0 | 22−02149 | Zanmiller v. Kia America, Inc. et al |
| MN | 0 | 22−02164 | Johnson v. Kia America, Inc. et al |
| MN | 0 | 22−02328 | Ballis et al v. Kia America, Inc. et al |
| MN | 0 | 22−02431 | Hilliard et al v. Kia America, Inc. et al |
| MN | 0 | 22−02511 | Broadway v. Kia America, Inc. et al |
| MN | 0 | 22−02583 | Spores v. Kia America, Inc. et al |
| MN | 0 | 22−02882 | Pearson et al v. Kia America, Inc. et al |
| MN | 0 | 22−02938 | Stanich v. Kia America, Inc. |
| MN | 0 | 22−02963 | Martinez v. Kia America, Inc. |

NEW YORK WESTERN

    NYW      1      22–00881      Payne et al v. Kia Corporation et al

PENNSYLVANIA EASTERN

    PAE      2      22–04074      Rivera v. Kia America, Inc. et al
    PAE      2      22–04376      ALSTON et al v. KIA AMERICA, INC. et al

SOUTH CAROLINA

    SC       3      22–04014      Parker v. Kia America, Inc. et al

TENNESSEE WESTERN

    TNW      2      22–02678      Walker v. Kia America, Inc. et al

TEXAS WESTERN

    TXW      5      22–01290      Jeong v. Kia America, Inc. et al