BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  | § | |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § | MDL No. 3052 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Adam Murphy and Julianne Shapiro, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America Corporation | E.D. Pennsylvania | 2:22-cv-04931 | Hon. Gene E.K. Pratter |

---

[1] A copy of the potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.