BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Litigation | § § § § § § | MDL No. 3052 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action and accompanying attachments were served electronically via ECF, or as indicated below, on December 16, 2022, to the following:

*Via Overnight Delivery*
Douglas A. Abrahams
Elias Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
dabrahams@kohnswift.com
ekohn@kohnswift.com

**Counsel for Adam Murphy and Julianne Shapiro**
**E.D. Pennsylvania, No. 2:22-cv-04931**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  December 16, 2022	Respectfully submitted,

	*/s/ Peter J. Brennan*
	Peter J. Brennan
	PBrennan@jenner.com
	Michael T. Brody
	MBrody@jenner.com
	JENNER & BLOCK LLP
	353 North Clark Street
	Chicago, IL  60654-3456
	Telephone:	+1 312 222 9350
	Facsimile:	+1 312 527 0484

	Alice S. Kim
	AKim@jenner.com
	JENNER & BLOCK LLP
	515 South Flower Street, Suite 3300
	Los Angeles, CA  90071-2246
	Telephone:	+1 213 239 5100
	Facsimile:	+1 213 239 5199

	*Counsel for Defendants Kia America, Inc.,*
	*Hyundai Motor America, and Hyundai*
	*America Technical Center, Inc.*