# UNITED STATES JUDICIAL PANEL
# ON
# MULTIDISTRICT LITIGATION

_____

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

_____

## NOTICE OF OPPOSITION TO CONDITIONAL
## TRANSFER ORDER (CTO-1)
_____

In accordance with Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Nadia Stanich and Tracy Martinez submit this opposition to Conditional Transfer Order (CTO-1) as it relates to the following cases:

*Nadia Stanich v. Kia Motors America, Inc.*, United States District Court for the District of Minnesota, Court File No.: 0:22-cv-02938-KMM-DJF

*Tracy Martinez v. Kia Motors America, Inc.,* United States District Court for the District of Minnesota, Court File No.: 0:22-cv-02963-PJS-DTS

Dated: December 20, 2022

By: */s/ Todd E. Gadtke*
Todd E. Gadtke
GADTKE LAW FIRM, P.A.
11210 86TH Avenue North
Maple Grove, MN 55369
(763) 315-4548
tgadtke@gadtkelawfirm.com

*Attorney for Plaintiffs Nadia Stanich and Tracy Martinez*