UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

_____

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

_____

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Opposition to Conditional Transfer Order (CTO-1) was electronically filed on December 20, 2022, with the Clerk of the JPML using the CM/ECF System, which provides electronic service upon all counsel of record.

Dated: December 20, 2022

By: */s/ Todd E. Gadtke*
Todd E. Gadtke
GADTKE LAW FIRM, P.A.
11210 86TH Avenue North
Maple Grove, MN 55369
(763) 315-4548
tgadtke@gadtkelawfirm.com

*Attorney for Plaintiffs Nadia Stanich and Tracy Martinez*