**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § MDL No. 3052 § § |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-1)**

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") respectfully submit this Notice of Opposition to Conditional Transfer Order (CTO-1) as it relates to the case of *Payne, et al. v. Kia Corporation, et al.*, W.D.N.Y., Case No. 1:22-cv-00881.[1] Defendants will file a motion to vacate the conditional transfer order (CTO-1) as applied to the foregoing action in accordance with Panel Rule 7.1(f) and the briefing schedule set by the Panel.

---

[1] Upon information and belief, the defendants in the listed case—Kia Corporation and Kia America, Inc.—have not been served in that case. Defendants submit this notice of opposition subject to and without waiving all rights and available defenses related to service, including defenses related to the lack of, or deficient, service of process.

1

Dated:  December 22, 2022                                   Respectfully submitted,

/s/ Peter J. Brennan
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*