BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § MDL No. 3052 |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-1)

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Opposition to Conditional Transfer Order (CTO-1) were served electronically via ECF or as indicated below, on December 22, 2022, to the following:

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  December 22, 2022                     Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*