BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § MDL No. 3052 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Brenda Baker, on behalf of herself and all others similarly situated  **Defendants:** Kia America, Inc. and Hyundai Motor America | W.D. Michigan | 1:22-cv-01239 | TBD |

---

[1] A copy of the potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.