**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § MDL No. 3052 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action and accompanying attachments were served electronically via ECF, or as indicated below, on December 30, 2022, to the following:

*Via Overnight Delivery*
Carl Malmstrom
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
111 W Jackson Blvd., Ste. 1700
Chicago, IL 60605
Telephone: (312) 984-0000
Facsimile: (212) 686-0114
malmstrom@whafh.com

**Counsel for Brenda Baker**
**W.D. Michigan, No. 1:22-cv-01239**


*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  December 30, 2022                              Respectfully submitted,

        */s/ Peter J. Brennan*
        Peter J. Brennan
        PBrennan@jenner.com
        Michael T. Brody
        MBrody@jenner.com
        JENNER & BLOCK LLP
        353 North Clark Street
        Chicago, IL  60654-3456
        Telephone:     +1 312 222 9350
        Facsimile:      +1 312 527 0484

        Alice S. Kim
        AKim@jenner.com
        JENNER & BLOCK LLP
        515 South Flower Street, Suite 3300
        Los Angeles, CA  90071-2246
        Telephone:     +1 213 239 5100
        Facsimile:      +1 213 239 5199

        *Counsel for Defendants Kia America, Inc.,*
        *Hyundai Motor America, and Hyundai*
        *America Technical Center, Inc.*