**UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION**

_____

IN RE: KIA HYUNDAI VEHICLE
THEFT MARKETING, SALES,                                     MDL No. 3052
SALES PRACTICES, AND
PRODUCTS LIABILITY
LITIGATION

_____

**NOTICE OF WITHDRAWAL OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER (CTO-1)**

_____

Plaintiffs Nadia Stanich and Tracy Martinez hereby withdraw their opposition to

Conditional Transfer Order (CTO-1) as it relates to the following cases:

*Nadia Stanich v. Kia Motors America, Inc.*, United States District Court for the
District of Minnesota, Court File No.: 0:22-cv-02938-KMM-DJF

*Tracy Martinez v. Kia Motors America, Inc.,* United States District Court for the
District of Minnesota, Court File No.: 0:22-cv-02963-PJS-DTS

Dated: January 9, 2023                         By: */s/ Todd E. Gadtke*
                                                Todd E. Gadtke
                                                GADTKE LAW FIRM, P.A.
                                                11210 86TH Avenue North
                                                Maple Grove, MN 55369
                                                (763) 315-4548
                                                tgadtke@gadtkelawfirm.com

                                                *Attorney for Plaintiffs Nadia Stanich and
                                                Tracy Martinez*