# UNITED STATES JUDICIAL PANEL
# ON
# MULTIDISTRICT LITIGATION

_____

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

_____

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Withdrawal of Opposition to Conditional Transfer Order (CTO-1) was electronically filed on January 9, 2023, with the Clerk of the JPML using the CM/ECF System, which provides electronic service upon all counsel of record.

Dated: January 9, 2023　　　　　　　By: */s/ Todd E. Gadtke*
　　　　　　　　　　　　　　　　　　Todd E. Gadtke
　　　　　　　　　　　　　　　　　　GADTKE LAW FIRM, P.A.
　　　　　　　　　　　　　　　　　　11210 86TH Avenue North
　　　　　　　　　　　　　　　　　　Maple Grove, MN 55369
　　　　　　　　　　　　　　　　　　(763) 315-4548
　　　　　　　　　　　　　　　　　　tgadtke@gadtkelawfirm.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Nadia Stanich and Tracy Martinez*