**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3052** |

(SEE ATTACHED SCHEDULE)

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in the actions on the attached schedule on December 15, 2022. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. Plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on December 15, 2022, is LIFTED insofar as it relates to these actions. The actions are transferred to the Central District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James V. Selna.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING,
SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION    MDL No. 3052

## SCHEDULE A

| **DIST** | **DIV.** | **C.A. NO.** | **CASE CAPTION** |
|---|---|---|---|
| MINNESOTA | | | |
| MN | 0 | 22-02938 | Stanich v. Kia America, Inc. |
| MN | 0 | 22-02963 | Martinez v. Kia America, Inc. |