BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION** | MDL No. 3052 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance of Matthew Van Fleet was electronically filed on January 10, 2023, with the Clerk of the JPML using the CM/ECF System, which provides electronic service upon all counsel of record.

Dated: January 10, 2022                          **MLG ATTORNEYS AT LAW**

By:      */s/ Matthew Van Fleet*
Matthew Van Fleet, Esq.
**MLG ATTORNEYS AT LAW**
600 Anton Blvd, Suite 1240
Costa Mesa, CA 92626
(949) 581-6900
mvanfleet@defectattorney.com

*Attorney for Plaintiffs Sherisse Payne and Tysheen Daniels*