## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § MDL No. 3052 |

### DEFENDANTS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-1)

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the briefing schedule set by the Panel, Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. respectfully submit this Motion and the accompanying Brief in Support of Motion to Vacate CTO-1 as it relates to the case of *Payne et al. v. Kia Corp. et al.*, No. 1:22-cv-00881 (W.D.N.Y.).[1]  For the reasons set forth in the accompanying Brief, Defendants request that the Panel vacate CTO-1 with respect to the subject case.

---

[1] By filing this Motion and accompanying Brief, Defendants do not concede that the defendants in the subject case—Kia America, Inc. and Kia Corporation—have properly been served with process.  This Motion and accompanying Brief are submitted without waiving all available defenses, including defenses related to the lack of, or deficient, service of process.

| | |
|---|---|
| Dated:  January 10, 2023 | Respectfully submitted,<br><br>*/s/ Peter J. Brennan*<br>Peter J. Brennan<br>PBrennan@jenner.com<br>Michael T. Brody<br>MBrody@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL  60654-3456<br>Telephone:     +1 312 222 9350<br>Facsimile:      +1 312 527 0484<br><br>Alice S. Kim<br>AKim@jenner.com<br>JENNER & BLOCK LLP<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA  90071-2246<br>Telephone:     +1 213 239 5100<br>Facsimile:      +1 213 239 5199<br><br>*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.* |