BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | §  |  |
|---|---|---|
| **In re** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § | MDL No. 3052 |

**DEFENDANTS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-1)**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Sherisse Payne, individually and as the Proposed Administrator of the Estate of Kevin Payne, Jr., and Tysheen Daniels, individually and as the Proposed Administrator of the Estate of Swazine Swindle<br><br>**Defendants:**<br>Kia Corporation and Kia America, Inc. | W.D. New York | 1:22-cv-00881 | Hon. John L. Sinatra, Jr. |

---

[1] A copy of the action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.

1