**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL No. 3052 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Caption | Case No. | Court | Judge |
|---|---|---|---|
| **Plaintiff:** City of Seattle<br><br>**Defendants:** Hyundai Motor America, Inc. and Kia America, Inc. | 2:23-cv-00098 | W.D. Washington | TBD |

DATED: January 23, 2023

Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorneys for Plaintiff City of Seattle*