# EXHIBIT B

JURYDEMAND

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:23-cv-00098

City of Seattle v. Hyundai Motor America Inc et al
Assigned to:
Cause: 28:1332 Diversity

Date Filed: 01/23/2023
Jury Demand: Plaintiff
Nature of Suit: 355 Motor Vehicle Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**City of Seattle**                                                      represented by **Alison Gaffney**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Email: agaffney@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann Davison Sattler**
AIKEN ST LOUIS & SILJEG
801 2ND AVE
1200 NORTON BLDG
SEATTLE, WA 98104
206-624-2650
Email: sattler@aiken.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean N Kawamoto**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Email: dkawamoto@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Derek W Loeser**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900

Email: dloeser@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Felicia Craick**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Email: fcraick@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ghazal Sharifi**
SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE
SUITE 2050
SEATTLE, WA 98104-7097
206-684-8217
Email: Ghazal.Sharifi@seattle.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Fax: 206-623-3384
Email: gcappio@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Givon Groshong**
SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE
SUITE 2050
SEATTLE, WA 98104-7097
206-684-8223
Email: joseph.groshong@seattle.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan McDevitt**
KELLER ROHRBACK LLP
1201 THIRD AVENUE
SUITE 3200
SEATTLE, WA 98101
206-623-1900
Email: rmcdevitt@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas William Kuffel**
KING COUNTY PROSECUTING
ATTORNEY'S OFFICE (2ND AVE)
1191 2ND AVE
STE 1700
SEATTLE, WA 98101
206-296-0430
Email: thomas.kuffel@kingcounty.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hyundai Motor America Inc**

**Defendant**

**Kia America, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2023 | 1 | COMPLAINT against defendant(s) Hyundai Motor America Inc, Kia America, Inc. with JURY DEMAND (Receipt # AWAWDC-7859870), filed by City of Seattle. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons)(Cappio, Gretchen) (Entered: 01/23/2023) |