## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL No. 3052 |

## AMENDED PROOF OF SERVICE

I hereby certify that, on January 23, 2023, I caused to be served a true and correct copy of the Notice of Potential Tag-Along Action upon the counsel listed on the attached Service List via the means described therein.

DATED: January 25, 2023         Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorneys for Plaintiff City of Seattle*

## SERVICE LIST

**Service Via CM/ECF Notification or Email:**

Alice S. Kim
Kate Spelman
Jenner and Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
213-239-5100
Fax: 213-239-5199
akim@jenner.com
KSpelman@jenner.com

Peter J. Brennan
Michael T. Brody
Jenner and Block
One IBM Plaza
353 North Clark Street
Chicago, IL 60654-3456
312-222-9350
Fax: 312-527-0484
pbrennan@jenner.com
mbrody@jenner.com

Joshua C. Webb
Hill Ward and Henderson PA
101 East Kennedy Boulevard, Suite 3700
Tampa, FL 33602
813-221-3900
Fax: 813-221-2900
jwebb@hwhlaw.com

*Counsel for Defendants Hyundai Motor America, Inc. & Kia America, Inc.*

David M. Eisenberg
Baker Sterchi Cowden Rice LLC - KCMO
2400 Pershing Road Suite 500
Kansas City, MO 64108-2504
(816) 448-9343
Fax: (816) 472-0288
eisenberg@bakersterchi.com

*Counsel for Defendants Hyundai Motor America Corporation*