**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § MDL No. 3052 |

**NOTICE OF APPEARANCE**

**LIST OF PARTIES REPRESENTED**

1. Kia America, Inc.

2. Hyundai Motor America