## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § MDL No. 3052 |

### DEFENDANTS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-5)

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the briefing schedule set by the Panel, Kia America, Inc. and Hyundai Motor America (together, "Defendants") respectfully submit this Motion, and the accompanying Brief in Support of Motion to Vacate CTO-5 as it relates to the case of *City of Seattle v. Hyundai Motor America, Inc. et al.*, No. 2:23-cv-00098 (W.D. Wash.). For the reasons set forth in these submissions, Defendants request the Panel to vacate CTO-5 with respect to the subject case.

Dated:  February 21, 2023                                Respectfully submitted,

/s/ Peter J. Brennan
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:     +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

Steven G. Madison
stevemadison@quinnemanuel.com
Justin C. Griffin
justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA  90017-5003
Tel.:    (213) 443-3000
Fax:    (213) 443-3100

Alicia Cobb
aliciacobb@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.:    (206) 905-7000
Fax:    (206) 905-7100

*Counsel for Defendants Kia America, Inc. and Hyundai Motor America*