BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § MDL No. 3052 |

**DEFENDANTS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-5)**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion to Vacate Conditional Transfer Order (CTO-5), Brief in Support of Motion to Vacate Conditional Transfer Order (CTO-5), and accompanying attachments were served electronically via ECF on February 21, 2023.

1

Dated:  February 21, 2023

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:	+1 312 222 9350
Facsimile:	+1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:	+1 213 239 5100
Facsimile:	+1 213 239 5199

Steven G. Madison
stevemadison@quinnemanuel.com
Justin C. Griffin
justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA  90017-5003
Tel.:	(213) 443-3000
Fax:	(213) 443-3100

Alicia Cobb
aliciacobb@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.:	(206) 905-7000
Fax:	(206) 905-7100

*Counsel for Defendants Kia America, Inc. and Hyundai Motor America*