**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

**NOTICE OF TAG-ALONG ACTION**

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"); the undersigned counsel hereby notifies the Clerk of the JPML of the following potential Tag-Along action:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| City of Columbus, Ohio v. Kia America, Inc. and Hyundai Motor America | 2:23-cv-0654 | S.D. of Ohio Eastern Division | Morrison |

The attached Schedule of Actions contains the full list of parties in this action.  A copy of the complaint and docket sheet are attached as Exhibits A and B.

DATED: February 22, 2023                 Respectfully submitted,

/s/ Rick L. Ashton
Rick L. Ashton  (OH REG 0077768)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
ashton@asnalaw.com
*Special Counsel for Plaintiff*
*The City of Columbus*