BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Caption | Case No. | Court | Judge |
|---|---|---|---|
| **Plaintiff:** City of Columbus, Ohio<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America | 2:23-cv-0654 | S.D. of Ohio Eastern Division | Morrison |
| **Plaintiff:** City of Seattle<br><br>**Defendants:** Hyundai Motor America, Inc. and Kia America, Inc. | 2:23-cv-00098 | W.D. Washington | Robart |

DATED: February 22, 2023

Respectfully submitted,

/s/ Rick L. Ashton
Rick L. Ashton  (OH REG 0077768)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
ashton@asnalaw.com
*Special Counsel for Plaintiff*
*The City of Columbus*