**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

**PROOF OF SERVICE**

I hereby certify that, on February 22, 2023, I caused to be served a true and correct copy of the Notice of Potential Tag-Along Action upon the counsel listed on the attached Service List via the means described therein.

DATED: February 22, 2023                Respectfully submitted,

/s/ Rick L. Ashton
Rick L. Ashton  (OH REG 0077768)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
ashton@asnalaw.com
*Special Counsel for Plaintiff*
*The City of Columbus*

## SERVICE LIST

**Service Via CM/ECF Notification or Email:**

Alice S. Kim
Kate Spelman
Jenner and Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
213-239-5100
Fax: 213-239-5199
akim@jenner.com
KSpelman@jenner.com

Peter J. Brennan
Michael T. Brody
Jenner and Block
One IBM Plaza
353 North Clark Street
Chicago, IL 60654-3456
312-222-9350
Fax: 312-527-0484
pbrennan@jenner.com
mbrody@jenner.com

Steven G. Madison
Justin C. Griffin
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-5003
213-443-3000
Fax:  213-443-3100
stevemadision@quinnemanuel.com
justingriffin@quinnemanuel.com

Alicia Cobb
Quinn Emanuel Urquhart & Sullinan, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
206-905-7000
Fax:  206-905-7100
aliciacobb@quinnemanuel.com

*Counsel for Defendants Kia America, Inc. and Hyundai Motor America*

Gretchen Freeman Cappio
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
206-623-1900
206-623-3384
gcappio@kellerrohrback.com
*Governmental Entities Committee Chair*