# EXHIBIT B

JURY

# U.S. District Court
## Southern District of Ohio (Columbus)
### CIVIL DOCKET FOR CASE #: 2:23-cv-00654-SDM-EPD

City of Columbus, Ohio v. Kia America, Inc. et al  
Assigned to: Judge Sarah D. Morrison  
Referred to: Magistrate Judge Elizabeth Preston Deavers  
Demand: $75,000  
Cause: 28:1332 Diversity-Auto Negligence  

Date Filed: 02/15/2023  
Jury Demand: Plaintiff  
Nature of Suit: 385 Prop. Damage Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**City of Columbus, Ohio**  represented by  **Rick L Ashton**  
Allen Stovall Neuman & Ashton LLP  
10 West Broad Street  
Suite 2400  
Columbus, OH 43215  
614-221-8500  
Fax: 614-221-5988  
Email: ashton@asnalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Adam Marshall Schwartz**  
Havens Limited  
141 East Town Street  
Suite 200  
Columbus, OH 43215  
614-228-6888  
Fax: 614-228-6878  
Email: aschwartz@havenslimited.com  
*ATTORNEY TO BE NOTICED*  

**James Alan Coutinho**  
Allen Stovall Neuman & Ashton LLP  
10 West Broad Street  
Suite 2400  
Columbus, OH 43215  
614-221-8500  
Fax: 614-221-5988  
Email: coutinho@asnalaw.com  
*ATTORNEY TO BE NOTICED*  

**Jeffrey R Corcoran**  
Allen Stovall Neuman & Ashton LLP  
10 West Broad Street  
Suite 2400  
Columbus, OH 43215  
614-221-8500  
Fax: 614-221-5988  
Email: corcoran@asnalaw.com

ATTORNEY TO BE NOTICED

**Matthew David Sturtz**
City of Columbus
Solicitor General
77 N. Front Street
4th Floor
Columbus, OH 43215
614-645-6962
Fax: 614-645-6949
Email: mdsturtz@columbus.gov
ATTORNEY TO BE NOTICED

**Richard Nicholas Coglianese**
Columbus City Attorney's Office
City Solicitor
77 North Front Street
Columbus, OH 43215
614-645-7385
Fax: 614-645-6949
Email: rncoglianese@columbus.gov
ATTORNEY TO BE NOTICED

V.

**Defendant**

**Kia America, Inc.**

**Defendant**

**Hyundai Motor America**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2023 | 1 | **\*\*Filing is non-compliant with LR 5.1(c). See ECF No. 3 for corrected documents\*\*** COMPLAINT with JURY DEMAND against Hyundai Motor America, Kia America, Inc. ( Filing fee $ 402 paid - receipt number: AOHSDC-9274390), filed by City of Columbus, Ohio. (Attachments: # 1 Exhibit A - Kia Response Letter, # 2 Civil Cover Sheet Civil Cover Sheet) (Ashton, Rick) Modified text on 2/17/2023 (kk2) (Entered: 02/15/2023) |
| 02/16/2023 | 2 | Clerk's Notice of Non-Compliance Local Rule 5.1 (c) re 1 Complaint filed by City of Columbus, Ohio. Non-Compliance Deadline due by 2/17/2023. (kk2) (Entered: 02/16/2023) |
| 02/16/2023 | 3 | AMENDED DOCUMENT re 1 Complaint by Plaintiff City of Columbus, Ohio. . (Attachments: # 1 Exhibit A - Kia Response Letter, # 2 Civil Cover Sheet Civil Cover Sheet) (Ashton, Rick) Modified on 2/17/2023 to add document link (kk2) (Entered: 02/16/2023) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 02/22/2023 10:47:40 |

| **PACER Login:** | RickAshton | **Client Code:** | 000-000 |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-00654-SDM-EPD |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

| **PACER Login:** | RickAshton | **Client Code:** | 000-000 |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-00654-SDM-EPD |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |