**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation § § § § § | MDL No. 3052 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Cole Sebastian, individually and on behalf of all others similarly situated  **Defendants:** Kia America, Inc. and Hyundai Motor America | E.D. Wisconsin | 2:23-cv-00230 | Hon. J. P. Stadtmueller |

---

[1] A copy of the potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.