**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § MDL No. 3052 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the U.S. Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action and accompanying attachments were served electronically via ECF, or as indicated below, on February 22, 2023, to the following:

*Via Overnight Delivery*
John D. Blythin
Jesse Fruchter
Ben J. Slatky
ADEMI LLP
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: (414) 482-8000
Facsimile: (414) 482-8001
jblythin@ademilaw.com
jfruchter@ademilaw.com
bslatky@ademilaw.com

**Counsel for Cole Sebastian
E.D. Wisconsin, No. 2:23-cv-00230**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**


*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**


Dated:  February 22, 2023                                   Respectfully submitted,

                                                            */s/ Peter J. Brennan*
                                                            Peter J. Brennan
                                                            PBrennan@jenner.com
                                                            Michael T. Brody
                                                            MBrody@jenner.com
                                                            JENNER & BLOCK LLP
                                                            353 North Clark Street
                                                            Chicago, IL  60654-3456
                                                            Telephone:     +1 312 222 9350
                                                            Facsimile:      +1 312 527 0484

                                                            Alice S. Kim
                                                            AKim@jenner.com
                                                            JENNER & BLOCK LLP
                                                            515 South Flower Street, Suite 3300
                                                            Los Angeles, CA  90071-2246
                                                            Telephone:     +1 213 239 5100
                                                            Facsimile:      +1 213 239 5199

                                                            *Counsel for Defendants Kia America, Inc.,*
                                                            *Hyundai Motor America, and Hyundai*
                                                            *America Technical Center, Inc.*