**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § | MDL No. 3052 |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-6)**

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendants Kia America, Inc. and Hyundai Motor America respectfully submit this Notice of Opposition to Conditional Transfer Order (CTO-6) as it relates to the case of *City of Columbus, Ohio v. Kia America, Inc. et al.*, No. 2:23-cv-00654 (S.D. Ohio).

| | |
|---|---|
| March 3, 2023 | Respectfully submitted,<br><br>*/s/ Steven G. Madison*<br>Steven G. Madison<br>stevemadison@quinnemanuel.com<br>Justin C. Griffin<br>justingriffin@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S Figueroa St., 10th Floor<br>Los Angeles, CA 90017-5003<br>Telephone: +1 213 443 3000<br>Facsimile: +1 213 443 3100<br><br>Alicia Cobb<br>aliciacobb@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, WA 98101<br>Telephone: +1 206 905 7000<br>Facsimile: +1 206 905 7100<br><br>Peter J. Brennan<br>PBrennan@jenner.com<br>Michael T. Brody<br>MBrody@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Telephone: +1 312 222 9350<br>Facsimile: +1 312 527 0484<br><br>Alice S. Kim<br>AKim@jenner.com<br>JENNER & BLOCK LLP<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246<br>Telephone: +1 213 239 5100<br>Facsimile: +1 213 239 5199<br><br>*Counsel for Defendants Kia America, Inc. and Hyundai Motor America* |