BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § | MDL No. 3052 |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-6)

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the Untied States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Opposition to Conditional Transfer Order (CTO-6) were served electronically via ECF on March 3, 2023.

March 3, 2023

Respectfully submitted,

/s/ Steven G. Madison
Steven G. Madison
stevemadison@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017-5003
Telephone: +1 213 443 3000
Facsimile: +1 213 443 3100

*Counsel for Defendants Kia America, Inc. and Hyundai Motor America*