**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## NOTICE OF TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"); the undersigned counsel hereby notifies the Clerk of the JPML of the following potential Tag-Along actions:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| City of Cleveland v. Hyundai Motor America and Kia America, Inc. | 2:23-cv-01713 | C.D. California | TBD |
| City of Cincinnati v. Hyundai Motor America and Kia America, Inc. | 2:23-cv-01750 | C.D. California | TBD |

The attached Schedule of Actions contains the full list of parties in these actions. A copy of the complaints and docket sheets are attached as Exhibits A and B.

DATED: March 8, 2023                    Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorneys for Plaintiffs Cities of Cleveland and Cincinnati*