**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Caption | Case No. | Court | Judge |
|---|---|---|---|
| **Plaintiff:** City of Cleveland<br><br>**Defendants:** Hyundai Motor America and Kia America, Inc. | 2:23-cv-01713 | C.D. California | TBD |
| **Plaintiff:** City of Cincinnati<br><br>**Defendants:** Hyundai Motor America and Kia America, Inc. | 2:23-cv-01750 | C.D. California | TBD |

DATED: March 8, 2023

Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorneys for Plaintiffs Cities of Cleveland and Cincinnati*