BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## CITY OF SEATTLE'S MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 5

Movant the City of Seattle ("Seattle")—named in *City of Seattle v. Hyundai Motor America Inc. et al.*, No. 2:23-cv-00098-JLR (W.D. Wash.)—respectfully moves the Judicial Panel on Multidistrict Litigation ("Panel"), pursuant to Rule 6.3 of the Rules of Procedure of the Panel, to expedite consideration of Defendants' Motion to Vacate Conditional Transfer Order (CTO-5). As discussed in Movant's brief in support, prompt consideration of Defendants' Motion to Vacate is important to address the public safety issues affecting governmental entities like Seattle and to avoid piecemeal litigation of the growing number of similar cases filed around the country. Considering the important and immediate public safety interests at stake, and because expediting consideration would not result in significant inconvenience, the City of Seattle respectfully requests that the Panel consider Defendants' Motion to Vacate during the Panel's March 30, 2023 session.

DATED: March 13, 2023

Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Attorney for Plaintiff City of Seattle*