**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that true and correct copies of the foregoing City of Seattle's Motion for Expedited Consideration of Defendants' Motion to Vacate Conditional Transfer Order 5 and the Brief in Support of City of Seattle's Motion for Expedited Consideration of Defendants' Motion to Vacate Conditional Transfer Order 5 were served electronically on all parties via ECF on March 13, 2023.

DATED: March 13, 2023              Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorney for Plaintiff City of Seattle*

1