BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § | MDL No. 3052 |

NOTICE OF APPEARANCE
LIST OF PARTIES REPRESENTED

1. Kia America, Inc.

2. Hyundai Motor America

1