**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| | § | |
| **In re:** Kia Hyundai Vehicle Theft | § | |
| Marketing, Sales Practices, and Products | § | MDL No. 3052 |
| Liability Litigation | § | |
| | § | |

**CORPORATE DISCLOSURE STATEMENT**

**<u>PROOF OF SERVICE</u>**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Corporate Disclosure Statement were served electronically via ECF on March 20, 2023.

1

Dated:  March 20, 2023                                    Respectfully submitted,

                                                         */s/ Steven G. Madison*
                                                         Steven G. Madison
                                                         stevemadison@quinnemanuel.com
                                                         Justin C. Griffin
                                                         justingriffin@quinnemanuel.com
                                                         QUINN EMANUEL URQUHART &
                                                         SULLIVAN, LLP
                                                         865 S Figueroa St., 10th Floor
                                                         Los Angeles, CA  90017-5003
                                                         Tel.:    (213) 443-3000
                                                         Fax:    (213) 443-3100

                                                         Alicia Cobb
                                                         aliciacobb@quinnemanuel.com
                                                         QUINN EMANUEL URQUHART &
                                                         SULLIVAN, LLP
                                                         1109 First Avenue, Suite 210
                                                         Seattle, WA 98101
                                                         Tel.:    (206) 905-7000
                                                         Fax:    (206) 905-7100

                                                         Peter J. Brennan
                                                         PBrennan@jenner.com
                                                         Michael T. Brody
                                                         MBrody@jenner.com
                                                         JENNER & BLOCK LLP
                                                         353 North Clark Street
                                                         Chicago, IL  60654-3456
                                                         Telephone:     +1 312 222 9350
                                                         Facsimile:     +1 312 527 0484

                                                         Alice S. Kim
                                                         AKim@jenner.com
                                                         JENNER & BLOCK LLP
                                                         515 South Flower Street, Suite 3300r
                                                         Los Angeles, CA  90071-2246
                                                         Telephone:     +1 213 239 5100
                                                         Facsimile:     +1 213 239 5199

                                                         *Counsel for Defendants Kia America, Inc.*
                                                         *and Hyundai Motor America, Inc.*

2