BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | MDL No. 3052 |

**DEFENDANTS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-6)**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** City of Columbus  **Defendants:** Hyundai Motor America, Inc. and Kia America, Inc. | S.D. Ohio | No. 2:23-cv-00654 | Hon. Sarah D. Morrison |

---

[1] A copy of the action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.

1