**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation | MDL No. 3052 |

**NOTICE OF APPEARANCE**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance was served electronically via ECF on March 21, 2023

DATED: March 21, 223                    Respectfully submitted,


/s/ Rick L. Ashton
Rick L. Ashton  (OH REG 0077768)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
ashton@asnalaw.com
*Special Counsel for Plaintiff*
*The City of Columbus*