# EXHIBIT A

## United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:23-cv-00376

| | |
|---|---|
| City of Milwaukee v. Hyundai Motor America et al | Date Filed: 03/22/2023 |
| Assigned to: | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Motor Vehicle Product Liability | Nature of Suit: 355 Motor Vehicle Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**City of Milwaukee**  represented by  **Lynn L Sarko**
Keller Rohrback LLP
1201 3rd Ave - Ste 3200
Seattle, WA 98101-3276
206-623-1900
Email: lsarko@kellerrohrback.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hyundai Motor America**

**Defendant**

**Kia America, Inc**

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | COMPLAINT with Jury Demand; against Hyundai Motor America, Kia America, Inc by City of Milwaukee. ( Filing Fee PAID $402 receipt number AWIEDC-4357105) (Attachments: # 1 Civil Cover Sheet, # 2 Summons Hyundai Motor America, # 3 Summons Kia America, Inc.)(Sarko, Lynn) | 03/22/2023 |
| 2 | REQUEST for Issuance of Summons by City of Milwaukee (Sarko, Lynn) | 03/22/2023 |
| 3 | REQUEST for Issuance of Summons by City of Milwaukee (Sarko, Lynn) | 03/22/2023 |