BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |
|---|---|

## NOTICE OF TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"); the undersigned counsel hereby notifies the Clerk of the JPML of the following potential Tag-Along action:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| City of Madison v. Hyundai Motor America and Kia America, Inc. | 8:23-cv-00555-CJC-ADS | C.D. Cal. | Hon. Cormac J. Carne |

The attached Schedule of Actions contains the full list of parties in this action. A copy of the complaint and docket sheet are attached as Exhibits A and B.

DATED: March 29, 2023               Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorneys for Plaintiff City of Madison*