**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

**SCHEDULE OF ACTIONS**

| Case Caption | Case No. | Court | Judge |
|---|---|---|---|
| **Plaintiff:** City of Madison<br><br>**Defendants:** Hyundai Motor America and Kia America, Inc. | 8:23-cv-00555-CJC-ADS | C.D. Cal. | Hon. Cormac J. Carne |

DATED: March 29, 2023                     Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorneys for Plaintiff City of Madison*

1