# EXHIBIT A

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
### CIVIL DOCKET FOR CASE #: 8:23-cv-00555-CJC-ADS

| | |
|---|---|
| City of Madison v. Hyundai Motor America et al | Date Filed: 03/27/2023 |
| Assigned to: Judge Cormac J. Carney | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Autumn D. Spaeth | Nature of Suit: 355 Motor Vehicle Prod. Liability |
| Cause: 28:1332 Diversity-Motor Vehicle Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**City of Madison**     represented by     **Dean N. Kawamoto**
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
206-623-1900
Fax: 206-623-3384
Email: dkawamoto@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hyundai Motor America**

**Defendant**

**Kia America, Inc.**

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | COMPLAINT Receipt No: ACACDC-35031033 - Fee: $402, filed by plaintiff City of Madison. (Attorney Dean N. Kawamoto added to party City of Madison(pty:pla))(Kawamoto, Dean) (Entered: 03/27/2023) | 03/27/2023 |
| 2 | CIVIL COVER SHEET filed by Plaintiff City of Madison. (Kawamoto, Dean) (Entered: 03/27/2023) | 03/27/2023 |
| 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 , Civil Cover Sheet (CV-71) 2 filed by plaintiff City of Madison. (Kawamoto, Dean) (Entered: 03/27/2023) | 03/27/2023 |
| 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 , Civil Cover Sheet (CV-71) 2 filed by plaintiff City of Madison. (Kawamoto, Dean) (Entered: 03/27/2023) | 03/27/2023 |
| 5 | NOTICE of Related Case(s) filed by plaintiff City of Madison. Related Case(s): 8:22-ml-03052 JVS-KES; 8:23-cv-00419 JVS-KES; 2:23-cv-01750 JVS-KES (Kawamoto, Dean) (Entered: 03/27/2023) | 03/27/2023 |
| 6 | NOTICE OF ASSIGNMENT to District Judge Cormac J. Carney and Magistrate Judge Autumn D. Spaeth. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 7 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Hyundai Motor America. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 10 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Kia America, Inc. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 11 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Michael Haas. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 12 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Gretchen Freeman Cappio. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 13 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Derek W. Loeser. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 14 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Ryan McDevitt. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 15 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Alison Gaffney. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 16 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Garrett Heilman. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 17 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Zachary Gussin. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 18 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Kylie Fisher. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |
| 19 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Emery K. Harlan. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 20 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Warren E. Buliox. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 03/29/2023) | 03/29/2023 |