# EXHIBIT A

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:23-cv-00572

| | |
|---|---|
| City of Buffalo v. Hyundai Motor America et al<br>Assigned to:<br>Cause: 28:1332 Diversity-Motor Vehicle Product Liability | Date Filed: 03/30/2023<br>Jury Demand: Plaintiff<br>Nature of Suit: 355 Motor Vehicle Prod. Liability<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **City of Buffalo** | represented by | **Dean N. Kawamoto**<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>Fax: 206-623-3384<br>Email: dkawamoto@kellerrohrback.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Hyundai Motor America**

**Defendant**

**Kia America, Inc.**

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | COMPLAINT Receipt No: ACACDC-35048613 - Fee: $402, filed by plaintiff City of Buffalo. (Attorney Dean N. Kawamoto added to party City of Buffalo(pty:pla))(Kawamoto, Dean) (Entered: 03/30/2023) | 03/30/2023 |
| 2 | CIVIL COVER SHEET filed by Plaintiff City of Buffalo. (Kawamoto, Dean) (Entered: 03/30/2023) | 03/30/2023 |
| 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff City of Buffalo. (Kawamoto, Dean) (Entered: 03/30/2023) | 03/30/2023 |
| 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff City of Buffalo. (Kawamoto, Dean) (Entered: 03/30/2023) | 03/30/2023 |
| 5 | NOTICE of Related Case(s) filed by plaintiff City of Buffalo. Related Case(s): 8:22-ml-03052 JVS-KES; 8:23-cv-00419 JVS-KES; 2:23-cv-01750 JVS-KES (Kawamoto, Dean) (Entered: 03/30/2023) | 03/30/2023 |