# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## NOTICE OF TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of the JPML of the following potential Tag-Along action:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| City of St. Louis v. Kia America, Inc. and Hyundai Motor America Inc. | 4:23-cv-00379 | Eastern District of Missouri | Hon. Ronnie L. White |

The attached Schedule of Actions contains the full list of parties in this action. A copy of the complaint and docket sheet are attached as Exhibits A and B.

Dated: March 31, 2023                                         Respectfully submitted,

**SHEENA HAMILTON**                                              **DOWD BENNETT LLP**
**CITY COUNSELOR**
*Affirmative Litigation Unit*

By: */s/ Erin K. McGowan*                                       By: */s/ Edward L. Dowd Jr.*
Erin K. McGowan            #64020MO              Edward L. Dowd Jr.         #28785MO
Rebecca S. Vossmeyer       #70342MO              Gabriel E. Gore            #45416MO
Adam Sheble                #74230MO              Rebecca McLaughlin         #71969MO

314 City Hall                                                   7676 Forsyth Blvd., Suite 1900
1200 Market Street                                              St. Louis, Missouri 63105
St. Louis, Missouri 63103                                       (314) 889-7300 (telephone)
(314) 622-3361 (telephone)                                      (314) 863-2111 (facsimile)
(314) 622-4956 (facsimile)                                      edowd@dowdbennett.com

mcgowane@stlouis-mo.gov
vossmeyerr@stlouis-mo.gov
sheblea@stlouis-mo.gov

ggore@dowdbennett.com
rmclaughlin@dowdbennett.com