BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## PROOF OF SERVICE

I hereby certify that, on March 31, 2023, I caused to be served a true and correct copy of the Notice of Potential Tag-Along Action upon the counsel listed on the attached Service List via the means described therein.

Dated: March 31, 2023

Respectfully submitted,

**SHEENA HAMILTON**
**CITY COUNSELOR**
*Affirmative Litigation Unit*

**DOWD BENNETT LLP**

By: */s/ Erin K. McGowan*
Erin K. McGowan             #64020MO
Rebecca S. Vossmeyer     #70342MO
Adam Sheble                   #74230MO

By: */s/ Edward L. Dowd Jr.*
Edward L. Dowd Jr.         #28785MO
Gabriel E. Gore                #45416MO
Rebecca McLaughlin       #71969MO

314 City Hall
1200 Market Street
St. Louis, Missouri 63103
(314) 622-3361 (telephone)
(314) 622-4956 (facsimile)
mcgowane@stlouis-mo.gov
vossmeyerr@stlouis-mo.gov
sheblea@stlouis-mo.gov

7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
edowd@dowdbennett.com
ggore@dowdbennett.com
rmclaughlin@dowdbennett.com

**SERVICE LIST**

**Service Via CM/ECF Notification or Email:**

Alice S. Kim
Kate Spelman
Madeline P. Skitzki
Jenner and Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
213-239-5100
Fax: 213-239-5199
akim@jenner.com
KSpelman@jenner.com
Mskitzki@jenner.com

Peter J. Brennan
Michael T. Brody
Jenner and Block
One IBM Plaza
353 North Clark Street
Chicago, IL 60654-3456
312-222-9350
Fax: 312-527-0484
pbrennan@jenner.com
mbrody@jenner.com

Shon Morgan
Quinn Emanuel Urquhart and
Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Shonmorgan@quinnemanuel.com

*Counsel for Defendants Hyundai Motor America & Kia America, Inc.*