BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## SCHEDULE OF ACTIONS

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| City of St. Louis v. Kia America, Inc. and Hyundai Motor America Inc. | 4:23-cv-00379 | Eastern District of Missouri | Hon. Ronnie L. White |

Dated: March 31, 2023

Respectfully submitted,

**SHEENA HAMILTON**
**CITY COUNSELOR**
*Affirmative Litigation Unit*

**DOWD BENNETT LLP**

By: */s/ Erin K. McGowan*
Erin K. McGowan            #64020MO
Rebecca S. Vossmeyer       #70342MO
Adam Sheble                #74230MO

By: */s/ Edward L. Dowd Jr.*
Edward L. Dowd Jr.         #28785MO
Gabriel E. Gore            #45416MO
Rebecca McLaughlin         #71969MO

314 City Hall
1200 Market Street
St. Louis, Missouri 63103
(314) 622-3361 (telephone)
(314) 622-4956 (facsimile)
mcgowane@stlouis-mo.gov
vossmeyerr@stlouis-mo.gov
sheblea@stlouis-mo.gov

7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
edowd@dowdbennett.com
ggore@dowdbennett.com
rmclaughlin@dowdbennett.com