# EXHIBIT A

**U.S. District Court**
**Eastern District of Missouri (St. Louis)**
**CIVIL DOCKET FOR CASE #: 4:23-cv-00379-RLW**

City of St. Louis v.Kia America, Inc. et al | Date Filed: 03/27/2023
Assigned to: District Judge Ronnie L. White | Jury Demand: Plaintiff
Cause: 28:1332 Diversity-Motor Vehicle Product Liability | Nature of Suit: 355 Motor Vehicle Prod. Liability
 | Jurisdiction: Diversity

**Plaintiff**

**City of St. Louis**                                 represented by **Edward L. Dowd , Jr.**
DOWD BENNETT LLP - St. Louis
7676 Forsyth Boulevard
Suite 1900
St. Louis, MO 63105
314-889-7300
Fax: 314-863-2111
Email: edowd@dowdbennett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabriel E. Gore**
DOWD BENNETT LLP - St. Louis
7676 Forsyth Boulevard
Suite 1900
St. Louis, MO 63105
314-889-7300
Email: ggore@dowdbennett.com
*ATTORNEY TO BE NOTICED*

**Rebecca McLaughlin**
DOWD BENNETT LLP - St. Louis
7676 Forsyth Boulevard
Suite 1900
St. Louis, MO 63105
314-889-7300
Email: rmclaughlin@dowdbennett.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kia America, Inc.**

**Defendant**

**Hyundai Motor America, Inc.**

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 03/27/2023 | 1 | COMPLAINT against defendant Hyundai Motor America, Inc., Kia America with receipt number AMOEDC-9859372, in the amount of $402 Jury Demand,, filed by City of St. Louis. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Original Filing Form Orig. Filing Form, # 3 Summons Summons to Hyundai, # 4 Summons Summons to Kia, # 5 Attachment Notice of Intent to Use Process Server, # 6 Attachment Notice of Intent to Use Process Server)(Dowd, Edward) (Entered: 03/27/2023) |
| 03/27/2023 | 2 | NOTICE OF PROCESS SERVER by Plaintiff City of St. Louis Process Server: HPS Process Service Investigations (JBH) (Entered: 03/27/2023) |
| 03/27/2023 | 3 | NOTICE OF PROCESS SERVER by Plaintiff City of St. Louis Process Server: HPS Process Service Investigations (JBH) (Entered: 03/27/2023) |
| 03/27/2023 | | Case Opening Notification. Judge Assigned: Honorable Ronnie L. White. 2 Summons(es) issued and emailed to Edward L. Dowd, Jr.. Pursuant to Local Rule 2.09, every nongovernmental corporate party or nongovernmental corporation that seeks to intervene in any case, and every party or intervenor in an action in which jurisdiction is based upon diversity, must file a Disclosure Statement immediately upon entering its appearance in the case. Please complete and file the certificate as soon as possible. (moed-0001.pdf). (JBH) (Entered: 03/27/2023) |
| 03/27/2023 | 4 | DISCLOSURE STATEMENT by Plaintiff City of St. Louis. No corporate parents or affiliates identified. (Dowd, Edward) (Entered: 03/27/2023) |
| 03/27/2023 | 5 | ENTRY of Appearance by Rebecca McLaughlin for Plaintiff City of St. Louis. (McLaughlin, Rebecca) (Entered: 03/27/2023) |
| 03/27/2023 | 6 | ENTRY of Appearance by Gabriel E. Gore for Plaintiff City of St. Louis. (Gore, Gabriel) (Entered: 03/27/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2023 11:12:14 | | | |
| **PACER Login:** | ELDJ12649 | **Client Code:** | k |
| **Description:** | Docket Report | **Search Criteria:** | 4:23-cv-00379-RLW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |