BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re**: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation | § § § § § | MDL No. 3052 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that true and correct copies of the foregoing City of Columbus's Opposition to Motion to Vacate Conditional Transfer Order and all attachments were served on all parties electronically via ECF on April 10, 2023.

Dated: April 10, 2023

Respectfully submitted,

CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY

By:

 /s/ Rick L. Ashton
Rick L. Ashton          (0077768)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
ashton@asnalaw.com
*Special Counsel for Plaintiff*
*The City of Columbus*

1