BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | MDL No. 3052 |

**DEFENDANTS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-7)**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** City of Milwaukee<br><br>**Defendants:** Hyundai Motor America and Kia America, Inc. | E.D. Wisconsin | No. 2:23-cv-00376 | Hon. J.P. Stadtmueller |

---

[1] A copy of the action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.

1