BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and accompanying attachment were served electronically via ECF on April 24, 2023.

Dated: April 24, 2023

Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ Gabriel E. Gore*
Edward L. Dowd Jr.         #28785MO
Gabriel E. Gore            #45416MO

7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
edowd@dowdbennett.com
ggore@dowdbennett.com