**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § MDL No. 3052 § § |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. hereby provide notification of the following potential tag-along actions:

1. *Allen v. Kia America, Inc.*, No. 1:23-cv-01009 (D. Colorado)

2. *Jones v. Kia America, Inc.*, No. 4:23-cv-00514 (E.D. Missouri)

A copy of each potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 and 2.

Dated: April 24, 2023                               Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*