# BEFORE THE UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § MDL No. 3052 |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## <u>SCHEDULE OF ACTIONS</u>[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** John Allen  **Defendant:** Kia America, Inc. | D. Colorado | 1:23-cv-01009 | Hon. Scott T. Varholak |
| **Plaintiff:** Latoya C. Jones  **Defendant:** Kia America, Inc. | E.D. Missouri | 4:23-cv-00514 | Hon. Matthew T. Schelp |

---

[1] A copy of each potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 and 2.