BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § | MDL No. 3052 |

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Actions and accompanying attachments were served electronically via ECF or as indicated below, on April 24, 2023, to the following:

*Via Overnight Delivery*
John Maroney
MARONEY LAW, P.C.
634 Gilpin Street
Denver, CO 80218
Telephone: (803) 468-3499
john@maroney-law.com

**Counsel for John Allen**
**D. Colorado, No. 1:23-cv-01009**

*Via Overnight Delivery*
Mitchell B. Stoddard
CONSUMER LAW ADVOCATES
1415 Elbridge Payne Rd., Suite 275
Chesterfield, MO 63017
Telephone: (314) 692-2001
Facsimile: (314) 692-2002
mbs@clalaw.com
mitch.stoddard@clalaw.com

**Counsel for Latoya C. Jones**
**E.D. Missouri, No. 4:23-cv-00514**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated: April 24, 2023                              Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:     +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*