BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § MDL No. 3052 |

NOTICE OF APPEARANCE
<u>LIST OF PARTIES REPRESENTED</u>

1. Kia America, Inc.

2. Hyundai Motor America