**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § §   MDL No. 3052 |

**DEFENDANTS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-8)**

**SCHEDULE OF ACTIONS[1]**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** City of St. Louis<br><br>**Defendants:** Hyundai Motor America and Kia America, Inc. | E.D. Missouri | No. 4:23-cv-00379 | Hon. Ronnie L. White |

---

[1]  A copy of the action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.