**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |
|---|---|

## NOTICE OF TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of the JPML of the following potential Tag-Along action:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| City of Rochester v. Hyundai Motor America and Kia America, Inc. | 8:23-cv-00736-DOC-ADS | C.D. Cal. | David O. Carter |

The attached Schedule of Actions contains the full list of parties in this action. A copy of the complaint and docket sheet are attached as Exhibits A and B.

DATED: April 28, 2023                    Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorney for Plaintiff City of Rochester*