**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |
|---|---|

**SCHEDULE OF ACTIONS**

| Case Caption | Case No. | Court | Judge |
|---|---|---|---|
| **Plaintiff:** City of Rochester<br><br>**Defendants:** Hyundai Motor America and Kia America, Inc. | 8:23-cv-00736-DOC-ADS | C.D. Cal. | David O. Carter |

DATED: April 28, 2023

Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
K<small>ELLER</small> R<small>OHRBACK</small> L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorney for Plaintiff City of Rochester*

1