# EXHIBIT A

ACCO,E-FILED RELATED CASE,(ADSx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:23-cv-00736-DOC-ADS

City of Rochester v. Hyundai Motor America et al
Assigned to: Judge David O. Carter
Referred to: Magistrate Judge Autumn D. Spaeth
Cause: 28:1332 Diversity-Motor Vehicle Product Liability

Date Filed: 04/28/2023
Jury Demand: Plaintiff
Nature of Suit: 355 Motor Vehicle Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**City of Rochester**          represented by   **Dean N. Kawamoto**
                                                Keller Rohrback LLP
                                                1201 Third Avenue Suite 3200
                                                Seattle, WA 98101
                                                206-623-1900
                                                Fax: 206-623-3384
                                                Email: dkawamoto@kellerrohrback.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hyundai Motor America**

**Defendant**

**Kia America, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2023 | 1 | COMPLAINT Receipt No: ACACDC-35220765 - Fee: $402, filed by plaintiff City of Rochester. (Attorney Dean N. Kawamoto added to party City of Rochester(pty:pla)) (Kawamoto, Dean) (Entered: 04/28/2023) |
| 04/28/2023 | 2 | CIVIL COVER SHEET filed by Plaintiff City of Rochester. (Kawamoto, Dean) (Entered: 04/28/2023) |
| 04/28/2023 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff City of Rochester. (Kawamoto, Dean) (Entered: 04/28/2023) |
| 04/28/2023 | 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff City of Rochester. (Kawamoto, Dean) (Entered: 04/28/2023) |
| 04/28/2023 | 5 | NOTICE of Related Case(s) filed by plaintiff City of Rochester. Related Case(s): 8:22-ml-03052 JVS-KES; 8:23-cv-00419 JVS-KES; 2:23-cv-01750 JVS-KES; 8:23-cv-00555 JVS-KES; 8:23-cv-00572 JVS-KES (Kawamoto, Dean) (Entered: 04/28/2023) |
| 04/28/2023 | 6 | NOTICE OF ASSIGNMENT to District Judge David O. Carter and Magistrate Judge Autumn D. Spaeth. (et) (Entered: 04/28/2023) |

| 04/28/2023 | 7 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (et) (Entered: 04/28/2023) |
|---|---|---|
| 04/28/2023 | 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (et) (Entered: 04/28/2023) |
| 04/28/2023 | 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Hyundai Motor America. (et) (Entered: 04/28/2023) |
| 04/28/2023 | 10 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Kia America, Inc. (et) (Entered: 04/28/2023) |
| 04/28/2023 | 11 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Derek W. Loeser on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 04/28/2023) |
| 04/28/2023 | 12 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Ryan P. McDevitt on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 04/28/2023) |
| 04/28/2023 | 13 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Alison S. Gaffney on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 04/28/2023) |
| 04/28/2023 | 14 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Garrett A. Heilman on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 04/28/2023) |

| | | |
|---|---|---|
| 04/28/2023 | 15 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Zachary Gussin on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 04/28/2023) |
| 04/28/2023 | 16 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Linda S. Kingsley on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 04/28/2023) |
| 04/28/2023 | 17 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Patrick Beath on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 04/28/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/28/2023 16:33:10 | | | |
| **PACER Login:** | gfc2225kr | **Client Code:** | 34343-20 |
| **Description:** | Docket Report | **Search Criteria:** | 8:23-cv-00736-DOC-ADS End date: 4/28/2023 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |