# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 5/16/2023

**District Court:** MD

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

**CLERK OF THE PANEL**