**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § MDL No. 3052 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

**<u>SCHEDULE OF ACTIONS</u>**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Susan Earlene Eaton<br><br>**Defendant:**<br>Kia Motors America, Inc.[2] | E.D. Missouri | 4:23-cv-00664 | Hon. Henry Edward Autrey |

---

[1] A copy of the potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.
[2] Kia America, Inc. is erroneously named in this action as Kia Motors America, Inc.

1