BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | § | |
|---|---|---|
| **In re:** Kia Hyundai Vehicle Theft | § | |
| Marketing, Sales Practices, and Products | § | MDL No. 3052 |
| Liability Litigation | § | |
| | § | |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I, the undersigned counsel for Defendants Kia America, Inc.,[1] Hyundai Motor America, and Hyundai America Technical Center, Inc., hereby certify that copies of the foregoing Notice of Potential Tag-Along Action and accompanying attachments were served electronically via ECF or as indicated below, on May 22, 2023, to the following:

*Via Overnight Delivery*
Mitchell B. Stoddard
CONSUMER LAW ADVOCATES
1415 Elbridge Payne Rd., Suite 275
Chesterfield, MO 63017
Telephone: (314) 692-2001
mbs@clalaw.com
mitch.stoddard@clalaw.com

**Counsel for Susan Earlene Eaton**
**E.D. Missouri, No. 4:23-cv-00664**

*Via U.S. Mail*
231231, Yangjae-Dong
Seocho-Ku, Seoul, 137-928
Republic of Korea

**Kia Corporation**

---

[1] Kia America, Inc. is erroneously named in this action as Kia Motors America, Inc.

1

*Via U.S. Mail*
12 Heolleung-ro
Seocho-gu, Seoul, 06797
Republic of Korea

**Hyundai Motor Company**

Dated:  May 22, 2023

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*