BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § | MDL No. 3052 |

## SUPPLEMENTAL INFORMATION RELEVANT TO DEFENDANTS' MOTIONS TO VACATE CONDITIONAL TRANSFER ORDERS

In advance of the hearing session of the United States Judicial Panel on Multidistrict Litigation ("JPML") scheduled for May 25, 2023, Kia America, Inc. and Hyundai Motor America (together, "Defendants") respectfully submit this supplemental information relevant to their Motions to Vacate CTO-5, -6, and -7 in relation to the following cases, each of which has been designated to be considered without oral argument:

<u>Western District of Washington</u>

CITY OF SEATTLE v. HYUNDAI MOTOR AMERICA, INC., ET AL., C.A. No. 2:23−00098

<u>Southern District of Ohio</u>

CITY OF COLUMBUS, OHIO v. KIA AMERICA, INC., ET AL., C.A. No. 2:23−00654

<u>Eastern District of Wisconsin</u>

CITY OF MILWAUKEE v. HYUNDAI MOTOR AMERICA, ET AL., C.A. No. 2:23−00376

Defendants are pleased to inform the Panel that they have reached a settlement-in-principle in the consumer lawsuits that overwhelmingly make up MDL No. 3052. On May 19, 2023, the MDL Court accordingly stayed all consumer deadlines unrelated to settlement approval in the MDL. The settling parties will move for preliminary approval of the nationwide class settlement by July 10, 2023.

The MDL was initiated as the result of dozens of consumer class action cases that the settlement-in-principle now seeks to resolve. With these consumer actions reaching resolution,

the broader legal and factual bases on which the MDL is premised are no longer at issue. The remaining actions before Judge Selna—two insurer actions and five complaints by individual municipalities that were directly filed in the Central District of California, not transferred by the JPML—do not implicate the rationale for the MDL's formation and do not justify transfer and coordination of these municipal cases.

Efficiencies will not be achieved by coordinating the various government entity cases. Rather, each of these cases involves distinct state law claims and factual issues focused on different municipalities. Defendants therefore maintain their Motions to Vacate these Conditional Transfer Orders in light of the settlement-in-principle.

Dated: May 22, 2023

Respectfully submitted,

*/s/ Steven G. Madison*
Steven G. Madison
stevemadison@quinnemanuel.com
Justin C. Griffin
justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA  90017-5003
Tel.:   (213) 443-3000
Fax:   (213) 443-3100

Alicia Cobb
aliciacobb@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.:   (206) 905-7000
Fax:   (206) 905-7100

Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street

Chicago, IL  60654-3456
Telephone:	+1 312 222 9350
Facsimile:	+1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300r
Los Angeles, CA  90071-2246
Telephone:	+1 213 239 5100
Facsimile:	+1 213 239 5199

*Counsel for Defendants Kia America, Inc. and Hyundai Motor America, Inc.*