BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § | MDL No. 3052 |

SUPPLEMENTAL INFORMATION RELEVANT TO DEFENDANTS' MOTIONS TO VACATE CONDITIONAL TRANSFER ORDERS

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Supplemental Information were served electronically via ECF on May 22, 2023.

Dated: May 22, 2023

Respectfully submitted,

*/s/ Steven G. Madison*
Steven G. Madison
stevemadison@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA  90017-5003
Tel.:   (213) 443-3000
Fax:   (213) 443-3100

*Counsel for Defendants Kia America, Inc. and Hyundai Motor America, Inc.*

1