## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## RESPONSE TO SUPPLEMENTAL INFORMATION

The City of Seattle, the Plaintiff in *City of Seattle v. Hyundai Motor America, Inc. et al.* No. 2:23-cv-00098, and the City of Milwaukee, the Plaintiff in *City of Milwaukee v. Hyundai Motor America, et al.*, No. 2:23-cv-00376, respectfully respond to Defendants' Supplemental Information Relevant to Defendants' Joint Motions to Vacate Conditional Transfer Orders, ECF No. 201.

The consumer settlement-in-principle does not resolve any of the municipal entity or insurer actions already before Judge Selna in MDL 3052. The consumer settlement in principle has not yet been approved, even preliminarily—in fact, no motion for preliminary approval has yet been filed—and the consumer cases remain pending in the MDL. The potential future resolution of an anticipated motion for preliminary approval is not a basis to deny transfer of actions seeking different relief based on the same underlying facts. *See, e.g.*, Transfer Order at 2–3, *In re: Fresenius Granuflo/Naturalyte Dialysate Prods. Liab. Litig.*, MDL No. 2428, (J.P.M.L. June 2, 2016), ECF No. 1206 (transferring governmental action into MDL primarily consisting of personal injury cases notwithstanding settlement in principle of personal injury actions).

Judge Selna continues to preside over the entire MDL, including the consumer actions. That some of the underlying actions have reached a settlement-in-principle demonstrates that the MDL is functioning well and should continue. Given the manifest factual overlap between all of the actions pending in and conditionally transferred to the MDL, transfer remains justified to

facilitate the efficient conduct of the litigation as a whole. *See, e.g.*, Transfer Order at 1, *In Re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*, MDL No. 2441 (J.P.M.L. Apr. 7, 2023), ECF No. 1011. Finally, if and when the consumer settlement achieves preliminary and then final approval, the multiple government entity and insurer actions, which share significant underlying facts, will continue to benefit from the efficiencies inherent to the MDL structure.

DATED: May 22, 2023                                   Respectfully submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Attorney for Plaintiffs City of Seattle and City of Milwaukee*