BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **In re**: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation | § § § § § | MDL No. 3052 |

**CITY OF COLUMBUS'S JOINDER OF RESPONSE TO DEFENDANTS'
SUPPLEMENTAL INFORMATION
[Related Docs. 201 & 202]**

Plaintiff The City of Columbus hereby joins the Cities of Seattle and Milwaukee's response (Doc. 202) to the Defendants' Supplemental Information Relevant to Defendants' Joint Motions to Vacate Conditional Transfer Orders (Doc. 201).

There is still no reason to vacate Conditional Transfer Order 6. The Defendants have not even filed a preliminary motion for approval of the consumer settlement. As aptly stated by Seattle and Milwaukee, the potential future resolution of an anticipated motion for preliminary approval is not a basis to deny transfer of actions seeking different relief based on the same underlying facts. *See, e.g.*, Transfer Order at 2-3, *In re: Fresenius Granuflo/Naturalyte Dialysate Prods. Liab. Litig.*, MDL No. 2428, (J.P.M.L. June 2, 2016), ECF No. 1206 (transferring governmental action into MDL primarily consisting of personal injury cases notwithstanding settlement in principle of personal injury actions).

Judge Selna continues to preside over the entire MDL, including the consumer actions, and is still "a skilled jurist" that is "well-versed in the nuances of complex and multidistrict automotive litigation…." *In re: Kia Hyundai Vehicle Theft Litigation*, MDL No. 3052, JPML [Doc. 94], 2022 WL 17843100, *2 (J.P.M.L. Dec. 13, 2022). Even if the consumer settlement achieves preliminary

1

and final approval, the multiple government entity and insurer actions, which share significant underlying facts, will continue to benefit from the efficiencies inherent to the MDL structure.

Respectfully submitted,

CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY

By:

 /s/ Rick L. Ashton
Rick L. Ashton          (0077768)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
ashton@asnalaw.com
*Special Counsel for Plaintiff*
*The City of Columbus*