**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing City of Columbus's Joinder of Response to Defendants' Supplemental Information [Related Docs. 201 & 202] was electronically filed on May 25, 2023, with the Clerk of the JPML using the CM/ECF System, which provides electronic service upon all counsel of record.

DATED: May 25, 2023                Respectfully submitted,

/s/ Rick L. Ashton
Rick L. Ashton  (OH REG 0077768)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
ashton@asnalaw.com
*Special Counsel for Plaintiff*
*The City of Columbus*