## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § | MDL No. 3052 |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

### SCHEDULE OF ACTIONS[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Kim L. Hinton  **Defendant:** Hyundai Motor America, Corp.[2] | E.D. Missouri | 4:23-cv-00683 | TBD |

---

[1] A copy of the potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.

[2] Hyundai Motor America is erroneously named in this action as Hyundai Motor America, Corp.