### BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § MDL No. 3052 |

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-10)

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Opposition To Conditional Transfer Order (CTO-10) were served electronically via ECF on May 24, 2023.

| | |
|---|---|
| Dated:  May 24, 2023 | Respectfully submitted, |
| | |
| | */s/ Steven G. Madison* |
| | |
| | Steven G. Madison |
| | stevemadison@quinnemanuel.com |
| | Justin C. Griffin |
| | justingriffin@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 865 S Figueroa St., 10th Floor |
| | Los Angeles, CA  90017-5003 |
| | Tel.:    (213) 443-3000 |
| | Fax:    (213) 443-3100 |
| | |
| | Alicia Cobb |
| | aliciacobb@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 1109 First Avenue, Suite 210 |
| | Seattle, WA 98101 |
| | Tel.:    (206) 905-7000 |
| | Fax:    (206) 905-7100 |
| | |
| | Peter J. Brennan |
| | PBrennan@jenner.com |
| | Michael T. Brody |
| | MBrody@jenner.com |
| | JENNER & BLOCK LLP |
| | 353 North Clark Street |
| | Chicago, IL  60654-3456 |
| | Telephone:     +1 312 222 9350 |
| | Facsimile:     +1 312 527 0484 |
| | |
| | Alice S. Kim |
| | AKim@jenner.com |
| | JENNER & BLOCK LLP |
| | 515 South Flower Street, Suite 3300r |
| | Los Angeles, CA  90071-2246 |
| | Telephone:     +1 213 239 5100 |
| | Facsimile:     +1 213 239 5199 |
| | |
| | *Counsel for Defendants Kia America, Inc. and Hyundai Motor America* |

2