BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Gabriel E. Gore, of the law firm Dowd Bennett LLP, and moves to withdraw as counsel for Petitioner. Mr. Gore seeks to withdraw as counsel in this matter due to his pending appointment as Circuit Attorney for the City of Saint Louis.

Dated: May 26, 2023

Respectfully submitted,

**DOWD BENNETT LLP**

/s/ *Gabriel E. Gore*

Gabriel E. Gore,    MO#45416
ggore@dowdbennett.com
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri  63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)

*Counsel for Petitioner*