BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that true and correct copies of the foregoing Motion to Withdraw as Counsel was served on all parties electronically via ECF on May 26, 2023.

Dated:  May 26, 2023

Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ Gabriel E. Gore*
Gabriel E. Gore        #45416MO
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314)863-2111 (facsimile)
ggore@dowdbennett.com

*Attorney for the City of St. Louis*