## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## **PROOF OF SERVICE**

I hereby certify that, on June 6, 2023, I caused to be served a true and correct copy of the Notice of Potential Tag-Along Action upon the counsel listed on the attached Service List via the means described therein.

DATED: June 6, 2023

Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorney for Plaintiff the City of New York*

**SERVICE LIST**

**Service Via CM/ECF Notification or Email:**

Alice S. Kim
Kate Spelman
Madeline P. Skitzki
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: 213-239-5100
Fax: 213-239-5199
akim@jenner.com
kspelman@jenner.com
mskitzki@jenner.com

Peter J. Brennan
Michael T. Brody
Jenner & Block LLP
One IBM Plaza
353 North Clark Street
Chicago, IL 60654-3456
Telephone: 312-222-9350
Fax: 312-527-0484
pbrennan@jenner.com
mbrody@jenner.com

Shon Morgan
Quinn Emanuel Urquhart &
Sullivan, LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
Telephone: 213-443-3000
Fax: 213-443-3100
shonmorgan@quinnemanuel.com

*Counsel for Defendants Hyundai Motor America & Kia America, Inc.*