# EXHIBIT A

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:23-cv-04772

| | |
|---|---|
| THE CITY OF NEW YORK v. Hyundai Motor America et al<br>Assigned to:<br>Cause: 28:1332mv Diversity-Motor Vehicle Product Liability | Date Filed: 06/06/2023<br>Jury Demand: Plaintiff<br>Nature of Suit: 355 Motor Vehicle Prod. Liability<br>Jurisdiction: Diversity |

**Plaintiff**

**THE CITY OF NEW YORK**     represented by     **David S. Preminger**
Keller Rohrback L.L.P. (NYC)
1140 Avenue of the Americas
New York, NY 10036
646-380-6690
Fax: 646-680-6692
Email: dpreminger@kellerrohrback.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hyundai Motor America**

**Defendant**

**Kia America, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2023 | 1 | COMPLAINT against Hyundai Motor America, Kia America, Inc.. (Filing Fee $ 402.00, Receipt Number ANYSDC-27839168)Document filed by THE CITY OF NEW YORK..(Preminger, David) (Entered: 06/06/2023) |
| 06/06/2023 | 2 | CIVIL COVER SHEET filed..(Preminger, David) (Entered: 06/06/2023) |
| 06/06/2023 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Hyundai Motor America, re: 1 Complaint. Document filed by THE CITY OF NEW YORK..(Preminger, David) (Entered: 06/06/2023) |
| 06/06/2023 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Kia America, Inc., re: 1 Complaint. Document filed by THE CITY OF NEW YORK..(Preminger, David) (Entered: 06/06/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/06/2023 18:56:30 | | | |
| **PACER Login:** | Premin1140 | **Client Code:** | 34343-2 |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-04772 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |