**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:**  Kia Hyundai Vehicle Theft Marketing,
Sales Practices, & Product Liability Lit.

MDL No. 3052
(*Mayor and City Council of Baltimore v.
Hyundai Motor America, Inc., et al.*,
District of Maryland,
Civil Action No. 1:23-cv-01238-JRR)

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on June 8, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including counsel for Defendants.

Dated this 8th day of June 2023

By: /s/ Richard S. Gordon
Richard S. Gordon (Fed. Bar No. 06882)
GORDON, WOLF & CARNEY, CHTD.
EP 1, Suite 1000
11350 McCormick Road
Hunt Valley, Maryland 21031
(410) 825-2300 (office)
(410) 825-0066 (fax)
rgordon@GWCfirm.com

**Counsel for Mayor and City
Council of Baltimore**