BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § | MDL No. 3052 |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER 8

In light of the Panel's Transfer Order dated June 2, 2023 (Dkt. No. 216), denying Defendants' Motions to Vacate Conditional Transfer Orders 5, 6, and 7, which made arguments largely overlapping with the arguments asserted here, in the interest of preserving judicial resources and efficiency Defendants in the below-referenced case, by and through their counsel, hereby respectfully withdraw their Motion to Vacate Conditional Transfer Order 8 (Dkt. No. 188), and respectfully request that the below-captioned case be transferred to the U.S. District Court for the Central District of California for consolidated pretrial proceedings, pursuant to CTO-8, entered on April 3, 2023 (Dkt. No. 164).

*City of St. Louis v. Kia America, Inc. et al.*, United Stated District Court for the Eastern District of Missouri, Case No. 4:23-cv-00379-RLW

Dated: June 11, 2023

Respectfully submitted,

*/s/ Steven G. Madison*
Steven G. Madison
stevemadison@quinnemanuel.com

1

Justin C. Griffin
justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA  90017-5003
Tel.:     (213) 443-3000
Fax:     (213) 443-3100

Alicia Cobb
aliciacobb@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.:     (206) 905-7000
Fax:     (206) 905-7100

Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:     +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300r
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Counsel for Defendants Kia America, Inc. and Hyundai Motor America*