BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § MDL No. 3052 § § |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER 8

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Withdrawal of Motion to Vacate Conditional Transfer Order 8 were served electronically via ECF on June 11, 2023.

Dated: June 11, 2023

Respectfully submitted,

*/s/ Steven G. Madison*

Steven G. Madison
stevemadison@quinnemanuel.com
Justin C. Griffin
justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017-5003
Tel.: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendants Kia America, Inc. and Hyundai Motor America*