UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KIA HYUNDAI VEHICLE THEFT
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| City of St. Louis v. Kia America, Inc., et al., ) | |
|     E.D. Missouri, C.A. No. 4:23-00379 ) | MDL No. 3052 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*City of St. Louis*) on April 3, 2023. Prior to expiration of that order's 7-day stay of transmittal, defendants in *City of St. Louis* filed a notice of opposition to the proposed transfer. Defendants later filed the required motion and brief to vacate the conditional transfer order. Defendants have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-8" filed on April 3, 2023, is LIFTED. This action is transferred to the Central District Court of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James V. Selna.

FOR THE PANEL:

*Tiffaney D. Pete*
Tiffaney D. Pete
Clerk of the Panel