BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Kia Hyundai Vehicle Theft Litigation § § § § § | MDL No. 3052 |

## MOTION TO BE RELIEVED OF COUNSEL

The undersigned, Kenneth M. Suggs, moves to be removed from the mailing/email list in this matter. The case for which Mr. Suggs was retained has been settled and he has no need for further involvement.

Respectfully submitted,

/s/ Kenneth M. Suggs
Kenneth M. Suggs, Fed ID No. 3422
Gerald D. Jowers, Jr., Fed ID No. 8025
Janet Janet & Suggs, LLC
801 Gervais Street, Suite B
Columbia, SC 29201
(803) 726-0050 TEL
(410) 653-9030 FAX
ksuggs@jjsjustice.com
gjowers@jjsjustice.com

Attorneys for Plaintiff Laura Parker

June 21, 2023