BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| *In re* Kia Hyundai Vehicle Theft Litigation | § § § § § | MDL No. 3052 |

## WITHDRAWAL OF MOTION TO BE RELIEVED OF COUNSEL

The undersigned, Kenneth M. Suggs, files this Withdrawal of his Motion to be Relieved of Counsel filed this date in this MDL No. 3052 action, due to the fact that the case has been transferred to the United States District Court for the Central District of California. The motion will be filed with the California court.

Respectfully submitted,

/s/ Kenneth M. Suggs
Kenneth M. Suggs, Fed ID No. 3422
Gerald D. Jowers, Jr., Fed ID No. 8025
Janet Janet & Suggs, LLC
801 Gervais Street, Suite B
Columbia, SC 29201
(803) 726-0050 TEL
(410) 653-9030 FAX
ksuggs@jjsjustice.com
gjowers@jjsjustice.com

Attorneys for Plaintiff Laura Parker

June 21, 2023

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| *In re* Kia Hyundai Vehicle Theft Litigation | § § § § § | MDL No. 3052 |

**CERTIFICATE OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the U. S. Judicial Panel on Multidistrict Litigation, the undersigned certifies that on June 21, 2023, a true and correct copy of the Withdrawal of Motion to be Relieved of Counsel was filed with the Clerk of the JPML via the CM/ECF system which automatically generated and sent a notice of electronic filing to the email addresses of all counsel of record.

/s/ Kenneth M. Suggs
Kenneth M. Suggs, Fed ID No. 3422
Gerald D. Jowers, Jr., Fed ID No. 8025
Janet Janet & Suggs, LLC
801 Gervais Street, Suite B
Columbia, SC 29201
(803) 726-0050 TEL
(410) 653-9030 FAX
ksuggs@jjsjustice.com
gjowers@jjsjustice.com

Attorneys for Plaintiff Laura Parker

June 21, 2023