BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | MDL No. 3052 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>City of Kansas, Missouri<br><br>**Defendants:**<br>Hyundai Motor America, Inc. and Kia America, Inc. | Western District of Missouri (Kansas City) | No. 4:23-cv-00399 | Hon. Howard F. Sachs |

---

[1] A copy of the action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.

1

Dated: June 26, 2023                              Respectfully submitted,

/s/ Steven G. Madison
Steven G. Madison
stevemadison@quinnemanuel.com
Justin C. Griffin
justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA  90017-5003
Tel.:   (213) 443-3000
Fax:   (213) 443-3100

Alicia Cobb
aliciacobb@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.:   (206) 905-7000
Fax:   (206) 905-7100

Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:    +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300r
Los Angeles, CA  90071-2246
Telephone:    +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc.
and Hyundai Motor America*