UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | CASE NO: ML 22-3052 JVS (KESx)<br><br>ORDER NO. 2: ADOPTION OF ORGANIZATION PLAN AND APPOINTMENT OF COUNSEL |

At the outset, the Court thanks the authors of the Joint Preliminary Report (Docket No. 40) and all counsel for their thoughtful and extensive submissions on the structure of this litigation. The filings represent a thorough consideration of the complexity which these pretrial proceedings face.

I. Adoption of Structure.[1]

---

[1] The Court finds it premature to make provisions for individual personal injury/wrongful death cases.

1

The Court finds that plaintiffs' counsel will be structured as follows:

• A Consumer Class Action Leadership Committee ("Leadership Committee") consisting of four members. The Committee shall designate one person as chair and advise the Court as to its selection.

• A Governmental Entities Committee consisting of one member, but subject to expansions if more Governmental cases are added to the docket.

• A Fact Discovery Committee consisting of two members of the Leadership Committee, as selected by that Committee, and three other members. One of the three shall be designated to liaise with the Governmental Entities Committee.

• An Expert Discovery Committee consisting of two members of the Leadership Committee, as selected by that Committee, and three other members. One of the three shall be designated to liaise with the Governmental Entities Committee.

The Court will review the leadership structure from time to time as the docket proceeds, and may make changes or additions as warranted. Counsel are invited to provide the Court their suggestion.

II. Scheduling Conference.

The Court sets a scheduling conference for March 13, 2023 at 8:00

a.m. The Leadership Committee and Kia/Hyundai are ordered to file a Joint Report no later than March 3, 2023, addressing the topics outlined in Exhibit B to Order No. 1 and any other issues as appropriate. At the same time, the Leadership Committee and Kia/Hyundai shall file a proposed order implementing the report. Any party may file a response to the report not later than March 8, 2023.

III. <u>Appointments.</u>

The Court makes the appointments listed below. The appointments are personal in nature, and although the Court anticipates that appointees will draw on the resources of their firms or their existing co-counsel, the appointee is the member of the committee and responsible for the duties which he or she assumes. At a coming hearing, the Court will discuss a process for evaluating appointees' performance and commitment to the tasks assigned.

> Plaintiffs' Consumer Class Action Leadership Committee: Steve W. Berman, Esq., Elizabeth A. Fegan, Esq., Kenneth B. McClain, Esq., and Roland Tellis, Esq.

> Plaintiffs' Governmental Entities Committee Chair: Gretchen Freeman Cappio, Esq.

> Fact Discovery Committee: two members of the Leadership Committee, one of whom shall be the chair, and Jeffrey Goldenberg, Esq., Amanda K. Klevorn, Esq., and Tiffany Marko Yiatras, Esq.

> Expert Discovery Committee: two members of the Leadership Committee, one of whom shall be the chair, and Jason S. Rathod, Esq,

3

Michael F. Ram, Esq., and Matthew D. Schelkopf, Esq.

IV. <u>Other Matters.</u>

    A. <u>Consolidated Complaint.</u>

The Leadership Committee shall file a Consolidated Consumer Class Action complaint within sixty days of this Order along with a stipulation for briefing and hearing on any Rule 12 or other challenge to the Complaint

To the extent other Governmental Entity Complaints are filed within the next forty five days, the Governmental Entities Committee shall file a Consolidated Governmental Entities Complaint within sixty days of this Order along with a stipulation for briefing and hearing on any Rule 12 or other challenges to the Complaint. If no other complaints are filed, within sixty days Kia/Hyundai may file a Rule 12 or other challenge to the pleading in <u>City of Seattle v. Hyundai Motor America, Inc.</u>, No. 23-cv-00098 (W.D. Wash.), along with a stipulation for briefing and hearing on any Rule 12 for other challenges to the Complaint.

    B. <u>Preservation Order.</u>

The parties shall submit a proposed order no later than March 1, 2023. The proposed order shall reflect alternative provisions where there is a dispute. The Leadership Committee may supplement the proposed order with a brief of no more than ten pages. Kia/Hyundai may supplement the proposed order with a brief of no more than ten pages.

C. Regular Hearings.

The Court believes that it would helpful to set aside one day each month for a status conference, with the possible exception for the summer vacation period and year-end holidays. The Court would invite a joint status report a week in advance.

V. Attorney's Fees and Time Records.

The Court orders any counsel who intend to apply for fees in a class action to create and maintain records sufficient to make and support a lodestar showing. Hanlon v. Chrysler Corp., 150 F.3d 1011, 1029 (9th Cir. 1998).

IT IS SO ORDERED.

Dated: February 9, 2023

_____
James V. Selna
United States District Judge

5