## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | § § § § § § MDL No. 3052 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendants Kia America, Inc., Hyundai Motor America,[1] and Hyundai America Technical Center, Inc. hereby provide notification of the following potential tag-along action:

1.  *Newson v. Hyundai Motor America, Corp.*, No. 4:23-cv-00866 (E.D. Missouri)

A copy of the potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.

---

[1] Hyundai Motor America is erroneously named in this action as Hyundai Motor America, Corp.

Dated:  July 10, 2023

Respectfully submitted,

*/s/ Peter J. Brennan*
Peter J. Brennan
PBrennan@jenner.com
Michael T. Brody
MBrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:     +1 312 222 9350
Facsimile:      +1 312 527 0484

Alice S. Kim
AKim@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:     +1 213 239 5100
Facsimile:      +1 213 239 5199

*Counsel for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*