**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation § § § § § | MDL No. 3052 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Christa R. Newson<br><br>**Defendant:**<br>Hyundai Motor America, Corp.[2] | E.D. Missouri | 4:23-cv-00866 | TBD |

---

[1] A copy of the potential tag-along action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibit 1.

[2] Hyundai Motor America is erroneously named in this action as Hyundai Motor America, Corp.

1