**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3052 |

## SCHEDULE OF ACTIONS

| Case Caption | Case No. | Court | Judge |
|---|---|---|---|
| **Plaintiff:** City of Parma<br><br>**Defendants:** Hyundai Motor America and Kia America, Inc. | 1:23-cv-01360 | N.D. Ohio | Not assigned at time of filing |

DATED: July 13, 2023          Respectfully Submitted,

/s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Attorney for Plaintiff City of Parma*