# EXHIBIT B

Query     Reports     Utilities     Help     Log Out

# U.S. District Court
## NORTHERN DISTRICT OF OHIO (Cleveland)
## CIVIL DOCKET FOR CASE #: 1:23-cv-01360

| | |
|---|---|
| City of Parma v. Hyundai Motor America et al | Date Filed: 07/13/2023 |
| Assigned to: | Jury Demand: Plaintiff |
| Demand: $75,001,000 | Nature of Suit: 240 Torts to Land |
| Cause: 28:1332 Diversity-Torts to Land | Jurisdiction: Diversity |

**Plaintiff**

**City of Parma**       represented by   **Timothy G. Dobeck**
City of Parma
Office of the Law Director
7335 Ridge Road
Parma, OH 44129
440-885-8132
Fax: 440-885-8008
Email: tdobeck@cityofparma-oh.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hyundai Motor America**

**Defendant**

**Kia America, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2023 | 1 | **Complaint** with jury demand against All Defendants. Filing fee paid $ 402, Receipt number AOHNDC-12085096.. Filed by City of Parma. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Hyundai Motor America, # 3 Summons Kia America, Inc.) (Dobeck, Timothy) (Entered: 07/13/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/13/2023 16:16:31 | | | |
| **PACER Login:** | kr3626 | **Client Code:** | 09000-1 |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-01360 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |