UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>*ALL CASES* | CASE NO: ML 22-3052 JVS (KESx)<br><br>ORDER NO. 12: APPOINTMENTS RE REVISED LEADERSHIP STRUCTURE |

In light of the pending resolution of the Consumer Class Actions (Docket No. 107), the Court invited applications for appointment to two committees, a Governmental entities committee and a subrogation plaintiffs committee. (Order No. 11). The Court received a number of applications and conducted a hearing on June 12, 2023, and also received post-hearing filings with regard to activities of each proposed committee. The Court makes the following appointments and adopts the following schedule.

1.   As previously ordered, the Consumer Class Action appointments which the Court made in Order No. 4 remain in place.   (Order No. 11, ¶ 4.)

2.   <u>New Executive Committee</u> consisting of two counsel representing Governmental entities and two counsel representing the subrogation plaintiffs:

Rick L. Ashton, Esq.
ALLEN STOVAL NEUMAN & ASHTON, LLP

Gretchen F. Cappio, Esq., Co-Chair
KELLER ROHRBACK LLP

Elliot R. Feldman, Esq., Co-Chair
COZEN O'CONNOR

William J. Hoffmann, Esq.
GROTEFFELD HOFFMANN LLP

3.   <u>Governmental Entities Committee.</u>   The Court appoints:

Gretchen F.   Cappio, Esq., Chair
KELLER ROHRBACK LLP

Rick L. Ashton, Esq
ALLEN STOVAL NEUMAN & ASHTON, LLP

The committee shall be responsible for managing all aspects of the Governmental entities track.

4.   Subrogation Plaintiffs Committee.   The Court appoints:

Nathan Dooley, Esq., Co-Chair
COZEN O'CONNOR

Craig S. Simon, Esq., Co-Chair
BERGER KAHN, A Law Corporation.

Daniel Hogan, Esq.
LAW OFFICES OF ROBERT A.   STUNTMAN.   P.C.

Adam M. Romney, Esq.
GROTEFELD HOFFMANN LLP

The committee shall be responsible for managing the subrogation track.

5.   New Discovery Committee. The Court appoints:

Susan M. Benson, Esq.
GROTEFFELD HOFFMANN LLP

Emery K. Harlan, Esq.
MWH Law Group LLP

3

Ryan McDevitt, Esq.

KELLER ROHRBACK LLP

All discovery shall be coordinated by this committee.

5.    New Expert Committee. The Court appoints:

Ryan McDevitt, Esq.

KELLER ROHRBACK LLP

Thomas Paolini, Esq.

GROTEFELD HOFFMANN LLP

All expert matters including expert discovery and the preparation and presentation of expert evidence shall be coordinated by this committee.

5.    Interim Schedule.   Having considered the parties' joint proposal, the Court adopts a slightly more accelerated schedule:

*(i)   A consolidated complaint will be filed by the plaintiffs in Governmental Entities Cases no later than July 28, 2023;*

(ii)   A consolidated complaint will be filed by the plaintiffs in the Insurance Subrogation Cases no later than July 28, 2023;

(iii)  Defendants' motions to dismiss will be filed no later than September 8, 2023;

(iv)  Plaintiffs' oppositions will be filed no later than October 2, 2023;

(v)   Defendants' reply briefs will be filed no later than October 27, 2023;

(vi)  A hearing on Defendants' motions to dismiss shall be held November 13, 2023 at 3:00 p.m. At the hearing, the Court will consider proposals for further scheduling, including a Rule 26(f) conference.

6.   The same requirements and obligations for appointment as outlined in Order No. 2 apply to these appointments.       (Order No. 2, § 3.)

IT IS SO ORDERED.

Dated: June 22, 2023                                    _____

James V. Selna

United States District

Judge